a. RLP/me...
filed copies to TT

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA

vs.

ANTHONY WILLIAMS

CASE NO. CR 17-00101
COMMON LAW JURISDICTION
UCC 1-103.6
H.R.S. 1 §1

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 04 2017
at 1 o'clock and 22 min. P M
SUE BEITIA, CLERK

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, defendant, by and through the undersigned and submits this Motion for Appointment of Counsel, who will be co-counsel to assist the undersigned in defense of the defendant as a matter of constitutional right pursuant to the Sixth Amendment to the U.S. Constitution.

Respectfully Submitted,
UCC 1-308

*Anthony Williams*
Anthony Williams
P.O. Box 9356
Ft. Lauderdale, FL 33310
Arrest No. 501602094

Common Law Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following recipient(s) on the 29th day of March 2017.

Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813

Anthony Williams