cc: RLP / Mr. Williams

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA

vs.

ANTHONY WILLIAMS, et al.

CASE NO. CR-17-00101
COMMON LAW JURISDICTION
UCC 1-103.6
H.R.S. 1 § 1

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 04 2017
at 1 o'clock and 22 min. P M
SUE BEITIA, CLERK

## MOTION FOR DISCOVERY

COMES NOW, defendant, by and through the undersigned common law counsel, who is a servant of the Most High Yahweh Elohim and Yahshua the Mahshyah and submits this Motion For Discovery pursuant to your Federal Rules of Criminal procedure and demands he be provided with all the information regarding the charges of wire fraud and mail fraud, which includes but not limited to the indictment, affidavits, complaints by consumers and any and all information the government is using to bring charges against the legal person, legal fiction or corporation by the all capital letters name of ANTHONY WILLIAMS.

Respectfully Submitted,

UCC 1-308

Anthony Williams

Anthony Williams, PAG
P.O. Box 9356
Ft. Lauderdale, FL 33310
Arrest No. 501602094

Common Law Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following recipient(s) on the 29th day of March 2017.

Attorney General
State of Hawaii
425 Queen Street
Honolulu, HI 96813

*Anthony Williams*