# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ANTHONY T. WILLIAMS |

| | |
|---|---|
| JUDGE: | Richard L. Puglisi |
| DATE: | April 10, 2017 |

COURT ACTION:  EO

On April 4, 2017, Defendant (01) Anthony T. Williams filed [14] Motion for Appointment of Counsel and [15] Motion for Discovery.  The Court holds these two motions abeyance until Defendant (01) Anthony T. Williams has appeared for his Initial Appearance.

The Court directs the Clerk's Office to terminate these two motions at this time for administrative purposes only.  When Defendant (01) Anthony T. Williams is schedule to appear for his Initial Appearance, the Court will direct the Clerk's Office to re-open these two motions.

IT IS SO ORDERED.

Submitted by: Mary Feria, Courtroom Manager