KSC

ORIGINAL

LODGED
JUL 07 2017
CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 10 2017
at 4 o'clock and 15 min. P M
SUE BEITIA, CLERK

ELLIOT ENOKI       #1528
Acting United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) ) | |
| ANTHONY T. WILLIAMS,   (01) | ) ) ) | |
| Defendant. | ) ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That the defendant ANTHONY T. WILLIAMS is presently charged in the above-captioned matter with wire fraud and mail fraud in violation of Title 18, United States Code, Sections 1341 and 1343, and is now detained in the Florida State Prison, 23916 NW 83rd Avenue, Raiford, FL 32083, in the custody of the

Warden.  It is necessary to have said defendant present in the above-entitled case for arraignment and plea on September 6, 2017, at 2:30 p.m., in the courtroom of the Honorable Barry M. Kurren, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said defendant to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure defendant's presence before the Honorable Barry M. Kurren in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the Florida State Prison.

//

//

DATED:   _July 7, 2017_  , Honolulu, Hawaii.

                ELLIOT ENOKI
                Acting United States Attorney
                District of Hawaii

                By _/s/ Ronald G. Johnson_
                    RONALD G. JOHNSON
                    Assistant U.S. Attorney

                    Attorneys for Plaintiff
                    UNITED STATES OF AMERICA

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED: _____JUL 1 0 2017_____, Honolulu, Hawaii.

_____
KEVIN S.C. CHANG
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. ANTHONY T. WILLIAMS
Cr. No. 17-00101 LEK
"Application and Order for Writ of
 Habeas Corpus Ad Prosequendum"

4