ORIGINAL

LODGED

JUL 07 2017

CLERK U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 10 2017

at 4 o'clock and 5 min. P
SUE BEITIA, CLERK

ELLIOT ENOKI          #1528
Acting United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| ANTHONY T. WILLIAMS,   (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Florida State Prison, 23916 NW 83rd Avenue,
     Raiford, FL 32083; and to the United States Marshal for the
     District of Hawaii, or his/her assistant.

G R E E T I N G S

         We command that you, the Warden, Florida State Prison,

Raiford, FL 32083, produce the body of ANTHONY T. WILLIAMS, now

in your custody to the United States Marshal, District of

Hawaii, United States Courthouse, 300 Ala Moana Boulevard,

Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Barry M. Kurren, United States Magistrate Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on September 6, 2017 at 2:30 p.m. for the Initial Appearance of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said ANTHONY T. WILLIAMS shall remain with the United States Marshal.  The delivery of the body of said ANTHONY T. WILLIAMS by the United States Marshal to the courtroom of the Honorable Barry M. Kurren as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said ANTHONY T. WILLIAMS to the custody of the Florida State Prison, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable Barry M. Kurren, Magistrate of the United States District Court for the District of Hawaii.

//

//

//

//

//

//

2

DATED: _____JUL 1 0 2017_____, Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
For the District of Hawaii

UNITED STATES v. ANTHONY T. WILLIAMS
Cr. No. 17-00101 LEK
"Writ of Habeas Corpus Ad Prosequendum"

3

