# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 17-00101 LEK |
| ANTHONY T. WILLIAMS (01) | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 22 2017 at ___ o'clock and ___ min ___ M. SUE BEITIA, CLERK |
| (Name and Address of Defendant) | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ANTHONY T. WILLIAMS (01) and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

CTS 1 - 11     Wire Fraud
CTS 2 - 30     Mail Fraud

• in violation of Title 18 United States Code, Section(s) 1343 and 1341

Date:  February 15, 2017                        Sue Beitia, Clerk of Court
                                                Name and Title of Issuing Officer

Location:  Honolulu, Hawaii                     /S/ Sue Beitia by Deputy Clerk EPS
                                                Prepared/Signed By:

By: Kevin S. C. Chang, United States Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ____. | | |
| Date Received 2/16/2017 | NAME AND TITLE OF ARRESTING OFFICER Harrington DUSM | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 9/21/2017 | | |