# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CR-00101-LEK |
| CASE NAME: | United States of America v (01) Anthony T. Williams (02) Anabel Cabebe |
| ATTYS FOR PLA: | Ronald G. Johnson |
| ATTYS FOR DEFT: | (01) Lars R. Isaacson (02) Michael Jay Green |
| U.S. Pretrial Officer: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 09/25/2017 | TIME: | 1:39 - 1:53 |

COURT ACTION: EP:   Initial Appearance; ARRAIGNMENT AND PLEA TO THE INDICTMENT as to Defendant (01) Anthony T. Williams; Status Conference and Final Pretrial Conference as to (02) Anabel Cabebe not held.

Defendant (01) Anthony T. Williams is present and in custody.

Defendant (02) Anabel Cabebe is present, not in custody.

Defendant sworn to the financial affidavit. Court provisionally appoints Lars R. Isaacson as counsel for Defendant (01) Anthony T. Williams.

Discussion held with Defendant (01) Anthony T. Williams. Defendant request to represent himself in proceedings. Faretta Hearing is set for Friday, September 29, 2017 at 2:00 p.m.

Initial Appearance; ARRAIGNMENT AND PLEA TO THE INDICTMENT as to Defendant (01) Anthony T. Williams; Status Conference and Final Pretrial Conference as to (02) Anabel Cabebe is CONTINUED to September 29, 2017 at 2:00 p.m.

Defendant (01) Anthony T. Williams is remanded to the custody of the U.S. Marshal Service.

*Submitted by: Bernie Aurio, Courtroom Manager*