ELLIOT ENOKI        #1528
Acting United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION TO DETAIN DEFENDANT |
| vs. | ) | WITHOUT BAIL; EXHIBITS A-F; |
| | ) | CERTIFICATE OF SERVICE |
| ANTHONY WILLIAMS,      (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>MEMORANDUM IN SUPPORT OF MOTION TO DETAIN DEFENDANT WITHOUT BAIL</u>

The United States provides the following information in support of the Motion to Detain Defendant Without Bail (Motion), filed on September 25, 2017.

The United States accessed the Broward County, Florida, Clerk of Court website located at WWW.browardclerk.org, and located the following records for Anthony Troy Williams, Judgment(June 23, 2017), Sentence (June 23, 2017), Uniform

Commitment To Custody Of Department Of Corrections (June 23, 2017). (Exhibits A-C). These documents, under case number 17-74 CF 10A, indicate that the Defendant has been convicted of, Grand Theft and Unlawful Filing or False Documents or Records Against Property, and received a sentence of 15 years imprisonment to be followed by 15 years of probation.

In addition, Defendant was convicted of the Unlicensed Practice of Law and False Official Statement, in Broward County, in case number 15-14566 CF 10A. (Exhibit D). During the sentencing hearing, Defendant had an opportunity to speak and he called the persons present crooks and stated that they were going to pay for what they did. He indicated they might have federal charges against them, and they were both going to jail. He then went on to say, "you're not going to stop me helping people. I'm still going to help them, I don't care what you say because I follow Yahweh, and that's the only one that I'm gonna to obey." Defendant then stated, "You gonna pay for what you did, every last one of you." (Exhibit E at pages 7-8).

Statements made by Defendant at his sentencing, demonstrate that he does not recognize the authority of the judicial system to regulate his actions. He even verbalizes this by stating that Yahweh is the only one he is going to obey. Defendant will clearly not abide by the terms and conditions of this Court, as he refuses to recognize the Court's jurisdiction over him.

After his conviction in Broward County for practicing law without a license, Defendant sent a letter to his probation officer, Evans DuFour.  In the letter, he refers to Circuit Judge Siegel as a crook and states that a federal suit has been filed against him.  Defendant then threatens to include DuFour in the suit, and states "there comes a time in a man's life that he has to choose to do what's right even if it cost him his job or his life. I am willing to do just that . . ." Defendant informs the probation officer that he sent a letter to Judge Siegel informing him that he will not be submitting to "your unlawful Community Correction or Control or your probation." Defendant then writes, "Any man or woman who tries to restrict and violate my Constitutional divine and common law rights will be met with DEADLY FORCE!!"  Defendant closes by noting he is a military veteran and if he is not given a level of due respect, "I and my law enforcement team will take it by force! Guide Yourself Accordingly."  He signs the letter as Anthony Williams Private Attorney General.  (Exhibit F).

Defendant's letter is defiant and threatening.  He expresses that he has no intent to follow the orders or controls placed upon him by the Court.  He indicates that he is willing to give up his life and then threatens the use of deadly force. He references a law enforcement team in the letter and he has accomplices who have assisted him in his various ventures.  He

3

has given some of these individuals the title "Private Attorney General" and seems to believe that they have certain legal powers.  These factors make Defendant a danger to the community and a flight risk if released.

    The United States respectfully requests that the Court grant the Motion and detain Defendant without bail.

    DATED:  September 28, 2017, at Honolulu, Hawaii.

                                 ELLIOT ENOKI
                                 Acting United States Attorney
                                 District of Hawaii


                                 By  /s/ Ronald G. Johnson
                                    RONALD G. JOHNSON
                                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.

    Attorney for Defendant
    ANTHONY WILLIAMS

Served by Hand-delivery:

    Diane Arima-Linscott
    Pretrial Services
    300 Ala Moana Boulevard, Room 2-100
    Honolulu, HI   96850

    DATED:  September 28, 2017, at Honolulu, Hawaii.

                                          /s/ Dawn Aihara