**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 6/23/2017 1:42:22 PM.****

17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY

DIVISION: FK

DIVISION:
CRIMINAL

## JUDGMENT

THE STATE OF FLORIDA VS. Anthony Troy Williams

DEFENDANT
Probation Violator

CASE NUMBER 17-74 CF 10

State Attorney K. Heaven

Court Reporter J. Garcia

The Defendant, Anthony Troy Williams, being personally before this Court represented by

Pro Se, his attorney of record, and having:

*(Check applicable provision)*

☒ Been tried and found guilty of the following crime(s)
○ Entered a plea of guilty to the following crime(s)
○ Entered a plea of nolo contendere to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Grand Theft | 812.014(1)(a) 812.014(2)(a) 812.014(1)(b) | 1F | |
| II-III | Unlawful Filling or False Documents or Records Against Property | 817.535(2)(a) | 3F | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay the sum of Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Comp. Trust Fund).
The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 938.03(1) and 938.15
Fines imposed as part of a sentence pursuant to F.S. 777.083(1) are to be recorded on the Sentence page(s).

*(Check if applicable)*

Stayed & Withheld ( ) The court hereby stays and withholds the imposition of sentence as to count(s) _____
Imposition of Sentence       and places the Defendant on probation for a period of _____ under the
                             supervision of the Department of Corrections (conditions of probation set forth in a separate order)

Sentence Deferred ( ) The court hereby defers imposition of sentence until _____
Until Later Date                                                          (Date)
(✓) Pay $225.00 Trust Fund pursuant to F.S. 938.05(1)(a)

Count(s) _____ : _____ DAYS/MONTHS BROWARD COUNTY JAIL W/CREDIT _____ DAYS TIME SERVED.

The Defendant in open court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

JUDGE

I hereby certify that a true and correct copy of the above and foregoing was served on the State Attorney by: ( ) hand delivery ( ) U.S. mail and to the Defense Attorney by: (✓) hand delivery ( ) U.S. mail this _____ day of _____ 20_____.

Mitchell

JUN 23 2017

Deputy Clerk
ICC 112-65 JUDGMENT

Revised 7-2-08

Exhibit A