**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 6/23/2017 1:42:22 PM. ****

| | | **CLOCK IN** |
|---|---|---|
| [ ] 17th Judicial Circuit in and for Broward County | | |
| **DIVISION:** Criminal | **SENTENCE** as to Count _1_ | |
| THE STATE OF FLORIDA VS. **Anthony Troy Williams** DEFENDANT | | **CASE NUMBER** 17-74 A CF10 |

The Defendant, being personally before this court, accompanied by his attorney, **Prose**, and having been adjudicated guilty herein, and the Court having given the Defendant an opportunity to be heard and to offer matters in mitigation of sentence, and to show cause why he sentenced as provided by law, and cause shown,

**Check One**

[✓] and the Court having on _____ deferred imposition of sentence until this date.

[ ] and the Court having previously entered a judgment in this case on the defendant now resentences the defendant.

[ ] and the Court having placed the Defendant on Probation/Community Control and having subsequently revoked the Defendant's Probation/Community Control.

IT IS THE SENTENCE OF THE COURT that:

[✓] The Defendant pay a fine of $_____, pursuant to section 775.083, Florida Statutes, plus $_____ as the 5% surcharge required by section 938.04, Florida Statutes.

[✓] The Defendant is hereby committed to the custody of the Department of Corrections.

[ ] The Defendant is hereby committed to the custody of the Sheriff of Broward County, Florida.

[ ] The Defendant is hereby sentenced as a youthful offender in accordance with F.S. 958.04.

**TO BE IMPRISONED** (check one: unmarked sections are inapplicable)

[ ] For a term of Natural Life.

[✓] For a term of **15 years**.

[ ] Said SENTENCE IS SUSPENDED for a period of _____ subject to conditions set forth in this Order.

If "split" sentence, complete either paragraph

[✓] Followed by a period of **15 years** on (Probation)/Community Control under the supervision of the Department of Correction according to the terms and conditions of supervision set forth in separate order entered herein.

[ ] However, after serving a period of _____ imprisonment in _____ the balance of such sentence shall be suspended and the defendant shall be placed on Probation/Community Control for a period of _____ under supervision of the Department of Corrections according to the terms and conditions of the Probation/ Community Control set forth in a separate order entered herein.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was served on the State Attorney by: [ ] Hand delivery [ ] U.S. Mail and to the Defense Attorney by: [ ] Hand delivery [ ] U.S. Mail this _____ JUN 23 2017 of _____ 20_____.

112-82 SENTENCE PG 1    REVISED 9/23/10

Exhibit B