# 17th Judicial Circuit in and for Broward County
## Criminal Division

# UNIFORM COMMITMENT TO CUSTODY OF DEPARTMENT OF CORRECTIONS

The Circuit Court of BROWARD County in the case of
**STATE OF FLORIDA**

VS.

Anthony Troy Williams
**(DEFENDANT)**

17-74 CF10A
**(CASE NUMBER)**

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA, TO THE SHERIFF OF SAID COUNTY AND THE DEPARTMENT OF CORRECTIONS OF SAID STATE, GREETINGS:**

The above named defendant having been duly charged with the offense specified herein in the above styled Court, and having been duly convicted and adjudged guilty of and sentenced for said offense by said Court, as appears from the attached certified copies of indictment/information, Judgment and Sentence, and Felony Disposition and Sentence Data form which are hereby made parts hereof;

Now therefore, this is to command you, the said Sheriff, to take and keep and, within a reasonable time after receiving this commitment, safely deliver the said defendant, together with any pertinent investigation Report prepared in this case, into the custody of the Department of Corrections of the State of Florida; and this is to command you, the said Department of Corrections, by and through your Secretary, Regional Directors, Superintendents, and other officials, to keep and safely imprison the said defendant for the term of said sentence in the institution in the state correction system to which you, the said Department of Corrections, may cause the said defendant to be conveyed to thereafter transferred. And these presents shall be your authority for the same. Herein fail not.

ANDREW L. SIEGEL

**WITNESS the Honorable** _____
**Judge of said Court, as also**
**Brenda D. Forman, Clerk, and the**       JUN 23 2017
**Seal thereof, this** _____ **day of** _____, _____
       Brenda D. Forman, Clerk

B_____
       **Deputy Clerk**

ICC 112-39 UNIFORM CUSTODY DEPT OF CORRECT

Exhibit C