INSTR # 113545937 Page 1 of 2, Recorded 03/01/2016 at 03:47 PM
Broward County Commission, Deputy Clerk ERECORD

**** FILED: BROWARD COUNTY, FL Howard C. Forman, CLERK 2/24/2016 2:26:35 PM.****

# 17th JUDICIAL CIRCUIT
## IN AND FOR BROWARD COUNTY

DIVISION: **FK**

DIVISION:
CRIMINAL

## JUDGMENT

THE STATE OF FLORIDA VS.

DEFENDANT **Anthony Williams**
Probation Violator

CASE NUMBER **15-14566 CF 10A**

State Attorney **C. Mauss**

Court Reporter **K. Mestin**

The Defendant, **Anthony Williams** being personally before this Court represented by
**Pro se**, his attorney of record, and having:

(Check applicable provision)

- [✓] Been tried and found guilty of the following crime(s)
- [ ] Entered a plea of guilty to the following crime(s)
- [ ] Entered a plea of nolo contendre to the following crime(s)

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I-V | Unlicensed Practice of Law | 454.23 | 3F | |
| VI-X | False Official Statement | 837.06 | 2M | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of the above crime(s).

The Defendant is hereby ordered to pay the sum of Fifty dollars ($50.00) pursuant to F.S. 938.03 (Crimes Comp. Trust Fund).
The Defendant is further ordered to pay the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 938.03(1) and 938.15
Fines imposed as part of a sentence pursuant to F.S. 777.083(1) are to be recorded on the Sentence page(s).
(Check if applicable)

Stayed & Withheld
Imposition of Sentence
[✓] The court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant on probation for a period of _____ under the supervision of the Department of Corrections (conditions of probation set forth in a separate order)

Sentence Deferred
Until Later Date
( ) The court hereby defers imposition of sentence until _____
(Date)

[✓] Pay $225.00 Trust Fund pursuant to F.S. 938.05(1)(a)

Count(s) **I** : **6** DAYS/MONTHS/BROWARD COUNTY JAIL W/CREDIT **110** DAYS TIME SERVED.

The Defendant in open court was advised of his right to appeal from this Judgment by filing notice of appeal with the Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing indigence.

I hereby certify that a true and correct copy of the above and foregoing was served on the State Attorney by ( ) hand delivery ( ) U.S. mail and to the Defense Attorney by: ( ) hand delivery ( ) U.S. mail this **24** day of **FEB** 20**16**.

JUDGE

Deputy Clerk
ICC 112-65 JUDGMENT

Revised 7-2-08

Exhibit D