Filing # 38496148 E-Filed 03/02/2016 11:15:39 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

| | | |
|---|---|---|
| STATE OF FLORIDA, | : | CASE NO.: 15-14566CF10A |
| Plaintiff, | : | JUDGE: SIEGEL |
| vs. | : | |
| ANTHONY WILLIAMS, | : | |
| Defendant. | : | |

## NOTICE OF FILING TRANSCRIPT

**COMES NOW,** the State of Florida, by and through the undersigned Assistant State Attorney, and hereby notifies Defendant, Anthony Williams, of the filing of the attached Transcript of Sentencing dated February 24, 2016.

**I HEREBY CERTIFY** that a true copy hereof has been furnished by U.S. MAIL this 2nd day of March, 2016, to: Anthony Williams (DOB 8/9/71), JMS 801501577, Broward County Jail *and* 5846 S. Flamingo Road, Suite 228, Fort Lauderdale, FL 33330.

MICHAEL J. SATZ
State Attorney

By: *[signature]*
CATHERINE A. MAUS, ESQ.
Florida Bar #885029
Assistant State Attorney
201 Southeast Sixth Street, Suite 620
Fort Lauderdale, Florida 33301
Telephone: (954) 831-7486

*** FILED: BROWARD COUNTY, FL HOWARD FORMAN, CLERK 3/2/2016 11:15:03 AM.****

Exhibit E

Page 1

IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,          )
                           )
           Plaintiff,      )      **ORIGINAL**
                           )
vs.                        )      CASE NO. 15-14566CF10A
                           )
ANTHONY WILLIAMS,          )
                           )
           Defendant.      )
_____)

Broward County Courthouse
201 Southeast Sixth Street
Fort Lauderdale, Florida
Wednesday, 1:30 p.m.
February 24, 2016

　　　　The above-entitled case came on for excerpt of jury trial, sentencing before the Honorable Andrew L. Siegel, Circuit Judge, pursuant to Notice.

APPEARANCES:
　　　MICHAEL J. SATZ, State Attorney
　　　By: CATHERINE, Assistant State Attorney,
　　　CHRIS KILLORAN, Assistant State Attorney,
　　　on behalf of the State of Florida.

　　　ANTHONY WILLIAMS, Pro Se

Page 2

1    *      *      *      *      *      *      *

2              THE COURT: Is there a score sheet?

3              MR. KILLORAN: Preparing one right now, Your Honor.

4

5              THE DEFENDANT: I will be filing my appeal.

6              THE COURT: That's fine. You can't do that until I

7    sentence you, but you have the right to a PSI if you wish which

8    is a Presentence Investigation where you can waive that right

9    if you wish to the Presentence Investigation.

10             How many points does he score?

11             MR. KILLORAN: Not going to be very many, Your

12   Honor.

13             THE COURT: It's under 22 points.

14             MR. KILLORAN: It is.

15             THE COURT: So you don't qualify until I find

16   written findings to put you in prison.

17             Do you wish a PSI, or do you not wish a PSI?

18             THE DEFENDANT: What good is it going to do?

19             THE COURT: I'm asking you a question.

20             THE DEFENDANT: I said what good is a PSI?

21             THE COURT: Well, a PSI document, that's completed

22   by the Department of Corrections, it gives me information about

23   you, and other information and other things and other

24   individuals who may want to talk on your behalf can provide to

25   the Department of Corrections. It's like an investigation. It

Page 3

1  is called a Presentence Investigation. It takes about 30 to 45
2  days to do.
3         THE DEFENDANT: No, I don't need none.
4         MR. KILLORAN: 7.8 months.
5         THE COURT: How much?
6         MR. KILLORAN: 7.8 months.
7         THE COURT: Any legal reason I should not sentence
8  you tonight?
9         THE DEFENDANT: No.
10        THE COURT: Then let's do it this way. With regard
11  -- we'll start with the easy count, not that they're easy.
12        Where is my Information?
13        On Count 4, that's false statement, that's a
14  misdemeanor?
15        MR. KILLORAN: Yes.
16        THE COURT: Sentenced to time served.
17        On Count 7, he's sentenced to time served.
18        On Count 8, he's sentenced to time served.
19        On Count 9, he's sentenced to time served.
20        On Count 10, he's sentenced to time served.
21        On Count 1 -- how much time have you been in custody
22  thus far, Mr. Williams? Do you know?
23        THE DEFENDANT: Over three months and some days.
24        THE CLERK: 110 days.
25        THE COURT: On Count 1, the jury having found you

Page 4

1  guilty, I'll adjudicate him guilty, sentence him to a period of
2  six months in the Broward County Jail followed by a period of
3  two years of community control, followed by a period of
4  two-and-a-half years probation.
5        On Count 2, the Court is going to adjudicate him
6  guilty, sentence him to a period of five years of probation to
7  run consecutive and not concurrent to Count 1.
8        On Count 3, the Court is going to adjudicate him
9  guilty, sentence him to a period of five years of probation to
10 run consecutive to Count 2, and not concurrent.
11       On Count 4, the Court is going to sentence him to a
12 period of -- adjudicate him guilty, five years of probation to
13 run consecutive to Count 3.
14       On Count 5, the Court is going to sentence him to a
15 period -- adjudicate him guilty, sentence him to a period of
16 five years of probation to run consecutive and not concurrent
17 to Count 4; special conditions of probation are as follows:
18       No. 1, he cannot appear in court on behalf of
19 anybody via power of attorney or other document giving him any
20 authority whatsoever to represent anybody's interest in any
21 which way shape or form in any court at all.
22       No. 2, he's prohibited from calling himself a
23 private attorney general, an attorney or implying in any way
24 shape or form that he has any ability to practice law, or that
25 he's a lawyer, or that he's qualified to represent anybody in

1 any way shape or form in any type of legal proceeding
2 whatsoever which would include going to court or representing
3 somebody in any type of transactional -- any type of legal
4 transaction.
5     Next, he's prohibited from using a power of attorney
6 or giving authority from anybody through a power of attorney in
7 any which way shape or form representing anybody in any type of
8 transactional -- legal transactional proceeding which would
9 include a closing, which would include representing somebody in
10 a trust, which would include any of the provisions that are set
11 forth in the statute that would otherwise be given to anybody
12 who would otherwise be able to have power of attorney.
13     Just give me one second so I can be more specific.
14
15     Next, cannot represent anybody before any
16 governmental agency whatsoever.
17     He cannot represent anybody or purport to represent
18 anybody as a guardian, fiduciary or in any capacity whatsoever
19 under that power of attorney.
20     He cannot represent anybody for the purpose of
21 engaging in any type of transaction which would affect any
22 interest whatsoever that any individual who would otherwise
23 give him authority would be able to do on their own behalf.
24     He's prohibited from acting as an agent for anybody
25 in any capacity whatsoever.

1    He's prohibited from acting as agent or representing
2    anybody with regard to any property, whether it be by
3    ownership, whether it be real, personal, or legal or equitable
4    interest or any right, title or interest to that property.
5          He cannot file any type of paper work whatsoever,
6    aid anybody with the paper work or preparation of any
7    pleadings, documents or other filings which would be filed in
8    any court proceeding.
9          He's required to surrender any type of insignia that
10   he has listing himself as a private attorney general which
11   would include a badge, identification card, fake driver's
12   licensing as a private attorney general or license plate
13   listing himself as a private attorney general or designee.
14   He's got to do that within one week of his release from
15   custody.
16         He's prohibited from using anybody else's badge,
17   insignia that he's created or that has been created on his
18   behalf, identification card or other type of document stating
19   that he has any authority whatsoever via the United States of
20   America, any one of their individual agencies, the House of
21   Representatives, the state representatives, the senate, any
22   type of governmental agency listing him as a law enforcement
23   officer or implying in any which way shape or form that he's a
24   law enforcement officer.
25         MS. MOUS:  If I may, Your Honor.

Page 7

1    THE COURT:  Go ahead.
2    A special condition, prohibit Mr. Williams from
3    having or applying for an e-filing ePortal account or utilizing
4    anyone else's.
5    2, he cannot use an ePortal account or he can't use
6    anybody's else ePortal account.  He can't prepare any
7    pleadings.  He cannot prepare any documents of a same or
8    similar nature to those documents that were placed in evidence
9    or make arguments on behalf of anybody purporting to be their
10   representative or claiming to have authority as a private
11   attorney general, or as an attorney, or by power of attorney or
12   by other document which may not be titled "Power attorney," but
13   is of a similar nature.
14   Anything else?  That's it?
15   MS. MOUS:  Nothing, Judge.
16   THE DEFENDANT:  Am I allowed to say something?
17   THE COURT:  Yeah.  What do you want to say?
18   THE DEFENDANT:  First of all, everything I've done
19   in here today was crooked.  Both of you all state attorneys are
20   crooks, both of you all criminals and you all gonna pay for
21   what you did.  You know what you all did; you all didn't let
22   the evidence go in there.  If the jury was rigged, I will find
23   out and both of you are going to jail.  Both of you might have
24   federal charges against you.
25   I don't fear you, and you're not going to stop me

Page 8

1  helping people. I'm still going to help them, I don't care
2  what you say because I follow Yahweh, and that's the only one
3  that I'm gonna to obey.
4      You think charge gon stick on me? You all know I
5  wasn't practicing no law without no license. You don't have a
6  license. Show your license on the record. Why you all
7  couldn't present you all license?
8      Your Florida manager stated she don't have a
9  license. You are gon stand here and sit here like you all
10 ain't done nothing wrong. You gonna pay for what you did,
11 every last one of you.
12     THE COURT: Anything else?
13     You have 30 days to appeal the sentence of the
14 court. If you a cannot afford a lawyer a lawyer will be
15 appointed to represent you.
16     I need to get a copy of my findings. Include those
17 and attach those to the copy of the disposition.
18     THE DEFENDANT: I demand to be released, legal fix
19 --
20     THE COURT: Mr. Williams --
21     THE DEFENDANT: You didn't charge me --
22     THE COURT: Mr. Williams, here is what you need to
23 understand. If you're not released tonight -- and I don't know
24 whether you will or when you are -- you need to be put on the
25 docket for tomorrow morning for the purpose to be instructed

Page 9

1   with regard to probation.  If he's released tonight -- and I
2   don't know whether they will or whether they won't based upon
3   his credit for time served -- if they do release him tonight
4   you're required to be here tomorrow morning, 9:00 o'clock in
5   the morning, Courtroom 7870 for the purpose of being instructed
6   with regard to your probation.  If you fail to appear at that
7   time that will be a violation of your supervision.
8           (Thereupon, the proceedings were concluded at 6:31
9   p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 10

# CERTIFICATE

STATE OF FLORIDA    )
                    )
COUNTY OF BROWARD   )

I, KIMBERLY V. MESFUN, a Registered Professional Reporter in and for the State of Florida at Large, DO HEREBY CERTIFY that the foregoing hearing was taken before me at the time and place therein designated; that the foregoing pages 1 through 9 inclusive are a true and correct record of the proceedings.

I FURTHER CERTIFY that I am not a relative or employee of any of the parties, nor relative or employee of such attorney or counsel, or financially interested in the foregoing action.

DATED AND SIGNED this 1st day of March, 2016

*[signature]*

_____

APEX REPORTING GROUP