JUN 15, 2016

Office Dufour,
June 6, 2016

It is quite unfortunate that you chose to be in complicity with this corrupt Broward County Sheriffs office, pseudo Detective John Calabra, pseudo Judge Andrew Seigel and pseudo State Attorney Catherine Maus to unlawfully deprive me of my liberty without due process of law. I have already put that crook Seigel on notice that a federal suit has been filed against him and now I will have to make an amendment to add you and the Department of Corrections. Mr. Dufour there comes a time in a mans life that he has to choose to do what's right even if it cost him his job or his life. I am willing to do just that because my faith in Yahshua and he has assured me that no weapon formed against me shall prosper. (Isa. 54:17). You can not claim ignorance of the law because as an officer of the law you are presumed to know and understand the law. You know very well that I'm being held unlawfully and was unlawfully convicted of a charge that is not criminal in nature. Yet you chose to continue to support and execute orders that you know or should have known to be illegal and unlawful. As I told Seigel in my letter to him, I will not be submitting to your unlawful Community Correction or Control or your probation. Any man or woman who tries to restrict and violate my Constitutional, divine and common law rights will be met with DEADLY FORCE!! I have been very peaceful and diplomatic my entire life and I expect to stay that way. But take heed that I will no longer let you or any other pseudo law enforcement officer or agency violate my rights without swift retaliation to the fullest extent of the law. If you are a man of integrity, which I hope that you are, you will do the right thing so that I can remain peaceful and diplomatic as I have been thus far. I am a military veteran and as such I expect a level of just due respect. If I don't get the respect that I deserve from this day forward, I and my law enforcement team will take it by force! Guide yourself accordingly.

Sincerely, VCC 1-308

Anthony Williams
Private Attorney General
P.A.G # 12-6799

Exhibit F

Anthony Williams
Private Attorney General
555 SE 1 Ave
Fort Lauderdale, FL 33301
#501602094

Return Receipt Requested

CERTIFIED MAIL
7014 3490 0002 2908 6139

Dept. of Corrections
Evans DuFour
3520 W. Broward Blvd. Suite 210
Fort Lauderdale, FL 33312

33312-103860