# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK |
| CASE NAME: | USA vs. (1) Anthony T. Williams and (2) Anabel Cabebe |
| ATTYS FOR PLA: | Ronald Johnson |
| ATTYS FOR DEFT: | (1) Lars Isaacson |
| | (2) Michael Green |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | FTR 6 |
| DATE: | 09/29/2017 | TIME: | 2:06 - 2:51 |

COURT ACTION:  EP: A & P to the Indictment as to Defendant (1) Anthony T. Williams; Final Pretrial Conference as to Defendant (2) Anabel Cabebe;  Status Conference re: Trial Date and Deadlines; and Motion to Detain as to Defendant (1) Anthony T. Williams -

Defendant (1) Anthony T. Williams present and in custody and (2) Anabel Cabebe present.

Discussion held re:  Defendant (1) Anthony T. Williams' requests to represent himself.

Colloquy held between the Court and Mr. Williams re:  his constitutional right to court appointed counsel.

Mr. Williams stated that no one has threatened him or promised him anything to waive his right to court appointed counsel.

Court finds that the defendant has knowingly and voluntary waived his right to court appointed counsel.

Court finds the defendant mentally capable of making this decision, and that he fully understands the implications of waiving his right to be represented by counsel.

Court will permit the defendant to represent himself.

Lars Isaacson is appointed as standby counsel.

Defendant has reviewed the Indictment and understands the charges against him.

Defendant arraigned - Government summarized the general nature of the allegations against the defendant.

Defendant understands the charges, denies the charges, and does not enter a plea.

Court will enter a plea of not guilty for the defendant over the defendants' objection.

Government requests to declare this case complex and that the trial be set more than the 70 days out- objection by Mr. Williams.

Arguments.

Court finds based on the reasons asserted by the government and by Mr. Green on behalf of Defendant (2) Anabel Cabebe, the Court declares this case complex

Mr. Johnson to prepare the order.

Jury Selection/Trial set for 10/17/17 is continued to 11/21/17 @ 9:00 a.m.

Final Pretrial Conference set for 10/23/17 @ 10:00 a.m. KSC.

Motions 10/9/17.

Response 10/23/17.

Mr. Johnson to prepare the order to continue trial and to exclude time.

[14] Motion for Appointment of Counsel - Denied as moot.

[15] Motion for Discovery - Denied as moot.

Mr. Williams requests that (2) Anabel Cabebe be dismissed from this case and removed. Court informed Mr. Williams that Mr. Green is Ms. Cabebe's counsel, and he may make such a motion.

(2:32 p.m. ) Mr. Green and (2) Ms. Cabebe excused.

[32] Motion to Detain - arguments.

The Court taking judicial notice of the documents on file, the USPTS' report, and the comments of counsel, adopts the recommendation of Pretrial Services and orders that the defendant be detained pending trial.

Motion to Detain Defendant without Bail - Granted.

Discussion held re: discovery.

Mr. Isaacson to contact FDC re: defendant's access to a computer.

A Status Conference re: discovery and defendant's ability to access a computer is set for 10/6/17 @ 10:00 a.m. KSC.

Defendant may be present in person or by telephone.

Defendant remanded to the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.