ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2017

at ___ o'clock and 50 min. P M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 17-101 LEK |
| | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| | ) | |
| ANTHONY WILLIAMS | ) | |
| Defendant. | ) | |
| | ) | |

### NOTICE OF DEPOSITION

COMES NOW defendant, ANTHONY WILLIAMS, a legal fiction, by and through his undersigned common law counsel and submits this Notice of Deposition pursuant to Rule 15 and Rule 31 of the Fed. R. Crim. P. Defendant intends to depose any and all of the government's witnesses and any and all of the the law enforcement officers who investigated, charged or arrested Anthony Williams in error for the legal person ANTHONY WILLIAMS. Defendant intends to depose the witnesses by written deposition pursuant to Rule 31(a)(1). The witnesses to be deposed are Special Agent Megan Crawley, FBI, Honolulu, Hawaii, The Attorney General's Office, Honolulu, Hawaii, Office of Consumer Affairs, Honolulu, Hawaii, Rosey Thomas, Dr. Leonard Horowitz and Sherri Kane..

Executed this 25th day of September 2017.

Respectfully submitted,

*/s/ Anthony Williams*
Anthony Williams
Fed.#05963122
FDC – HAWAII
P.O. Box 30080
Honolulu, Hawaii

Common Law Counsel For Defendant

## INTERROGATORIES TO OFFICE OF CONSUMER PROTECTION
## AND COLETTE WATANABE

### ANSWERS, ADMISISSIONS OR DENIALS

1. Did any consumer or client of Anthony Williams, Common Law Office of America (CLOA) or Mortgage Enterprise Investments (MEI) call your office and make a complaint that he or one of his companies committed mail fraud or wire fraud against them?

   YES                                    NO

2. Did Anthony Williams come to your office and make a complaint that former employees had committed fraud against him, his companies and his clients?

   YES                                    NO

3. Did your office also receive a faxed letter dated December 11, 2014 from Anthony Williams and CLOA making a formal complaint against Edna Franco, Henry Malinay, Hep Guinn and Rowena Valdez for committing fraud against him, his company and homeowners?

   YES                                    NO

4. Did the letter notify you that our office inserted a link on our web page www.usacommonlaw.com/publicnotice warning consumers that these past employees were con artists and have committed fraud?

   YES                                    NO

5. Did your office do anything about the complaint to investigate it and act upon it?

   YES                                    NO

   If no why not?_____

   _____

   _____

   _____

   _____

   _____

6. Is there a constitutional provision that created the Office of Consumer Protection?

   YES                                          NO

   If yes, what article or amendment?_____

7. When the constitution was written was there an organization called the Office of Consumer Protection?

   YES                                          NO

8. Did your office file to have an injunction issued against Edna Franco for defrauding homeowners?

   YES                                          NO

9. How many injunctions were filed against Edna Franco?

   _____

10. Can your office provide instances of cases where someone comes to your office and makes a complaint about fraud being committed against them while they are committing the same fraud against others?

    YES                                          NO

    If yes please provide the names and case numbers for those cases.

    _____

    _____

    _____

    _____

11. When Anthony Williams notified your office of the fraud being committed by his former employees, did your office investigate and bring to justice those who had broken the law?

   YES                                      NO

12. During the mortgage crisis beginning in 2008 -2013 and the major lawsuit against the banks and mortgage companies for fraud, predatory lending and other charges which would include mail fraud and wire fraud which resulted in a civil suit and a multi-billion dollar settlement, why didn't your office seek criminal charges against the President's, CEO's or CFO's of those organizations when they clearly violated the law and committed crimes against homeowners in Hawaii?

   _____
   _____
   _____
   _____
   _____
   _____
   _____

13. What are the names, titles and employee numbers of all the employees that work in the Office of Consumer Protection? (use separate additional page if necessary)

   _____
   _____
   _____
   _____
   _____

14. Does the Office of Consumer Protection keep copies of all mail, email and faxes sent to it?

   YES                                              NO

15. Can your office produce all of the letters, faxes and emails sent to it's field offices and headquarters by Anthony Williams, CLOA, MEI or it's representatives?

   YES                                              NO

16. Did your office in complicity with the Attorney General of Hawaii file civil charges against ANTHONY WILLIAMS, CLOA and MEI?

   YES                                              NO

17. Did you have a trial by jury as requested and demanded by Anthony Williams which is a protected guaranteed right pursuant to the Seventh Amendment of the U.S. Constitution?

   YES                                              NO

   If no, what gives you the authority to violate a guaranteed federal right?

   _____

   _____

   _____

   _____

   _____

18. At the time of the filing of the civil suit against ANTHONY WILLIAMS, CLOA and MEI, did any consumers complain about the services of CLOA and MEI?

   YES                                              NO

19. What are the dates that any consumers contacted your office by phone, fax, email or mail complaining about the services of Anthony Williams, CLOA or MEI?

_____

_____

_____

_____

_____

_____

20. What are the names, addresses and telephone numbers of the consumers that filed a complaint against Anthony Williams, CLOA and MEI?

_____

_____

_____

_____

_____

_____

21. Does your office have any sworn affidavits from any consumers that Anthony Williams, CLOA or MEI committed mortgage fraud, mail fraud or wire fraud against them?

   YES                                              NO

22. Is MEI registered in the Department of Commerce and Consumer Affairs (DCCA) office to do business offering the services of mortgage and foreclosure assistance?

    YES                                          NO

23. What date was MEI registered to do business in the DCCA?

_____

24. How many years was this registration valid for?

_____

25. Did your office contact the FBI, U.S. Marshals or the Attorney General's office and make a recommendation that Anthony Williams be charged with mail fraud and wire fraud?

    YES                                          NO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following recipients on the 25th day of September 2017.

US Attorney's Office

Honolulu, Hawaii