ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2017

at ___ o'clock and 60 min. P.M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 17-101 LEK |
| | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| | ) | |
| ANTHONY WILLIAMS | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

COMES NOW defendant, ANTHONY WILLIAMS, a legal fiction, by and through his undersigned common law counsel and submits this Notice of Deposition pursuant to Rule 15 and Rule 31 of the Fed. R. Crim. P. Defendant intends to depose any and all of the government's witnesses and any and all of the the law enforcement officers who investigated, charged or arrested Anthony Williams in error for the legal person ANTHONY WILLIAMS. Defendant intends to depose the witnesses by written deposition pursuant to Rule 31(a)(1). The witnesses to be deposed are Special Agent Megan Crawley, FBI, Honolulu, Hawaii, The Attorney General's Office, Honolulu, Hawaii, Office of Consumer Affairs, Honolulu, Hawaii, Rosey Thomas, Dr. Leonard Horowitz and Sherri Kane.

Executed this 25th day of September 2017.

Respectfully submitted,

Anthony Williams
Fed.#05963122
FDC – HAWAII
P.O. Box 30080
Honolulu, Hawaii

Common Law Counsel For Defendant

# INTERROGATORIES TO ROSEY THOMAS

### ANSWERS, ADMISISSIONS OR DENIALS

1. Did any consumer or client of Anthony Williams, Common Law Office of America (CLOA) or Mortgage Enterprise Investments (MEI) that you are affiliated or associated with complain to you that he or one of his companies committed mail fraud or wire fraud against them?

   YES                                         NO

2. In your personal and business dealings and association with Anthony Williams, is he a man of integrity?

   YES                                         NO

3. Did Anthony Williams ever misrepresent, lie or fabricate what he could or would do for you or any of the people that you knew were clients of his?

   YES                                         NO

4. Were you in foreclosure?

   YES                                         NO

5. Did you seek Anthony Williams, CLOA and MEI services to assist you in fighting your foreclosure?

   YES                                         NO

6. Did Anthony Williams prove to your satisfaction that he could and would assist you with your foreclosure?

   YES                                         NO

7. Did Anthony Williams, CLOA and MEI show you that the banks and mortgage companies have committed fraud against the homeowners?

   YES                                         NO

8. Are you a witness that Anthony Williams was unlawfully and illegally charged and arrested for rape and child molestation in 2013?

   YES                                         NO

9. Did you attend his extradition hearing?

   YES                                              NO

10. Did he represented himself in that case?

    YES                                             NO

11. Did the FBI and Attorney General of Hawaii try to fake his fingerprints at that hearing in order to falsely identify him as the person that committed the crime?

    YES                                             NO

12. Did Anthony Williams ultimately prove his innocence and win his case by representing himself?

    YES                                             NO

13. Did the actions of Anthony Williams, CLOA or MEI cause you to be in foreclosure?

    YES                                             NO

14. Were you already in foreclosure?

    YES                                             NO

15. Were the people you referred already in foreclosure?

    YES                                             NO

16. Did Anthony Williams, CLOA and MEI send and file documents on your behalf to protect you from foreclosure?

    YES                                             NO

17. Were any of those documents fraudulent?

    YES                                             NO

18. Did Anthony Williams, CLOA or MEI promise you anything that they couldn't do?

    YES                                             NO

19. Did you believe in what Anthony Williams, CLOA and MEI told you regarding saving your house from foreclosure and winning your case?

    YES                                          NO

20. Have you witnessed the corruption that goes on in a foreclosure case in the court system?

    YES                                          NO

21. Did you continue to fight because you knew the corruption that Anthony Williams was fighting against was real and that he told the truth regarding fraud that was committed by the banks and mortgage companies?

22. As a result of continuing to fight the foreclosure that Anthony Williams, CLOA and MEI exposed, did you win your foreclosure case?

    YES                                          NO

23. Do you own your house now free and clear and never have to pay any more fraudulent payments to the bank?

    YES                                          NO

24. Would you recommend any consumers facing foreclosure to seek the services of Anthony Williams, CLOA and MEI?

    YES                                          NO

25. Do you believe these charges of mail fraud and wire fraud are the result of retaliation against Anthony Williams for exposing the corruption in Hawaii?

    YES                                          NO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following recipients on the 25th day of September 2017.

US Attorney's Office

Honolulu, Hawaii