UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 29 2017
at ___ o'clock and 50 min. P.M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 17-101 LEK |
| vs. | ) | NOTICE OF DEPOSITION |
| ANTHONY WILLIAMS<br>Defendant. | ) | |

## NOTICE OF DEPOSITION

COMES NOW defendant, ANTHONY WILLIAMS, a legal fiction, by and through his undersigned common law counsel and submits this Notice of Deposition pursuant to Rule 15 and Rule 31 of the Fed. R. Crim. P. Defendant intends to depose any and all of the government's witnesses and any and all of the the law enforcement officers who investigated, charged or arrested Anthony Williams in error for the legal person ANTHONY WILLIAMS. Defendant intends to depose the witnesses by written deposition pursuant to Rule 31(a)(1). The witnesses to be deposed are Special Agent Megan Crawley, FBI, Honolulu, Hawaii, The Attorney General's Office, Honolulu, Hawaii, Office of Consumer Affairs, Honolulu, Hawaii, Rosey Thomas, Dr. Leonard Horowitz and Sherri Kane.

Executed this 25th day of September 2017.

Respectfully submitted,

Anthony Williams
Anthony Williams
Fed.#05963122
FDC – HAWAII
P.O. Box 30080
Honolulu, Hawaii

Common Law Counsel For Defendant

1

# INTERROGATORIES TO FBI

ANSWERS, ADMISISSIONS OR DENIALS

1. Did any consumer or client of Anthony Williams, Common Law Office of America (CLOA) or Mortgage Enterprise Investments (MEI) call your office and make a complaint that he or one of his companies committed mail fraud or wire fraud against them?

   YES                                                    NO

2. Did Anthony Williams come to your office and make a complaint that former employees had committed fraud against him, his companies and his clients?

   YES                                                    NO

3. Did your office do anything about the complaint to investigate it and act upon it?

   YES                                                    NO

   If no why not?_____

   _____

   _____

   _____

   _____

   _____

4. Is there a constitutional provision that created the Federal Bureau of Investigation?

   YES                                                    NO

   If yes, what article or amendment?_____

5. When the constitution was written was there an organization called the Federal Bureau of Investigation (FBI)?

   YES                                                    NO

6. Do all of the agents of the FBI always tell the truth and only prosecute crimes which have merit?

   YES                                    NO

7. Did your office work in complicity with the FBI office in Miami and Broward Sheriff's Deputy John Calabro to unlawfully charge defendant with the unlicensed practice of law in 2015 in the State of Florida?

   YES                                    NO

8. What was the probable cause according to the Fourth Amendment that your office claims to have had in order to search and seize all of the property of the offices of CLOA and MEI in Hawaii?

   _____

   _____

   _____

   _____

   _____

9. Can your office provide instances of cases where someone comes to your office and makes a complaint about fraud being committed against them while they are committing the same fraud against others?

   YES                                    NO

   If yes please provide the names and case numbers for those cases.

   _____

   _____

   _____

   _____

10. Has the FBI as an organization ever practiced racism or discriminated against African Americans?

   YES                                    NO

11. Was J. Edgar Hoover, the original FBI Director a known racist?

   YES                                    NO

12. Is it the FBI's duty to investigate and punish color of law crimes as it is stated on your website?

   YES                                    NO

13. When Anthony Williams notified your office of the color of law crimes being committed by the judges, courts and banks against the homeowners, did your office investigate and bring to justice those who had broken the law?

   YES                                    NO

14. During the mortgage crisis beginning in 2008 and the major lawsuit against the banks and mortgage companies for fraud, predatory lending and other charges which would include mail fraud and wire fraud which resulted in a multi-billion dollar settlement, why was none of the Presidents, CEO or CFO of those organizations charged criminally when they clearly violated the law and committed crimes against millions of Americans?

   _____
   _____
   _____
   _____
   _____
   _____
   _____

15. The Tenth Amendment states, the powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people. So what in the Constitution gave the FBI it's delegation of authority or powers?

_____

_____

_____

_____

_____

_____

_____

_____

16. What are the names, titles and agent numbers of all the FBI agents that work in the Honolulu field office, Miami, FL field office and Killeen, TX field office? (use separate additional page if necessary)

_____

_____

_____

_____

_____

_____

_____

17. According to your FBI files, is Anthony Williams on the Do Not Detain Do Not Arrest List?

   YES                                    NO

18. According to your FBI files, is Anthony Williams listed as armed and dangerous and listed as a possible terrorist organization member?

   YES                                    NO

   If so, why?_____

   _____

   _____

   _____

   _____

19. When you raided Anthony Williams CLOA office in Honolulu, what evidence did you take? (List all computers or electronic equipment with their serial numbers, list how many file cabinets, files, office furniture, supplies, etc.)

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

20. What relevance did any of the office equipment, furniture or supplies have with mail fraud and wire fraud?

_____

_____

_____

_____

_____

_____

_____

21. Will the FBI criminally charge any of the CEO's of the banks and mortgage companies that committed fraud, (including mortgage, mail and wire), predatory lending and theft of property that have already lost civil suits for these crimes?

    YES                                              NO

22. Does the FBI headquarters keep copies of all mail, email and faxes sent to it?

    YES                                              NO

23. Can your office produce all of the letters, faxes and emails sent to it's field offices and headquarters by Anthony Williams, CLOA, MEI or it's representatives?

    YES                                              NO

24. Does the FBI agree with the U.S. Supreme Court ruling in U.S. v. Perry, that the people are sovereign?

    YES                                              NO

25. Can you cite the exact article, amendment, provision of the constitution, federal law or U.S. Supreme court ruling that gave the FBI authority over a sovereign?

    YES                                              NO

If yes, what is the law?

_____

_____

_____

_____

_____

_____

_____

_____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following recipients on the 25th day of September 2017.

US Attorney's Office

Honolulu, Hawaii