UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 ? 2017

at __ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. QL 17-101 leIC |
| | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| | ) | |
| ANTHONY WILLIAMS | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

COMES NOW defendant, ANTHONY WILLIAMS, a legal fiction, by and through his

undersigned common law counsel and submits this Notice of Deposition pursuant to Rule 15 and Rule

31 of the Fed. R. Crim. P.  Defendant intends to depose any and all of the government's witnesses and

any and all of the the law enforcement officers who investigated, charged or arrested Anthony Williams

in error for the legal person ANTHONY WILLIAMS. Defendant intends to depose the witnesses by

written deposition pursuant to Rule 31(a)(1). The witnesses to be deposed are Special Agent Megan

Crawley, FBI, Honolulu, Hawaii, The Attorney General's Office, Honolulu, Hawaii, Office of

Consumer Affairs, Honolulu, Hawaii, Rosey Thomas, Dr. Leonard Horowitz and Sherri Kane.

Executed this 25th day of September 2017.

Respectfully submitted,

Anthony Williams
Fed.#05963122
FDC – HAWAII
P.O. Box 30080
Honolulu, Hawaii

Common Law Counsel For Defendant

1

## INTERROGATORIES TO DR. LEONARD HOROWITZ

### ANSWERS, ADMISISSIONS OR DENIALS

1. Did any consumer or client of Anthony Williams, Common Law Office of America (CLOA) or Mortgage Enterprise Investments (MEI) that you are affiliated or associated with complain to you that he or one of his companies committed mail fraud or wire fraud against them?

   YES                              NO

2. In your personal and business dealings and association with Anthony Williams, is he a man of integrity?

   YES                              NO

3. Did Anthony Williams ever misrepresent, lie or fabricate what he could or would do for you or any of the people that you knew were clients of his?

   YES                              NO

4. Were you in foreclosure?

   YES                              NO

5. Did you seek Anthony Williams, CLOA and MEI services to assist you in fighting your foreclosure?

   YES                              NO

6. Did Anthony Williams prove to your satisfaction that he could and would assist you with your foreclosure?

   YES                              NO

7. Did Anthony Williams, CLOA and MEI show you that the banks and mortgage companies have committed fraud against the homeowners?

   YES                              NO

8. Are you a witness that Anthony Williams was unlawfully and illegally charged and arrested for rape and child molestation in 2013?

   YES                              NO

9.  Did you attend his extradition hearing?

    YES                                  NO

10. Did you video record the hearing and upload it on Youtube?

    YES                                  NO

11. Did he represented himself in that case?

    YES                                  NO

12. Did the FBI and Attorney General of Hawaii try to fake his fingerprints at that hearing in order to falsely identify him as the person that committed the crime?

    YES                                  NO

13. Did Anthony Williams ultimately prove his innocence and win his case by representing himself?

    YES                                  NO

14. Did the actions of Anthony Williams, CLOA or MEI cause you to be in foreclosure?

    YES                                  NO

15. Were you already in foreclosure?

    YES                                  NO

16. Were you defrauded by a crooked attorney at law named Paul J. Sulla?

    YES                                  NO

17. Did Anthony Williams go with you to have formal criminal charges filed against this crooked attorney?

    YES                                  NO

18. Did the prosecutor of the police department assist you when you filed a complaint?

    YES                                  NO

19. Did you have the encounter video recorded and uploaded on Youtube?

    YES                                  NO

20. What was the basis of your complaint against Paul J. Sulla and the criminal acts that he committed against you?

(attach additional sheet if necessary)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

21. Did you advise Anthony Williams to be careful because when exposing the corruption of the government that they will come after you and defame your character by having child molestation charges filed against you?

    YES                                  NO

22. How did you know that they would do this?

    (attache additional sheet if necessary)

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

23. Before the unlawful incarceration of Anthony Williams, did any of his actions in assisting you in your foreclosure cause you to lose your home?

    YES                                  NO

24. Are you a world renown whistleblower?

    YES                                  NO

25. Have you written many books on the corruption of the government including the government creating the aids virus and putting it in the African-American and gay community?

    YES                                  NO

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following

recipients on the 25th day of _September_ 2017.

US Attorney's Office

Honolulu, Hawaii

6