FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 29 2017

at _____ o'clock and _____ min. _____ M.
SUE BEITIA, CLERK

ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. CR 17-101 LEK |
| | ) | |
| vs. | ) | NOTICE OF DEPOSITION |
| | ) | |
| ANTHONY WILLIAMS | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF DEPOSITION

COMES NOW defendant, ANTHONY WILLIAMS, a legal fiction, by and through his

undersigned common law counsel and submits this Notice of Deposition pursuant to Rule 15 and Rule

31 of the Fed. R. Crim. P.  Defendant intends to depose any and all of the government's witnesses and

any and all of the the law enforcement officers who investigated, charged or arrested Anthony Williams

in error for the legal person ANTHONY WILLIAMS. Defendant intends to depose the witnesses by

written deposition pursuant to Rule 31(a)(1). The witnesses to be deposed are Special Agent Megan

Crawley, FBI, Honolulu, Hawaii, The Attorney General's Office, Honolulu, Hawaii, Office of

Consumer Affairs, Honolulu, Hawaii, Rosey Thomas, Dr. Leonard Horowitz and Sherri Kane.

Executed this 25th day of September _____ 2017.

Respectfully submitted,

Anthony Williams
Fed.#05963122
FDC – HAWAII
P.O. Box 30080
Honolulu, Hawaii

Common Law Counsel For Defendant

1

## INTERROGATORIES TO DR. SHERRI KANE

### ANSWERS, ADMISISSIONS OR DENIALS

1.  Did any consumer or client of Anthony Williams, Common Law Office of America (CLOA) or Mortgage Enterprise Investments (MEI) that you are affiliated or associated with complain to you that he or one of his companies committed mail fraud or wire fraud against them?

    YES                                    NO

2.  In your personal and business dealings and association with Anthony Williams, is he a man of integrity?

    YES                                    NO

3.  Did Anthony Williams ever misrepresent, lie or fabricate what he could or would do for you or any of the people that you knew were clients of his?

    YES                                    NO

4.  Were you in foreclosure?

    YES                                    NO

5.  Did you seek Anthony Williams, CLOA and MEI services to assist you in fighting your foreclosure?

    YES                                    NO

6.  Did Anthony Williams prove to your satisfaction that he could and would assist you with your foreclosure?

    YES                                    NO

7.  Did Anthony Williams, CLOA and MEI show you that the banks and mortgage companies have committed fraud against the homeowners?

    YES                                    NO

8.  Are you a witness that Anthony Williams was unlawfully and illegally charged and arrested for rape and child molestation in 2013?

    YES                                    NO

2

9. Did you attend his extradition hearing?

   YES                                        NO

10. Did you video record the hearing and upload it on Youtube?

   YES                                        NO

11. Did he represented himself in that case?

   YES                                        NO

12. Did the FBI and Attorney General of Hawaii try to fake his fingerprints at that hearing in order to falsely identify him as the person that committed the crime?

   YES                                        NO

13. Did Anthony Williams ultimately prove his innocence and win his case by representing himself?

   YES                                        NO

14. Did the actions of Anthony Williams, CLOA or MEI cause you to be in foreclosure?

   YES                                        NO

15. Were you already in foreclosure?

   YES                                        NO

16. Were you defrauded by a crooked attorney at law named Paul J. Sulla?

   YES                                        NO

17. Did Anthony Williams go with you to have formal criminal charges filed against this crooked attorney?

   YES                                        NO

18. Did the prosecutor of the police department assist you when you filed a complaint?

   YES                                        NO

19. Did you have the encounter video recorded and uploaded on Youtube?

   YES                                        NO

20. Have you ever worked for or was an affiliate of FOX NEWS?

    YES                              NO

21. Were you unlawfully assaulted in the courtroom by armed deputies of the Hawaii Sheriff's department for video recording one of the hearings Anthony Williams was involved in even though you identified yourself as a valid journalist and member of the press?

    YES                              NO

22. What happened on that day you were assaulted?

    (attach additional sheet if necessary)

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

23. Have you witnessed the corruption that goes on in a foreclosure case in the court system?

    YES                                  NO

24. Do you believe these charges of mail fraud and wire fraud are the result of retaliation against Anthony Williams?

    YES                                  NO

25. Why do you believe the government is retaliating against Anthony Williams?

    (attach additional sheet if necessary)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to the following

recipients on the 25th day of _September_____ 2017.

US Attorney's Office

Honolulu, Hawaii