# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK |
| CASE NAME: | USA vs. (1) Anthony T. Williams |
| ATTYS FOR PLA: | Ronald G. Johnson |
| | Timothy A. Rodrigues (BOP) |
| ATTYS FOR DEFT: | 01 Lars R. Isaacson (Standby Counsel) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C7 |
| DATE: | 10/6/2017 | TIME: | 10:00 - 10:31 |

COURT ACTION:   EP: Status Conference -

Defendant (1) Anthony T. Williams, (Pro Se) present, in custody, with standby counsel Lars R. Isaacson.

Discussion held re: defendant's ability to review electronic discovery.

Timothy Rodrigues, BOP, addressed the Court.

Mr. Isaacson to submit a stipulation re: defendant's access to a computer with word processing ability.

Defendant to work with FDC, standby counsel, and Mr. Rodrigues.

Court sets another status conference re: defendant's access and use of a westlaw computer for 10/23/17 @ 10:00 a.m.

Mr. Rodrigues to check with FDC Miami re: the transmittal of defendant's documents.

Mr. Isaacson allowed to turn over the dvds and printouts to the defendant, and requests a set for himself.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.