# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    10/11/2017                   TIME:

COURT ACTION: EO: COURT ORDER REGARDING DEFENDANT'S: MOTION FOR CONSTITUTIONAL CHALLENGE TO GRAND JURY RULE 6(D) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE; AND MOTION FOR ORDER OF DISMISSAL

   Before the Court are pro se Defendant Anthony T. Williams's ("Defendant") Motion for Constitutional Challenge to Grand Jury Rule 6(d) of the Federal Rules of Criminal Procedure ("Grand Jury Motion") and Motion for Order of Dismissal ("Motion to Dismiss"), both filed on September 29, 2017. [Dkt. nos. 37, 38.]  This Court ORDERS Plaintiff the United States of America ("the Government") to file its memoranda in opposition to the motions by **October 25, 2017**.  If Defendant chooses to file the optional reply memoranda in support of the motions, he must do so by **November 15, 2017**.

   After reviewing the parties' memoranda, this Court will determine whether a hearing on the Grand Jury Motion and/or the Motion to Dismiss is necessary.

   IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager