UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA                    CASE NO: 1:17-00101 LEK
         vs.
ANTHONY WILLIAMS

NOTICE OF FILING LETTER

Notice is hereby given that the following letter is being filed with court.

Righteously Submitted,

Anthony Williams
Anthony Williams
Private Attorney General
#05963-122
P.O. Box 30080
Honolulu, HI 96820

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 09 2017
DISTRICT OF HAWAII