a: Kjm
Copy returned to filer

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA         CASE NO: 17-00101 LEK

v.                                COMMON LAW JURISDICTION

ANTHONY WILLIAMS                  UCC 1-103.6

## MOTION FOR FUNDS TO HIRE A PRIVATE INVESTIGATOR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 01 2017
at ___ o'clock and 50 a min. ___ M.
SUE BEITIA, CLERK

COMES NOW, defendant, by and through his undersigned common law counsel and submits this Motion For Funds To Hire A Private Investigator. In support of this motion defendant states the following:

1. Defendant is indigent and does not have the funds in order to hire a private investigator.
2. Defendant and undersigned counsel are unable to do the investigation needed because of the undersigned's unlawful pre-trial incarceration.
3. There is evidence and documents that are imperative to obtain and only a hired private investigator can obtain.
4. There are witnesses vital to the defense that an investigator would be able to locate in order to have them present for trial to give their testimony.
5. This motion is made pursuant to **18 USC 3006A(a)(2)(A)**.

Done this 28th day of November 2017.

Righteously submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Common Law Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. Mail to:

US Attorneys Office
Ronald Johnson
PJKK Federal Bldg
300 Ala Moana Blvd, Room 6-100
Honolulu, HI 96850

this 28th day of November 2017.

*/s/ Anthony Williams*