IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | REQUEST FOR STAY PENDING |
| vs. | ) | FORTHCOMING APPEAL OF ORDER |
| | ) | GRANTING IN PART AND DENYING IN |
| ANTHONY WILLIAMS (1), | ) | PART DEFENDANT'S MOTION TO |
| | ) | COMPEL |
| Defendant. | ) | |

ORDER GRANTING GOVERNMENT'S REQUEST FOR STAY PENDING
FORTHCOMING APPEAL OF ORDER GRANTING IN PART AND
DENYING IN PART DEFENDANT'S MOTION TO COMPEL

Before the Court is the United States' Request For Stay Pending Forthcoming Appeal of Order Granting in Part and Denying in Part Defendant's Motion to Compel, filed on December 20, 2017 ("Request"). ECF No. 76. In its Request, the government states that it intends to appeal the Order (1) Denying Defendant's Motion for Clerk to Issue Blank Subpoenas; (2) Granting in Part and Denying in Part Defendant's Motion to Compel; and (3) Denying Defendant's Motion for Funds to Hire a Private Investigator, issued on December 18, 2017. Id. After careful consideration, the Court GRANTS the Request and STAYS the December 18, 2017 Order pending disposition of the forthcoming appeal.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, DECEMBER 21, 2017.



_____
Richard L. Puglisi
United States Magistrate Judge