ELLIOT ENOKI  #1528
Acting United States Attorney
District of Hawaii

AMALIA FENTON
RON JOHNSON  #4532
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:  (808) 541-2958
E-Mail: amalia.fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | EXHIBIT B OF JONATHAN SIMO'S |
| vs. | ) | DECLARATION |
| | ) | |
| ANTHONY WILLIAMS, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

EXHIBIT B OF JONATHAN SIMO'S DECLARATION

The United States hereby resubmits its Exhibit B of

Jonathan Simo's Declaration to Government's Appeal (Doc. 79).

DATED: December 29, 2017, at Honolulu, Hawaii.

                                        ELLIOT ENOKI
                                        Acting United States Attorney
                                        District of Hawaii


                                   By   /s/ Amalia L. Fenton
                                      AMALIA FENTON
                                      RON JOHNSON
                                      Assistant U.S. Attorneys



**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

---

*P.O. Box 30547*
*Honolulu, HI  96820*

May 1, 2017

**MEMORANDUM FOR ALL ATTORNEYS**

**FROM:**       WILLIAM W. LOTHROP
                WARDEN

**SUBJECT:**    Procedures for Electronic Discovery

This memorandum provides guidance to defense counsel on procedures for sending and viewing electronic discovery ("e-discovery") at the Federal Detention Center, Honolulu, Hawaii ("FDC Honolulu").

FDC Honolulu is equipped with discovery computers to allow attorneys to review e-discovery with inmates during legal visits.  Inmates may also receive e-discovery for their personal review.  All FDC Honolulu e-discovery computer terminals are equipped to provide read-only access to dozens of common document, video, and audio file formats.

E-discovery format:
E-discovery shall only be accepted on CD or DVD.  Thumb drives or hard drives are not permitted.

Reviewing e-discovery during a legal visit:
Attorneys should enter "inmate" as both the username and password on the visiting room computer terminals.  Attorneys should notify the Visiting Room Officer if any technical issues arise.

Mailing e-discovery to an inmate:
Each disc must be labeled with the inmate's name, register number, and case number.  Each disc must also be individually packaged in a paper or soft plastic sleeve.  The sender must also comply with routine Legal Mail requirements:

EXHIBIT B - of Simo Declaration

- The package must be addressed directly to the inmate and include the inmate's register number.
- The return address should contain the sending attorney's individual name and an indication the sender is an attorney.
- The front of the envelope should clearly contain the text: "Special Mail – Open only in the presence of the inmate" or "Legal Mail – Open only in the presence of the inmate."

E-discovery delivery following legal visits:
In addition to being mailed, e-discovery discs may be left in the Legal Drop Box immediately following legal visits. Other than the absence of postage, envelopes left in the Legal Drop Box must otherwise comply with the requirements above. The Legal Drop Box is located immediately outside of the FDC Honolulu visiting room. Attorney access to the Legal Drop Box is only permitted incidental to a legal visit. FDC Honolulu Lobby Officers will not personally accept e-discovery discs.