# MINUTES

CASE NUMBER:	CR NO. 17-00101LEK

CASE NAME:	USA vs. (01) ANTHONY WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:	Leslie E. Kobayashi	REPORTER:

DATE:	1/18/2018	TIME:

COURT ACTION:  EO: [87] Defendant's Motion for Injunction Against FDC for Retaliation will be considered by Judge Leslie E. Kobayashi as Non Hearing Motion.

Memorandum in Opposition is due 2/1/2018.
Reply Memorandum is due 2/22/2018.

 [87] Defendant's Motion for Injunction Against FDC for Retaliation will be taken under submission by the Court.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager