# MINUTES

CASE NUMBER:      CR NO. 17-00101LEK

CASE NAME:        USA vs. (01) ANTHONY WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    1/18/2018                   TIME:

---

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S MOTION FOR HEARING

    Plaintiff the United States of America's ("the Government") Appeal and Request to the District Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge ("Appeal"), [filed 12/29/17 (dkt. no. 79),] is scheduled for hearing on January 29, 2018. On January 4, 2018, pro se Defendant Anthony Williams ("Defendant") mailed a Motion for Hearing ("Motion"). [Dkt. no. 83.] Defendant asks that the hearing on the Motion be advanced to January 15, 2018 because he contends he is being deprived of the tools he needs to formulate his defense. However, Defendant's trial is scheduled to begin on May 15, 2018, and he will have sufficient time to prepare his defense after the Appeal is resolved. Defendant's Motion is therefore DENIED.

    The hearing on the Appeal will proceed as scheduled on **January 29, 2018, at 2:00 p.m.**

    IT IS SO ORDERED..

Submitted by: Warren N. Nakamura, Courtroom Manager