KENJI M. PRICE        #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
AMALIA FENTON        #10837
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail:    Ron.Johnson@usdoj.gov
           amalia.fenton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SUPPLEMENTAL |
| | ) | FILING RE: APPEAL AND |
| | ) | REQUEST TO THE DISTRICT COURT |
| | ) | TO RECONSIDER A PRETRIAL |
| vs. | ) | MATTER DETERMINED BY THE |
| | ) | MAGISTRATE JUDGE; |
| ANTHONY WILLIAMS    (01), | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S SUPPLEMENTAL FILING REGARDING ITS APPEAL AND
REQUEST TO THE DISTRICT COURT TO RECONSIDER A PRETRIAL MATTER
DETERMINED BY THE MAGISTRATE JUDGE

     The United States hereby files this supplemental memorandum

addressing the standard of review the court should apply when

addressing the United States' Appeal and Request to the District

1

Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge. (*See* Doc. No. 79).

Pursuant to 28 United States Code section 636, the District Court may designate a magistrate to hear and determine any non-dispositive pretrial motion, except for, among others, a motion for injunctive relief.  28 U.S.C. § 636(b)(1)(A).  When designated to hear dispositive motions, including motions challenging conditions of confinement, magistrate judges are required to prepare findings of fact and recommendations of law for *de novo* review by the District Court.  *Id.* § 636(b)(1)(B).  Generally, dispositive motions are those eight motions enumerated in 28 U.S.C. § 636(b)(1)(A), and any other motion dealing with a case-dispositive or important constitutional issue.  *See United States v. Rivera-Guerrero*, 377 F.3d 1064, 1069-70 (9th Cir. 2004).

Here, as the Government asserted to the Magistrate Judge in its opposition to the Defendant's motion, the Defendant's motion, while styled as a motion to compel, is really more akin to a dispositive motion seeking injunctive relief, or challenging the conditions of his confinement.  (*See* Doc. No. 73 at 3-4).  The crux of the Defendant's argument is that his conditions of confinement affect his constitutionally protected access to the courts.  Thus, his motion clearly raises an

2

important constitutional issue, and seeks injunctive relief.  In light of this, the magistrate judge should have issued proposed findings and recommendations for this Court's *de novo* review. 28 U.S.C. § 636(b)(1).  The Government therefore believes this Court should construe the December 19, 2017 order as a report and recommendation from the magistrate judge and review it *de novo*.

Moreover, even if the Court deems the Defendant's motion a non-dispositive pretrial request, the Government believes that even under the clearly erroneous/contrary to law standard applicable to review of a magistrate judge's decision on a non-dispositive pretrial matter, see 28 U.S.C. §636(b)(1)(A), the Government should prevail for the reasons set forth in its Appeal and Memorandum of Points and Authorities.  (*See* Doc. No. 79).

DATED: January 29, 2018, Honolulu, Hawaii.

Respectfully Submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii


By  /s/ Amalia Fenton
    RONALD G. JOHNSON
    AMALIA FENTON
    Assistant U.S. Attorneys

3