# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY L. WILLIAMS |
| ATTYS FOR PLA: | Ronald G. Johnson<br>Amalia Fenton |
| ATTYS FOR DEFT: | (01) Lars R. Isaacson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 1/29/2018 | TIME: | 2:00-2:40 |

COURT ACTION:  EP: [79-1] USA's Appeal of Magistrate Judge's Decision.

Defendant (01) Anthony L. Williams present in custody.  Timothy A. Rodrigues, FDC Senior Attorney, present.

Arguments heard.

Defendant's Oral Motion to Strike [95] USA's Supplemental Filing is Denied and terminated.  Court offered Defendant additional time to file a response to the Supplemental Filing.  Defendant declined.

Court will review transcript(s) of proceedings held before the Magistrate Judge.  Defendant's Stand By Attorney Lars R. Isaacson to provide transcripts.

Appeal taken under submission. Court to issue Order.

Additionally, Court informed the parties that:

[38] Defendant's Motion to Dismiss, [37] Defendant's Motion for Constitutional Challenge to Grand Jury Rule 6(D) of the Federal Rules of Criminal Procedure are Denied.  Court to issue written Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager