LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL, CERTIFICATE OF SERVICE. |

MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR
EXPEDITED HEARING

Comes now, the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court to issue an order to show cause against the Bureau of Prisons/FDC Honolulu for violation of his civil rights and interfering with his ability to defend himself in this cause and requests the following relief:

1. That Mr. Williams be immediately ordered released from the "SHU" ("Special Housing Unit," which amounts to solitary confinement) at FDC Honolulu.

2. That FDC Honolulu is ordered not to interfere with his outgoing or incoming mail.

3. That FDC Honolulu dismiss their pending infractions against him.

4. That FDC Honolulu not interfere or delay Mr. Williams' use of Corrlinks.

5. That FDC Honolulu allow him to have visits relating to his business.

Dated: February 22, 2018

    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. On February 22, 2018, I spoke with the Defendant's mother who indicated that Mr. Williams was being held in the SHU at FDC Honolulu.

3. After speaking with Defendant's mother, I checked Corrlinks and found that I had four messages from the Defendant going back to 2/14/18. I had not received notice of these messages by email prior to 2/22/18. Previously, in this and other cases, when an inmate sends me an email via Corrlinks, I receive an email message from Corrlinks advising of the inmate email. I then log on the Corrlinks website to access the inmate email.

4. On February 22, 2018, I met with Mr. Williams at the SHU at FDC Honolulu. He indicated the following, and asked me to ask the court for appropriate relief on his behalf:

    a. He has been in the SHU since 2/14/18.

    b. That FDC Honolulu had rejected certain letters of his for mailing because, in their opinion, he had not affixed the proper

postage. The letters were dated 2/4/14 to a Ms. Thomas, 2/9/18 to the U.S. Postmaster and 2/9/18 again to Ms. Thomas. Mr. Williams believes that this was improper, as any rejection of his letters should come from the Postal Service, not from FDC. He reports he has had success in mailing letters with little or no postage affixed.

c. That he has been refused visitation with Ms. Thomas, who he asserts is a business visitor as defined in 28 C.F.R. 540.55(a). Additionally, he has been "written up" for attempting to have her visit and/or conducting a business while in custody.

d. That he has complained about the FDC staff rejecting his mail and indicated by email that criminal charges could result against the person that interferes with his mail. He alleges that this statement has been deemed as a threat and is the reason he is in the SHU.

e. That he was sentenced to the SHU for at least 14 days, and perhaps more.

f. That these reprimands and confinement in the SHU has and will continue to impair his ability to mount a defense in this case.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated February 22, 2018

Respectfully submitted,

<u>    /s/ Lars Isaacson</u>
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on February 22, 2018.  A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON