IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

cc: lek

UNITED STATES OF AMERICA

v.

ANTHONY WILLIAMS

CR. NO. 17-00101 LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 22 2018
at 3 o'clock and 25 min. P.M.
SUE BEITIA, CLERK

DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR INJUNCTION AGAINST FDC FOR RETALIATION

I. Introduction

On February 1, 2018, the Government, filed its response to Defendant's Motion For Injunction Against FDC For Retaliation and continues to set forth lies, falsehoods and misrepresentations as to the actions of the undersigned and the actions of the FDC. Two competent judges previously heard the governments frivolous arguments and both judges agreed that the current procedures of the FDC in depriving the undersigned of word processing software to draft and save his motions and a printer to print out said motions and discovery material in fact was a violation of the undersigned's Constitutional rights and issued an order mandating the FDC to provide those necessary items in order that the undersigned could properly prepare for trial. The court heard arguments and stated it would review the transcripts of the prior hearings before making its ruling.

The FDC has continuously lied about the undersign physically threatening staff, which the court can easily determine is a lie and fabrication of the facts and statements made by the undersigned were misconstrued to mean something they did not and had the statements made by the undersigned truly were meant in a physical manner, the undersigned would have immediately been placed in solitary confinement for threatening staff. The mere fact that no such action was taken by the FDC is definitive proof that no physical threats were made.

The government purports that the undersigned's legal access rights have been more than Constitutionally satisfied which is also erroneous as two separate judges have already ruled

that the access is not adequate and issued verbal and written orders to force the FDC to comply.

The FDC has in fact retaliated against the undersigned for having the audacity and intelligence to petition the court for a redress of grievances and receiving a court order in order to force the FDC to comply with federal law. The undersigned has been treated very differently as will be outlined in this reply.

## II. FDC Honolulu Has Retaliated Against Defendant Williams

The administration of FDC Honolulu have in fact retaliated against the undersigned because soon after the undersigned took his claim to court the FDC commenced to writing the undersigned bogus disciplinaries. The undersign would incorporate herein by reference the arguments it provided to the court within the: Motion In Opposition To Government's Appeal And Request To The District Court To Reconsider A Pretrial Matter Determined By The Magistrate Judge and Motion For Injunction Against FDC For Retaliation. The FDC has denied the undersigned the ability to properly and adequately communicate with his standby attorney by phone and has in fact delayed email messages from 3 to 7 days before being sent or received, have in fact charged him for pen and paper as evidenced by him having to purchase them from commissary even though undersigned is and has been certified indigent by the court. All these claims are with merit and the exhibits attached will verify.

### A. Defendant Williams Does Not Have Abundant Opportunity For Contact With Standby Counsel

The FDC continues to lie and fabricate the facts in order to make it appear that they are in compliance with the law. Although attorneys can visit 7 days a week, it is not feasible for the undersigned's standby counsel to visit the facility every day. However,

the FDC purports in their response that "The facility is not aware of any unfulfilled legal call requests" and that the undersigned has made over 100 calls since September 27, 2017 and none of them to counsel. The reason none of them were made to counsel was because: 1) the phone system monitors call and calls to attorneys can't be monitored; 2) the undersigned has made several requests to place an unmonitored attorney call to no avail. The last request to make a call was made on 1-8-2018 and before that on 12-1-2017 (See Exhibits A & B). It is obvious that the government has lied once again by stating the facility is not aware of any unfulfilled legal call requests. Yet the undersigned continues to be denied this basic right.

B. Defendant Williams Has not Received Full Legal Mail Protections

FDC has violated the undersigned's legal mail privileges by continuing to open the undersigned's legal mail outside of his presence. Every letter sent by the District Court or District Court of Appeals or the US Attorney's office has been opened outside the undersigned's presence. The FDC Honolulu is under the misnomer that the District Court has to have written on their envelopes "Legal Mail - Open Only In The Presence of Inmate" to be considered legal mail when the BOP policy clearly states, "Mail from the Chambers of a federal judge or from a member of the U.S. Congress will be afforded special mail handling without "Special Mail" markings on the envelope." (See Exhibit C). The undersigned has constantly made complaints about this violation to no avail. (See Exhibit D)

III. Defendant Williams's Electronic Messages Are Transmitted and Received with Undue Delay

The undersigned has a 14th Amendment right to equal protection under the law. Since email is provided to all inmates, the undersigned's emails should not be held with undue delay and transmitted in a timely fashion as other inmates emails are. The government

purports that the undersigned's emails have neither been destroyed nor subject to undue delay. This too is a complete lie and fabrication of the facts because the undersigned's emails continue to be held for 3 to 7 days before being transmitted (see Exhibit E) while other inmates emails are delivered with undue delay (see Exhibits F).

A. Defendant Williams Has Been Improperly Charged for Legal Access Tools

The undersigned has continuously been charged for pen and paper and stamps and have made several requests to no avail and continues to have to purchase these items off of Commissary. (see Exhibits H) The undersigned has been charged to print out the paper for the Exhibits to be attached to this motion even though he has been determined indigent by the courts. The government continues to harp on the funds deposited into the undersigned's account by family and friends in order that he may call them, email them and purchase hygiene and food items in order to survive. These funds are not to be used for legal research and materials which are suppose to be provided free of charge to all inmates.

IV. Defendant was Improperly Classified as a Sovereign Citizen By BOP

The undersigned has been improperly classified as a "Sovereign Citizen" as that term is described by Associate Warden Ann Elizabeth Card's declaration, which she took from the FBI website. The term "Sovereign Citizen" is redundant in that one can't be "sovereign" and a "citizen" or "subject" at the same time. It's an oxymoronic statement just as it would be to say "King Slave". One can't be the King and at the same time be a slave. The American people are the true sovereigns of this country as the U.S. Supreme

Court ruled in Perry v. U.S., 294 US 330, "In the United States sovereignty resides in the people." Therefore, as one of the American people, the undersigned is a sovereign and NOT a "Sovereign Citizen". The government purports that the undersigned is not a true Private Attorney General and that the undersigned believes the law doesn't apply to him which is an erroneous statement and the undersigned has never made such declarations and the declarations that the undersigned has made have been twisted and taken out of context. The U.S. Supreme Court ruled in Alyeska Pipeline Service Co. v. The Wilderness Society, et al, 421 US 420, 44 L Ed 2d 141, 95 S.Ct. 1612, "One of the main functions of a private attorney general is to call public officials to account and to insist that they enforce the law." The Supreme law of the land is the U.S. Constitution according to Article 6 of the Constitution. This is the law that I follow and ALL laws that are in harmony with it. Any law that is contrary to the Constitution, I emphatically and unequivocally state that I WILL NOT OBEY IT! The government in their response stated that I allege the Attorney General's Office does not have jurisdiction over the undersigned and that the undersigned goes on to threaten "don't be surprised if I, with my law enforcement team, RAID your office with guns and arrest every one of you criminals and use deadly force if necessary." This was not a threat but a promise that I will fulfill to protect the rights of the American people from criminals who have positions as public servants. The government might need to do a little more research on the power of the people to arrest public servants when they have broken the law. The fact that the government diverts from the issue at hand of their retaliation against me for exercising my constitutional rights further proves my point of their vindictiveness and retaliatory nature by bringing up lawful civil rights suits that I had to bring against several judges on behalf of the people for them violating their rights and violating their oaths to uphold the U.S. Constitution. The government goes on further to relie upon erroneous propaganda perpetrated by the state of florida

against the undersigned for exposing their corruption and placing it for the public to view on youtube. None of the lawsuits were frivolous but all had merit but were dismissed by judges who themselves are corrupt and are aiding and abetting criminal activity being perpetrated in court rooms around America. I pose no additional risk except that the FDC knows that I can't be manipulated or violated without bringing remedial measures through the courts. (See Exhibit 2)

V. Defendant Williams Has Been Unfairly Subjected to the BOP Disciplinary Process

The undersigned has never committed nor displayed a pattern of prohibited conduct. There was never any comments from the undersigned that lethal violence would be used against government officials of FDC. The government used excerpts from a letter that was written in 2015 in Florida regarding law enforcement officers continued harassment, unlawful incarceration and intimidation tactics used against me, my family and employees and I sent a certified letter to several law enforcement agencies notifying them that I will protect and defend myself from all illegal and unlawful arrests if they continue to violate my constitutional rights. I sent these agencies an affidavit notifying them that I would resist any and all unlawful arrests even if I had to take the arresting officers life to do so and I meant just that. There is nothing violent about it as I am protecting my right and I sent the U.S. Supreme Court rulings in an affidavit that gives me the right to resist any unlawful and illegal arrest. (See Exhibit G) The disciplinary I received was for complaining about my legal mail being opened and that there would be consequences and repercussions if this continued as I would seek remedy through the courts as I have done that I promised I would do if they continued to violate my rights. The mail room personnel

hear ex parte - and any hearing notice at least 7 days before the hearing date, unless a rule or court orders set a different period. For good cause, the court may set a different period upon ex parte application."

## VIII. FDC Does Not Provide Stamps To Inmates

Captain Dixon in his declaration, paragraph 6, stated that the inmates are provided gratuitous stamps and paper and writing tools at no cost upon request which is a total lie and fabrication of the facts. The fact is the FDC has never provided us with stamps and everyone has to purchase stamps off of the commissary. I sent a request for stamps on 12-28-17 and have never received any stamps. (See Exhibit J)

## XI. FDC Does Not Print Information From Discovery Discs

When the undersigned inquired about how could he get documents printed from his discovery disc he was told by Unit Manager Williams that the Education Department would be able to do that. When the undersigned contacted the Education Department he was told that they would not print any information from the Discovery Discs and said I was not told this which was a lie. (See Exhibit K)

### CONCLUSION

From the foregoing facts and exhibits it is quite clear that the FDC has lied to the court on every facet of their argument to conceal the fact that they have deprived the undersigned of things he is entitled to and have retaliated against him for exercising his right to redress grievances through the court. Therefore, because of the above stated reasons and facts this court should issue an injunction against the FDC to prevent the continuous violation of the undersigned's rights.

Executed this 6th day of February 2018.

could not have felt physically threatened because: 1) I never physically threatened anyone; 2) I don't have contact with anyone in the mail room in order to be able to be a physical threat to anyone; 3) I know the law and physically threatening someone is a crime which I would never do nor have I ever done and 4) if they felt I was a physical threat I would have been placed in the shoe. Any of my housing officers can testify that I am the most peaceful and cordial inmate you would ever want to meet but I won't let anyone violate me without seeking every available lawful remedy.

VI. Defendant Williams Has Sought To Review with BOP of His Discipline or Any Aspect of His Incarceration

The undersigned sent a letter to the Headquarters BOP regarding the violations of the FDC Honolulu on November 8, 2017 and have yet to receive a response. This fact is logged in the undersigneds outgoing legal mail log that he keeps track of all legal mail. The undersigned also sent email requests and forms to appeal his disciplinary action but have yet to receive a response. (see Exhibit I) The undersigned has used his administrative remedy but continues to be ignored and violated and is the reason the undersigned had to bring these concerns to the attention of the court. None of my grievances or appeals have been addressed by this administration and they have shown the propensity to continue to ignore and violate my rights unless there is some intervention by the court.

VII. Court Should Have Stricken Governments Motion Filed The Day Of The Hearing

The court allowed the government to enter a motion pertaining to the hearing that was furnished to the undersigned approximately 3 minutes before the undersigned entered the court room which is a violation of Rule 47(c) Timing of a motion which states, "A party MUST serve a written motion - other than one that the court may

Righteously Submitted,

*Anthony Williams*
Anthony Williams
Private Attorney General
Non-Bar member #05963-122
P.O. Box 30080
Honolulu, HI 96820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnish by U.S. Mail on February ___, 2018 to the following

US Attorney
300 Ala Moana Blvd Room 6-100
PJKK Federal Bldg.
Honolulu, HI 96850

*Anthony Williams*

**✲ NOTE ✲**

Could not mail copy to US attorney because the facility will not make copy so I can mail. Please send electronic copy after filing. Thanks

2-20-18
*Anthony Williams*