cc: lek/ Mr. Williams

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA           CR NO. 17-00101 LEK
          v.
ANTHONY WILLIAMS

FILED IN THE
US DISTRICT COURT
DISTRICT OF HAWAII
FEB 22 2018
at 3 o'clock and 25 min. P.M.
SUE BEITIA, CLERK

EX PARTE APPLICATION AND
MOTION FOR FUNDS TO PURCHASE LEGAL
SUPPLIES AT GOVERNMENTS EXPENSE

COMES NOW, defendant, by and through the undersigned common law counsel, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh-Elohim and Yahshua the Messiah and submits this Motion For Funds To Purchase Legal Supplies At Government Expense in order to obtain the necessary legal supplies to be adequately prepared for trial.

LEGAL SUPPLIES NEED

The following are necessary legal supplies the undersigned is in need of to have the necessary tools to draft motions, do adequate research and necessary items to organize undersigneds motions and research in a manner to better assist him to be prepared for trial.

1. File Folders
2. page dividers
3. Exhibit tabs
4. 4 packages of 500 sheet printer paper
5. Mouse pad
6. Calendar
7. West Law Legal Research Disc
8. Corpus Juris Secundum Vol. 7 (book form or on CD)
9. Blacks Law Dictionary 3rd or 4th Edition (Book form or on CD)
10. Stapler
11. 3 Books of stamps
12. Hand pad for typing
13. 4 Desktop inboxes

14. Federal Rules of Criminal Procedure 2017 (Books)
15. Federal Rules of Evidence 2017 (Books)
16. Chart Posters

The above requested supplies are necessary for the undersigned to organize his research, research thoroughly the laws and rulings governing his charges and to be properly prepared to present his case at trial. The undersigned would note that most of the items requested will remain with the FDC at the conclusion of the case and will be available for the next inmate who chooses to represent himself pro se without having to go through the hassle that the undersigned has went through in order to obtain these legal supplies as a constitutional right to have adequate and meaningful access to the courts and an adequate law library to draft motions and do research.

Executed this 4th day of February 2018.

Righteously submitted,

Anthony Williams
Private Attorney General
#05963-122
P.O. Box 30080
Honolulu, HI 96820