Anthony Williams
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820
Return Receipt Requested

LEGAL MAIL

upon receipt please make copy of the front and back
to ensure mail was not tampered with.
Anthony Williams

UNITED STATES DISTRICT COURT
JUDGE RICHARD PUGLISI
300 ALA MOANA BLVD
Honolulu, HI 96813
cc: LEK



I have unlawfully been placed in solitary confinement, no drinking water, no hot water, no phone calls, limited law library access, unsanitary food w/thout just cause

SK

FEDERAL DETENTION CENTER

P.O. BOX 30080
HONOLULU, HI 96819

DATE: 2-20-18

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.

upon receipt please make copy of the front and back to ensure mail was not tampered with. Anthony Williams

upon receipt please make copy of the front and back to ensure mail was not tampered with. Anthony Williams

upon receipt please make copy of the front and back to ensure mail was not tampered with. Anthony Williams

upon receipt please make copy of the front and back to ensure mail was not tampered with. Anthony Williams

I have unlawfully been placed in solitary confinement, no drinking water, no hot water, no phone calls, limited law library access, unsanitary food without just cause