a: Lek / Mr. Williams

cc: RLP, KSC

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 22 2018
DISTRICT OF HAWAII

February 20, 2018

Dear Judge Puglisi,

I have been placed in solitary confinement as retaliation for taking the FDC to court. I previously expressed my concerns that this would happen and it has happened just as I thought it would. My confinement further hinders me from doing research and preparing for trial. Now I am only given 3 to 4 hours of law library a day and the room that they take me to does not have a printer so now I can't even print out research or case law from Lexis Nexis. The typewriter does not have any paper, nor instructions on how to use it. My mail has continued to be sent back to me stating "not enough postage" when I've placed the same amount of postage as before and it never was a problem but now it's become a problem and I'm told now I need more postage. You told me at the last hearing in December that if they continued to hold my emails to let you know. They continue to hold my email and Attorney Rodrigues said that they didn't hold my emails but I have provided copies in my motion of my emails being held 3 to 7 days while other inmates emails are delivered within hours which I provided a copy of their email also to prove that I was telling the truth and have no reason to lie. The disciplinary I received was because I made a grievance complaint about my mail not being delivered and tampered with and that whoever was doing it was breaking the law and could lose their job or go to jail and I was placed in solitary confinement because the officer who received the email stated he perceived that I threatened him or staff with bodily harm which is absurd. I have been denied the right to call my standby attorney and denied phone calls to my family and friends. I don't know what else to do but to appeal to the court for relief. I sent an email to Mr. Isaacson but I know he hasn't received it because no one has responded to any of my emails since I was placed in solitary confinement on February 14, 2018. I am requesting that an emergency hearing be set so that I may obtain relief because they will continue to write bogus disciplinaries to keep me in confinement. I would request that you have some of my housing deputies called to court so that they can verify that I'm very cordial, professional, non-threatening and that I shouldn't be in solitary confinement. The officers names are Officer B. Light, Officer Munoz,

officer Jencks, and LT. Poimoi.

The cell I'm in doesn't have hot water and they don't bring us fresh water to drink so we have to use the water attached to the toilet as our drinking water. The food is cooked 3 days in advance, frozen, re-heated and then served to us, by this time the food is dried out and almost inedible. I knew they would retaliate against me and that's why I filed the injunction before it took place. I have received 3 disciplinaries since I took the FDC to court, prior to this I had no write ups or disciplinaries. I pray that you get this letter and my motions and I will have the officer I hand this letter and motion to, verify the contents and the day its being sent, so if you don't receive it then I have proof that they didn't mail it. Without access to a phone and them withholding my emails I have no way of communicating to anyone to notify them of what is being done to me. The BOP regional audit team is scheduled to do an inspection and audit of the facility from March 5 through March 12, 2018 and I feel that they want me out of general population so that I can't speak with them regarding all the violations this facility has committed and continues to commit. So placing me in solitary confinement until after they leave would deprive me the opportunity to address my concerns with the proper authorities.

I don't feel I should be continuously subjected to this type of treatment for exercising my right to petition the court for relief. This facility has shown the propensity to hinder me from obtaining any and everything that I have a constitutional right to have or deny me rights I'm entitled to by law.

If it is at all feasible please expedite my hearing so that I may obtain relief. Thanks in advance for your consideration and cooperation in this most exigent matter.

Sincerely yours,

Jeffhy Williams