# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| ATTYS FOR PLA: | Ronald G. Johnson |
| ATTYS FOR DEFT: | (01) Anthony T. Williams (Pro Se) <br> (01) Lars R. Isaacson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 03/02/2018 | TIME: | 10:02-10:49 |

COURT ACTION:  EP: (117-1) MOTION For Order To Show Cause And Request For Expedited Hearing; (120-1) MOTION for Funds to Purchase Legal Supplies at Government's Expense.

Defendant (01) Anthony T. Williams present, in custody.

Arguments heard.

(117-1) MOTION For Order To Show Cause And Request For Expedited Hearing; (120-1) MOTION for Funds to Purchase Legal Supplies at Government's Expense. Motions taken under submission.  Court to issue Order.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager