LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR LEAVE TO FILE EXHIBITS; ATTACHMENT "A;" CERTIFICATE OF SERVICE. |

MOTION FOR LEAVE TO FILE EXHIBITS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court for leave to file the attached exhibits contained in Attachment "A" to the *Motion for Order to Show Cause* previously filed in this case on February 22, 2018 (Docket #117) and heard by U.S. Magistrate Mansfield on March 2, 2018. Inclusion of these exhibits is necessary to ensure that there is a complete

record of the hearing that took place before the Court on March 2, 2018. During that hearing, Defendant Anthony T. Williams referred to these documents in the course of his arguments. Mr. Williams therefore requests that the documents contained in Attachment "A" be deemed filed as Exhibits to his *Motion for Order to Show Cause*.

Dated: March 3, 2018

_____
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

# ATTACHMENT "A"

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

**INMATE REQUEST TO STAFF** CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Kobayashi | DATE: 2-18-18 |
|---|---|
| FROM: Private Attorney General Anthony Williams | REGISTER NO.: 05963-122 |
| WORK ASSIGNMENT: Deprivation of Rights | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

The admin. detention under federal law, Title 28 C.F.R. 541.22 states that its non-punitive, however, I have been subjected to punishment because I have been deprived the access other inmates are entitled to. I can't print any legal research because there is no printer provided, I have been unable to make phone calls because your system says I have reached my limit in which I haven't made any calls and according to 28 CFR 541.31 subpart B (2)(j) states I will receive Telephone privileges according to part 540, subpart ~~~~~~~~ I, which has no restrictions or different access than what is provided to inmates in general population. No where in the federal law does it state that if you are in the situ you are entitled to one phone call every 30 days. So I need daily access to make phone calls because you all know that I represent my own case and to deprive me daily access would deprive me of a guaranteed right.

(Do not write below this line)

DISPOSITION:

Telephone access is being provided to you appropriately. If you are dissatisfied with this response, you are encouraged to utilize the administrative remedy process.

| Signature Staff Member | Date 2/20/2018 |
|---|---|

Record Copy - File; Copy - Inmate
PDF
Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

pg 1

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

BP-S148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE     FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Kobayashi | DATE: 2-15-18 |
|---|---|
| FROM: Private Attorney Williams Anthony Williams | REGISTER NO.: 05963-122 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I have a court order which states that I'm suppose to have access to my discovery DVDs 7 days a week from 8 a.m. to 8:45 p.m. Being placed in the SHU does not override my court order, directing the FDC to provide me access to computer during those times. Solitary confinement does not bother me and I have no problem as long as I have access to the computer and my discovery to work on my case daily from 8 a.m. to 8:45 p.m. If I am not given access then I will have my standby set a hearing with the court to issue an order to remove me from the SHU back to the Unit 4B which was provided for me to have an office, computer and printer by court order to properly be prepared for trial. I did not threaten anyone with bodily harm to be given a 203 disciplinary but gave a warning for whoever was breaking the law could be facing jail or the loss of their job.

(Do not write below this line)

DISPOSITION:

FDC Honolulu is not in reciept of any such order. You are being provided with access to both your electronic discovery and the Law Library (electronic). No changes to your access to either is planned at this time.
If you are dissatisfied with this response, you are encouraged to utilize the Administrative Remedy Process.

Signature Staff Member     Date 2/20/2018

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)     This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

pg 2

BP-S148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                                          **FEDERAL BUREAU OF PRISONS**

INMATE REQUEST TO STAFF

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| W. Williams — Unit Team Manager | 2-13-18 |
| FROM: Private Attorney General Anthony Williams | REGISTER NO.: 05963-122 |
| WORK ASSIGNMENT: | UNIT: 4B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

I am requesting a BP-8, BP-9 and BP-10 form as instructed by the LT to make my complaint about the mailroom refusing to mail my letters with proper postage attached to them.

(Do not write below this line)

DISPOSITION:

— Please purchase stamps on Commissary. You are not listed as indigent at this time. See attached 'Inmate Inquiry' account profile

Signature Staff Member                                Date 2/15/18

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

Pg. 3

BP-A0148  
JUNE 10  
**U.S. DEPARTMENT OF JUSTICE**       INMATE REQUEST TO STAFF CDFRM       FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Kobayashi | DATE: 2-18-18 |
|---|---|
| FROM: Private Attorney General Anthony Williams | REGISTER NO.: 05963-122 |
| WORK ASSIGNMENT: Deprivation of Rights | UNIT: SHU - 1B-33 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

According to 28 CFR 541 subpart B, (2)(k), says we will receive visiting privileges according to part 540, subpart D, and nowhere does it state that being in the SHU we can't continue to have our regular contact visits. I can't use a video visit because it is recorded and my visitor is a client of mine and I have to discuss sensitive legal matters that are not subject to monitoring and have proprietary information that is not for public information regarding my company's process. I expect to be afforded the same visitation as when I was in general population. I also need to be able to make daily unmonitored calls to my standby attorney because my trial date is less than 3 months now.

*NOTE* Why does the computer not save request to staff on the SHU computer and why is there only two departments you can contact, which are SIS, and DOJ Prison rape?

(Do not write below this line)

---

DISPOSITION:

Program Statement 5267.09 Visiting Regulations, Section 13 addresses your assertions. This Policy will be followed.

If you are dissatisfied with this response you are encouraged to utilize the Administrative Remedy Process.

| Signature Staff Member | Date 2/20/18 |
|---|---|

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER       **SECTION 6**

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

---

TO: (Name and Title of Staff Member)
Warden Kobayashi

FROM: Private Attorney General
Anthony Williams

WORK ASSIGNMENT: Deprivation of Rights

DATE: 2-18-18

REGISTER NO.: 05963-122

UNIT: SHU / 1B-33

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

According to 28 CFR 541.31 (h)(1) we are allowed a reasonable amount of personal property and access to commissary which I have been denied thus far. I need my personal hygiene items, such as my toothbrush, shaving cream and razor to properly groom myself and stay looking presentable as a minister of Yahweh. I also haven't been given the Administrative Remedy forms to contest my illegal confinement in the SHU because I did not threaten anyone with bodily harm and the email speaks for itself regarding the actions I will have to take in order to obtain relief from this facility not mailing my mail and tampering with my legal mail. This detention is discriminatory and retaliatory in nature because every officer that read the email states they can't see where anything could have been interpreted as threatening bodily harm to anyone.

(Do not write below this line)

---

DISPOSITION:

You have been issued correctly and have access to the property you are authorized. ~~appropriately.~~ Your Unit Team can provide you with Administrative Remedy forms. They conduct rounds each day.

If you are dissatisfied with the property issued to you, you may use the Administrative Remedy Process & are encouraged to do so.

Signature Staff Member

Date 2/20/18

Record Copy - File; Copy - Inmate

PDF

Prescribed by P5511

pg 5

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER                **SECTION 6**

U.S. DEPARTMENT OF JUSTICE                                FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| Unit Manager W. Williams | 2-15-18 |
| FROM: Private Attorney General Anthony Williams | REGISTER NO.: 05963-122 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

My law work that was in the office is missing. I had several huge envelopes with law work, 3 yellow pads with law work, a mead (black) notebook with my name Private Attorney General on the front, my reading glasses and other miscellaneous legal papers. I also haven't been given my personal property nor an inventory to make sure nothing is missing. I am missing my family photo album, little red law book and other miscellaneous papers that were under my mattress. I also have not been given my commissary that was in my room which was a lot of items which I can provide receipts for everything I ordered. I need to see the inventory on all my property including my MP3 and black and white earplugs, my new Nike shoes I just bought and my personal hygiene items I purchased.

(Do not write below this line)

DISPOSITION:

You are advised to request to inventory your property in the special housing unit. If you find you are missing personal, legal, property you are advised to submit a Tort claim.

| Signature Staff Member | Date |
|---|---|
| W— | 2/20/18 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

pg 6

BP-A0288
JAN 17
U.S. DEPARTMENT OF JUSTICE

**INCIDENT REPORT**

FEDERAL BUREAU OF PRISONS

### Part I – Incident Report

| | | | |
|---|---|---|---|
| 1. Institution: FDC Honolulu, HI | | Incident Report Number: 3058345 | |
| 2. Inmate's Name: Williams, Anthony | 3. Register Number: 05963-122 | 4. Date of Incident: 11/16/2017 | 5. Time: 3:21 pm |
| 6. Place of Incident: HON D-B Housing Unit | 7. Assignment: Unassigned | | 8. Unit: D-B |
| 9. Incident: Threatening another and Insolence | | 10. Prohibited Act Code (s): 203 and 312 | |

11. Description of Incident (Date: 11/20/2017   Time: 07:15 am   Staff became aware of Incident):

At 7:15 am on 11/20/2017, I read a message from inmate Williams, Anthony, Reg. No. 05963-122, which states, "There was nothing unprofessional, illegal nor physically threatening about my statement. If you don't know what the consequences of your actions of opening my legal mail then maybe you should seek the advice of an attorney so that you will find out that tamering with mail is a federal offense which can carry 5 years of federal prison time. Like I said before and I will reiterate it again because I received another letter from the district Court which was opened by your office. There will be consequences for these violations. I strongly suggest you seek legal advice so you will understand exactly what you or whoever in your office continue to do this potentially will be facing. That's as professional as I can get." This was written in response to my informing inmate Williams his prior threatening communication which stated, in part, "...there will be consequences for this violation,..." was both unprofessional and perceived by me to be threatening. He chose to threaten me a second time again with "consequences" this time escalating his threats to include legal actions against me. His correspondence was insolent in both substance and tone as well.

| | |
|---|---|
| 12. Typed Name/Signature of Reporting Employee: A. W. Card | 13. Date And Time: 11/20/2017, 7:28 am |
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): Fernandez | 15. Date Incident Report Delivered: 11/20/17   16. Time Incident Report Delivered: 10:36 AM |

### Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:
In my emails there was nothing physically threatening or that could be percieved as a physical threat, specifically, indicated in my reply email.

18. A. It is the finding of the committee that you:
☐ Committed the Prohibited Act as charged;
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). _____

B. ☑ The Committee is referring the Charge(s) to the DHO for further Hearing.
C. ☐ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:
Referred to DHO based on 200 series.

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):
IFG, recommend appropriate sanctions.

21. Date and Time of Action: 11/28/17 @ 9:15a   (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings)

Chairman (Typed Name/Signature): C. Harris   Member (Typed Name):   Member (Typed Name):

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF   Prescribed by P5270   Replaces BP-A0288 of AUG 11

Exhibit A
Page 1 of 2


pg 7

| PART III - Investigation | 22. Date and Time Investigation Began: 11/20/2017 / 10:36 am |
|---|---|

**23. Inmate Advised of Right To Remain Silent:** You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised of the Above Right By: F. Fernandez, Lieutenant    At (Date/time): 11/20/2017 / 10:36 am

**24. Inmate statement and attitude:**

Inmate Williams, Anthony, Reg. No. 05963-122, was advised of his right and stated "I understand my rights".
Inmate Williams, Anthony, Reg. No. 05963-122, stated he did not received an A&O handbook but one was provided on 11/20/2017".
Inmate Williams, Anthony, Reg. No. 05963-122, received a copy of the incident report and elected to make the following statement, "The e-mail response is exactly what I said. There is nothing threatening in my responses but there will be consequences as stated in the letter I sent to the BOP HQ pertaining to my rights. I have previously signed for all my legal mail but I did not sign for these. None of these envelopes had written "Open only in the presence of the inmate."
Inmate Williams, Anthony, Reg. No. 05963-122, appeared to have displayed an honest attitude during this investigation.

**25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc:**

This investigator did not find it necessary to interview witnesses because Inmate Williams, Anthony, Reg. No. 05963-122, did not request any at this time.
* See attached E-mail - Request to Staff
* Program Statement 5265.14 - Correspondence
* Envelopes in question provided by Inmate Williams, Anthony, Reg. No. 05963-122
* BP-A0407 - Acknowledgment of the Inmate, Part 1 & 2
* BP-A0408 - Acknowledgment of the Inmate, Part 3 & 4

**26. Investigators comments and conclusions:**

Based on the information contained in section 11 of this incident report and Inmate Williams, Anthony, Reg. No. 05963-122, statement, this Investigator concludes that this incident report is properly written and Williams, Anthony, Reg. No. 05963-122, has been properly charged with code: 203 / 312: Threatening another with with bodily harm or any other offenses / Insolence towards a staff member. None of the the envelops provided by Inmate Williams, Anthony, Reg. No. 05963-122, were considered "Legal Mail" by policy and neither had the statement, "Open only in the presence of the inmate".

**27. Action taken:**

Inmate Williams, Anthony, Reg. No. 05963-122, remains in the Housing Unit DB and this incident report is being forwarded to the Unit Disciplinary Committee for further disposition.

Date and Time Investigation Completed: 11/20/2017 / 11:23 am

Printed Name/Signature of Investigator: F. Fernandez /    Title: Lieutenant



```
BP-A0288                      INCIDENT REPORT CDFRM
Aug 11
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
```

## Part I - Incident Report

| 1. Institution: FDC Honolulu | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Anthony WILLIAMS | 3. Register Number<br>#05963-122 | 4. Date Of Incident<br>February 12, 2018 | 5. Time<br>3:07 p.m. |
| 6. Place Of Incident<br>Unit DB | 7. Assignment<br>Unassigned | 8. Unit<br>Unit DB Cell 231U | |
| 9. Incident:<br>Threatening | | 10. Code:<br>203 | |

11. Description Of Incident (Date: 2-13-18 AT Time: 12:30 p.m. Staff become aware of incident)

On February 13, 2018, at 12:30 p.m., I received an e-mail in the Inmate to Associate Warden of Operations mailbox from inmate Anthony WILLIAMS, #05963-122, which read;

"The mail I sent out with the proper postage on it was returned to me again with the same bogus message of not enough postage on it. You people are really testing my patience and it seems that you won't be satisfied until something happens to one of you (going to jail or losing your job) for breaking the law. I have been tolerant and as patience as one could be who has been illegally incarcerated and rights being continously violated that I am entitled to as an innocent man. I sent an email request to my standby attorney asking for his assistance to have federal charges brought up against whoever it is in this facility that is responsible for tampering with and hindering the deliverance of my mail. I sent you a message on 2-7-18 about this and still haven't gotten a response yet. You people think this is a game playing with my life and you expect me to remain civil with you. I won't be in here long as my trial date is rapidly approaching. I don't forget any thing wrong done to me and I do have the means, know how and personnel to get accomplished exactly what I need done to get retribution for what has been done to me in this facility. You all think you are exempt from being held accountable for breaking the law but I'm that one person that will show everyone of you otherwise. You will see just how proficient in law I am when I'm released. This will be my last email concerning this. If nothing is done about this within the next few days then I will have to do what I have to do, in the famous words of Malcolm X, "By Any Means Necessary". If that means exposing all of you through the local, or national news, then so be it."

I perceived inmate Williams's written statements as a direct threat to myself and other staff in general.

| 12. Typed Name/Signature Of Reporting Employee<br>Kyle Olsen, A/W(O) | 13. Date And Time<br>February 14, 2018 / 9:46 a.m. | | |
|---|---|---|---|
| 14. Incident Report Delivered To Above Inmate By<br>(Type Name/Signature) | 15. Date Incident Report Delivered<br>2/14/18 | 16. Time Incident Report Delivered<br>10:05 am | |

## Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

_[handwritten]_ Stated that there was no actual or implied threat in the email referenced.

18. A. It Is The Finding Of The Committee That You:
___ Committed The Following Prohibited Act.
___ Did Not Commit A Prohibited Act.
___ Committed Prohibited Act   Code(s) _____

B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.
C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 20 Calendar Days.

19. Committee Decision Is Based On Specific Evidence as Follows: _[handwritten]_

_[handwritten]_ pg. 9   ICCC  2/16/18 @ 5:17

BP-A0288
JAN 17
**U.S. DEPARTMENT OF JUSTICE**

INCIDENT REPORT

**FEDERAL BUREAU OF PRISONS**

Part I – Incident Report

| 1. Institution: FDC Honolulu | | | Incident Report Number: 3091210 |
|---|---|---|---|
| 2. Inmate's Name: Williams, Anthony | 3. Register Number: 05963-122 | 4. Date of Incident: 02/20/2018 | 5. Time: 10:00 |
| 6. Place of Incident: Visiting Room | 7. Assignment: Unassigned | | 8. Unit: DB |
| 9. Incident: Conducting a Business | | 10. Prohibited Act Code(s): 334 | |

11. Description of Incident (Date: 2/20/2018   Time: 10:00 a.m.   Staff became aware of incident):

Today, 2/20/2018, I received an Inmate Request To Staff form from inmate Williams, Anthony, Register Number 05963-122, dated 2/18/2018. In it he asserts running a business, a prohibited act. Specifically he wrote, "I can't use a video visit because it is recorded and my visitor is a client of mine and I have to discuss sensitive legal matters that are not subject to monitoring and have proprietary information that is not for public information regarding my company's process."

| 12. Typed Name/Signature of Reporting Employee: A CARD, | 13. Date And Time: 2/20/2018  11:35 AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): Fernandez | 15. Date Incident Report Delivered: 02/20/18 | 16. Time Incident Report Delivered: 3:18 PM |

Part II – Committee Action

17. Comments of Inmate to Committee Regarding Above Incident:

I'm [illegible] the above statement is true.

18. A. It is the finding of the committee that you:
- [x] Committed the Prohibited Act as charged.
- [ ] Did not Commit a Prohibited Act.
- [ ] Committed Prohibited Act Code(s) _____

B. [ ] The Committee is referring the Charge(s) to the DHO for further Hearing.
C. [x] The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

UDC finds Inmate guilty of Code 334 based on [illegible] admission

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

UDC sanctions I/m to 90 Days Loss of visitation, effective

21. Date and Time of Action: 2/20/18 10:30 (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

| Chairman (Typed Name/Signature): L. Cintron | Member (Typed Name): L. LAZO | Member (Typed Name): |
|---|---|---|

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY-3-Inmate within 24 hours of Part I Preparation

PDF                         Prescribed by P5270                         Replaces BP-A0288 of AUG 11

pg 10

## § 540.45 Qualification as special visitor.

Persons in the categories listed in this section may qualify as special visitors rather than as regular visitors. Visits by special visitors ordinarily are for a specific purpose and ordinarily are not of a recurring nature. Except as specified, the conditions of visiting for special visitors are the same as for regular visitors.

(a) Business visitor. Except for pretrial inmates, an inmate is not permitted to engage actively in a business or profession. An inmate who was engaged in a business or profession prior to commitment is expected to assign authority for the operation of such business or profession to a person in the community.

Pretrial inmates may be allowed special visitors for the purpose of protecting the pretrial inmate's business interests. In those instances where an inmate has turned over the operation of a business or profession to another person, there still may be an occasion where a decision must be made which will substantially affect the assets or prospects of the business. The Warden accordingly may permit a special business visit in such cases. The Warden may waive the requirement for the existence of an established relationship prior to confinement for visitors approved under this paragraph.

CFR                                           1

© 2017 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.


pg 11

05963122

CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on March 3, 2018. A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

Dated: March 3, 2018

LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams