# MINUTES

CASE NUMBER:        1:17-CR-00101-LEK

CASE NAME:          United States of America v (01) Anthony T. Williams

JUDGE:      Kenneth J. Mansfield        REPORTER:

DATE:       03/05/2018                  TIME:

COURT ACTION:  EO:

Defendant Anthony T. Williams' [127] Motion for Leave to File Exhibits is GRANTED. The exhibits contained in attachment "A" to the motion will be deemed filed as exhibits as part of Williams' [117] Motion for Order to Show Cause and Request for Expedited Hearing.

*Submitted by: Bernie Aurio, Courtroom Manager*