cc: lek/RCP/psa
Mr. Williams

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2018
at 4 o'clock and 39 min. PM
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
Plaintiff

v.

ANTHONY WILLIAMS
Defendant

CR. NO. 17-00101 LEK

Declaration of Anthony Williams

## Declaration of Anthony Williams

I, Anthony Williams, hereby declare under penalty of perjury, the facts stated herein to be true, correct, complete to the best of my knowledge, information and belief.

1. The government drafted an Order Granting Government's Motion To Declare Case Complex under the Speedy Trial Act and stated on page 2 of that drafted order that defendant, ANTHONY WILLIAMS did not object that the case was complex which is a lie because the undersigned [1] emphatically objected that case was complex because there was and is no complexity in the case and just because the government duplicated thousands of the SAME documents to make the discovery appear larger than it is doesn't make the case complex.

2. The undersigned outlined in paragraph 3 of his motion in opposition to Denial of Speedy Trial and Pre-Trial Release the circumstances which would determine if a case was complex such as the existence of novel questions of fact or law, a high number of defendants or an unusual case.

3. There is no existence of novel questions of fact or law, there is not a high number of defendants, which are only 2, and the case of mail and wire fraud are not unusual and are prosecuted on a regular basis.

---

[1] Refer to October and November 2017 hearing transcripts

4. There are no high number of victims as there are no victims which was proven by the government in their own discovery which did not consist of at least one complaint filed against the undersigned by any clients or consumers, who made a complaint against the undersigned for fraud.

5. There is no difficulty in the undersigned defending this case and the undersigned was ready for trial when the bogus indictment was filed because the undersigned didn't commit mail or wire fraud and has always been ready to present the truth. The government can't speak for the undersigned in determining the difficulties of a case for the undersigned to defend.

6. The Co-defendant's Counsel Michael Green's insufficiencies in being able to be prepared for trial has no relevance to the undersigned being ready for trial and cannot be used to abrogate the undersigned's speedy trial right under the Sixth Amendment.

7. The case was ONLY declared to be complex to unlawfully detain the undersigned for a longer period of time to further cause financial harm, public embarrassment, emotional distress, mental anguish and to give the government more time to try and find some real felony violations in order to issue a superseding indictment because they know the present indictment is bogus and there is NO WAY they can win in a fair trial by jury.

8. The undersigned objects and does not agree with Second Stipulation Continuing Trial Date and Excluding Time Under The Speedy Trial Act and objected to the first continuance and does not waive his speedy trial right under no circumstance or condition.

9. The reasons set forth for the continuance was because there were 50,000 pages of discovery and that the undersigned needed sufficient time to review the discovery. The undersigned

did not need the discovery disks nor additional time to review any disks because the undersigned has the truth and was and always has been prepared for trial with or without discovery and again the government does not and cannot speak for the undersigned in regards to what he needs and how much time he needs to be prepared for trial.

10. The Co-defendant's counsel Michael Green's request for a continuance and additional time is irrelevant to the undersigned because he represents Anabel Cabebe and not the undersigned therefore the court should have severed defendants and gave Green and his client a continuance and honored the undersigneds speedy trial demand.

11. The undersigned was ready for trial BEFORE he was indicted for mail and wire fraud because the undersigned was divinely shown by Yahshua the Mahshyah or Messyah that when they don't have real evidence that you have committed a crime, they charge you with mail and wire fraud and this is a proven fact that the undersigned knew the bogus charges were going to be filed against him and said this in 2012 as it is indicated by a recorded phone conversation recorded by Broward County Jail on Discovery Disk CD24-Jail calls with a date of 2-8 to 2-16-16 and file # 10.64.0.21-dc764bd70a4000 at the 29:00 minute mark where the undersigned stated such.

12. The undersigned didn't need discovery, nor witnesses because he has the Holy Spirit who is Yahshua, the way, the truth and the life (John 14:6) and therefore the undersigned was and has always been prepared for trial without anything else.

13. The undersigned has had 3 speedy trials in the last two years and the prosecutor in Florida put forth the same bogus argument of the voluminous amount of discovery, yet the undersigned was prepared for trial in 60 days and won the first trial which was unlawfully declared a mistrial

by Judge Siegel and the undersigned was retried a month later but denied the right to present the same evidence in the second trial that was placed in the first trial which caused his illegal and unlawful conviction, in addition to the fact that the jury was threatened into issuing a guilty verdict as proven by a white female juror expressing she didn't want to be on the jury no longer because she was afraid of what she saw and what they told the jurors.

14. The undersigned did not agree that the ends of justice served by the continuance outweigh the best interests of the defendant and the public in a speedy trial, but served the interest of the government to further cause financial hardship on the undersigned and to gain an unfair advantage by keeping the undersigned incarcerated longer than a speedy trial would allow. Having the speedy trial would not have resulted in a miscarriage of justice, but denying the undersigned his speedy trial right has resulted in a miscarriage of justice because the undersigned would have been done with this case and back home with his family.

15. The undersigned did not agree that the period of time from October 1st, 2017 to November 21, 2017 would be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 USC 3161 (h)(7)(A) and (h)(7)(B). The undersigned has always demanded a speedy trial and that right has been violated over the objection of the undersigned.

16. The government asserts the case is so complex due to the nature of the prosecution, however, the nature of the prosecution is that it's malicious, racially discriminatory, no evidence of guilt or wrongdoing, no complaints from clients or consumers and the prosecution is finding it impossible to go to trial because they have no evidence against the undersigned to go to trial with and the reason the government continues to ask

for continuances which causes further detriment to the undersigned.

17. At no time has the undersigned given up or waived his right to a speedy trial and should have been brought to trial with undue delay but has been denied that right three times in this case.

18. At no time has the undersigned relied on a statutory right to speedy trial but a constitutional right to a speedy trial pursuant to the Sixth Amendment without implied or any unimplied stipulations that could delay that right.

19. The undersigned does not believe that Ronald G. Johnson is that asinine to go against the undersigned in a trial by jury knowing full well he has no evidence of mail or wire fraud being committed by the undersigned and also knowing full well that he is not intellectually capable of winning against a Private Attorney General, who is superior in knowledge and law than he could ever be, or hope to attain to be.

20. The undersigned has previously challenged jurisdiction of this court and the burden of proof is not for the Court to present but the government must provide proof on the record of jurisdiction, which they have not and can not do, because there was no crime committed and therefore the court has no subject-matter nor personam jurisdiction.

Executed this 4th day of March 2018.

Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820