Name: Anthony Williams
Number: 05963-122
Federal Detention Center, Honolulu
P.O. Box 30080
Honolulu, HI 96820
Return Receipt Requested

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 07 2018
DISTRICT OF HAWAII
cc: lek/RLP/psc

HONOLULU HI 968
06 MAR 2018 PM 5 L

MAR 07 2018
DISTRICT OF HAWAII

LEGAL MAIL

UNITED STATES DISTRICT COURT
CLERK
300 ALA MOANA BLVD   C-338
Honolulu, Hawaii 96850

96850-497199





Upon receipt please make a copy of the front and back of this letter to ensure mail was not tampered with.

*[signature: Anthony Williams]*