**ORIGINAL**

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** CR 17-00101-LEK |
| **DEFENDANT** Anthony T. Williams | **TYPE OF PROCESS** Subpoena |

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**
Custodian of Records, Federal Bureau of Investigation

**AT ADDRESS** (Street or RFD, Apartment No., City, State and ZIP Code)
91-1300 Enterprise St., Kapolei, HI 96707

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**

Lars Isaacson, Atty at Law
1003 Bishop Street, #2700
Honolulu, HI 96813

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 15 2018
at 1 o'clock and 00 min P M
SUE BEITIA, CLERK

2018 FEB 23 AM 2:12 RECEIVED

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☒ DEFENDANT
**TELEPHONE NUMBER** 808-492-3817
**DATE** 2/23/18

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 22 | District to Serve No. 22 | Signature of Authorized USMS Deputy or Clerk | Date 2/23/18 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served** (if not shown above)
MELISSA REYNOLDS SUPERVISORY SPECIAL AGENT FBI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

**Address** (complete only if different than shown above)

**Date of Service** 3/8/18   **Time** 1430 pm
**Signature of U.S. Marshal or Deputy** H. Ing

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 65- | 23.98 | 8- | 88.98 | | 88.98 | |

**REMARKS:** 44 MILES ROUND TRIP (1 DUSM 1HR)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|