LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101 JEK<br><br>NOTICE OF APPEAL OF ORDER DENYING (1) MOTION FOR ORDER TO SHOW CAUSE, AND (2) EX PARTE APPLICATION AND MOTION FOR FUNDS TO PURCHASE LEGAL SUPPLIES AT GOVERNMENT'S EXPENSE; CERTIFICATE OF SERVICE |
|---|---|

NOTICE OF APPEAL OF ORDER DENYING (1) MOTION FOR ORDER TO SHOW CAUSE, AND (2) EX PARTE APPLICATION AND MOTION FOR FUNDS TO PURCHASE LEGAL SUPPLIES AT GOVERNMENT'S EXPENSE

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

hereby files this Appeal and Request to the District Court pursuant to Criminal Local Rule 57.3(b). This Appeal is timely in that it is filed 13 days after the filing of the Magistrate Judge's ORDER DENYING (1) MOTION FOR ORDER TO SHOW CAUSE, AND (2) EX PARTE APPLICATION AND MOTION FOR FUNDS TO PURCHASE LEGAL SUPPLIES AT GOVERNMENT'S EXPENSE entered on March 7, 2018 (Docket #132). Counsel believes that Mr. Williams is attempting to file his own appeal by U.S. Mail, and this Notice is being filed to make sure that no deadlines are missed.

Dated: March 20, 2018

_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on March 20, 2018.  A filed copy of this Notice will be emailed and/or mailed to Anthony Williams.


_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON