# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    03/21/2018                 TIME:

COURT ACTION:  EO: [144] Defendant's Notice of Appeal of Order Denying (1) Motion for Order to Show Cause, and (2) Ex Parte Application and Motion for Funds to Purchase Legal Supplies at Government Expense will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition by AUSA is due **4/3/2018.** Reply Memorandum is due **4/17/2018.**

[144] Defendant's Notice of Appeal of Order will be taken under submission thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager