cc: LEK/ Mr. Williams
mailed/filed copies
on 3/21/18 -S

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2018

at 4 o'clock and 30 min. P.M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | C.R. NO. 17-00101 LEK |
| v. | MOTION FOR REBUTTAL TO SWORN DECLARATION OF Anthony Williams; |
| ANTHONY WILLIAMS | Declaration of Anthony Williams |

## MOTION FOR REBUTTAL TO SWORN DECLARATION OF Anthony Williams

COMES NOW, defendant, by and through the undersigned common law counsel, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh-Elohim and Yahshua the Mahshyah and submits this Motion For Rebuttal To Sworn Declaration of Anthony Williams for the government to answer point by point with clear verified documented evidence rebutting each point in this declaration by affidavit or declaration sworn under oath, under penalty of perjury. Failure to rebut any point by veritable factual documented evidence is acquiescence that the point stated in the undersigned declaration is true and undisputed.

Executed this 13th day of March 2018.

Righteously submitted,

Anthony Williams
Anthony Williams
FDC Honolulu #05963-122
P.O. Box 30080
Honolulu, HI 96820

CERTIFICATE OF SERVICE

I hereby certify that I have been divested of the ability to make copies of the Motion and Declaration and ask that the clerk send an electronic copy to the US Attorneys office and all other relevant parties. Thanks.

*[signature]*