cc: lek-Anthony Williams
Mailed filed copy 3/21/18 -S

Case 1:17-cr-00101-LEK   Document 147   Filed 03/19/18   Page 1 of 2   PageID #: 1139

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 19 2018

at 4 o'clock and 30 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA          CR. No 17-00101 LEK

v.

ANTHONY WILLIAMS

## MOTION FOR DISQUALIFICATION OF JUDGE KENNETH MANSFIELD

COMES NOW, defendant, by and through the undersigned common law counsel, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh Elohim and Yahshua the Mahshyah and submits this Motion for Disqualification of Judge Kenneth Mansfield pursuant to Title 28 USC 455 and 28 USC 144 and as outlined in the attached Affidavit.

Executed this 15th day of March 2018.

Righteously Submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Common Law Counsel for Defendant

## CERTIFICATE OF COUNSEL OF RECORD

I, Private Attorney General Anthony Williams, pursuant to 28 USC 144, do hereby certify that this motion for disqualification of Judge Kenneth Mansfield is made in good faith and for no other purpose.

Anthony Williams
Private Attorney General
Counsel of Record

# AFFIDAVIT

I, Anthony Williams, hereby certify under penalty of perjury that the statements contained herein are true, correct and complete to the best of my knowledge, information and belief.

1. Affiant feels that he cannot have a fair hearing in front of Judge Kenneth Mansfield because Affiant feels that Mansfield has shown extreme bias and prejudice against the Affiant.

2. Affiant believes Mansfield has bias against Affiant because Affiant is not a member of the bar association and therefore Mansfield doesn't give Affiant the same consideration and due courtesy that is shown to the prosecution.

3. At the hearing on March 2, 2018, Mansfield's disposition toward Affiant was one of contempt, aggravation, vexation and intolerance.

4. At said hearing Mansfield appeared disinterested in arguments and evidence presented by the Affiant as indicated by his lack of attention to Affiant when Affiant spoke by not looking at Affiant nor acknowledging Affiants arguments or documents presented as evidence.

5. Mansfields demeanor and deportment toward Affiant has always been negative and Affiant has never felt any impartiality in his statements nor his actions, or rulings.

6. Affiant feels that Mansfield has a degree of racial intolerance for Affiant because of the color of Affiants skin and nationality being a Hebrew Israelite.

7. Affiant filed an opposition to Mansfields order issued on 3- -18, and feels that Mansfield will be biased and prejudicial against the Affiant and uphold his previous order in which Affiants feels was unwarranted, unfair and extremely bias considering the facts and evidence Affiant presented in support of his cause.

Further Affiant sayeth naught.

Executed the 15th day of March 2018.

Anthony Williams
AFFIANT