# MINUTES

CASE NUMBER:   CR NO. 17-00101LEK

CASE NAME:   USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:   03/21/2018                    TIME:

COURT ACTION:  EO: [146] Defendant's Motion for Rebuttal and [147] Motion for Disqualification of Judge Kenneth Mansfield will be considered by Judge Leslie E. Kobayashi as Non Hearing Motions.

Responsive Memorandum or Memorandum in Opposition by AUSA is due **4/3/2018.** Reply Memorandum is due **4/17/2018.**

[146] Defendant's Motion for Rebuttal and [147] Motion for Disqualification of Judge Kenneth Mansfield will be taken under submission thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager