```
KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION FOR |
| | ) | TWO-WEEK CONTINUANCE OF THE |
| vs. | ) | DUE DATE FOR GOVERNMENT'S |
| | ) | OPPOSITION AND HEARING; |
| AANTHONY WILLIAMS, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

UNITED STATES' MOTION FOR TWO-WEEK CONTINUANCE
OF THE DUE DATE FOR GOVERNMENT'S OPPOSITION AND HEARING

On March 7, 2018, Defendant, ANTHONY WILLIAMS, filed his Motion in Opposition to Denial of Speedy Trial and Pretrial Release (Motion).  This Honorable Court set the Motion for hearing on April 3, 2018, and indicated that any opposition to the Motion was to be filed by March 23, 2018.  The United States, after receiving this Court's notice of hearing and order, requested copies of seven transcripts, which factually

relate to the issues raised in Defendant's Motion.  The United States received the transcripts on March 22, 2018, and is requesting a two-week continuance, in which to file its opposition to Defendant's Motion and of the hearing date.

For the reasons submitted in the attached Declaration of Counsel, the government respectfully requests a two-week continuance to the date of April 6, 2018, for filing of the United States opposition and continuance of the hearing date to April 17, 2018, or any other date the Court deems appropriate.

This motion is submitted pursuant to Rule 47 of the Federal Rules of Criminal Procedure.

DATED:  March 22, 2018, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii


By   /s/ Ronald G. Johnson
    RONALD G. JOHNSON
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

   I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

<u>Served Electronically through CM/ECF</u>:

   LARS ISSACSON, ESQ.

   Standby Attorney for Anthony Williams

<u>Served by Certified Mail</u>:

   ANTHONY WILLIAMS
   Register No. 05963-122
   Inmate Mail
   Federal Detention Center
   351 Elliott Street
   Honolulu, HI   96819

   Pro Se Defendant

   DATED:  March 22, 2018, at Honolulu, Hawaii.

            /s/ Dawn Aihara