# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ANTHONY T. WILLIAMS |

| | |
|---|---|
| JUDGE: | Richard L. Puglisi |
| DATE: | March 23, 2018 |

COURT ACTION:   EO

The Court GRANTS [149] the United States' Motion for Two-Week Continuance of the Due Date for Government's Opposition and Hearing.  The hearing on [133] Defendant (01) Anthony T. Williams' Motion in Opposition to Denial of Speedy Trial and Pre-Trial Release is CONTINUED to 4/18/2018 at 01:30 PM in Courtroom 6 before Magistrate Judge Barry M. Kurren.  Opposition is due 4/6/2018.

Submitted by: Mary Feria, Courtroom Manager