KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION FOR |
| | ) | TWO-WEEK CONTINUANCE OF THE |
| vs. | ) | DUE DATES FOR GOVERNMENT'S |
| | ) | OPPOSITIONS TO DEFENDANT'S |
| ANTHONY WILLIAMS, | ) | MOTION FOR DISQUALIFICATION |
| | ) | OF JUDGE KENNETH MANSFIELD |
| Defendant. | ) | AND MOTION FOR REBUTTAL TO |
| | ) | SWORN DECLARATION OF ANTHONY |
| | ) | WILLIAMS; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |

<u>UNITED STATES' MOTION FOR TWO-WEEK CONTINUANCE
OF THE DUE DATES FOR GOVERNMENT'S OPPOSITIONS TO DEFENDANT'S
MOTION FOR DISQUALIFICATION OF JUDGE KENNETH MANSFIELD AND
MOTION FOR REBUTTAL TO SWORN DECLARATION OF ANTHONY WILLIAMS</u>

On March 19, 2018, Defendant, ANTHONY WILLIAMS' Motion for Disqualification of Judge Kenneth Mansfield (Motion for Disqualification) and His Motion for Rebuttal to Sworn Declaration of Anthony Williams (Motion for Rebuttal) were

filed.  This Honorable Court set a due date of April 3, 2018, for the United States' memorandum in opposition to the motions. The United States, after receiving this Court's notice of hearing and order, requested an expedited copy of the March 2, 2018 transcript of hearing before Magistrate Judge Kenneth Mansfield.  The March 2, 2018, hearing is the one that Defendant refers to in his Motion for Disqualification, affidavit at ¶ 3. Defendant claims that Judge Mansfield's disposition towards him at the hearing was "one of contempt, aggravation, vexation and intolerance."  Id.  As the March 2, 2018 hearing is the basis for Defendant's Motion for Disqualification, the hearing transcript is the most accurate account of what transpired and is therefore essential to this Honorable Court's review.  The United States is requesting a two-week continuance, in which to obtain the transcript and file its opposition to Defendant's two Motions.

For the reasons submitted in the attached Declaration of Counsel, the government respectfully requests a two-week continuance to the date of April 17, 2018, for filing of the United States opposition to the Motion for Disqualification and Motion for Rebuttal.

This motion is submitted pursuant to Rule 47 of the Federal Rules of Criminal Procedure.

DATED:  March 26, 2018, at Honolulu, Hawaii.

          Respectfully submitted,

          KENJI M. PRICE
          United States Attorney
          District of Hawaii


By   /s/ Ronald G. Johnson
    RONALD G. JOHNSON
    Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served Electronically through CM/ECF:

      LARS ISSACSON, ESQ.

      Standby Attorney for Anthony Williams

Served by Certified Mail:

      ANTHONY WILLIAMS
      Register No. 05963-122
      Inmate Mail
      Federal Detention Center
      351 Elliott Street
      Honolulu, HI   96819

      Pro Se Defendant

      DATED:  March 26, 2018, at Honolulu, Hawaii.

      /s/ Dawn Aihara