Case 1:17-cr-00101-LEK   Document 161   Filed 03/30/18   Page 1 of 2   PageID #: 1209

cc: [signature]

**RECEIVED**
CLERK U.S. DISTRICT COURT
MAR 30 2018
DISTRICT OF HAWAII

Dear Judge Puglisi,                                                                 3-27-18

I have enclosed two requests that I sent to the Warden and Officer D. Martinez to not place me in a cell with a cellmate because I fear for my life. I was previously assaulted while at OCCC in solitary confinement and woke up on the floor of my cell in a pool of blood with my head busted up and had to be rushed to Queens Medical Center to have eleven staples put in my head to close the wound. I was hit in the back of my head so hard that I have no memory of the assault. I only remember walking to my cell door and then waking up with my head busted open and a medical team putting me on a stretcher and rushing me to the hospital. I don't know what else to do because I really feel this administration has a vendetta against me and maybe plotting to have me assaulted like I was assaulted at OCCC. I do not feel safe in this facility and they have done everything feasible to prevent me from having adequate access to the law library and my law work. I can only keep so much law work in the cell that it truly handicaps me from being as effective as I need to be to prepare for trial.

I have not threatened anyone and you can ask any of the officers that supervise me that I have never caused any of them trouble nor disrespected them in any shape, form or fashion. I was told by Officer D. Martinez that I am going to be given another disciplinary because I expressed I feared for my life and didn't want a cellmate while I'm in solitary confinement. I feel that they did this because April 3rd was the day I am suppose to come out of solitary because I wasn't found guilty of threatening staff and this is another attempt to keep me in solitary confinement to further deprive me of the access to all of my law work and time to go through my discovery. I have been denied use of the phone and my emails continue to be delayed 3 to 10 days. I feel that they are doing everything possible to try to provoke me to act out of anger so that they can write me up another disciplinary to keep me confined. The only thing that has sustained me is my faith in Yahshua and my desire to get back to my family.

I don't know what it is going to take for the court to take action and give me some type of remedy from this situation. I just hope that it doesn't take me being assaulted before the court finally realized what I'm being subjected to at this facility. I filed a Motion for Injunction months ago because I knew what was coming and wanted to have the Courts intervention before it transpired. Needless to say everything I feared would happen has happened with the exception of the assault but that may not be too far off from what I see that they are trying to do.

I am appealing to the court once again for help and relief from my current situation. Thanks in advance for your assistance.

Sincerely,

Anthony Williams