LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101 JEK<br><br>SECOND MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL, CERTIFICATE OF SERVICE. |
|---|---|

SECOND MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR
<u>EXPEDITED HEARING</u>

Comes now, the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court to issue an order to show cause against the Bureau of Prisons/FDC Honolulu for violation of his civil rights and interfering with his ability to defend himself in this cause and requests the following relief:

1. That Mr. Williams be immediately ordered released from the "SHU" ("Special Housing Unit," which amounts to solitary confinement) at FDC Honolulu.

2. That FDC Honolulu dismiss their pending infractions against him.

3. That FDC Honolulu be ordered to allow him to keep up to 40,000 pages of discovery in his cell.

Dated: April 4, 2018

     /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

<u>DECLARATION OF COUNSEL</u>

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. I have recently met with Defendant at FDC Honolulu. He is currently housed in the Secured Housing Unit.

3. He indicated he wishes for me to print out and provide him in esxcess 30,000 pages of discovery for his use in preparing his defense.

4. I have been in contact with Timothy Rodrigues, Esq., attorney for the Bureau of Prisons in Honolulu. It is my belief that BOP will not permit him to keep this amount of paper in his cell, especially in the SHU.

5. Mr. Williams indicates FDC Honolulu staff has written him up on false pretenses, which has the intended effect of keeping him in the SHU until after his currently scheduled trial date of May 15, 2018.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated April 4, 2018

Respectfully submitted,

    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on April 4, 2018.  A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams