# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi         REPORTER:

DATE:    04/04/2018                  TIME:

COURT ACTION:  EO: [162] Defendant's Ex Parte Motion for Preauthorization of Payment and [167] Second Motion for Order to Show Cause and for Expedited Hearing will be considered by Judge Leslie E. Kobayashi as Non Hearing Motions.

Responsive Memorandum or Memorandum in Opposition is due **4/18/2018.**
Reply Memorandum is due **5/2/2018.**

[162] Defendant's Ex Parte Motion for Preauthorization of Payment and [167] Second Motion for Order to Show Cause and for Expedited Hearing will be taken under submission by Judge Leslie E. Kobayashi thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager