# MINUTES

CASE NUMBER:       CR NO. 17-00101LEK

CASE NAME:         USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     04/05/2018                   TIME:

COURT ACTION:  EO: **Regarding** [162] Defendant's Ex Parte Motion for Preauthorization of Payment.  **Non Hearing Deadlines issued previously are hereby Vacated.**  Order has been submitted to the Court.

**Regarding** [167] Second Motion for Order to Show Cause and for Expedited Hearing will be considered by Judge Leslie E. Kobayashi as Non Hearing Motions. **Non Hearing Deadlines will remain as set.**

Responsive Memorandum or Memorandum in Opposition is due **4/18/2018.**
Reply Memorandum is due **5/2/2018.**

[167] Second Motion for Order to Show Cause and for Expedited Hearing will be taken under submission by Judge Leslie E. Kobayashi thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager