LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>AMENDED SECOND MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL; EXHIBITS "A" AND "B;" CERTIFICATE OF SERVICE. |

AMENDED SECOND MOTION FOR ORDER TO SHOW CAUSE
AND REQUEST FOR EXPEDITED HEARING

Comes now, the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

moves this court to issue an order to show cause against the

Bureau of Prisons/FDC Honolulu for violation of his civil rights and interfering with his ability to defend himself in this cause and requests the following relief:

1. That Mr. Williams be immediately ordered released from the "SHU" ("Special Housing Unit," which amounts to solitary confinement) at FDC Honolulu.

2. That the administration at FDC Honolulu dismisses it's pending infractions against him.

3. That the administration at FDC Honolulu be ordered to allow Mr. Williams to keep up to 40,000 pages of discovery in his cell.

4. That the administration at FDC Honolulu be ordered to facilitate and allow (a) Mr. Williams to be able to confidentially talk with his standby attorney on a daily basis and (b) provide a secure non-monitored email address that would allow Mr. Williams to email his standby attorney and receive responses from said attorney without such emails being monitored by FDC or other parties.

5. To order that FDC Honolulu staff not to tamper with Defendant's outgoing mail and to account for mail that was not mailed to the U.S. District Court on or about March 18, 2018, i.e., Defendant's (i) *Motion in Opposition to Government's Response to Defendant's Motion to Disqualify Judge Mansfield*; (ii) *Mandatory Judicial Notice* and (iii) *Motion for Recognition as Private Attorney General.*

6. Mr. Williams asks that he be provided with all relevant and appropriate forms to appeal or complain about his current conditions.

Dated: April 5, 2018

                        /s/ Lars Isaacson
                     LARS ROBERT ISAACSON
                     Standby Attorney for
                     Defendant Anthony T. Williams