LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR NOTICE OF THE GOVERNMENT'S INTENT TO USE EVIDENCE; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

MOTION FOR NOTICE OF THE GOVERNMENT'S
INTENT TO USE EVIDENCE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby files his "Motion for Notice of the Government's Intent to Use Evidence," attached as Exhibit "A" to this document.

This motion was prepared by Mr. Williams and given to counsel for filing with this Court.

Dated: April 5, 2018

    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams
