LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>NOTICE INVOKING BILLING FEES AGAINST RONALD G. JOHNSON AND U.S. ATTORNEYS OFFICE FOR VIOLATION OF COPYRIGHTS, FALSE ARREST, FALSE IMPRISONMENT AND OTHER CONSTITUTIONAL VIOLATIONS; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

NOTICE INVOKING BILLING FEES AGAINST RONALD G.
JOHNSON AND U.S. ATTORNEYS OFFICE FOR VIOLATION
OF COPYRIGHTS, FALSE ARREST, FALSE IMPRISONMENT
AND OTHER CONSTITUTIONAL VIOLATIONS

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby files

his "Notice Invoking Billing Fees" and other requests for relief attached as Exhibit "A" to this document.

This motion was prepared by Mr. Williams and given to counsel for filing with this Court.

      Dated: April 5, 2018

      /s/ Lars Isaacson
      LARS ROBERT ISAACSON
      Standby Attorney for
      Defendant Anthony T. Williams