LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101 LEK SECOND REQUEST FOR MANDATORY JUDICIAL NOTICE; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

SECOND REQUEST FOR MANDATORY JUDICIAL NOTICE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby files his "Second Request For Mandatory Judicial Notice" attached as Exhibit "A" to this document.

This motion was prepared by Mr. Williams and given to counsel for filing with this Court.

Dated: April 5, 2018

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams