# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/05/2018 | TIME: | |

COURT ACTION:  EO: **Regarding** [167] Second Motion for Order to Show Cause and for Expedited Hearing.

An **Amended Motion [171]** Second Motion for Order to Show Cause and for Expedited Hearing was filed and will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

[167] Second Motion for Order to Show Cause and for Expedited Hearing **is terminated.**

**Non Hearing Deadlines as previously set for [Doc 167] will apply to [Doc 171].**

Responsive Memorandum or Memorandum in Opposition is due **4/18/2018.**
Reply Memorandum is due **5/2/2018.**

**[171] Amended** Second Motion for Order to Show Cause and for Expedited Hearing will be taken under submission by Judge Leslie E. Kobayashi thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager