# MINUTES

CASE NUMBER:       CR NO. 17-00101LEK

CASE NAME:         USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     04/05/2018                 TIME:

COURT ACTION:   EO: **[179]** Defendant's Motion for Exposition of Spiritual Warfare will be considered by Judge Leslie E. Kobayashi as Non Hearing Motions.

Responsive Memorandum or Memorandum in Opposition is due **4/19/2018.**
Reply Memorandum is due **5/3/2018.**

**[179]** Defendant's Motion for Exposition of Spiritual Warfare will be taken under submission by Judge Leslie E. Kobayashi thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager