# MINUTES

CASE NUMBER:  CR NO. 17-00101LEK

CASE NAME:  USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:  Leslie E. Kobayashi         REPORTER:

DATE:  04/06/2018                   TIME:

COURT ACTION: EO: **Regarding** [167] Second Motion for Order to Show Cause and for Expedited Hearing.

Minute Orders issued were inadvertent. [167] Second Motion for Order to Show Cause and for Expedited Hearing was heard on 4/4/2018 by Magistrate Judge Richard L. Puglisi and continued for Further Hearing to 4/10/2018 at 02:00 PM before Magistrate Judge Kenneth J. Mansfield.

[167] Second Motion remains pending and will remain as set for 4/10/2018 before Magistrate Judge Kenneth J. Mansfield.

**Regarding** [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing. **Non Hearing Deadlines issued previously are Vacated.**

**Regarding** [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing set for 4/10/2018 at 02:00 PM before Magistrate Judge Kenneth J. Mansfield.

Submitted by: Warren N. Nakamura, Courtroom Manager