KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    ron.johnson@usdoj.doj

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING GOVERNMENT'S |
| | ) | MOTION TO DETAIN DEFENDANT |
| vs. | ) | WITHOUT BAIL |
| | ) | |
| ANTHONY T. WILLIAMS, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER GRANTING GOVERNMENT'S
MOTION TO DETAIN DEFENDANT WITHOUT BAIL

On September 29, 2017, the Court held a hearing on the United States Motion to Detain Defendant Without Bail, pursuant to Title 18 U.S.C. § 3142. The defendant, ANTHONY T. WILLIAMS, appeared in Court with his stand-by counsel, Lars Isaacson, Esq., while Assistant United States Attorney, Ronald G. Johnson, appeared for the government. The Court reviewed and considered the Indictment, the United States Memorandum in Support of Motion to Detain Defendant

Exhibit 1

Without Bail, the arguments of the parties, and the U.S. Pretrial Services report.

The Court after considering the information before it and the arguments by the parties finds that:

Defendant was convicted of felony offenses under number 17-74 CF 10A, in Broward County Florida.  Defendant was convicted of, grand theft and unlawful filing or false documents or records against property, and was sentenced to 15 years imprisonment to be followed by 15 years of probation.  Defendant was transported to Hawaii on a Writ and is currently serving his Florida sentence.

Defendant was convicted of the unlicensed practice of law and false official statement, in Broward County, Florida, in case number 15-14566 CF 10A.  Defendant also had a probation violation for a felony offense.

On September 25, 2017, defendant indicated that he did not recognize the jurisdiction of this Court or the United States and that he was a sovereign.  Defendant has a criminal history, which includes arrests for crimes of violence and failure to appear, with convictions for felony theft, and the offenses noted above.

The Court has considered the factors in 18 U.S.C. § 3142(g).  Based upon a review of the foregoing, the Court grants the Motion to Detain, finding by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and/or the community, and by a

2

preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, should the defendant be released.  The Court makes these findings after considering the Indictment and the nature and seriousness of the defendant's conduct, all pertinent information contained in the submissions made by United States Pretrial Services, the United States Memorandum and exhibits, as well as the arguments of the parties.  In addition, defendant is in custody in this district based upon the issuance of a writ and is currently serving a term of imprisonment for his Florida conviction.

        Accordingly, IT IS ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; that the defendant be afforded reasonable opportunity for private consultation with counsel; and that, on order of a Court of the United States or on request from an attorney for the government, the person in charge of the corrections facility in which defendant is confined deliver the

//

//

//

defendant to a United States Marshal for the purposes of appearance or in connection with any Court proceeding.

DATED: Honolulu, Hawaii, April 6, 2018.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES vs. ANTHONY T. WILLIAMS
Cr. No. 17-00101 LEK
"Order Granting Government's Motion to Detain Defendant Without Bail"

4