```
KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 17-00101 LEK |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S |
| ) | MOTION TO DECLARE CASE |
| vs. ) | COMPLEX UNDER THE SPEEDY |
| ) | TRIAL ACT |
| ANTHONY T. WILLIAMS,   (01) ) | |
| ANABEL CABEBE,         (02) ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER GRANTING GOVERNMENT'S MOTION TO
DECLARE CASE COMPLEX UNDER THE SPEEDY TRIAL ACT

A hearing was held on the Government's Oral Motion to Declare the Case Complex Under 18 U.S.C. § 3161 (h)(7)(B)(ii) (hereinafter "Government's Motion") on September 29, 2017. Present were the UNITED STATES OF AMERICA, by its attorney, Assistant United States Attorney, Ronald G. Johnson, Defendant, ATHONY T. WILLIAMS, and his standby counsel, Lars Isaacson,

Exhibit 3

Esq., and Defendant, ANNABEL CABEBE, represented by Michael J. Green, Esq.

This case involves a mortgage rescue scheme, charged in 11 Counts of wire fraud and 19 Counts of mail fraud, which covers approximately 200 properties/victims. Over 53,000 pages of discovery were provided, which included information from Hawaii, Texas, and Florida. Mr. Green on behalf of Defendant (2), ANNABEL CABEBE, joined in the government's motion to declare the case complex. Defendant, ANTHONY WILLIAMS, objected to declaring this case complex.

The Court finds the instant case to be a large mortgage rescue scheme, based on the Indictment and the representations of counsel. The Court finds, given the number of properties/victims, the voluminous nature of the discovery, the difficulties of defending a complex fraud case, that it is necessary to declare this case complex pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(ii).

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 6, 2018.

Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. WILLIAMS, ET AL.
Cr. No. 17-00101 LEK
"Order Granting Government's Motion to Declare Case Complex Under the Speedy Trial Act"

2