KENJI M. PRICE          #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:   Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| ANTHONY T. WILLIAMS (01) | ) | |
| ANABEL CABEBE,     (02) | ) | |
| | ) | |
| Defendants. | ) | OLD TRIAL DATE: 10/17/2017 |
| | ) | NEW TRIAL DATE: 11/21/2017 |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On September 29, 2017, the Court held an Arraignment
and Plea to the Indictment as to Defendant (01), Anthony T.
Williams, a status conference regarding trial date, deadlines,
and a final pretrial conference as to Defendant (02), Anabel
Cabebe.  The United States made an Oral Motion to Declare the
Case Complex which was agreed to by Michael J. Green, Esq.,

Exhibit 4

Counsel for Defendant (02), Anabel Cabebe.  Mr. Green also agreed with the United States that the time for motions and trial should be extended.  Defendant (01), Anthony T. Williams, was permitted to proceed pro se, was arraigned and pleas of not guilty were entered on his behalf.  Defendant Williams objected to a continuance and the matter was set in the normal course as to Defendant Williams.

After considering, the Indictment, the filings and documents in this case, and the arguments of the parties, the Court makes the following findings:

This case has been declared complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), by virtue of the number of properties/victims involved, the voluminous discovery that has been provided, the nature of the allegations, and the locations involved.  There are over 50,000 pages of discovery from searches conducted in Hawaii, Texas, and Florida, which have been provided to the defendants on disk.  There are over 200 properties/victims involved in the scheme, which was accomplished by filing false documents with the State of Hawaii, Bureau of Conveyances, as indicated within the Indictment. There is additional discovery that is being provided. Defendant (01), Anthony Williams, is detained at the Federal Detention Center, Honolulu, and has yet to review the discovery documents that have been provided to him.   Defendant (02), Annabel

2

Cabebe, and her counsel, Michael J. Green, needed additional time for effective preparation in this matter, given the complex nature of the case and the volume of discovery.

It is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by Title 18 United States Code, Section 3161. The additional time provided by this continuance will allow Defendant (02), Anabel Cabebe, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and the failure to grant such a continuance would be likely to result in a miscarriage of justice. The case is so complex due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

The period of time from October 17, 2017, to and including, November 21, 2017, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

3

ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

With respect to Defendant (02), Annabel Cabebe, a continuance is hereby granted, based upon the above findings made by the court.  For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for November 21, 2017, at 9:00 a.m., before the Honorable Leslie E. Kobayashi;

(2) the final pretrial conference is set for October 23, 2017 at 10:00 a.m., before the Honorable Kevin S.C. Chang;

(3) defense motions are due on October 9, 2017, and the government's responses are due on October 23, 2017.

IT IS FURTHER ORDERED that the period of time from October 17, 2017, to and including November 21, 2017, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED:  Honolulu, Hawaii, April 6, 2018.



Kenneth J. Mansfield
United States Magistrate Judge

UNITED STATES v. ANTHONY T. WILLIAMS, ET AL.
Cr. No. 17-00101 LEK
"Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"

4