```
KENJI M. PRICE              #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Assistant U.S. Attorney
PJKK Federal Building, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING TRIAL |
| | ) | DATE AND EXCLUDING TIME |
| vs. | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| ANTHONY T. WILLIAMS (01) | ) | |
| ANABEL CABEBE, (02) | ) | |
| | ) | |
| Defendants. | ) | OLD TRIAL DATE: 11/21/2017 |
| | ) | NEW TRIAL DATE: 5/15/2018 |

ORDER CONTINUING TRIAL DATE
AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

On October 23, 2017, Defendant (02), Anabel Cabebe, through her attorney, Michael J. Green, made an Oral Motion to Continue the Trial Date in the instant case. Defendant (01), Anthony T. Williams, objected to the continuance and stated that he was ready to go to trial. Stand-by counsel for Anthony T. Williams, Lars Isaacson, stated that he could not be prepared to

Exhibit 5

take over the case as stand-by counsel if it proceeded to trial on November 21, 2017, due to the large volume of discovery provided.

After considering, Defendant Anabel Cabebe's Oral Motion to Continue, the Indictment, the filings and documents in this case, and the arguments of the parties, the Court makes the following findings:

This case has been declared complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), by virtue of the number of properties/victims involved, the voluminous discovery that has been provided, the nature of the allegations, and the locations involved.  There are over 50,000 pages of discovery from searches conducted in Hawaii, Texas, and Florida, which have been provided to the defendants on disk with detailed indexes. There are over 200 properties/victims involved in the scheme, which was accomplished by filing false documents with the State of Hawaii, Bureau of Conveyances, as indicated within the Indictment.  Defendant (01), Anthony Williams, is detained at the Federal Detention Center, Honolulu, and has yet to review the discovery documents that have been provided to him.  Stand-by counsel, Lars Isaacson, has not had ample time to prepare for the November 21, 2017 trial, such that he can be prepared to take over the trial if necessary. Defendant (02), Annabel Cabebe, and her counsel, Michael J. Green, need additional time

2

for effective preparation in this matter, given the complex nature of the case, the volume of discovery, and Mr. Green's current schedule.

It is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by Title 18 United States Code, Section 3161. The additional time provided by this continuance will allow Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The ends of justice served by the continuance outweigh the best interests of the Defendant and the public in a speedy trial, and the failure to grant such a continuance would be likely to result in a miscarriage of justice.  The case is so <u>complex</u> due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.

The period of time from November 21, 2017, to and including, May 15, 2018, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

ORDER CONTINUING TRIAL AND EXCLUDING SPEEDY TRIAL ACT TIME

Defendant, Annabel Cabebe's Oral Motion to Continue the Trial Date is hereby granted, based upon the above findings made by the court. For the reasons stated, IT IS HEREBY ORDERED:

(1) the jury selection and trial are set for May 15, 2018 at 9:00 a.m., before the Honorable Leslie E. Kobayashi;

(2) the final pretrial conference is set for April 16, 2018 at 1:30 p.m., before the Honorable Kenneth J. Mansfield;

(3) defense motions are due on April 2, 2018, and the government's responses are due on April 16, 2018.

IT IS FURTHER ORDERED that the period of time from November 21, 2017 to and including May 15, 2018, constitutes a period of delay which shall be excluded in computing the time within which the trial in this case must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B).

DATED: April 6, 2018, at Honolulu, Hawaii.

    

                                                  Kevin S.C. Chang
                                                  United States Magistrate Judge

UNITED STATES v. ANTHONY T. WILLIAMS, ET AL.
Cr. No. 17-00101 LEK
"Order Continuing Trial Date and Excluding Time Under the Speedy Trial Act"

4