# Johnson, Ron (USAHI)

**From:** Kanakaole, Sharon (USMS) <Sharon.Kanakaole@usdoj.gov>
**Sent:** Friday, September 15, 2017 2:04 PM
**To:** Johnson, Ron (USAHI)
**Subject:** RE: Anthony WILLIAMS

Yes, you'll be fine. Thank you.

---

**From:** Johnson, Ron (USAHI) [mailto:Ron.Johnson@usdoj.gov]
**Sent:** Friday, September 15, 2017 1:14 PM
**To:** Kanakaole, Sharon (USMS)
**Subject:** Re: Anthony WILLIAMS

Sharon,
I think he is currently scheduled for A&P on September 25 @ 2:00p.m.  We should be be fine if he is in by next week. Thank you for all the help.
Ron

Sent from my iPhone

On Sep 15, 2017, at 1:06 PM, Kanakaole, Sharon (USMS) <Sharon.Kanakaole@usdoj.gov> wrote:

> Aloha Mr. Johnson,
>
> We're looking at having Mr. Williams here in Honolulu late of next week.
>
> Mahalo,
> Sharon
>
> ---
>
> **From:** Johnson, Ron (USAHI) [mailto:Ron.Johnson@usdoj.gov]
> **Sent:** Monday, August 28, 2017 11:40 AM
> **To:** Kanakaole, Sharon (USMS)
> **Subject:** RE: Anthony WILLIAMS
>
> Sharon,
> Do you have an updated status on Defendant Williams?  What timeline are we looking at for his transport and arrival in Honolulu?
> Please let me know.
> Thanks
> Ron
>
> **From:** Kanakaole, Sharon (USMS) [mailto:Sharon.Kanakaole@usdoj.gov]
> **Sent:** Monday, August 07, 2017 8:57 AM
> **To:** Johnson, Ron (USAHI) <RJohnson2@usa.doj.gov>
> **Subject:** Anthony WILLIAMS
>
> Aloha Mr. Johnson,

1

Exhibit 7

We would like for you to continue Mr. Williams court hearing from September 6, to a later date.

He just got out of surgery and his on a medical hold for travel, up until 3 weeks.

I let you know when he arrives in Honolulu, thank you.

Mahalo,
Sharon Kanakaole
USMS
D/HI