# MINUTES

CASE NUMBER:     1:17-CR-00101-LEK

CASE NAME:       United States of America v (01) Anthony T. Williams

JUDGE:   Kenneth J. Mansfield          REPORTER:

DATE:    04/10/2018                    TIME:

COURT ACTION:  EO:

On April 5, 2018 Defendant filed an [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing which **supersedes [167] Second Motion for Order to Show Cause and Request for Expedited Hearing and therefore [167] Motion is TERMINATED**.

As previously set at the ARRAIGNMENT AND PLEA TO THE SUPERSEDING INDICTMENT as to Defendants (01) Anthony T. Williams on April 4, 2018, the [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing is set for April 10, 2018 at 2:00 p.m. before Magistrate Judge Kenneth J. Mansfield.

*Submitted by: Bernie Aurio, Courtroom Manager*