LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>THIRD MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE. |
|---|---|

THIRD MOTION FOR ORDER TO SHOW CAUSE AND
REQUEST FOR EXPEDITED HEARING

Comes now, the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

moves this court to issue an order to show cause against the

Bureau of Prisons/FDC Honolulu for violation of his civil rights and interfering with his ability to defend himself in this cause as detailed in the Motion attached as Exhibit "A" provided to counsel via Corrlinks.

Dated: April 10, 2018

                                  /s/ Lars Isaacson
                            LARS ROBERT ISAACSON
                            Standby Attorney for
                            Defendant Anthony T. Williams

## DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. I have recently met with Defendant at FDC Honolulu. He is currently housed in the Secured Housing Unit. I also spoke with Mr. Williams on two occasions on April 4, 2018 at the Federal Courthouse in Honolulu, Hawaii.

3. Mr. Williams indicates FDC Honolulu staff has written him up on false pretenses, which has the intended effect of keeping him in the SHU until after his currently scheduled trial date of May 15, 2018.

4. Mr. Williams indicated he wishes for me to print out and provide him in excess of 30,000 pages of discovery for his use in preparing his defense.

5. I have been in contact with Timothy Rodrigues, Esq., attorney for the Bureau of Prisons in Honolulu. It is my belief that BOP will not permit him to keep this amount of paper in his cell, especially in the SHU. *See* selected emails between declarant and Timothy Rodrigues attached as Exhibit "A" attached to this document.

6. At the Arraignment and Plea to the superseding indictment that took place on April 4, 2018 before Judge Puglisi, Mr. Williams advised the court that he has not been furnished with forms to appeal/make his complaints regarding continued placement in SHU and other issues. Mr. Williams asks that he be provided with all relevant and appropriate forms to appeal or complain about his current condition. It should be noted that the email of March 21, 2018 from Mr. Rodrigues indicates that Mr. Williams is attempting to use the "administrative remedy process," but, as noted above, Mr. Williams maintains that his issues with not being provided the proper forms remain. *See id.*

7. Mr. Williams believes that FDC staff failed to mail or is holding three documents provided to FDC Officer Kealanui on March 18, 2018 for mailing/filing with U.S. District Court of Hawaii; i.e., Defendant's (i) *Motion in Opposition to Government's Response to Defendant's Motion to Disqualify Judge Mansfield*; (ii) *Mandatory Judicial Notice* and (iii) *Motion for Recognition as Private Attorney General.* Attached as Exhibit "B" is a copy of Defendant's log of legal mailing from FDC. At the top of the document is a notation for "3-18" for mailing to "U.S. Dist.Court – Mot. In Opp. Order- Jud. Not. – Mot. . . . Recognition" which purports to show that said mail was given to Officer Kealanui for mailing.

8. A review of the docket of this case on the morning of April 5, 2018 does not show that these documents were received or filed.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated April 5, 2018

                              Respectfully submitted,

                                    /s/ Lars Isaacson
                            LARS ROBERT ISAACSON
                            Standby Attorney for
                            Defendant Anthony T. Williams

## CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on April 5, 2018. A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

       /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams