## DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. On April 10, 2018, I opened a message from Mr. Williams via the Corrlinks inmate email account.

3. In that email dated April 5, 2018, but with a "sent date" of April 9, 2018 at 7:37 p.m., Mr. Williams asked me to file the motion attached as Exhibit "A" for him.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated April 10, 2018

Respectfully submitted,

_____ /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

## CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on April 5, 2018.  A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

<div style="margin-left:40%">

            /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

</div>