UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA          C.R. No. 17-00101 LEK

v.

ANTHONY WILLIAMS

MOTION FOR ORDER

COMES NOW, defendant by and through the undersigned common law counsel, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh Elohim and Yahshua the Mahshyah and submits this Motion For Order to be issued by the court to the FDC to do the following:

1. For the FDC to sign a receipt of all mail given to them by the undersigned outlining; a) who the mail is addressed to; b) the contents of the mail; c) the name of the officer the undersigned hands the mail to; d) the date the mail was handed to the officer and; e) signed off by the undersigned.

2. For the FDC to provide two receipts to the undersigned of; a) the name of the person that delivered and deposited the mail to the post office; b) the date the mail was deposited at the post office and; c) signature of the person who deposited the mail and; d) receipt signed off by the undersigned and one kept by the undersigned and the other copy kept by the delivering officer.

REASON FOR ORDER

In the last month the undersigned has mailed two letters to the court which contained six (6) motions that the court has not received. One mail matter was mailed on 3-13-18 which contained three (3) motions and the other mailed on 3-26-18 which contained three (3) motions also. The undersigned showed Mr. Isaacson his mail log that he keeps a record of all outgoing mail that he sends to verify they were mailed. Also several letters that the undersigned mailed to a friend that lives here in Hawaii has been received by that friend in the same time frame.

This is very disturbing because the legal mail that was mailed out on 3-13-18 and 3-26-18 were motions that were complaints against officers in this administration and for the court to not have received those motions is indicative of mail tampering and that this facility is opening up the undersigneds legal mail and scrutinizing them to determining whether they will be mailed or not. As a result the undersigned can not send anything through the mail for fear it will not be sent and the only way he feels that this can be alleviated is to order the FDC to do the above enumerated requests.

CONCLUSION

WHEREFORE, for the reasons stated above the undersigned moves the court to issue an immediate order so that the undersigned can obtain relief and resume utilizing the mail.

Righteously submitted,

/s/ Anthony Williams
Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, Hawaii [96820]



EXHIBIT A