## CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on April 10, 2018. A filed copy of this motion will be emailed and/or mailed to Anthony Williams and to BOP Counsel Tim Rodrigues, Esq.

                                      /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams