LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street
Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>        Defendant. | CR. NO. 17-00101 JEK<br><br>AMENDED THIRD MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE. |

## AMENDED THIRD MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING

Comes now, the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

moves this court to issue an order to show cause against the

Bureau of Prisons/FDC Honolulu for violation of his civil rights and interfering with his ability to defend himself in this cause as detailed in the Motion attached as Exhibit "A" provided to counsel via Corrlinks.

Dated: April 10, 2018


      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams