```
KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101-01 LEK |
| | ) | |
| Plaintiff, | ) | MOTION FOR JUDICIAL |
| | ) | DETERMINATION OF THE MENTAL |
| vs. | ) | COMPETENCY OF THE ACCUSED; |
| | ) | DECLARATION OF RONALD G. |
| ANTHONY T. WILLIAMS,    (01) | ) | JOHNSON; EXHIBITS 1 TO 5; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

MOTION FOR JUDICIAL DETERMINATION
OF THE MENTAL COMPETENCY OF THE ACCUSED

COMES NOW, the United States Attorney, on behalf of the plaintiff, United States of America, by and through its undersigned counsel, and hereby moves this Court to cause the accused, ANTHONY T. WILLIAMS, to be examined as to his mental condition, to determine whether he is presently suffering from a mental disease or defect rendering him mentally unable to understand the proceedings against him or to assist properly in

his own defense, if standby counsel has to proceed to trial. The examination shall be conducted by at least one qualified psychiatrist or psychologist, who shall file a report with the Court, pursuant to Title 18, United States Code, Sections 4247(b) and (c), and to order that the accused shall be committed for such a reasonable period as the Court may determine, to a suitable hospital or other facility to be designated by the Court, but not to exceed thirty days.

This motion is made pursuant to Rule 12.2(c) of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 4241, and is based on the record and files of this case as well as the Declaration of Ronald G. Johnson.

DATED: April 11, 2018, at Honolulu, Hawaii.

Respectfully Submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By   /s/ Ronald G. Johnson
     RONALD G. JOHNSON
     Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    351 Elliott Street
    Honolulu, HI   96819

DATED:  April 11, 2018, at Honolulu, Hawaii.

                                     /s/ Dawn Aihara