IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101-01 LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | RONALD G. JOHNSON |
| vs. | ) | |
| | ) | |
| ANTHONY T. WILLIAMS, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DECLARATION OF RONALD G. JOHNSON

RONALD G. JOHNSON, based upon information and belief, deposes and says:

1. Your Declarant is the Assistant United States Attorney responsible for the prosecution of the above-entitled case.

2. That your Declarant has reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable understand the proceedings against him or assist properly in his own defense, if standby counsel has to proceed to trial. Declarant's reasonable cause to believe Defendant is incompetent is based upon the following:

3. Your Declarant has reviewed the September 25, 2017 transcript of Defendant's initial appearance and he refused to recognize the jurisdiction of the Court or the United States.

Defendant went on to state, "I'm actually a sovereign. A person is a corporation, firm, or association, and I'm not that type of legal fiction. I'm actually a American national." Exhibit 1 at 5-6.

       4.    Your Declarant has reviewed the September 29, 2017 transcript of Defendant's arraignment and plea to the Indictment and he indicated that he "will be representing the legal fiction that you all are charging." Exhibit 2 at 4. Defendant after being questioned by the Court was permitted to proceed pro se with standby counsel. *Id*. at 6-10. Defendant again refused to recognize the jurisdiction of the United States, stating, "Like I said at the first hearing, the government do not have any jurisdiction for me to even plea because, Number 1, there was no crime or mail fraud or wire fraud committed, so they never had any jurisdiction to file charges or arrest me and then charge the legal person named Anthony Williams." *Id*. at 16. He went on to claim that he had several news stations, including CNN, that would be sending letters to the Court so they can be here to record the actual trial. *Id*. at 20.

       5.    Your Declarant was present in Court on April 3, 2018, when Defendant was scheduled to appear in connection with a subpoena he caused to issue to the State of Hawaii, Department

of Commerce and Consumer Affairs. The Hearing did not go forward and the United States Marshal present reported to the Court that Defendant refused come down to be transported to Court. Exhibit 3, Misc. No. 18-00086 LEK, Docket (Dkt.) no. 7.

      6. Your Declarant received a copy of Defendant's Motion for Exposition of Spiritual Warfare (Motion), filed on April 5, 2018, appearing as Dkt. no. 179. Exhibit 4. Standby Counsel Lars Isaacson filed the motion on behalf of Defendant and attached a declaration. In his Declaration of Counsel at paragraph three, he states, "It should be noted that declarant took no part in the preparation of this or other motions filed by Defendant and makes no representation of his agreement or appropriateness of said motions." Exhibit 4, Dkt. no. 179-1 at 1.

      7. Exhibit "A" of the Motion is in Defendant's own handwriting and was signed Anthony Williams, Private Attorney General. Exhibit 4, Dkt. no. 179-2 at 6. Defendant writes, "There is a Divine Nine Alphanumerical (DNA) code that has been revealed to the undersigned which exposes Lucifer, his demons and all unrighteousness and reveals who Yahweh Elohim and Yahshua is, the son of man and those who are righteous." Defendant goes on stating the DNA code is unerring, beyond manipulation, and cannot be refuted. Exhibit 4, Dkt. no. 179-2

at 2.  It must be noted that apparently using the DNA code, Defendant determined that "United States of America" translated to "(Lucifer's Host Kingdom) (Lucifers Enemy Kingdom)" and his own name "Anthony Williams" translated to "(Son of Man Prophet)" as this appeared as the caption of his writing. Exhibit 4, Dkt. no. 179-2 at 2.

       8.   Your Declarant has been working with Timothy Rodrigues, a Bureau of Prisons lawyer assigned to the Honolulu Federal Detention Center, in connection with this case. Defendant describes Declarant and Timothy Rodrigues as two satanic lawyers who have satanic spirits incarnated in them. Defendant claims the DNA code for Mr. Rodrigues name is "That's Satans Lawyer."  Exhibit 4, Dkt. 179-2 at 3.  Defendant then goes on to calculate Declarant's DNA code and comes up with "Satans A Lawyer", "Profane Lawyer", "Racist's Swine", "Racist's Demon", and "The True Enemy."  Exhibit 4, Dkt. no. 179-2 at 4. Defendant goes on to explain that, "The USA is Lucifer's Kingdom, the numerical value for 'The USA' is 666!"  Exhibit 4, Dkt. no. 179-2 at 5.  Defendant then once again explains that his own DNA code is "Son of Man Prophet" and "I'm Yahshua Messyah."  Defendant states, "Shortly the whole world will get to witness me with my father when we are revealed from heaven. I will send out a book throughout the world revealing the DNA

4

Code exposing every religion, every religious leader, every political leader and the world's economic system to show that it is all part of Mystery Babylon."  Exhibit 4, Dkt. no. 179-2 at 6.

9.   On April 10, 2018, at 2:00 p.m., Declarant was scheduled to appear in Court for a further hearing on Dkt. no. 171, Defendant's Amended Second Motion for Order to Show Cause and Request for Expedited Hearing.  Defendant was scheduled to appear and he was at the first hearing on this matter on Wednesday, April 4, 2018.  This hearing did not go forward, as a Deputy U.S. Marshal informed the Court that Defendant Anthony Williams was refusing to come to Court for the hearing.  Exhibit 5.

10.  Defendant has chosen to proceed pro se and has absented himself from Court proceedings.  Defendant apparently believes that Declarant is "Satans A Lawyer", "Profane Lawyer", "Racist's Swine", "Racist's Demon", and "The True Enemy." Defendant apparently believes that he is, "Son of Man Prophet" and "I'm Yahshua Messyah", the Son of God.  Based upon Defendant's statements, actions, and filings Declarant believes that he should undergo a competency evaluation prior to this matter proceeding to trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2018, at Honolulu, Hawaii.

/s/ Ronald G. Johnson<br>RONALD G. JOHNSON