1

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF HAWAII

 3
     UNITED STATES OF AMERICA,       ) CR 17-00101 LEK
 4                                   )
                Plaintiff,           ) Honolulu, Hawaii
 5                                   ) September 25, 2017
       vs.                           )
 6                                   ) INITIAL APPEARANCE;
     (01)ANTHONY T. WILLIAMS,        ) ARRAIGNMENT AND PLEA TO THE
 7   (02)ANABEL CABEBE,              ) INDICTMENT AS TO DEFENDANT
                                     ) (01) ANTHONY T. WILLIAMS
 8              Defendants.          )

 9   _____

10                     TRANSCRIPT OF PROCEEDINGS
             BEFORE THE HONORABLE KENNETH J. MANSFIELD
11               UNITED STATES MAGISTRATE JUDGE

12   APPEARANCES:

13   For the Government:       RONALD G. JOHNSON, AUSA
                               Office of the United States Attorney
14                             PJKK Federal Building
                               300 Ala Moana Boulevard, Suite 6100
15                             Honolulu, Hawaii 96850

16
     For the Defendant         LARS R. ISAACSON, ESQ.
17   (01)Anthony T. Williams:  1003 Bishop Street, Suite 2700
                               Honolulu, HI 96813
18
     For the Defendant         MICHAEL JAY GREEN, ESQ.
19   (02) Anabel Cabebe:       841 Bishop Street, Suite 2201
                               Honolulu, Hi 96813
20

21
     Official Court Reporter:  Debra Read, CSR CRR RMR RDR
22                             United States District Court
                               300 Ala Moana Boulevard
23                             Honolulu, Hawaii 96850
                               readit3949@gmail.com
24
     Proceedings recorded by electronic sound recording; transcript
25   produced with computer-aided transcription (CAT).
```

UNITED STATES DISTRICT COURT

Exhibit 1

```
 1   MONDAY, SEPTEMBER 25, 2017                        1:39 P.M.
 2             THE COURTROOM MANAGER:  Hawaii Criminal
 3   No. 17-00101 LEK, United States versus Defendant 1, Anthony T.
 4   Williams, Defendant 2, Annabel Cabebe.
 5       This hearing has been called on initial appearance and
 6   arraignment as to Defendant 1, status conference as to
 7   Defendant 2.
 8       Counsel, appearances for the record, please.
 9             MR. JOHNSON:  Good afternoon, Your Honor.
10   Ronald Johnson, Assistant United States Attorney, on
11   behalf of the government.  Along with me is Megan Crawley,
12   Special Agent with the FBI.
13             THE COURT:  Good afternoon.
14             MR. ISAACSON:  Your Honor, Lars Isaacson, who has
15   been appointed for Mr. Williams who's present in the courtroom.
16       Your Honor, may I have just one moment to speak to my
17   client?
18             THE COURT:  You take all the time you need, sir.
19       (Defendant and counsel confer.)
20             THE COURTROOM MANAGER:  Mr. Williams, please raise
21   your right hand.
22       Do you solemnly swear that the information provided by
23   your financial affidavit is true to the best of your knowledge
24   so help you God?
25             THE DEFENDANT WILLIAMS:  Yes.
```

```
 1                THE COURTROOM MANAGER:  Thank you.
 2                THE COURT:  All right.  I've reviewed the financial
 3   affidavit for Mr. Williams, and, Mr. Isaacson, I will approve
 4   your appointment as counsel.
 5                MR. ISAACSON:  Thank you, Your Honor.
 6                THE DEFENDANT WILLIAMS:  I need to state something
 7   on the record, too.  I actually want the counsel as my Standby
 8   Counsel because I will be representing my own cause.
 9                THE COURT:  Well, sir, I've appointed Mr. Isaacson
10   as your attorney, not as your Standby Counsel.  If you wish to
11   proceed pro se, we can set a hearing on that.  I'm not going to
12   just go ahead and do that today.  I want it to be a more -- I
13   want you to have a chance to just talk to Mr. Isaacson.  You've
14   had maybe only this moment right here.
15                MR. ISAACSON:  Your Honor, if I may address the
16   Court?
17                THE COURT:  Yes, please.
18                MR. ISAACSON:  I've spoken to Mr. Williams.  I was
19   able to see him.  He just recently arrived here from the
20   mainland, and he's made it very clear to me that he does wish
21   to represent himself under the Faretta case, Judge.
22                THE COURT:  Right.
23                MR. ISAACSON:  He's indicated to me he would like to
24   have Standby Counsel.  I want to make sure I understand that
25   correctly.
```

1            THE DEFENDANT WILLIAMS:  That's correct.

2            MR. ISAACSON:  So I guess I would, on his behalf,

3    move to set a hearing that could be heard as soon as possible.

4            THE COURT:  Okay.  That's what I'd like do is just

5    set a Faretta hearing.  I don't know if the government wishes

6    to have a chance to file anything on that, but if you do, I'll

7    give more time.  If not, if you just come back in a day or two.

8            THE DEFENDANT WILLIAMS:  What's preventing us to

9    just have the Faretta hearing now?  Because I got my motions

10   that I've already typed up that I'm ready to file.

11           THE COURT:  Right.

12           THE DEFENDANT WILLIAMS:  So my detention won't be

13   that long here because this charge is baseless, it's

14   fraudulent, it's malicious, and I want to get this thing

15   started so I can go ahead and --

16           THE COURT:  Sure.  Let me just -- does the

17   government wish to oppose the Faretta hearing or file anything

18   on it?

19           MR. JOHNSON:  Your Honor, we believe that the Court

20   might benefit from some additional information which we're

21   going to try to get to Pretrial Services.  The Pretrial

22   Services report from their contact with Broward County did not

23   get a complete record.  We believe that part of the record here

24   indicates that he was in 2015 charged with impersonating or

25   misrepresenting himself as -- I would believe as a qualified

1  attorney, and he was convicted in Broward County of that.

2       Subsequent to that, he was convicted of a fraud offense in
3  Broward County which he's now serving --

4       THE DEFENDANT WILLIAMS:  That's incorrect.  I was
5  never convicted of anything with fraud.

6       THE COURT:  Okay.  So what we'll do, let's set the
7  Faretta hearing for Wednesday, Wednesday afternoon.  If anyone
8  wants to file anything, they can; otherwise, we'll just proceed
9  with the hearing.

10      MR. JOHNSON:  Okay.

11      THE COURT:  Mr. Isaacson, are you available?

12      MR. ISAACSON:  Let me check my calendar.

13      THE COURT:  We'll look at my calendar.  2:00 P.M.
14 for Wednesday.

15      MR. JOHNSON:  That works, Your Honor.

16      THE COURT:  Okay.

17      MR. ISAACSON:  2 o'clock, that's fine, Your Honor.

18      THE COURT:  Okay.  So do you wish to go forward with
19 the entering a plea at this time, or you want to wait until we
20 get through that first step on Wednesday?

21      THE DEFENDANT WILLIAMS:  I mean, it's going to be
22 hard to enter any type of plea because I don't feel that the
23 Court has any jurisdiction on -- the United States do not have
24 any jurisdiction over me.  The statutes that they're saying
25 that I violated are statutes that involve a person and I'm not

1   a person according to law.  I'm actually a sovereign.  A person

2   is a corporation, firm, or association, and I'm not that type

3   of legal fiction.  I'm actually a American national.  So those

4   statutes employing that the United States government saying

5   that I violated actually have a person named in there and I'm

6   not a person; I'm a sovereign.  I'm an American national.  So

7   I'm challenging the jurisdiction --

8           THE COURT:  Sure.

9           THE DEFENDANT WILLIAMS:  -- of the Court and the

10  United States government.

11          THE COURT:  Mr. Johnson, anything from the

12  government?

13          MR. JOHNSON:  Your Honor, we have been informed by

14  the woman who prosecuted him in Broward County that he did file

15  motions and this is where we're going --

16          THE COURT:  Okay.

17          MR. JOHNSON:  -- and we believe, though, that the

18  Court shouldn't rush today to a Faretta hearing.  They should

19  be allowed to file whatever they want to file.  We'll file

20  information for the Court to be aware, and then the Court can

21  do a careful examination because this is exactly where he went

22  in Broward County.

23          THE COURT:  Right.  Okay.  So does the government

24  need more time?  I mean, I didn't hear a straight answer so I

25  said let's just go with Wednesday.  I can set it for Friday if

1  you would like more time to let me know what I need to know.
2          MR. JOHNSON:  Your Honor, Friday would be perfect.
3  We believe we can get --
4          THE COURT:  Okay.
5          MR. JOHNSON:  -- at least some evidence of the
6  convictions and the proceedings in Broward County by then.
7          THE COURT:  Okay.  2:00 P.M. Friday we'll set it and
8  we'll continue the -- oh, sorry, Mr. Isaacson.
9          MR. ISAACSON:  Sorry, just double-checking.
10         THE COURT:  We can just continue, if that works, the
11 arraignment and plea to Friday as well.
12         MR. ISAACSON:  I'm available, Your Honor.
13         THE COURT:  Okay.  Friday, 2 o'clock, we'll continue
14 all these proceedings until then, and we can resume Friday,
15 2 o'clock.
16         MR. JOHNSON:  And, Your Honor, because he's here on
17 a writ and we believe he's serving a lengthy sentence, we'd ask
18 that he be detained pending that hearing, and then, you know,
19 whatever transpires after that is, you know, at the Court's
20 discretion.
21         THE COURT:  Yeah, that's certainly my order.  He's
22 within the custody of the U.S. Marshals Service and I need him
23 to stay that way until Friday.  We can argue detention right
24 now and -- if you'd like.  I just don't know who's going to
25 argue for you.

1               MR. ISAACSON:  I think we should maybe wait and do

2     it on Friday, Judge.

3               THE COURT:  Okay.  We'll do that on Friday.

4               MR. JOHNSON:  And for the Court's information, we

5     did provide very voluminous discovery to Mr. Williams.  We

6     believe there's approximately 53,000 pages worth of material

7     that's been turned over.

8               THE COURT:  Okay.

9               MR. JOHNSON:  Because he did file both requests for

10    an attorney and his motion for discovery, which technically

11    weren't set for today.  At one point they were and then they

12    got pulled off, but we wanted to make sure we provided --

13              THE COURT:  Okay.

14              MR. JOHNSON:  -- discovery.

15              THE COURT:  Thank you very much.  And I'll -- I

16    acknowledge you turned over the discovery.  We'll address those

17    two motions, the motion for appointment of counsel and the

18    motion for discovery, on Friday as well.  And then we're

19    continuing the detention hearing just temporarily just until

20    Friday given the defendant's desire to represent himself and

21    the need to set the Faretta hearing.

22         Anything further, Mr. Isaacson?

23              MR. JOHNSON:  He wants to know Friday's date.

24              MR. GREEN:  He's asking if I'm available.

25              THE COURT:  That's right, 'cause you have the

1   co-defendant here.  It's the 29th.

2              MR. GREEN:  If not, I'll have someone here, Your

3   Honor.

4              THE COURT:  Okay.  It's September 29th.  Thank you,

5   Mr. Green.

6              MR. JOHNSON:  Mr. Green's representing the

7   co-defendant, Anabel Cabebe, who's present in court.

8              THE COURT:  Okay.

9              THE DEFENDANT WILLIAMS WILLIAMS:  I also need

10  something from the Court.  I need an order from the Court

11  directing the FDC to allow me to go into the law library

12  because I will be representing my own cause and I'ma need

13  access to be able to type up my motions as I was able to do in

14  Pahrump.  I was able to actually type up the motions, research,

15  you know, properly.  And they only have one computer for a

16  hundred inmates in the dorm that actually has law library

17  capability on it, and so that's not going to be enough for me

18  to be able to have access to the law library, you know,

19  research tool and also the computer to be able to draft my

20  motions, edit, whatever I need to do to be able to prepare for

21  either trial or -- I doubt if the government really want to go

22  to trial on something this bogus -- but if they are, I want to

23  be ready if they're ready to go to trial.

24             THE COURT:  Well, you can direct that request to FDC

25  and if they're unable to meet your needs, they have grievance

1  procedures to follow, sir.  Okay.  So follow those procedures,
2  and if after you've exhausted them, you still don't have the
3  relief you seek, then you can raise them with me.  Okay?
4       Anything further?
5            MR. GREEN:  Your Honor, you know, I didn't spread my
6  appearance of record.  Ms. Cabebe is here.  Good afternoon to
7  you.  Michael Green for her.
8            THE COURT:  Good afternoon.
9            MR. GREEN:  And we will agree to the next case.  I
10 am actually representing her cause.  I am private counsel.
11 Thank you.
12           THE COURT:  Okay.  Thank you, sir.  All right.
13 We'll stand in recess.
14           MR. JOHNSON:  Thank you, Your Honor.
15           THE COURT:  Defendant's remanded to the Marshals.
16           (Proceedings concluded at 1:53 P.M.)
17
18
19
20
21
22
23
24
25

```
 1                    TRANSCRIBER'S CERTIFICATE
 2
 3              I, DEBRA READ, court approved transcriber, United
 4    States District Court, District of Hawaii, do hereby certify
 5    that the foregoing is a correct transcript from the official
 6    electronic sound recording of the proceedings in the
 7    above-entitled matter and that the transcript page format is in
 8    conformance with the regulations of the Judicial Conference of
 9    the United States.
10
              DATED at Honolulu, Hawaii, March 19, 2018.
11
12
                        /s/ Debra Read
13
                        DEBRA READ, CSR CRR RMR RDR
14
15
16
17
18
19
20
21
22
23
24
25
```