# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:18-MC-00086-LEK-KSC |
| CASE NAME: | Department of Commerce and Consumer Affairs, State of Hawaii<br>In re: Anthony T. Williams<br>In re: United States of America |
| ATTY FOR PETITIONER: | Daniel K. Jacob |
| ATTYS FOR RESPONDENT: | Lars R. Isaacson<br>Ronald G. Johnson |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 04/03/2018 | TIME: | 1:35 - 1:40 |

COURT ACTION: EP: [1] DEPARTMENT OF COMMERCE AND CONSUMER AFFAIRS, STATE OF HAWAII'S MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS IN A CRIMINAL CASE (CR. NO. 17-00101 LEK) hearing not held.

Respondent Anthony T. Williams is not present.

U.S. Marshal, Gin Ortiz informs the Court of their efforts on bringing Mr. Williams in for this hearing.

Hearing on [1] Department of Commerce and Consumer Affairs, State of Hawaii's Motion to Quash Subpoena to Produce Documents, Information or Objects in a Criminal Case (Cr. No. 17-00101 LEK) is CONTINUED to April 4, 2018 at 10:00 a.m. before Magistrate Judge Kenneth J. Mansfield.

Respondent Anthony T. Williams to be present in Court for this hearing.

*Submitted by: Bernie Aurio, Courtroom Manager*

cc: USMS

Exhibit 3

```
MIME-Version:1.0
From:hid_resp@hid.uscourts.gov
To:hawaii_cmecf@hid.uscourts.gov
Message-Id:<2424226@hid.uscourts.gov>
Subject:Activity in Case 1:18-mc-00086-LEK-KSC Department of Commerce and Consumer
Affairs, State of Hawaii v. Williams Motion Hearing
Content-Type: text/html
```

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Hawaii

### Notice of Electronic Filing

The following transaction was entered on 4/3/2018 at 2:23 PM HST and filed on 4/3/2018

**Case Name:**     Department of Commerce and Consumer Affairs, State of Hawaii v. Williams
**Case Number:**   1:18-mc-00086-LEK-KSC
**Filer:**
**Document Number:** 7

**Docket Text:**
**EP: Motion Hearing held on 4/3/2018.**

**Respondent Anthony T. Williams is not present.**

**U.S. Marshal, Gin Ortiz informs the Court of their efforts on bringing Mr. Williams in for this hearing.**

**Hearing on [1] Department of Commerce and Consumer Affairs, State of HawaiisMotion to Quash Subpoena to Produce Documents, Information or Objects in a Criminal Case (Cr. No. 17-00101 LEK) is CONTINUED to April 4, 2018 at 10:00 a.m. before Magistrate Judge Kenneth J. Mansfield.**

**Respondent Anthony T. Williams to be present in Court for this hearing.**

**(FTR-Ctrm C6 - FTR 1:35 - 1:40.) (Magistrate Judge KENNETH J. MANSFIELD)(bbb)**

1:18-mc-00086-LEK-KSC Notice has been electronically mailed to:

Ronald G. Johnson     ron.johnson@usdoj.gov, CaseView.ECF@usdoj.gov,

USAHI.ECFMajorCrimes@usdoj.gov, dawn.aihara@usdoj.gov

Lars R. Isaacson     hawaii.defender@earthlink.net

Daniel K. Jacob     daniel.k.jacob@hawaii.gov

**1:18-mc-00086-LEK-KSC Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/3/2018] [FileNumber=2424224-0]
[596be1686f8e4c76c0ed7292d8ee7047a4b67c1b5e223f07789395afafe9b74eac2a
1b1c4f27ebedc0f07038097813733e085e82bdbbda6e1c161666d1b0a65b]]