LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>        Defendant. | CR. NO. 17-00101 LEK<br><br>"MOTION FOR EXPOSITION OF SPIRITUAL WARFARE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION FOR EXPOSITION OF SPIRITUAL WARFARE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby files his "Motion for Exposition of Spiritual Warfare" attached as Exhibit "A" to this document.

Exhibit 4

This motion was prepared by Mr. Williams and given to counsel for filing with this Court.

Dated: April 5, 2018


_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

# DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. On April 4, 2018, Mr. Williams gave me the document attached as Exhibit "A" and requested that I file same with the district court.

3. It should be noted that declarant took no part in the preparation of this or other motions filed by Defendant and makes no representation of his agreement or appropriateness of said motions.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated April 5, 2018

Respectfully submitted,

<u>     /s/ Lars Isaacson   </u>
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

# EXHIBIT "A"

DISTRICT OF HAWAII

UNITED STATES OF AMERICA       CR. NO. 17-00101 LEK
(Lucifer's Host Kingdom)
(Lucifers Enemy Kingdom)
V.

Anthony Williams
(Son of Man Prophet)

## MOTION FOR EXPOSITION OF SPIRITUAL WARFARE

COMES NOW, the undersigned, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh-Elohim and Yahshua the Mahshyah, and submits this Motion For Exposition of Spiritual Warfare to reveal the satanic nature of the government and its agents and the righteous cause of the undersigned. In support of this motion the undersigned states the following:

1. The Apostle Paul full of the Holy spirit tells us in Ephesians 6:11-13, "Put on the whole armor of Elohim, that you may be able to stand against the wiles of the devil. For we do not wrestle against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this age, against spiritual hosts of wickedness in the heavenly places. Therefore take up the whole armor of Elohim, that you may be able to withstand in the evil day, and having done all, to stand."

2. There is a Divine Nine Alphanumerical (DNA) code that has been revealed to the undersigned which exposes Lucifer, his demons and all unrighteousness and reveals who Yahweh Elohim and Yahshua is, the Son of man and those who are righteous. This DNA code is unerring in its accuracy and is beyond manipulation and an absolute impossibility for it to be successfully refuted. (See Attached DNA code Chart)

3. Yahweh through the prophet Isaiah (Isayah) states in Isaiah 54:17, "No weapon formed against you shall prosper, and every tongue which rises against you in judgment you shall condemn. This is the heritage of the servants of Yahweh, and their righteousness is from Me, says Yahweh."

## LUCIFERS LAWYERS MADE MANIFEST

4. The two satanic lawyers (representing Jannes and Jambres) who has opposed the undersigned because of the satanic spirits incarnated in them are Ronald Johnson or Ronald G. Johnson and Timothy Rodrigues or Timothy A. Rodrigues. The DNA code reveals that these two attorneys are agents and servants of the devil).

5. Timothy Rodrigues has consistently lied regarding the actions of the FDC and the actions of the undersigned. On numerous occasions he failed to tell the truth and now it is evident why. Yahshua said in John 8:44, "You are of your father the devil, and the desires of your father you want to do, He was a murderer from the beginning, and does not stand in the truth, because there is no truth in him. When he speaks a lie, he speaks from his own resources, for he is a liar and the father of it."

6. Using the DNA code Timothy Rodrigues name has a numerical value of 2034. This is very significant because 2034 is the same numerical value for "That's satans lawyer"! I didn't name Timothy Rodrigues, his parents did and I didn't make his name have the same value as That's satans Lawyer, Yahweh did that to expose exactly who Timothy Rodrigues is and what spirit is incarnated within him.

7. Now the persecutor or prosecutor in this matter is Ronald Johnson. He to has displayed his satanic disposition by lying through motions and oral arguments and maliciously prosecuting the undersigned knowing that the undersigned is an innocent man. Yahweh states in Lamentations 3:35-36," To turn aside the justice due a man before the face of the Most High, or subvert a man in his cause, Yahweh does not approve."

8. The DNA Code also exposes Ronald Johnson for who and what he is. Using the DNA Code, Ronald Johnson's name has a numerical value of 1431. What makes this so significant is that numerous descriptive words has this same numerical value such as: "Satans A Lawyer", "Profane Lawyer", "Racists Swine", "Racist's Demons", and "The True Enemy". These are not coincidences but is Yahweh's way of exposing the devil for the whole world to see. Yahshua spoke about wicked lawyers on this wise in Luke 11:46, 52," And he said, woe to you also, lawyers! For you load men with burdens hard to bear, and you yourselves do not touch the burdens with one of your fingers. Woe to you lawyers! For you have taken away the key of knowledge. You did not enter in yourselves, and those who were entering you hindered."

## SATAN'S KINGDOM EXPOSED

9. This Case is captioned United States of America v. Anthony Williams. The DNA Code will expose The USA or United States of America to be a government created, founded and operated by Lucifer and his demons and the persecution and prosecution of Anthony Williams is just a repeat and confirmation

of the persecution that Yahshua and the prophets had
to endure for teaching the truth to free the people and
expose the deception of Lucifer and his demons.

10. Using the DNA Code, United States of America has a numerical
value of 2052. This is the same numerical value for
"Lucifer's Host Kingdom" or "Lucifer's Enemy Kingdom".
To further validate that The USA is Lucifer's Kingdom,
the numerical value for "The USA" is 666!

## YAHWEH'S RIGHTEOUSNESS REVEALED

11. From the outset it was shown that this is spiritual warfare,
and transcends flesh and blood and that must be acknowledged
and kept in mind. Since the DNA Code has exposed who
Lucifer and his demons are incarnated in, then the DNA
code should also reveal who the Holy Spirit is operating in.

12. The United States of America or The USA chose to persecute
Anthony Williams, a true son of Yahweh for helping people
fight against a corrupt system that routinely violate the rights
of the people by the use of the color of law.

13. Yahweh-Elohim has appeared to the undersigned in visions and
dreams and this is what qualifies the undersigned as a prophet
of Yahweh. Yahweh spoke to Miriam and Aaron in Numbers
12:6 and stated, "Hear now my words, If there is a prophet
among you, I, Yahweh, make Myself known to him in a
vision; I speak to him in a dream."

14. Using the DNA Code, it confirms that the undersigned is a
true prophet of Yahweh. The numerical value for Anthony
Williams is 1755. This is the same numerical value as

"Son of man prophet"!. It is also the same numerical value for "Yahshua Mahshyah A Lamb", "Yahshua Mahshyah Black" and "I'm Yahshua Messyah". This leaves no incertitudes about what spirit is operating in Anthony Williams and that Yahshua has made himself known in Anthony Williams. I don't expect most to believe that Yahshua is in me and I know it don't look like it but Yahshua didn't look like he was the true one either and that's why they crucified him. I am that spirit of truth whether you can accept it or not. Shortly the whole world will get to witness me with my Father when we are revealed from heaven. I will send out a book throughout the world revealing the DNA code exposing every religion, every religious leader, every political leader and this world's economic system to show that it is all a part of Mystery Babylon.

Executed this 8th day of March 2018.

Righteously Submitted,

Anthony Williams

Anthony Williams
Private Attorney General

# DIVINE NINE ALPHANUMERICAL (DNA) CODE

| | | | | |
|---|---|---|---|---|
| A - 9 | L - 108 | T - 180 | J - 90 | M - 117 |
| B - 18 | U - 189 | H - 72 | E - 45 | U - 189 |
| C - 27 | C - 27 | E - 45 | S - 171 | H - 72 |
| D - 36 | I - 81 | | U - 189 | A - 9 |
| E - 45 | F - 54 | U - 189 | S - 171 | M - 117 |
| F - 54 | E - 45 | S - 171 | 666 | M - 117 |
| G - 63 | R - 162 | A - 9 | | A - 9 |
| H - 72 | 666 | 666 | | D - 36 |
| I - 81 | Rev. 13:17-18 | | | 666 |
| J - 90 | | | | |
| K - 99 | | | | |
| L - 108 | | | | |
| M - 117 | | | | |
| N - 126 | | | | |
| O - 135 | | | | |
| P - 144 | | | | |
| Q - 153 | | | | |
| R - 162 | | | | |
| S - 171 | | | | |
| T - 180 | | | | |
| U - 189 | | | | |
| V - 198 | | | | |
| W - 207 | | | | |
| X - 216 | | | | |
| Y - 225 | | | | |
| Z - 234 | | | | |

Lucifer has deceived you all into worshipping idols under the disguise of Christianity and Islam. The USA and her government is completely operated by Lucifer and his demons.

"Come out of her, my people, lest you share in her sins, and lest you receive of her plagues." Rev. 18:4

# LUCIFER'S KINGDOM

| | | | | |
|---|---|---|---|---|
| A - 9 | U - 189 | L - 108 | L - 108 | D - 36 |
| B - 18 | N - 126 | U - 189 | U - 189 | A - 9 |
| C - 27 | I - 81 | C - 27 | C - 27 | M - 117 |
| D - 36 | T - 180 | I - 81 | I - 81 | N - 126 |
| E - 45 | E - 45 | F - 54 | F - 54 | |
| F - 54 | D - 36 | E - 45 | E - 45 | M - 117 |
| G - 63 | | R - 162 | R - 162 | Y - 225 |
| H - 72 | S - 171 | S - 171 | S - 171 | S - 171 |
| I - 81 | T - 180 | | | T - 180 |
| J - 90 | A - 9 | H - 72 | E - 45 | E - 45 |
| K - 99 | T - 180 | O - 135 | N - 126 | R - 162 |
| L - 108 | E - 45 | S - 171 | E - 45 | Y - 225 |
| M - 117 | S - 171 | T - 180 | M - 117 | |
| N - 126 | | | Y - 225 | |
| O - 135 | O - 135 | K - 99 | | B - 18 |
| P - 144 | F - 54 | I - 81 | | A - 9 |
| Q - 153 | | N - 126 | K - 99 | B - 18 |
| R - 162 | A - 9 | G - 63 | I - 81 | Y - 225 |
| S - 171 | M - 117 | D - 36 | N - 126 | L - 108 |
| T - 180 | E - 45 | O - 135 | G - 63 | O - 135 |
| U - 189 | R - 162 | M - 117 | D - 36 | N - 126 |
| V - 198 | I - 81 | 2052 | O - 135 | 2052 |
| W - 207 | C - 27 | | M - 117 | |
| X - 216 | A - 9 | | 2052 | |
| Y - 225 | 2052 | Rev. 18:1-4 | | |
| Z - 234 | | | | |

United States of America = 2052
Lucifer's Host Kingdom = 2052
*(LEK) Lucifer's Enemy Kingdom = 2052
DAMN MYSTERY Babylon = 2052
* Note that the case No. is: 17-00101 _LEK_

# SATAN'S LAWYERS

| | | | | | |
|---|---|---|---|---|---|
| A - 9 | T - 180 | T - 180 | R - 162 | S - 171 | P - 144 |
| B - 18 | 1 - 81 | H - 72 | O - 135 | A - 9 | R - 162 |
| C - 27 | M - 117 | A - 9 | N - 126 | T - 180 | O - 135 |
| D - 36 | O - 135 | T - 180 | A - 9 | A - 9 | F - 54 |
| E - 45 | T - 180 | S - 171 | L - 108 | N - 126 | A - 9 |
| F - 54 | H - 72 | | D - 36 | S - 171 | N - 126 |
| G - 63 | Y - 225 | S - 171 | | | E - 45 |
| H - 72 | | A - 9 | J - 90 | A - 9 | |
| I - 81 | R - 162 | T - 180 | O - 135 | | L - 108 |
| J - 90 | O - 135 | A - 9 | H - 72 | L - 108 | A - 9 |
| K - 99 | D - 36 | N - 126 | N - 126 | A - 9 | N - 207 |
| L - 108 | R - 162 | S - 171 | S - 171 | W - 207 | Y - 225 |
| M - 117 | 1 - 81 | | O - 135 | Y - 225 | E - 45 |
| N - 126 | G - 63 | L - 108 | N - 126 | E - 45 | R - 162 |
| O - 135 | U - 189 | A - 9 | 1431 | R - 162 | 1431 |
| P - 144 | E - 45 | W - 207 | | 1431 | |
| Q - 153 | S - 171 | Y - 225 | | | |
| R - 162 | 2034 | E - 45 | | | |
| S - 171 | | R - 162 | | | |
| T - 180 | | 2034 | | | |
| U - 189 | | | | | |
| V - 198 | Timothy Rodrigues = 2034 | | Ronald Johnson = 1431 | | |
| W - 207 | That's Satans Lawyer = 2034 | | Satans a Lawyer = 1431 | | |
| X - 216 | | | Profane Lawyer = 1431 | | |
| Y - 225 | | | | | |
| Z - 234 | | | | | |

# YAHWEH'S ANOINTED ONE

| | | | | | |
|---|---|---|---|---|---|
| A - 9 | A - 9 | S - 171 | Y - 225 | Y - 225 | I - 81 |
| B - 18 | N - 126 | O - 135 | A - 9 | A - 9 | M - 117 |
| C - 27 | T - 180 | N - 126 | H - 72 | H - 72 | |
| D - 36 | H - 72 | | S - 171 | S - 171 | Y - 225 |
| E - 45 | O - 135 | O - 135 | H - 72 | H - 72 | A - 9 |
| F - 54 | N - 126 | F - 54 | U - 189 | U - 189 | H - 72 |
| G - 63 | Y - 225 | | A - 9 | A - 9 | S - 171 |
| H - 72 | | M - 117 | | | H - 72 |
| I - 81 | W - 207 | A - 9 | M - 117 | M - 117 | U - 189 |
| J - 90 | I - 81 | N - 126 | A - 9 | A - 9 | A - 9 |
| K - 99 | L - 108 | | H - 72 | H - 72 | |
| L - 108 | L - 108 | P - 144 | S - 171 | S - 171 | M - 117 |
| M - 117 | I - 81 | R - 162 | H - 72 | H - 72 | E - 45 |
| N - 126 | A - 9 | O - 135 | Y - 225 | Y - 225 | S - 171 |
| O - 135 | M - 117 | P - 144 | A - 9 | A - 9 | S - 171 |
| P - 144 | S - 171 | H - 72 | H - 72 | H - 72 | Y - 225 |
| Q - 153 | 1755 | E - 45 | | | A - 9 |
| R - 162 | | T - 180 | B - 18 | A - 9 | H - 72 |
| S - 171 | | 1755 | L - 108 | | 1755 |
| T - 180 | | | A - 9 | L - 108 | |
| U - 189 | | | C - 27 | A - 9 | |
| V - 198 | Anthony Williams = 1755 | | K - 99 | M - 117 | |
| W - 207 | Son of Man Prophet = 1755 | | 1755 | B - 18 | |
| X - 216 | Yahshua Mahshyah Black = 1755 | | | 1755 | |
| Y - 225 | Yahshua Mahshyah A Lamb = 1755 | | | | |
| Z - 234 | I'M Yahshua Messyah = 1755 | | | | |

"Touch not my anointed, and do my prophets no harm."
Psalms 105:15

## CERTIFICATE OF SERVICE

This will certify that all parties were served in this cause by electronic filing on April 5, 2018. A copy of the foregoing will also be mailed to defendant Anthony T. Williams at FDC Honolulu.

       /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Hawaii**

## Notice of Electronic Filing

The following transaction was entered by Isaacson, Lars on 4/5/2018 at 3:12 PM HST and filed on 4/5/2018
**Case Name:**        USA v. Williams et al
**Case Number:**      1:17-cr-00101-LEK
**Filer:**            Dft No. 1 - Anthony T. Williams
**Document Number:** 179

**Docket Text:**
**MOTION "Motion For Exposition Of Spiritual Warfare" by Anthony T. Williams. (Attachments: # (1) Declaration of Counsel, # (2) Exhibit A, # (3) Certificate of Service) (Isaacson, Lars)**


**1:17-cr-00101-LEK-1 Notice has been electronically mailed to:**

Lars R. Isaacson     hawaii.defender@earthlink.net

Michael Jay Green     michaeljgreen@hawaii.rr.com, edna@michaeljaygreen.com, joell@michaeljaygreen.com, kelly@michaeljaygreen.com, laura@michaeljaygreen.com

Ronald G. Johnson     ron.johnson@usdoj.gov, CaseView.ECF@usdoj.gov, dawn.aihara@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov

**1:17-cr-00101-LEK-1 Notice will not be electronically mailed to:**

Anthony T. Williams
05963-122
FDC HONOLULU
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 30080
HONOLULU, HI 96820

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/5/2018] [FileNumber=2425961-0]
[a1fbc009b27950fcc6e8f87328cb3d57c9416105bc38dc689a644eb2a13c691adc90
e7c2beb40454647dec263c01295f5d89134271d69549a21f58f494678c06]]
**Document description:**Declaration of Counsel
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/5/2018] [FileNumber=2425961-1]
[355af547cbf52613b9caaf3a93b9b34c2a5e9ed37e1454e1f9261da09e6030081d87
ee85fbe79092b26f98071f6e475d3eb924a3066cc6a29a410abdf873fdf7]]
**Document description:**Exhibit A
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/5/2018] [FileNumber=2425961-2]
[386301e55fa533f568f87ef9d5ccf1e365ef43289d4b50835e51ce08cc73790371b9
5e1e0378b718ac5cbd0955b9e8ebcf16b6e4a13538dd2c5988188a8a908d]]
**Document description:**Certificate of Service
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/5/2018] [FileNumber=2425961-3]
[9d4d387245b8323d29d12763f1261a209018842489f485121c01f13bd7377404dc85
9fbc48cc6af0c807b58823fef03ae090a727ba860f59aabf3c6e43c50ecb]]