**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Hawaii**

**Notice of Electronic Filing**

The following transaction was entered on 4/10/2018 at 8:35 AM HST and filed on 4/10/2018
**Case Name:**       USA v. Williams et al
**Case Number:**      1:17-cr-00101-LEK
**Filer:**
**Document Number:** 194(No document attached)

**Docket Text:**
**EO: EO: The Court has been informed by the Deputy U.S. Marshal that Defendant Anthony Williams is refusing to come to Court for todays hearing on the [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing.**

**The Court will decide this matter without a hearing.**

**Opposition due by 04/23/2018**
**Response due by 04/30/2018**

**(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb)**

**COURTS CERTIFICATE of Service - Non-Registered CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF).**

**1:17-cr-00101-LEK-1 Notice has been electronically mailed to:**

Michael Jay Green     michaeljgreen@hawaii.rr.com, edna@michaeljaygreen.com, joell@michaeljaygreen.com, kelly@michaeljaygreen.com, laura@michaeljaygreen.com

Ronald G. Johnson     ron.johnson@usdoj.gov, CaseView.ECF@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov, dawn.aihara@usdoj.gov

Lars R. Isaacson     hawaii.defender@earthlink.net

**1:17-cr-00101-LEK-1 Notice will not be electronically mailed to:**

Anthony T. Williams
05963-122

Exhibit 5

FDC HONOLULU
FEDERAL DETENTION CENTER
Inmate Mail/Parcels
P.O. BOX 30080
HONOLULU, HI 96820