# MINUTES

CASE NUMBER:   1:17-CR-00101-LEK

CASE NAME:   United States of America v (01) Anthony T. Williams

JUDGE:   Kenneth J. Mansfield          REPORTER:

DATE:   04/12/2018                     TIME:

COURT ACTION:  EO:

On April 5, 2018 Defendant filed an [171] Amended Second Motion for Order to Show Cause and Request for Expedited Hearing which supersedes [167] Second Motion for Order to Show Cause and Request for Expedited Hearing which was then TERMINATED.

On April 10, 2018 Defendant filed an [196] Amended Third Motion for Order to Show Cause and Request for Expedited Hearing which **supersedes [195] Third Motion for Order to Show Cause and Request for Expedited Hearing and therefore [195] Motion is TERMINATED**.

As previously set forth in the [194] Entering Order, [196] Amended Third Motion for Order to Show Cause and Request for Expedited Hearing, this matter will be decided without a hearing.

Opposition due by 04/23/2018
Response due by 04/30/2018

*Submitted by: Bernie Aurio, Courtroom Manager*