# MINUTES

CASE NUMBER:      1:17-CR-00101-LEK

CASE NAME:       United States of America v (01) Anthony T. Williams

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    04/12/2018               TIME:

COURT ACTION:  EO:

The Court GRANTS [152] Government's Motion for Two-week Continuance of the Due Dates for Government's Oppositions to [147] Defendant's Motion for Disqualification of Judge Kenneth Mansfield and [146] Motion for Rebuttal to Sworn Declaration of Anthony Williams filed on March 26, 2018.

Responsive Memorandum or Memorandum in Opposition is due 04/17/2018.
Reply Memorandum is due 05/01/2018.

[146] Defendant's Motion for Rebuttal and [147] Motion for Disqualification of Judge Kenneth Mansfield will be taken under submission thereafter and Court to issue an order by District Judge Leslie E. Kobayashi.

*Submitted by: Bernie Aurio, Courtroom Manager*