AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.    CR 17-00101 LEK USA V ANTHONY T. WILLIAMS 01

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 12 2018
SUE BEITIA, CLERK

PROOF OF SERVICE

This summons was received to me on (date) __MAR. 29, 2018__ at __10__ o'clock and __50__ min __A__ M.

☑ I personally served the summons on this defendant __Anthony Williams__ at (place) __300 Ala Moana Blvd. Honolulu, HI 96850__ On (date) __APR. 4, 2018__ ;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: __APR. 4, 2018__

_____
Server's Signature

__P. GAPUSAN / DUSM__
Printed name and title

Remarks:

2

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

ANTHONY T. WILLIAMS (01)
(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 17-00101 LEK

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 5 |
| Before: Richard L. Puglisi, United States Magistrate Judge | Date and Time<br>APRIL 4, 2018 @ 2:00 PM |

To Answer a(n) Superceding Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 1343 AND 1341.

Brief description of offense:

CT 1 - 15    Wire Fraud
CT 16 - 32   Mail Fraud

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by EPS
Signature of Issuing Officer/Deputy Clerk

MARCH 28, 2018
Date