```
KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101-01 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' PRODUCTION OF |
| | ) | DEFENDANT'S CRIMINAL HISTORY |
| vs. | ) | TO INCLUDE THE STATE OF |
| | ) | FLORIDA JUDGMENT; |
| ANTHONY T. WILLIAMS,    (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' PRODUCTION OF DEFENDANT'S CRIMINAL HISTORY
TO INCLUDE THE STATE OF FLORIDA JUDGMENT

On April 5, 2018, Defendant ANTHONY WILLIAMS filed a Motion for Government to Provide Criminal History of Defendant. On May 1, 2018, the United States mailed a recent printout of Defendant Anthony T. Williams' criminal history as well as copies of the Judgment from his Broward County, Florida

conviction for grand theft and unlawful filing of false documents or records against property.

        DATED:  May 1, 2018, at Honolulu, Hawaii.

                Respectfully Submitted,

                KENJI M. PRICE
                United States Attorney
                District of Hawaii

            By    /s/ Ronald G. Johnson
                RONALD G. JOHNSON
                Assistant U. S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

        DATED:  May 1, 2018, at Honolulu, Hawaii.

                                                  /s/ Dawn Aihara