```
                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF HAWAII


                                     )
UNITED STATES OF AMERICA,            )  Case No.  CR17-00101LEK
                                     )
                   Plaintiff,        )  April 25, 2018
                                     )  2:33 p.m.
        vs.                          )
                                     )
ANTHONY T. WILLIAMS, ANABEL          )
CABEBE, BARBARA WILLIAMS             )  U.S. District Court
                                     )  300 Ala Moana Boulevard
                   Defendants.       )  Honolulu, HI 96850
                                     )
_____)
```

TRANSCRIPT OF SCHEDULING CONFERENCE REGARDING TRIAL SCHEDULE
BEFORE THE HONORABLE KENNETH J. MANSFIELD
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | U.S. ATTORNEY'S OFFICE<br>By: RONALD G. JOHNSON, ESQ.<br>300 Ala Moana Boulevard, # 6100<br>Honolulu, HI  96850 |
| Defendant Pro Se: | ANTHONY T. WILLIAMS |
| Standby Counsel for Defendant<br>Anthony T. Williams: | LARS R. ISAACSON, ESQ.<br>1003 Bishop Street, #2700<br>Honolulu, HI  96813 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

---

Maukele Transcribers LLC
Jessica B. Cahill, CER/CET-708
P.O. Box 1652
Wailuku, Maui, Hawaii 96793
Telephone: (808)244-0776



<u>APPEARANCES:</u> (Continued)

| | |
|---|---|
| For Defendant Anabel Cabebe: | MICHAEL JAY GREEN, ESQ.<br>841 Bishop Street, #2201<br>Honolulu, HI  96813 |
| For Defendant Barbara Williams: | BERVAR & JONES<br>By:  BIRNEY B. BERVAR, ESQ.<br>1100 Alakea Street, 20th Floor<br>Honolulu, HI  96813 |

```
 1  APRIL 25, 2018                                  2:33 P.M.
 2           THE CLERK:  Criminal number 17-00101LEK, United States
 3  of America v. Defendant (01) Anthony T. Williams, Defendant (02)
 4  Anabel Cabebe, Defendant (03) Barbara Williams.  This case has
 5  been called for a scheduling conference.  Counsel, your
 6  appearances for the record, please.
 7           MR. JOHNSON:  Good afternoon, Your Honor.  Ronald
 8  Johnson, Assistant United States Attorney, on behalf of the
 9  Government.
10           THE COURT:  Okay.  Good afternoon.
11           MR. GREEN:  Your Honor, Good afternoon.  Forgive me --
12  Michael Green -- for my dress.  I've been in mediation all
13  morning.  I apologize.
14           THE COURT:  It's understood.
15           MR. GREEN:  Ms. Cabebe is sitting down on the right --
16  stand up, Anabel, please.
17           THE COURT:  Good afternoon.
18           MR. GREEN:  Thank you, Your Honor.
19           MR. WILLIAMS:  Private attorney general, Anthony
20  Williams and son of Yahweh.
21           THE COURT:  Good afternoon.
22           MR. ISAACSON:  Your Honor, Lars Isaacson, standby
23  counsel for Mr. Williams.
24           THE COURT:  Good afternoon.
25           MR. BERVAR:  And, Good afternoon, Your Honor.  Birney
```



```
 1   Bervar on behalf of Defendant number (03) Barbara Williams, who
 2   is present.
 3              THE COURT:  Okay.  Good afternoon.  So, for the folks
 4   who were not here on Monday, Ms. Williams had her initial
 5   appearance.  I informed her and her attorney that presently we
 6   are set for trial May 15th, which is certainly well under the 30
 7   day minimum under the Speedy Trial Act.  Mr. Bervar also
 8   expressed that both due to his personal schedule, trial schedule,
 9   and what he understood to be a case that had been declared
10   complex and had a fair bit of discovery to go through, that he
11   was seeking a later trial date.
12              So, I wanted to do that with everybody here, so we
13   could talk about that.  Mr. Bervar, have you had a chance to talk
14   trial dates with anybody?
15              MR. BERVAR:  No, not really.
16              THE COURT:  Okay.
17              MR. BERVAR:  Not really.
18              THE COURT:  Not a surprise.
19              MR. BERVAR:  I just -- I know with my schedule, I'm
20   fairly booked up through -- well, I've got a case that was set
21   for -- a fairly complex tax case that was just set for October
22   30th, and I'm really booked up between now and then.
23              THE COURT:  Uh-huh.
24              MR. BERVAR:  And that case is going to go about three
25   to four weeks.  So, that leaves my first opening around -- well,
```



```
 1  December.  Actually, the first week of December I've got a case
 2  in San Diego.  So, December -- you know, second week, mid-
 3  December is about as soon as I'm open.
 4            THE COURT:  Okay.  And --
 5            MR. BERVAR:  And, again, I just got into this case.
 6  I'm told there's like 50,000 pages of discovery.  I haven't
 7  gotten any discovery yet.
 8            THE COURT:  Okay.  And is your -- let me just start
 9  with you, Mr. Bervar.  Is your client agreeable to, you know,
10  waive speedy trial and set a trial that far out?
11            MR. BERVAR:  Yes, she is.
12            THE COURT:  Okay.  Thank you.  Is there a date in mid-
13  December, and then I'll -- everyone is going to have a chance to
14  be heard, Mr. Williams, don't worry.  It's Judge Kobayashi.
15  While she's looking, Mr. Green, would that be all right with you
16  and your client?
17            MR. GREEN:  Yes, and my client will waive speedy trial.
18  That date is fine with us, Your Honor.
19            THE COURT:  Okay.  Okay.  The 18th?  So, the date we
20  could set it would be December 18th.  Mr. Williams, you've been
21  asserting your speedy trial rights throughout this case.  I'll
22  certainly give you a chance to be heard.
23            MR. WILLIAMS:  We're not going to trial in December.
24  Trial will be next month.  I am not waiving my speedy trial.  You
25  already -- already have delayed it.  This is another ploy by
```



```
 1  Ronald Johnson by bringing my mother into this case, and it's
 2  taking everything in me to be calm here today for him doing this
 3  to my mother.  This is a new low, and it's so low I'm not waiving
 4  no speedy trial.  They will be ready next month.  If they're not
 5  ready, then dismiss this damn case, because you have no proof
 6  anyway.
 7           And so, he did this superseding indictment just to do
 8  this, to keep this trial -- to continue the trial date.  They
 9  know they don't have no evidence.  They know my mom didn't do
10  anything wrong.  They know Ms. Cabebe didn't do anything wrong.
11           So, they brought these two people, that they know I
12  hold in high regard, into this case just to keep me going, just
13  to keep the -- the continuance, and to keep me confined, and to
14  keep me locked up and not having my day in court, so I can get
15  home to my family.
16           So, no, I'm not agreeing to any continuance.  They had
17  since February of last year to be ready.  So, bringing my mom in
18  and bringing Ms. Cabebe in does not change anything.  United
19  States v. Hardiman, says that you cannot use a co-defendant's
20  trial to basically deny my speedy trial rights.  So, no, I am not
21  agreeing to no continuance.
22           THE COURT:  Okay.  Thank you.  Mr. Johnson.  So, the
23  date we're looking at would be December 18th --
24           MR. JOHNSON:  Yes, Your Honor.
25           THE COURT:  -- certainly over Mr. Williams' objection.
```



1                MR. JOHNSON:  The Government is able to go then.

2                THE COURT:  Okay.  The Court is going to continue the

3     trial to December 18th, 2018.

4                MR. ISAACSON:  Your Honor, if I may?

5                THE COURT:  Go ahead.

6                MR. ISAACSON:  I will be available at that time.

7                THE COURT:  You will be?

8                MR. ISAACSON:  Judge, I will be out of the country from

9     November 15th to December 3rd, and I'll be back.

10               THE COURT:  You'll be back.  Okay.

11               MR. WILLIAMS:  I'm also objecting to your appearance,

12    because I've already filed a motion to recuse you.  So, you

13    shouldn't even be presiding over this hearing.

14               THE COURT:  Well, I'm going to go forward, and you can

15    continue to raise that issue.  I'm going to articulate my

16    reasons, so that there will be a record, sir, of what I've done

17    and why.

18               So, under the Speedy Trial Act, Ms. Williams -- unless

19    Ms. Williams consents in writing, the Court can't set a May 15th

20    trial date, because it's less than 30 days from her initial

21    appearance, which was only on Monday.

22               Secondly, the case has been declared complex by virtue

23    of the number of properties and victims involved, of voluminous

24    discovery that's been provided, the nature of the allegations,

25    and the locations involved.

|   |   |
|---|---|
| 1 | Ms. Williams' counsel, Mr. Bervar, has only just been |
| 2 | appointed.  He needs additional time for effective preparation |
| 3 | given the complex nature of the case, the volume of discovery, |
| 4 | and his current schedule.  It is unreasonable to expect adequate |
| 5 | preparation for pretrial proceedings or for the trial itself |
| 6 | within the time limits imposed under the Speedy Trial Act, and |
| 7 | the additional time provided by this continuance will allow the |
| 8 | -- all the Defendants, including the new Defendant, Ms. Williams, |
| 9 | reasonable time necessary for effective preparation, taking into |
| 10 | account the exercise of due diligence. |
| 11 | The Court finds that the ends of justice served by the |
| 12 | continuance outweigh the best interest of the Defendants and the |
| 13 | public in a speedy trial and that failure to grant such a |
| 14 | continuance would be likely to result in a miscarriage of |
| 15 | justice.  The Court is relying on 18 U.S.C. 3161(h)(6), to apply |
| 16 | the continuance and exclude time also as to Defendants Anthony |
| 17 | Williams and Anabel Cabebe. |
| 18 | And the Court therefore continues the trial for the |
| 19 | reasons stated and excludes time from May 15th, 2018, to December |
| 20 | 18th, 2018.  Mr. Johnson, can I ask you to prepare the order |
| 21 | continuing the trial -- |
| 22 | MR. JOHNSON:  Yes, Your Honor. |
| 23 | THE COURT:  -- for the reasons stated? |
| 24 | MR. JOHNSON:  I will. |
| 25 | THE COURT:  Okay.  Please read the new trial date and |



```
 1  pretrial deadlines.
 2              THE CLERK:  Jury selection, jury trial December 18,
 3  2018, at 9:00 a.m., before Judge Kobayashi.  Final pretrial
 4  conference November 19, 2018, at 2:00 p.m., before Judge Puglisi.
 5  Motions deadline November 6.  Response November 19.
 6              THE COURT:  Anything further?
 7              MR. GREEN:  Thank you, no.
 8              MR. JOHNSON:  Nothing, Your Honor.  Thank you.
 9              MR. ISAACSON:  Your Honor, I will not be here in the
10  country for the final pretrial conference -- the date.
11              THE COURT:  Okay.
12              MR. ISAACSON:  One moment, Your Honor.
13              THE COURT:  Yeah.
14              THE CLERK:  Sorry, and that final pretrial will be
15  before Judge Mansfield instead Puglisi.
16              MR. ISAACSON:  Your Honor, if I may make a
17  clarification --
18              THE COURT:  Uh-huh.
19              MR. ISAACSON:  -- in speaking to Mr. Williams.  At the
20  final pretrial before, he indicated it would take one day to do
21  this case.
22              THE COURT:  Uh-huh.
23              MR. ISAACSON:  And I believe he was thinking what his
24  own testimony would be.  He indicates that with the witnesses it
25  would actually take up to three weeks, Your Honor.
```



1           THE COURT:  Okay.  All right.  Thank you for that
2  clarification.  All right.  We'll stand in recess.
3           THE CLERK:  All rise.
4      (Proceedings Concluded 2:42 p.m.)



# CERTIFICATE

I, Jessica B. Cahill, court approved transcriber, do hereby certify that pursuant to 28 U.S.C. §753, the foregoing is a complete, true, and correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated: May 3, 2018

_____
Jessica B. Cahill, CER/CET-708

