KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  Ron.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101-01 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES' OPPOSITION TO |
| | ) | MOTION FOR NOTICE OF THE |
| vs. | ) | GOVERNMENT'S INTENT TO USE |
| | ) | EVIDENCE; EXHIBIT A; |
| ANTHONY T. WILLIAMS,    (01) | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |
| | ) | |

UNITED STATES' OPPOSITION TO MOTION FOR
NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE

On April 5, 2018, Defendant ANTHONY WILLIAMS filed a Motion for Notice of the Government's Intent to use Evidence (Motion).  The United States opposes the Motion and provides notice that it will use all of the evidence, provided within the discovery materials, in its case-in-chief.  In addition, the

United States provides a basic summary of the types of evidence that the United States intends to introduce.

Rule 12(b)(4)(B) is "a matter of procedure," rather than a rule designed to ensure fairness at trial. *United States v. Cruz-Paulino*, 61 F.3d 986, 993 (1st Cir.1995), quoting Fed. R. Crim.P. 12, advisory committee's note. The rule allows defendants to request notice of the government's intent to use evidence "in order to have an opportunity to move to suppress evidence under Rule 12(b)(3)(C)." Fed. R. Crim. P. 12(b)(4)(B). The rule makes it possible for a defendant "to avoid the necessity of moving to suppress evidence which the government does not intend to use." Id. advisory committee's note.

The United States intends to use **all** the material discoverable under Rule 16, and all additional materials which have been or will be provided to Defendant Williams under its discovery policy, as evidence in chief at trial. The United States has provided Defendant with discovery in excess of that required by Rule 16 and provides notice of its intent to use *all* of the evidence it has provided and will continue to provide, as evidence in chief at trial. *See*, Exhibit A, an index of the discovery provided to Defendant.

The United States has provided the Defendant with a large volume of discovery pursuant to Rule 16 and it intends to

use in its case-in-chief any and all evidence contained therein. *See*, *United States v. Brock,* 863 F. Supp. 851, 868 (E.D. Wis. 1994) ("Thus, the defendants' motion is moot; the government has provided notice of its intent to use *all* of the evidence in its open file that is subject to Rule 16."); *United States v. Holmes*, No. 07-CR-104, 2007 WL 2900438, at 2 (E.D. Wis. Oct. 3, 2007) (A defendant's request for notice may be mooted by the government's good-faith statement that it intends to use at trial all evidence in its open file that is subject to disclosure under Rule 16.); *United States v. Hunter*, No. CR 06-0565 SI, 2008 WL 590511, at *2 (N.D. Cal. Feb. 29, 2008) ("The Court finds the government's disclosure sufficient for Hunter to determine whether she has grounds for suppression of any of the evidence the government plans to use in its case-in-chief. Accordingly, the Court DENIES Hunter's request for 12(b)(4) notice.").

    Based upon the discovery provided by the United States, as evidenced by Exhibit A, and the United States statement that *all* the materials discoverable under Rule 16 will be used as evidence, Defendant's motion should be denied.

    In addition, if for some reason the discovery provided and the representations made do not provide Defendant with sufficient notice, the evidence the United States will introduce

3

in its case-in-Chief, includes but is not limited to the following:

    The United States will use as evidence and introduce at trial in its case-in-chief, any and all evidence seized or obtained through the execution of search warrants.  Any and all evidence that was obtained through the issuance of a subpoena.  Mortgage Enterprise Investments (MEI) and Common Law Office of America (CLOA), documents, records, filings, writings, advertising, handouts, videos, internet posts or uploads, forms, statements, UCC financing statements, mortgages, notes, agreements, warranties, guarantees, or any other writing, document, email, text, or communication by Defendants, MEI or CLOA and its employees, agents, representatives, or associates, to include persons claiming to be a private attorney general.

    Any and all documents, records, forms, UCC financing statements, notes, mortgages, liens, filed with the State of Hawaii Bureau of Conveyances (BOC) by Defendants or any employee, agent, representative, or associate of MEI or CLOA, to include persons claiming to be a private attorney general.  Any documents, records, forms, UCC financing statements, notes, mortgages, liens, filed with the State of Hawaii Bureau of Conveyances (BOC) on a homeowners property prior to Defendants,

MEI, CLOA, their employees, agents, representatives, or associates, being involved.

Any and all documents, records, filings, writings, advertising, handouts, videos, forms, statements, UCC financing statements, mortgages, notes, agreements, warranties, guarantees, or any other writing, document, email, text, or communication by Defendants, MEI or CLOA and its employees, agents, representatives, or associates, to include persons claiming to be a private attorney general, made or provided to homeowners, perspective clients, and clients.

Any and all mailings, wirings, and communications by homeowners, perspective clients, clients, Defendants, MEI and CLOA and its employees, agents, representatives, or associates, to include persons claiming to be a private attorney general.

Financial records to include but not limited to any and all information regarding bank accounts, transactions, deposits, payments, debits, credits, checks, wire transfers, account holder(s), signature cards, statements, balances, debit cards, credit cards, loans, mortgages, lines of credit.  This also includes records of financial institutions that held the mortgage on a homeowners property, prior to Defendants, MEI, CLOA, their employees, agents, representatives, or associates, being involved.

5

Any and all documents, records, complaints, investigative materials, filings, forms, from the State of Hawaii, Department of Commerce and Consumer Affairs (DCCA).

Given the volume of discovery that has been provided and will continue to be provided to Defendant in this case, the above listed items are not an exhaustive list of evidence that will be introduced.  The summary above provides notice to Defendant of the type of evidence that the United States would seek to admit in its case-in-chief, to enable Defendant to assert a Fourth Amendment objection.  *See*, *United States v. W. Titanium, Inc.*, No. 08-CR-4229-JLS, 2010 WL 4117294, at 3 (S.D. Cal. Oct. 18, 2010).

As previously stated the United States will introduce as evidence in its case-in-chief at trial, *all* material discoverable and *all* additional materials, which have been or will be provided under its discovery policy.  The United States reserves the right to add additional items of evidence beyond

//
//
//
//
//
//

6

this notice as it just provides a summary of the types of evidence that the Government will introduce.

DATED:  May 7, 2018, at Honolulu, Hawaii.

Respectfully Submitted,
KENJI M. PRICE
United States Attorney
District of Hawaii


By   /s/ Ronald G. Johnson
    RONALD G. JOHNSON
    Assistant U. S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: May 7, 2018, at Honolulu, Hawaii.

                                        _Dawn Aihara_