# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi            REPORTER:

DATE:     08/6/2018                      TIME:

COURT ACTION:  EO: Defendant (01) Anthony T. Williams Motion [299] to Appeal Order Denying Motion For Disqualification of Judge Leslie Kobayashi and Defendant (01) Anthony T. Williams [300] Appeal and Request to District Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motions.

Memorandum in Opposition is due **8/21/2018.**
Reply Memorandum is due **9/7/2018.**

Defendant (01) Anthony T. Williams [299] to Appeal Order Denying Motion For Disqualification of Judge Leslie Kobayashi and Defendant (01) Anthony T. Williams [300] Appeal and Request to District Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motions  will be taken under submission thereafter.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager