# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     08/20/2018                   TIME:

COURT ACTION:  EO: USA's Motion [298] for Extension of Time to File Response/Reply as to [294] Sworn Motion to Dismiss Superseding Indictment is Granted and terminated.

USA's deadline for the Memorandum in Opposition is now 8/31/2018 and Defendant's deadline for the Optional Reply Memorandum is now 9/17/2018.

Submitted by: Warren N. Nakamura, Courtroom Manager