LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR RECONSIDERATION OF COURT'S 8/21/18 ELECTRONIC ORDER RE: "UNITED STATES'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE. |
|---|---|

MOTION FOR RECONSIDERATION OF COURT'S 8/21/18
ELECTRONIC ORDER RE: "UNITED STATES'S MOTION TO
EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S
MOTION TO DISMISS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and files his MOTION FOR RECONSIDERATION OF COURT'S 8/21/18 ELECTRONIC ORDER RE:

MOTION FOR RECONSIDERATION OF COURT'S 8/21/18 ELECTRONIC ORDER RE: "UNITED STATES'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS." This motion is based the Declaration of Counsel and Exhibit "A" attached to this document.

Dated: August 22, 2018

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams