# MINUTES

CASE NUMBER:      CR NO. 17-00101LEK

CASE NAME:        USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     08/27/2018                   TIME:

COURT ACTION:  EO: Defendant (01) Anthony T. Williams' Motion [305] for Reconsideration re [302] Court's Order for Extension of Time to File Response/Reply as to [294] Sworn Motion to Dismiss Superseding Indictment will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **9/10/2018.**
Reply Memorandum is due **9/27/2018**.

Defendant (01) Anthony T. Williams' Motion [305] for Reconsideration will be taken under submission thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager