# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:     USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi     REPORTER:

DATE:     08/28/2018     TIME:

COURT ACTION: EO: Defendant's Fifth Motion [307] for Order to Show Cause and Request for Expedited Hearing will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **9/14/2018.**
Reply Memorandum is due **10/1/2018**.

Defendant's Fifth Motion [307] for Order to Show Cause and Request for Expedited Hearing will be taken under submission thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager