# MINUTES

CASE NUMBER:     CR NO. 17-00101HG

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    09/10/2018                   TIME:

COURT ACTION:  EO: Defendant (01) Anthony L. Williams' Sealed Ex Parte Motion [312] for Preauthorization of Payment is Granted and terminated.

Submitted by: Warren N. Nakamura, Courtroom Manager