KENJI M. PRICE                #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON       #4532
GREGG PARIS YATES       #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:        (808) 541-2958
E-Mail:     Ron.Johnson@usdoj.gov
            Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 LEK<br><br>UNITED STATES'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF COURT'S 8/21/18 ELECTRONIC ORDER RE: "UNITED STATES'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT's MOTION TO DISMISS; CERTIFICATE OF SERVICE |

UNITED STATES'S RESPONSE TO DEFENDANT'S
MOTION FOR RECONSIDERATION OF COURT'S 8/21/18
ELECTRONIC ORDER RE "UNITED STATES'S MOTION TO EXTEND
DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The government respectfully submits this brief in opposition to Defendant Anthony T. Williams's (Defendant) Motion for Reconsideration of Court's 8/21/18 Electronic Order Re United States's Motion to Extend Deadline to Respond to Defendant's Motion to Dismiss.  ECF No. 305.  Properly styled, Defendant's motion is an untimely and moot opposition to the government's motion for an extension of time relating to the briefing schedule for Defendant's motion to dismiss.  Defendant filed a motion to dismiss on July 20, 2018, ECF No. 294, and the government moved to extend the time to respond by 21 days on July 31, 2018, based in part upon the voluminous nature of Defendant's motion and the schedules of the government's attorneys.  ECF No. 298.  The Court granted the modification to the briefing schedule on August 20, 2018.  ECF No. 302.

As of the date of Defendant's current motion, August 22, 2018, the Court already entered the scheduling order for Defendant's motion to dismiss, and Defendant's motion is therefore untimely.  Moreover, as of the date of this brief, September 10, 2018, the government has already submitted its brief in accordance with the Court's scheduling order.  ECF No. 309.  Accordingly, briefing upon Defendant's motion to dismiss is complete and the matter is submitted.  Defendant's request is moot.

Thus, the motion to dismiss, and its briefing schedule, is settled.  In any event, had Defendant timely objected to the motion, there is nothing improper with

the Court's order modifying the briefing schedule, which is well within the "inherent power" of this Court to control [its] dockets." *Atchison, Topeka & Santa Fe Ry. Co. v. Hercules, Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998). The Court "exercise[s] substantial discretion over what happens inside the courtroom. *United States v. Simpson*, 927 F.2d 1088, 1091 (9th Cir. 1991). Moreover, the Court's decision here to grant the extension was consistent with Local Rule 7.2(d) of the Rules of the District Court for the District of Hawaii, which permits decisions on all matters without a hearing, unless specifically required."

Nonetheless, having failed to timely oppose the briefing schedule, Defendant may not re-style an untimely opposition as a motion for reconsideration. Local Rule 60.1 of the Rules of the U.S. District Court for the District of Hawaii indicates that reconsideration of interlocutory orders may only take place upon the following grounds:

      (a)   Discovery of new material facts not previously available;
      (b)   Intervening change in law;
      (c)   Manifest error of law or facts.

Defendant's motion implicate none of these grounds. Rather, Defendant's sole basis for his motion is his disagreement that government attorney's schedules provide a reasonable basis for relief, or that an extension would not be prejudicial. Def. Mot. Reconsideration Exh. A at 1 (ECF No. 305-2). However, disagreement is not a basis for a motion for reconsideration pursuant to Local Rule 60.1.

## CONCLUSION

For the foregoing reasons, the government respectfully opposes Defendant's Motion for Reconsideration of Court's 8/21/18 Electronic Order Re United States's Motion to Extend Deadline to Respond to Defendant's Motion to Dismiss and requests that the Motion be denied.

DATED: September 10, 2018, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


        By */s/ Gregg Paris Yates*
          GREGG PARIS YATES
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: September 10, 2018, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii