LARS ROBERT ISAACSON
Hawaii Bar #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO SWORN MOTION TO DISMISS SUPERSEDING INDICTMENT; EXHIBIT "A;" CERTIFICATE OF SERVICE. |
|---|---|

DEFENDANT'S REPLY TO THE GOVERNMENT'S OPPOSITION TO SWORN MOTION TO DISMISS SUPERSEDING INDICTMENT

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides his Reply to the Government's Opposition to Sworn Motion to Dismiss Superseding Indictment and supporting Exhibit as detailed in the attached Declaration of Counsel and Exhibits "A."

Dated: September 14, 2018

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams