KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
GREGG PARIS YATES #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax:       (808) 541-2958
E-Mail:    Ron.Johnson@usdoj.gov
           Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) EXTEND THE DEADLINE TO |
| vs. | ) RESPOND TO DEFENDANT'S FIFTH |
| | ) MOTION FOR ORDER TO SHOW |
| ANTHONY T. WILLIAMS, | ) CAUSE AND REQUEST FOR |
| | ) EXPEDITED HEARING; CERTIFICATE |
| Defendant. | ) OF SERVICE |
| | ) |

UNITED STATES'S MOTION TO EXTEND THE
DEADLINE TO RESPOND TO DEFENDANT'S FIFTH MOTION FOR
ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to extend the deadline to respond to

Defendant Anthony T. Williams's (Defendant) "Fifth Motion for Order to Show Cause and Request for Expedited Hearing ("Def. 5th OSC Motion"). Defendant filed his motion on August 28, 2018. ECF No. 307. The Court has set the deadline for the government's response on September 14, 2018, with a reply due from Defendant on October 1, 2018. ECF No. 308. The government requests an extension of 14 days, to and including September 28, 2018, to respond to Defendant's motion. This is the government's first request for an extension of this deadline. Defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with Defendant regarding this request.

    Good cause supports this request. Defendant's 5th OSC Motion seeks an order from this Court to the Bureau of Prisons (BOP) "to allow him to be able to keep the 50,000 plus documents of discovery in this case in his cell." Def. 5th OSC Mot. 1. As with many of Defendant's previous demands to this Court, the instant motion necessarily implicates the legitimate security needs and resource constraints of the Federal Detention Center where Defendant is housed, as well as its procedures. *United States v. Robinson*, 913 F.2d 712, 717 (9th Cir. 1990), *cert. denied*, 498 U.S. 1104 (1991). Accordingly, counsel for the government must confer with the BOP and an appropriate BOP witness to coordinate the government's response. However, counsel for the BOP, Timothy Rodrigues, has been out of the office during the week of September 10, 2018, and is not scheduled

to return to the office until September 17, 2018, after the deadline for response to Defendant's 5th OSC Motion.

Accordingly, the government seeks a brief continuance of fourteen days, from September 14 to September 28, 2018, to provide the government with time to confer with BOP counsel Rodrigues and the appropriate official at FDC, Honolulu regarding the government's response to Defendant's 5th OSC Motion.

## CONCLUSION

In light of the foregoing, the government respectfully requests an extension of time of 14 days, to and including September 28, 2018, to respond to the Defendant's 5th OSC Motion.

DATED: September 14, 2018, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Gregg Paris Yates*
GREGG PARIS YATES
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: September 14, 2018, at Honolulu, Hawaii.

                                */s/ Gregg Paris Yates*
                                U.S. Attorney's Office
                                District of Hawaii