# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi           REPORTER:

DATE:     9/25/2018                     TIME:

COURT ACTION:  EO: USA's Motion [317] to Extend the Deadline to File Response/Reply as to [307] Fifth MOTION Motion for Order to Show Cause is **Granted and terminated.**

USA's Response is now due **9/28/2018.**
Defendant's Reply is now due **10/15/2018.**

Submitted by: Warren N. Nakamura, Courtroom Manager