# MINUTES

CASE NUMBER:    CR NO. 17-00101LEK

CASE NAME:    USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi    REPORTER:

DATE:    09/28/2018    TIME:

---

COURT ACTION:   EO: COURT ORDER DENYING DEFENDANT'S "MOTION FOR EXPOSITION OF SPIRITUAL WARFARE"

On April 5, 2018, pro se Defendant Anthony T. Williams ("Defendant") filed his "Motion for Exposition of Spiritual Warfare" ("Spiritual Warfare Motion"). [Dkt. no. 179.]  Plaintiff the United States of America ("the Government") did not file a response to the Spiritual Warfare Motion.  The Court finds this matter suitable for disposition without a hearing pursuant to Local Rule 7.2(d).

On April 26, 2018, Defendant filed his "Second Motion for Exposition of Spiritual Warfare" ("Second Spiritual Warfare Motion"). [Dkt. no. 238.]  The Second Spiritual Warfare Motion is currently pending before the magistrate judge.  On May 14, 2018, the Government filed a joint memorandum in opposition to multiple motions pending before the magistrate judge. [Dkt. no. 255.]  One of the motions addressed in the joint memorandum in opposition is Defendant's Second Spiritual Warfare Motion.  However, the only argument the Government makes about the Second Spiritual Warfare Motion is to assert that the two motions regarding spiritual warfare are part of a tactic "to delay and obstruct criminal proceedings.  [Id. at 8.]

This Court has reviewed Defendant's Spiritual Warfare Motion, and the crux of the motion is that Defendant believes the attorneys representing or working with the Government and the United States itself are evil and the charges against him are invalid and a form of spiritual warfare.  First, this Court CAUTIONS Defendant that personal attacks regarding the Government's attorneys are not relevant to the pending criminal charges against Defendant and do not benefit his defense.  Moreover, while it is unclear what relief Defendant seeks in the Spiritual Warfare Motion, based upon the general subject matter of the motion, this Court concludes that the Spiritual Warfare Motion does

not seek any relief that this Court can grant.  To the extent the Spiritual Warfare Motion challenges the validity of charges against Defendant, he has more directly addressed those arguments in his "Sworn Motion to Dismiss Superseding Indictment" ("Motion to Dismiss"), filed on July 20, 2018.  [Dkt. no. 294.]  The Motion to Dismiss is currently pending before this Court, and Defendant's substantive challenges to the charges against him will be addressed in that context.

For all of these reasons, the Spiritual Warfare Motion is HEREBY DENIED.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager