

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

---

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

October 15, 2018

Honorable Leslie E. Kobayashi
United States District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

      Re:   United States v. Anthony Williams, Anabel Cabebe, Barbara Williams, Crim. No. 17-00101 LEK

Dear Judge Kobayashi:

      This letter responds to the Court's Order, dated October 1, 2018, seeking:

> a letter describing [the government's] plan for [a competency] examination including, its proposals for the following: 1) who will conduct the examination, with a brief description of the proposed examiner's qualifications; 2) when the examination will be conducted; 3) where the examination will be conducted; and 4) any other relevant matter related to the examination.

ECF No. 331.

      The United States proposes that the evaluation take place at the Metropolitan Detention Center, Los Angeles, which is the Bureau of Prisons facility that is nearest to Honolulu that has a dedicated forensic psychology department and staff capable of evaluation and 24-hour observation. Dr. Lesli Johnson, Ph.D. is available to conduct the examination. Dr. Johnson has been a Forensic Psychologist with the Bureau of Prisons (BOP) since June 2013, and Dr. Johnson was a staff psychologist with the BOP prior to that. Dr. Johnson has conducted approximately 100 forensic evaluations for the BOP, which include

competency and responsibility evaluations, and has been qualified as an expert to testify in Federal court at least ten times. Dr. Johnson's *curriculum vitae* is attached.

Arrangements for Defendant Anthony Williams's testing can be made promptly following an order of this Court. We understand that it takes the BOP approximately two weeks to designate a facility to conduct the competency evaluation. Moreover, pursuant to section 4247(b) of title 18 of the United States Code, the BOP has 30 days to conduct the evaluation, which is extendable by another 15 days, and the BOP indicates that it will take three weeks to complete a report. Finally, we understand from the U.S. Marshal's Service that it can take as long as one month to coordinate the transport of a detainee to or from a mainland facility, which includes evaluation of risk and coordination of transportation and manpower.

Pursuant to section 3161(h)(1)(A), any period of delay resulting from a proceeding to determine mental competency is excludable from the computation of time within which trial must commence pursuant to the Speedy Trial Act. We have conferred with counsel for both defendants Anabel Cabebe and Barbara Williams and they have indicated that their clients have no objection to the proposed period of delay.

Very truly yours,

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ 
GREGG PARIS YATES
Assistant U.S. Attorney

cc: Lars Isaacson, Esq., standby counsel for Defendant Anthony Williams
Michael Jay Green, Esq., counsel for Defendant Anabel Cabebe
Birney Bervar, Esq., counsel for Defendant Barbara Williams

2