IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING DEFENDANT |
| | ) | ANTHONY T. WILLIAMS' MOTION FOR |
| vs. | ) | ORDER OF CONTEMPT AGAINST THE |
| | ) | UNITED STATES MARSHAL'S SERVICE, |
| ANTHONY T. WILLIAMS (1), | ) | MIDDLE DISTRICT OF FLORIDA |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER REGARDING DEFENDANT ANTHONY T. WILLIAMS' MOTION
FOR ORDER OF CONTEMPT AGAINST THE UNITED STATES
<u>MARSHAL'S SERVICE, MIDDLE DISTRICT OF FLORIDA</u>

Defendant Anthony T. Williams filed a Motion for Order of Contempt Against the United States Marshal's Service, Middle District of Florida, on October 4, 2018, asserting that the United States Marshals Service in the Middle District of Florida should be held in contempt for failure to comply with a subpoena. ECF No. 350.

On February 22, 2018, the Clerk of Court issued a subpoena duces tecum to the custodian of records for the United States Marshals Service, Middle District of Florida, ordering the production of certain records pertaining to Defendant Anthony T. Williams (the "Subpoena"). ECF No. 350-2 at 2-3. On February 23, 2018, Defendant Williams' stand-by counsel, Lars Robert Isaacson, Esq., delivered the Subpoena to the office of the United States Marshals Service, District of Hawaii, and requested that the United States Marshals serve the Subpoena. ECF No. 350-1 at 2; ECF No. 350-2 at 6. A return of service was never filed.

ECF No. 350-1 at 2.  On April 10, 2018, Brent Naluai of the United States Marshals emailed Mr. Isaacson the following:

> COR USM M/FL Per policy subpoena are forwarded to HQ-Gen Counsel (OGC) for review before district responds. However, M/FL advised OGC that M/FL never had custody of or maintained any records for A Williams. Prison system indicates that S/FL is the proper office to respond. Williams USMS no. is 05963-112

ECF No. 350-1 at 3; ECF No. 350-2 at 8.

The United States Marshals Service, District of Hawaii, shall file a declaration regarding service of the Subpoena no later than October 31, 2018.

The Clerk's Office is directed to serve a copy of this ORDER on the United States Marshals Service, District of Hawaii.

After the declaration is filed the Court will issue a further order regarding Defendant Anthony T. Williams' Motion for Order of Contempt Against the United States Marshal's Service, Middle District of Florida.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, OCTOBER 22, 2018.

_____
Richard L. Puglisi
United States Magistrate Judge

**United States V. Williams, CR NO. 17-00101 LEK; ORDER REGARDING DEFENDANT ANTHONY T. WILLIAMS' MOTION FOR ORDER OF CONTEMPT AGAINST THE UNITED STATES MARSHAL'S SERVICE, MIDDLE DISTRICT OF FLORIDA**