IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATION OF FACTS REGARDING |
| | ) | THE ILLINOIS ANTI-PREDATORY |
| vs. | ) | LENDING DATABASE'S FAILURE TO |
| | ) | COMPLY WITH SUBPOENA |
| ANTHONY T. WILLIAMS (1), | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

CERTIFICATION OF FACTS REGARDING THE ILLINOIS ANTI-PREDATORY
LENDING DATABASE'S FAILURE TO COMPLY WITH SUBPOENA

Defendant Anthony T. Williams filed a Motion for Order of Contempt Against the Illinois Anti-Predatory Lending Database on October 4, 2018, asserting that the Illinois Anti-Predatory Lending Database should be held in contempt for failure to comply with a subpoena.  ECF No. 349.  The Illinois Anti-Predatory Lending Database was personally served, care of the Illinois Department of Financial and Professional Regulation, on March 6, 2018.  See ECF No. 349-2 at 11.  Pursuant to Federal Rule of Civil Procedure 45(g), failure to obey a subpoena without adequate excuse is conduct punishable by contempt; accordingly, the undersigned certifies the following facts.

### CERTIFIED FACTS

Pursuant to 28 U.S.C. § 636(e)(6), the Court HEREBY CERTIFIES the following facts to District Judge Leslie E. Kobayashi to consider in determining whether the Illinois Anti-Predatory Lending Database should be held in contempt:

1. On February 22, 2018, the Clerk of Court issued a subpoena duces tecum to the custodian of records for the Illinois Anti-Predatory Lending Database, care of the Illinois Department of Financial and Professional Regulation, ordering the production of certain records pertaining to Defendant Anthony T. Williams. See ECF No. 349-1 at 1-2; ECF No. 349-2 at 2-3.

2. The subpoena duces tecum was personally served by the United States Marshals on Royce Barry, Administrative Assistant for the Illinois Department of Financial and Professional Regulation, on March 6, 2018. See ECF No. 349-2 at 11.

3. The subpoena required the custodian of records for the Illinois Anti-Predatory Lending Database to produce certain documents to the Court no later than March 15, 2018. See ECF No. 349-2 at 2-3.

4. The Illinois Anti-Predatory Lending Database failed to comply with the subpoena or contact Defendant Williams regarding any objection or other response to the subpoena. See ECF No. 349-1 at 3.

5. Defendant Williams filed a Motion for Order of Contempt Against the Illinois Anti-Predatory Lending Database on October 4, 2018. ECF No. 349.

6. A copy of the Motion was sent by certified mail to the Illinois Anti-Predatory lending Database, care of the

Illinois Department of Financial and Professional Regulation, on October 4, 2018, by Defendant Williams' stand-by counsel, Lars Robert Isaacson, Esq.  ECF No. 349-3.

    7.  The Illinois Anti-Predatory Lending Database has not filed an opposition or other response to Defendant Williams' Motion for Order of Contempt Against the Illinois Anti-Predatory Lending Database.

### ORDER

The Illinois Anti-Predatory Lending Database is ORDERED to Show Cause why it should not be found in contempt based upon the facts this Court has certified.  A hearing on Defendant Anthony T. Williams' Motion for Order of Contempt Against the Illinois Anti-Predatory Lending Database and this Certification of Facts Regarding the Illinois Anti-Predatory Lending Database's Failure to Comply with Subpoena shall take place before District Judge Leslie E. Kobayashi on November 19, 2018, at 2:30 p.m.  If the Illinois Anti-Predatory Lending Database objects to being held in contempt, it shall file a legal memorandum of points and authorities containing its objections no later than November 5, 2018, and Defendant Williams may file a response or memorandum supporting contempt no later than November 12, 2018.

The Clerk's Office is directed to serve this CERTIFICATION OF FACTS REGARDING THE ILLINOIS ANTI-PREDATORY LENDING DATABASE'S FAILURE TO COMPLY WITH SUBPOENA on the

Illinois Anti-Predatory Lending Database, care of the Illinois Department of Financial and Professional Regulation, via certified mail, return receipt requested at the following address:

    320 West Washington, 3rd Floor

    Springfield, IL 62786

    DATED AT HONOLULU, HAWAII, OCTOBER 22, 2018.

/s/ Richard L. Puglisi
Richard L. Puglisi
United States Magistrate Judge

**United States V. Williams, CR NO. 17-00101 LEK; CERTIFICATION OF FACTS REGARDING THE ILLINOIS ANTI-PREDATORY LENDING DATABASE'S FAILURE TO COMPLY WITH SUBPOENA**