LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR ORDER OF CONTEMPT AGAINST THE FEDERAL BUREAU OF INVESTIGATION; DECLARATION OF COUNSEL; EXHIBITS "A" - "E;" CERTIFICATE OF SERVICE |
|---|---|

MOTION FOR ORDER OF CONTEMPT AGAINST THE FEDERAL
BUREAU OF INVESTIGATION

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court to issue an order for order of contempt as detailed in the attached Declaration of Counsel and Exhibits "A" to "E."

Dated: October 29th, 2018

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams