LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br><br> ANTHONY T. WILLIAMS, <br><br> Defendant. | CR. NO. 17-00101 LEK <br><br> "DEFENDANT ANTHONY WILLIAMS'S MOTION TO SEVER HIS TRIAL FROM THE TRIAL OF CO-DEFENDANTS AND FOR LEAVE TO RE-NEW;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"DEFENDANT ANTHONY WILLIAMS'S MOTION TO SEVER
HIS TRIAL FROM THE TRIAL OF CO-DEFENDANTS AND
FOR LEAVE TO RE-NEW"

Comes now, the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby files

"DEFENDANT  ANTHONY  WILLIAMS'S  MOTION  TO  SEVER

HIS TRIAL FROM THE TRIAL OF CO-DEFENDANTS AND

FOR LEAVE TO RE-NEW" and other request(s) for relief attached

as Exhibit "A" to this document.

This motion was prepared by Mr. Williams and emailed to

counsel for filing with this Court.

Dated: October 30, 2018


_____ /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams