ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 31 2018
at 3 o'clock and 45 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | UNITED STATES MARSHALS SERVICE DECLARATION |
| | ) | |
| vs. | ) | |
| | ) | |
| ANTHONY T. WILLIAMS, (01) | ) | |
| | ) | |
| Defendant. | ) | |

UNITED STATES MARSHALS SERVICE DECLARATION

I, Jennifer B. Bryan, declare the following:

1. I am an Associate General Counsel in the Office of General Counsel, United States Marshals Service (USMS), Department of Justice.

2. Brent Naluai, former Supervisory Deputy U.S. Marshal (SDUSM), District of Hawaii, was assigned the service of the subpoena for the USMS, District of Hawaii, in this matter. He has retired from the USMS. Pursuant to 18 C.F.R. § 16.21, et seq., SDUSM Naluai contacted the USMS Office of General Counsel for authorization since the records sought were USMS records. The Office of General Counsel attorney assigned to this matter has since departed the USMS. While I do not have personal knowledge of the information provided herein, the information has been collected and made available to me by other authorized individuals, and the statements herein are true to the best of

my knowledge and belief based upon the information made available to me.

3. On February 23, 2018, the USMS, District of Hawaii, received a Form USM-285, U.S. Marshals Process Receipt and Return, and a subpoena for records directed to the Custodian of Records, USMS, Middle District of Florida, from Defendant's counsel Lars Isaacson.

4. The USMS, District of Hawaii, does not have a copy of the Order from the Court pursuant to Federal Rules of Criminal Procedure Rule 17(b) ordering it to serve this subpoena.

5. The USMS, District of Hawaii, forwarded the subpoena via email to the USMS, Middle District of Florida, on March 5, 2018, and the USMS, Office of General Counsel, on March 6, 2018.

6. After running a search, the USMS, Middle District of Florida, advised that it did not maintain any records related to Defendant. The USMS, Middle District of Florida, noted that Defendant had never been in its custody. It recommended that this information be conveyed to the Defendant with the recommendation the subpoena be re-issued to the USMS, Southern District of Florida.

7. On April 10, 2018, the USMS, District of Hawaii, emailed Mr. Isaacson, standby attorney for the Defendant, in response to a letter from Mr. Isaacson. It stated that the USMS, Middle District of Florida, had advised that it did not

maintain any records for Defendant and that the USMS, Southern District of Florida, was the proper office to respond. It went on to give the addresses for a new service of process request for the Southern District of Florida's Miami and Ft. Lauderdale offices.

8. On September 12, 2018, in response to another inquiry from Mr. Isaacson, the USMS, District of Hawaii, reiterated via email that the USMS, Southern District of Florida, was the proper office to respond to the subpoena that Defendant directed to the USMS, Middle District of Florida. It requested new service requests in order to serve the USMS, Southern District of Florida.

9. The USMS has not received a subpoena from Defendant directed to its Southern District of Florida office in this case.

10. For the purposes of responding fully to Defendant's Motion and the Court's Order of October 22, 2018, regarding Defendant's Motion, I asked the USMS, Southern District of Florida, to search its records for any documents responsive to the subject matters listed in Defendant's subpoena directed to the USMS, Middle District of Florida. The USMS, Southern District of Florida, did not have responsive information in the file it maintains related to Defendant.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 10/31/18          By: _____
                                   Jennifer B. Bryan
                                   Associate General Counsel
                                   Office of General Counsel
                                   U.S. Marshals Service