CR-17-00101-LEK-1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
State of Illinois
Department of Financial &
Professional Regulation
320 West Washington, 3rd floor
Springfield, IL 62786

9590 9402 2134 6132 5971 57

2. Article Number (Transfer from service label)
7016 2710 0000 8779 4384

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 02 2018
DISTRICT OF HAWAII

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt