IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT ANTHONY |
| | ) | T. WILLIAMS' MOTION FOR ORDER OF |
| vs. | ) | CONTEMPT AGAINST THE UNITED |
| | ) | STATES MARSHAL'S SERVICE, MIDDLE |
| ANTHONY T. WILLIAMS (1), | ) | DISTRICT OF FLORIDA |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER DENYING DEFENDANT ANTHONY T. WILLIAMS' MOTION
FOR ORDER OF CONTEMPT AGAINST THE UNITED STATES
<u>MARSHAL'S SERVICE, MIDDLE DISTRICT OF FLORIDA</u>

Before the Court is Defendant Anthony T. Williams' Motion for Order of Contempt Against the United States Marshal's Service, Middle District of Florida, filed on October 4, 2018. ECF No. 350.  Defendant Williams asserts that the United States Marshals Service for the Middle District of Florida should be held in contempt for failure to comply with a subpoena.  <u>Id.</u>

On February 22, 2018, the Clerk of Court issued a subpoena duces tecum to the custodian of records for the United States Marshals Service, Middle District of Florida, ordering the production of certain records pertaining to Defendant Anthony T. Williams (the "Subpoena").  ECF No. 350-2 at 2-3.  On February 23, 2018, Defendant Williams' stand-by counsel, Lars Robert Isaacson, Esq., delivered the Subpoena to the office of the United States Marshals Service, District of Hawaii, and requested that the United States Marshals serve the Subpoena.  ECF No. 350-1 at 2; ECF No. 350-2 at 6.  A return of service was never filed.

ECF No. 350-1 at 2.  On April 10, 2018, Brent Naluai of the United States Marshals emailed Mr. Isaacson the following:

> COR USM M/FL Per policy subpoena are forwarded to HQ-Gen Counsel (OGC) for review before district responds. However, M/FL advised OGC that M/FL never had custody of or maintained any records for A Williams. Prison system indicates that S/FL is the proper office to respond. Williams USMS no. is 05963-112

ECF No. 350-1 at 3; ECF No. 350-2 at 8.

On October 31, 2018, the United States Marshals Service for the District of Hawaii provided a declaration to the Court regarding service of the Subpoena.  ECF No. 371.  The declaration states that the United States Marshals Service for the District of Hawaii forwarded the subpoena via email to the United States Marshals Service, Middle District of Florida, on March 5, 2018, and the United States Marshals Service, Office of General Counsel, on March 6, 2018.  Id. ¶ 5.  The United States Marshals Service, Middle District of Florida, ran a search and advised that it did not maintain any records related to Defendant Williams.  Id. ¶ 6.[1]

Because the United States Marshals Service, Middle

---

[1] The declaration further states that the United States Marshals Service for the District of Hawaii requested that the United States Marshals Service, Southern District of Florida, also search its records for any responsive documents to the Subpoena.  ECF No. 371 ¶ 10.  The United States Marshals Service, Southern District of Florida, ran a search and advised that it did not have any responsive information in its files related to Defendant Williams.  Id.

District of Florida, has advised that they have no responsive documents to the Subpoena, the Court DENIES Defendant Anthony T. Williams' Motion for Order of Contempt Against the United States Marshal's Service, Middle District of Florida.

     IT IS SO ORDERED.

     DATED AT HONOLULU, HAWAII, NOVEMBER 5, 2018.



_____
Richard L. Puglisi
United States Magistrate Judge

**United States V. Williams, CR NO. 17-00101 LEK; ORDER DENYING DEFENDANT ANTHONY T. WILLIAMS' MOTION FOR ORDER OF CONTEMPT AGAINST THE UNITED STATES MARSHAL'S SERVICE, MIDDLE DISTRICT OF FLORIDA**