KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
GREGG PARIS YATES #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Ron.Johnson@usdoj.gov
Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) EXTEND THE DEADLINE TO |
| vs. | ) RESPOND TO DEFENDANT'S |
| | ) MOTION FOR ORDER OF CONTEMPT |
| ANTHONY T. WILLIAMS (1), | ) AGAINST THE FEDERAL BUREAU |
| ANABEL CABEBE (2), | ) OF INVESTIGATION; CERTIFICATE |
| BARBARA WILLIAMS (3), | ) OF SERVICE |
| | ) |
| Defendants. | ) |

UNITED STATES'S MOTION TO EXTEND THE DEADLINE
TO RESPOND TO DEFENDANT'S MOTION FOR ORDER OF
CONTEMPT AGAINST THE FEDERAL BUREAU OF INVESTIGATION

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the government respectfully submits this motion to extend the deadline to respond to Defendant Anthony T. Williams's (Defendant) "Motion for Order of Contempt Against the Federal Bureau of Investigation. Defendant filed his motion on October 29, 2018. ECF No. 363. Just two days later, this Court set the hearing on Defendant's motion for November 19, 2018. ECF No. 369. Pursuant to Rule 12.2 of the Local Rules of the District of Hawaii, therefore, the FBI's response became due on November 5, 2018, just three business days later.

The government requests an extension of 7 days, to and including November 12, 2018, to respond to Defendant's motion. This is the government's first request for an extension of this deadline. Defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with Defendant regarding this request.

Good cause supports this request. The government requires an addition 7 days to properly respond to Defendant's motion. Defendant's motion accuses the FBI of failing to comply with Defendant's subpoena. However, as a factual matter, the government had been producing documents responsive to Defendant's subpoena and had been regularly communicating in writing with Defendant's own standby counsel regarding these productions. Moreover, Defendant's subpoena

directly to the FBI attempts to circumvent the rules and limitations of criminal discovery.

Moreover, the hearing on this motion has been set earlier than the hearings on other similar motions. This motion was one of five motions relating to subpoenas Defendant served on Federal and state agencies. ECF Nos. 349 (Illinois Anti-Predatory Lending Database), 350 (U.S. Marshals Service), 357 (Orange County District Attorney's Office), 361 (Broward County Sheriff's Office), 363 (Federal Bureau of Investigation (FBI)). However, the hearing on this motion is set for a different date, before a different judge, than the hearings on the other motions. The Court set the hearing on three of these motions before Judge Kobayashi on November 26, 2018. ECF Nos. 367 (Illinois Anti-Predatory Lending Database); 368 (Orange County District Attorney's Office); and 369 (Broward County Sheriff's Office).

In light of the deluge of Defendant's recent motions, the government has not been able to timely complete its response in the three business days since this Court set the hearing date. Accordingly, the government seeks a brief continuance of seven days, from November 5 to November 12, 2018, to complete its response to Defendant's motion.

///

///

## CONCLUSION

In light of the foregoing, the government respectfully requests an extension of time of seven days, to and including November 12, 2018, to respond to the Defendant's motion.

DATED: November 5, 2018, at Honolulu, Hawaii.

                                KENJI M. PRICE
                                United States Attorney
                                District of Hawaii

                                By */s/ Gregg Paris Yates*
                                    GREGG PARIS YATES
                                    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

>Lars Isaacson, Esq.
>hawaii.defender@earthlink.net
>
>Attorney for Defendant
>ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail on November 6, 2018:

>Anthony T. Williams
>Register No. 05963-122
>Inmate Mail
>FDC Honolulu
>PO Box 30080
>Honolulu, HI 96820

DATED: November 5, 2018, at Honolulu, Hawaii.

>*/s/ Gregg Paris Yates*
>U.S. Attorney's Office
>District of Hawaii