LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20ᵗʰ Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>SIXTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

## SIXTH MOTION FOR ORDER TO SHOW CAUSE
## AND REQUEST FOR EXPEDITED HEARING

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court to allow Mr. Williams to give to his standby counsel items to place in the U.S. Mail as detailed in the attached Declaration of Counsel.

Dated: November 6, 2018


      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams