LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>　Defendant. | CR. NO. 17-00101 JEK<br><br>NOTICE OF NON-AVAILABILITY; CERTIFICATE OF SERVICE |

NOTICE OF NON-AVAILABILITY

**Comes now,** Lars Robert Isaacson, Esq., standby attorney for Defendant Anthony T. Williams, and hereby gives notice that he will out of the country from November 16 to December 3rd, 2018 and will be unavailable for hearings scheduled to take place during this time.

Dated: November 6, 2018

      <u>/s/ Lars Isaacson</u>
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams