# LARS ROBERT ISAACSON
### ATTORNEY AT LAW

1100 ALAKEA STREET, 20TH FLOOR
HONOLULU, HAWAII 96813
PHONE: 808-497-3811   FAX: 866-616-2132
EMAIL: HAWAII.DEFENDER@EARTHLINK.NET

---

November 7, 2018

Hon. Leslie E. Kobayashi
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Hon. Kenneth J. Mansfield
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Re:   *United States v. Anthony T. Williams*, Cr. No. 17-00101 LEK, United
      States District Court, District of Hawai'i.

Dear Judge Kobayashi and Judge Mansfield,

I am standby attorney for Mr. Williams. I will be out of the country from November 16 to December 3, 2018. On November 6, 2018, I spoke with Mr. Williams and he indicated he did not want to continue any of the hearings scheduled during my absence. As I will be in New Zealand during this time doing a hiking tour, I will not be able to telephonically attend these hearings.

These hearings are:

| Date | Docket | Description |
|---|---|---|
| 10/31/18 | 366 | NOTICE OF HEARING ON MOTION in case as to Defendant (01) Anthony T. Williams, Defendant (02) Anabel Cabebe and Defendant (03) Barbara Williams: 365 MOTION to Sever Defendant : Motion Hearing is set for **11/26/2018 at 02:00 PM** in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI. (wnn.) |
| 10/31/18 | 367 | EO : in case as to Defendant (01) Anthony T. Williams: 349 MOTION Motion for Order Of Contempt Against The Illinois Anti-Predatory Lending Database Motion Hearing is set for 11/19/2018 at 02:30 PM is moved to **11/26/2018 at 02:30 PM** in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |
| 10/31/18 | 368 | EO : in case as to Defendant (01) Anthony T. Williams: 357 MOTION Motion For Order Of Contempt Against The Orange County (CA) District Attorney's Office . Motion Hearing currently set for 11/14/2018 at 10:00 AM before MAGISTRATE JUDGE KEVIN S.C. CHANG is moved to **11/26/2018 at 02:30 PM** in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |
| 10/31/18 | 369 | EO : in case as to Defendant (01)Anthony T. Williams: 361 MOTION Motion For Order Of Contempt Against the Broward County (FL) Sheriff's Office . Motion Hearing currently set for 11/16/2018 at 2:00 PM before MAGISTRATE JUDGE KENNETH J. MANSFIELD is moved to **11/26/2018 at 02:30 PM** in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI. (JUDGE LESLIE E. KOBAYASHI)(wnn, ) |
| 10/31/18 | 370 | NOTICE OF HEARING ON MOTION in case as to Anthony T. Williams 363 MOTION Motion For Order Of Contempt Against the Federal Bureau Of Investigation : Motion Hearing is set for **11/19/2018 02:00 PM** in Courtroom 6 before MAGISTRATE JUDGE KENNETH J. MANSFIELD. (tbf, ) |

Sincerely yours,

_____
LARS ROBERT ISAACSON

Cc/Ron Johnson, Esq. (via email)
Gregory Yates, Esq. (via email)
Anthony Williams (via U.S. Mail)