KENJI M. PRICE #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
GREGG PARIS YATES #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail: Ron.Johnson@usdoj.gov
Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 17-00101 LEK |
| Plaintiff, | UNITED STATES'S RESPONSE TO NOTICE OF UNAVAILABILITY OF DEFENDANT'S STANDBY COUNSEL LARS ISAACSON AND MOTION TO CONTINUE HEARING DATES |
| vs. | |
| ANTHONY T. WILLIAMS, | |
| Defendant. | |

UNITED STATES'S RESPONSE TO NOTICE OF
UNAVAILABILITY OF DEFENDANT'S STANDBY COUNSEL
LARS ISAACSON AND MOTION TO CONTINUE HEARING DATES

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the government respectfully responds to the Notice of Unavailability filed by Defendant Anthony T. Williams's Standby Counsel Lars Isaacson, ECF No. 376, and separately moves this Court to vacate the hearing dates on all pending motions that fall within Mr. Isaacson's unavailability and reset them to a time when all counsel may be present.

At issue are hearings on six motions. *See* Defendant's Motion for Order of Contempt against the Illinois Anti-Predatory Lending Database, ECF Nos. 349; Motion for Order of Contempt Against the Orange County District Attorney's Office, ECF No. 357; Motion for Order of Contempt against the Broward County (FL) Sheriff's Office, ECF No. 361; Motion for Order of Contempt against the Federal Bureau of Investigation (FBI), ECF No. 363; Motion to Sever Defendant, ECF No. 365; Defendant's Sixth Motion for Order to Show Cause, ECF No. 375.

Hearings on Defendant's motions for a contempt order against the FBI and the Sixth Motion for an Order to Show Cause have been set for November 19 and 27, 2018, respectively, before Magistrate Judge Mansfield.  ECF Nos. 370 and 377.  Hearings on Defendant's motion to sever and his motions for contempt orders against the Florida Broward County Sheriff's Department, the "Illinois Anti-Predatory Lending Database," and the Orange County District Attorney's Office have been set for November 26, 2018 before District Judge Kobayashi.

ECF Nos. 366, 367, 368, 369.  All these hearings fall within the period in which Mr. Isaacson is unavailable from November 16-December 3, 2018.

Good cause exists to vacate these hearing dates and set dates when all counsel are available to attend.  By way of background, Defendant is proceeding pro se, and has repeatedly taken advantage of this status by engaging in aggressive and frivolous motion practice.  In February 2018, Defendant circumvented the rules and limitations of discovery in the Federal Rules of Criminal Procedure altogether by issuing subpoenas directly to two Federal agencies and three Mainland state or local agencies, without notifying the U.S. Attorney's Office.

Defendant's subpoenas are harassing and burdensome, and seek information that is irrelevant to the wire fraud scheme charged in the Superseding Indictment, or any defense to it.  Defendant directed one subpoena to an Illinois State agency; we are not aware of any nexus between the charges in the Superseding Indictment and the State of Illinois.  Moreover, the information this subpoena seeks appears to be relevant only to an affirmative civil claim involving government fraud, corruption, or misconduct.  ECF No. 349-2 (Exhibit A to Subpoena to "Illinois Anti-Predatory Lending Database" seeking "All letters… sent by … Anthony T. Williams complaining about corruption, fraud, and malicious prosecution.").

Defendant sent another subpoena to the District Attorney's Office in Orange County,  California, which was not involved in the wire fraud scheme described in

the Superseding Indictment, or Defendant's mortgage fraud scheme in Florida, for which he was convicted in 2017. Nonetheless, Defendant's subpoena seeks that office's "practices or procedures to be used when investigating persons suspected of mail and wire fraud." ECF No. 357-2 (Exhibit A to Subpoena to Orange County District Attorney's Office). This information is not relevant to this prosecution

Defendant's standby counsel, Mr. Isaacson, is crucial to the Court's understanding of the underlying subpoena requests because Mr. Isaacson has been actively engaged as Defendant's agent in discovery and with respect to these subpoenas. The undersigned counsel has spoken with representatives from the U.S. Marshals Service, the FBI, the Orange County District Attorney's Office, and the Illinois Department of Financial and Professional Regulation, and each has indicated that s/he has directly corresponded with Mr. Isaacson. At least twice, an agency representative wrote to Mr. Isaacson directly to explain how his/her respective agency did not possess documents responsive to Defendant's subpoena. ECF No. 357-2 at Exhibit D ("[I]t appears that we are not in possession of any records that are responsive to Mr. Williams' subpoena."); ECF No. 350-2 at Exhibit C ("Aloha Lars . . . [the U.S. Marshals Service for the Middle District of Florida] advised [the Office of General Counsel] that M/FL never had custody of or maintained any records for A Williams."). Despite his fact, Defendant instructed Mr. Isaacson to file motions for contempt orders against these and other

agencies, and Mr. Isaacson complied.  These agencies must now appear before this Court to respond to Defendant's motions.

Thus, standby counsel Mr. Isaacson, who was directly communicating with various agencies that were subject to subpoenas, is an essential witness to the information flow in each instance.  With respect to Defendant's subpoena to the FBI, Mr. Isaacson was actively speaking to and emailing agency representatives and the United States after the issuance of the subpoena.  He had discussions with the United States regarding the FBI's past and ongoing production of materials pursuant to Defendant's subpoena.  Again, however, Defendant filed a motion for contempt order against the FBI.

Mr. Isaacson, as standby counsel, must be present to protect the integrity of these proceedings.  Defendant's discovery practice, like his motion practice, has strained the resources of the government and this Court, and is now affecting third-party state and local agencies.  These third-party agencies, located in California, Illinois, and Florida, do not have Hawaii-barred attorneys on staff to readily appear in Court to respond to Defendant's motions.  This is particularly unfair and burdensome to those agencies that communicated in good faith to Defendant through standby counsel that they do not possess the information he seeks.  This conduct would not be tolerated from a member of the bar.

Defendant should have the benefit of proper legal advice when he appears at the above-referenced hearings to answer for his subpoenas, explain the relevance of the information he is requesting, and defend his decision to not to seek information through discovery from the government, but instead to file his motions against these third party agencies.

## CONCLUSION

In light of the foregoing, the government respectfully requests that the Court vacate the hearing dates on all pending motions that fall within the period of unavailability of standby counsel Lars Isaacson and to reset the hearing dates to a time when all counsel, including Mr. Isaacson, are available.

DATED: November 8, 2018, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


        By */s/ Gregg Paris Yates*
          GREGG PARIS YATES
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

    Michael Jay Green, Esq.
    michaeljgreen@hawaii.rr.com

    Attorney for Defendant
    ANABEL CABEBE

    Birney B. Bervar
    bbb@bervar-jones.com

    Attorney for Defendant
    BARBARA WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: November 7, 2018, at Honolulu, Hawaii.

*/s/ Gregg Paris Yates*
U.S. Attorney's Office
District of Hawaii