# MINUTES

CASE NUMBER: CR NO. 17-00101LEK

CASE NAME: USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi          REPORTER:

DATE: 11/13/2018                    TIME:

COURT ACTION:  EO: USA's Response [379-1] and **Motion to Continue Hearing dates** currently set before Judge Leslie E. Kobayashi is **Denied and terminated.**

Submitted by: Warren N. Nakamura, Courtroom Manager