LARS ROBERT ISAACSON
1100 Alakea Street
20th Floor
Honolulu, HI 96813

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| ANTHONY T. WILLIAMS, | ) |
| | ) |
| Defendant | ) |

WRIT OF OBJECTION AND REJECTION OF THE ERADICATION OF THE TRIAL DATE

Comes now, standby attorney Lars Robert Isaacson, and hereby provides the following document emailed to him by Defendant Anthony T. Williams. I am traveling overseas, and do not have access to my normal forms and submit the same in the best format available. It will be served on all parties electronically.

Lars Robert Isaacson
Attorney at Law

The undersigned Common Law Counsel, Private Attorney General Anthony Williams, who is a servant of the Most High Yahweh Elohim and Yahshua the Mahshyah  submits this Writ of Objection and Rejection of the Eradication of the Trial Date. In support of this writ the undersigned states the following facts:

1. The government filed a frivolous Motion To Determine Competency of the undersigned back in April and the court did not rule on the motion in a timely manner as is required by law.

2. The court chose to wait 6 months before it ruled unfairly and unlawfully to have the undersigned evaluated having evidence that the undersigned was subjected to this frivolous bogus tactic in Florida in which the undersigned was determined to be competent and brilliant by Dr. Michael Brannon.

3. The psychologist chosen to administer the evaluation stated to the court that she would be done with her evaluation by December 14, 2018.

4. The trial date was previously changed from May 15, 2018 and set to December 16, 2 018 because of the bogus superseding indictment which added the undersigneds 71 year old mother for no other purpose but to delay the trial and to spite the undersigned and cause undue hardship and stress on the undersigned's family.

5. The court knowing that the evaluation would be completed in time as to not interrupt the trial date, vacated the trial date on it's own without the consent of the undersigned nor a request for a continuance by the government.

6. The undersigned objects to the changing of the trial date and demands that the trial date be kept as it was which is December 16, 2018.

7. The undersigned's speedy trial right has been violated six (6) times over the objection of the undersigned and continues to be violated by the government and this court.

8. The undersigned objects that the vacating of the trial date is excludable delay because the delay is attributable to the government and the court who chose to order this bogus evaluation knowing full well the undersigned is the most competent man that has ever set foot in that courtroom.

9. Attorney's at law are too stupid and incompetent to represent themselves when they have a personal case and have to hire a colleague to represent them. However, the undersigned has always represented himself and has won all of his case and trials with the exception of the two in Florida that were corrupted and rigged by the judge and prosecutor but both cases are pending appeal and will be overturn.

10. Someone who is insane and incompetent can not represent themselves and others and consistently win in court on a regular basis without ever

attending law school or being a member of the bar and embarrass attorneys and judges who have wasted hundreds of thousands of dollars to go to law school.

11. This bogus evaluation was done for no other purpose but to delay the trial and to keep the undersigned unlawfully incarcerated for a longer period of time to continue to cause hardship for the undersigned's family and business.

12. If the undersigned isn't taken to trial on December 16, 2018 he will be appealing to a higher court for relief from this corrupt Federal Court system here in Hawaii.

13. When the undersigned is found to be brilliant again, a Federal lawsuit will be filed against the prosecutors and trial judge for collusion, conspiracy against rights, deprivation of rights and racial discrimination.

14. The undersigned is a gulf war military veteran and demands to be respected as such. It is because of honorable soldiers like the undersigned that you public servants enjoy the freedoms that you continue to have and enjoy.

15. No matter what the psychologist outlines in her report (because it is possible she can be threatened or coerced into reporting that the undersigned is somehow incompetent), the undersigned WILL BE MANAGING MY OWN CAUSE WITHOUT THE REPRESENTATION OF A BAR MEMBER!!!

Executed this 11th day of November 2018.

Righteously submitted,

Anthony Williams
Private Attorney General
Common Law Counsel (28 USC 1654)
Counsel to the Poor (Psa. 14:6)