# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CR-00101-LEK-1 |
| CASE NAME: | United States of America v (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Megan Crowley, *FBI Agent* |
| ATTYS FOR DEFT: | Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 |
| DATE: | 11/19/2018 | TIME: | 2:02 - 2:04 |

COURT ACTION:  EP:   [363] DEFENDANT (01) ANTHONY T. WILLIAMS' MOTION FOR ORDER OF CONTEMPT AGAINST THE FEDERAL BUREAU OF INVESTIGATION hearing held.

Defendant is present and in custody.

Argument heard.

[363] Defendant (01) Anthony T. Williams' Motion for Order of Contempt Against the Federal Bureau of Investigation is taken under advisement.

Court to issue an Order.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Bernie Aurio, Courtroom Manager*