IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY T. WILLIAMS (1),<br><br>Defendant. | CR NO. 17-00101 LEK<br><br>ORDER DENYING DEFENDANT'S SIXTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING<br><br>Trial: None set |

ORDER DENYING DEFENDANT'S SIXTH MOTION FOR ORDER
TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING

Defendant Anthony Williams's ("Defendant") Sixth Motion for Order to Show Cause and Request for Expedited Hearing ("Motion") seeks an order permitting Defendant to provide his standby counsel "with items for mailing in regard to this defense of these charges and other legal matters that he is pursuing." ECF No. 37-1. As with prior motions challenging Defendant's conditions of confinement, however, Defendant fails to establish that he has exhausted the Bureau of Prisons' administrative process before challenging such conditions in this Court.

The Court previously explained this doctrine to Defendant. *See, e.g.*, ECF 132, Order Denying (1) Motion for Order to Show Cause, and (2) Ex Parte

Application and Motion for Funds to Purchase Legal Supplies at Government's Expense.  The Court also previously ordered the Bureau of Prisons to provide Defendant with the necessary administrative paperwork.  *Id.*  Accordingly, because Defendant has not established that he has exhausted his administrative remedies, the Court DENIES the Motion.

    IT IS SO ORDERED.

    DATED:  Honolulu, Hawai'i, November 23, 2018.



    /S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

*UNITED STATES V. WILLIAMS*, CR NO. 17-00101 LEK; ORDER DENYING DEFENDANT'S SIXTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING