# MINUTES

CASE NUMBER:    1:17-CR-00101-LEK

CASE NAME:    United States of America v (01) Anthony T. Williams

JUDGE:   Kenneth J. Mansfield        REPORTER:

DATE:    11/26/2018                  TIME:

COURT ACTION:  EO:   [374] GOVERNMENT'S MOTION TO CONTINUE DEADLINE TO RESPOND TO MOTION FOR ORDER OF CONTEMPT AGAINST FBI

On November 19, 2018, a hearing was held on [363] Defendant (01) Anthony T. Williams Motion for Order of Contempt Against the Federal Bureau of Investigation where the Court took the motion under advisement. On November 23, 2018, the Court entered an [388] Order Denying the Motion. Therefore, the **[374] Government's Motion to Continue Deadline to Respond to Motion for Order of Contempt Against FBI is hereby terminated as MOOT.**

*Submitted by: Bernie Aurio, Courtroom Manager*