# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS<br>USA vs. (02) ANABEL CABEBE<br>USA vs. (03) BARBARA WILLIAMS |
| ATTYS FOR PLA: | Ronald G. Johnson<br>Gregg Paris Yates |
| ATTYS FOR DEFT: | (01) Lars R. Isaacson<br>(01) Anthony T. Williams (Defendant Pro Se)<br>(02) Michael Jay Green<br>(03) Birney B. Bervar |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Ann Matsumoto |
| DATE: | 11/26/2018 | TIME: | 2:11-2:27 |

COURT ACTION:   EP (365-1) MOTION to Sever Defendant.

**Defendant (01) Anthony T. Williams' Standby Counsel Lars R. Isaacson is not present.** Counsel Lars R. Isaacson previously notified the Court that he would be out of the country and would not be available by telephone.

**Defendant (01) Anthony T. Williams not present.** Per the U.S. Marshal's Office, Defendant (01) Anthony T. Williams refused to be transported to the U.S. Courthouse for the Hearings scheduled for 11/26/2018.

Attorney Michael Stern appeared for Attorney Michael Jay Green.

Defendants (02) Anabel Cabebe and (03) Barbara Williams not present, presence waived.

Court findings made. Govt previously moved for continuance of the hearings. Defendant (01) Anthony T. Williams objected. Court Denied the Govt's Request for continuance.

Defendant (01) Anthony T. Williams has purposely avoided being present physically. Court accepts Defendant (01) Anthony T. Williams' wish to voluntarily not be present.

Regarding Defendant (01) Anthony T. Williams Motion [365] to Sever his Trial from the Trial of Co-Defendants.  Court finds that Defendant (01) Anthony T. Williams has failed to show that he will be prejudiced by going to trial with Co-Defendants.

**Defendant (01) Anthony T. Williams Motion [365] to Sever his Trial from the Trial of Co-Defendants is Denied and terminated.**

Regarding (349-1) Motion for Order Of Contempt Against The Illinois Anti-Predatory Lending Database;
(357-1) Motion For Order Of Contempt Against The Orange County (CA) District Attorney's Office;
(361-1) Motion For Order Of Contempt Against the Broward County (FL) Sheriff's Office.

Govt informed the Court regarding circumstances of the subpoenas issued.

**(349-1) Motion for Order Of Contempt Against The Illinois Anti-Predatory Lending Database, (357-1) Motion For Order Of Contempt Against The Orange County (CA) District Attorney's Office and (361-1) Motion For Order Of Contempt Against the Broward County (FL) Sheriff's Office are Denied and terminated.**

Submitted by: Warren N. Nakamura, Courtroom Manager