# MINUTES

CASE NUMBER: CR NO.17-00101LEK

CASE NAME: USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi     REPORTER:

DATE: 11/26/2018                TIME:

COURT ACTION: EO: COURT ORDER REGARDING DEFENDANT'S "WRIT OF OBJECTION AND REJECTION OF THE ERADICATION OF THE TRIAL DATE"

On November 17, 2018, pro se Defendant Anthony T. Williams ("Defendant") filed a document titled "Writ of Objection and Rejection of the Eradication of the Trial Date" ("11/17/18 Filing"). [Dkt. no. 384.] In the 11/17/18 Filing, Defendant states his objections to:

1) the granting of Plaintiff the United State of America's ("the Government") motion for a mental competency evaluation of Defendant; see EO: Court Order Granting the Government's Motion for Judicial Determination of the Mental Competency of the Accused, filed 10/1/18 (dkt. no. 331) ("10/1/18 EO"); and

2) the continuance of the trial date in light of the competency evaluation, see EO: Court Order Directing the Government and Def. Anthony Williams to Proceed with Competency Evaluation and Vacating Trial Date, filed 10/24/18 (dkt. no. 359) ("10/24/18 EO").

Defendant has demonstrated that he knows how to seek reconsideration of this Court's rulings. See, e.g., Motion for Reconsideration of Court's 8/21/18 Electronic Order re: "United States's Motion to Extent the Deadline to Respond to Defendant's Motion to Dismiss," filed 8/22/18 (dkt. no. 305). Defendant did not identify the 11/17/18 Filing as a motion for reconsideration. This Court therefore

does not construe Defendant's 11/17/18 Filing as a motion for reconsideration of either the 10/1/18 EO, the 10/24/18 EO, or any other ruling in this case.

The 11/17/18 Filing merely states Defendant's objections to issues related to the competency examination. Defendant's objections are DENIED AS MOOT because this Court has already ruled on the issues related to the competency examination. Defendant's objections in the 11/17/18 Filing are preserved for purposes of any appeal that may be filed after the entry of judgment in this case.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager