# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    12/11/2018                   TIME:

COURT ACTION:  EO: Defendant (01) Anthony T. Williams' Motion [395] to Reconsider Court's Orders Denying Motions will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **12/26/2018**.
Reply Memorandum is due **1/14/2019.**

Defendant (01) Anthony T. Williams' Motion [395] to Reconsider Court's Orders Denying Motions will be taken under submission thereafter. Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager