KENJI M. PRICE             #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON      #4532
GREGG PARIS YATES       #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:          (808) 541-2958
E-Mail:      Ron.Johnson@usdoj.gov
              Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 17-00101 LEK |
| Plaintiff, | UNITED STATES'S MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER |
| vs. | |
| ANTHONY T. WILLIAMS, | |
| Defendant. | |

UNITED STATES'S MOTION TO EXTEND THE
DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO RECONSIDER

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to extend the deadline to respond to

Defendant Anthony T. Williams's Motion to Reconsider 11/26/18 EO Denying: Defendant's Motion to Sever Trial (Docket #365); Defendant's Motion for Order of Contempt Against the Illinois Anti-Predatory Lending Database (Docket #349); Defendant's Motion for Order of Contempt Against the Orange County (CA) District Attorney's Office (Docket #357); Defendant's Motion for Order of Contempt Against the Broward County (FL) Sheriff's Office (Docket #361)" (Motion to Reconsider).  The defendant filed his motion on December 10, 2018.  ECF No. 395.  The Court has set the deadline for the government's response on December 26, 2018, with a reply due from the defendant on January 14, 2019.  ECF No. 396.  The government requests an extension of 16 days, to and including January 11, 2019, to respond to the defendant's motion.  This is the government's first request for an extension of this deadline.  The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports this request for a continuance of the response deadline beyond December 26, 2018.  Both counsel for the government will be out of the office for the holidays for a substantial time during the period available for response to the defendant's motion.  The undersigned counsel for the Government, Assistant United States Attorney (AUSA) Gregg Yates will be out of the office from December 18, 2018 through January 1, 2019, and returning to the office on

January 2, 2019.  AUSA Ronald Johnson will also be out of the office for the holidays on December 19, 2018, and then from December 21, 2018 through January 4, 2019.  In addition, AUSA Johnson has assumed additional duties in connection with his role as Chief of the Violent Crime and Drug Section of the U.S. Attorney's Office.

    The defendant's Motion to Reconsider will require additional time for response.  The defendant challenges the denial of his motions upon the ground that he was denied a hearing.  The defendant suggests that his absence from the scheduled hearing on his motions on November 26, 2018 was the result of a misunderstanding of the U.S. Marshals tasked with transporting him to the hearing.  Declaration of Anthony Williams (Williams Declaration) in Support of Defendant's Motion to Reconsider at 1, ECF No. 395-2.  Defendant claims that a Deputy United States Marshal (DUSM) erroneously attempted to pick him up from the Federal Detention Center (FDC) at 8:30 a.m., and that he communicated that his hearing was actually scheduled for 2:00 p.m., and that the DUSM should therefore have returned in the afternoon.  *Id.*  A DUSM then failed to pick him up in the afternoon prior to his hearing.  The defendant argues that because no one came to pick him up in the afternoon he should not be held responsible for failing to appear at his 2:00 p.m. hearing.  Williams Decl. 1-2.

The defendant's factual claims are refutable. The DUSM and an officer at FDC can provide affidavits to this Court regarding their interactions with the defendant on November 26, 2018. A DUSM can also explain that the U.S. Marshals Service practice with respect to transport of FDC detainees for court appearances is to make a single trip to FDC to pick up all detainees who are due to appear before the court prior to the time of the earliest hearing of the day scheduled for a detainee. The Marshal's Service does not make specific trips to transport detainees for particular hearings.

This testimony is particularly relevant and material to the defendant's motion. The defendant has been transported to the Court for hearings no fewer than eight times in this matter, ECF No. 30, 35, 184, 214, 235, 295, 354, and 385. Prior to this incident, the defendant twice refused transportation by the U.S. Marshals Service and declined to appear at a scheduled hearing. ECF No. 7, 194. The defendant's November 26, 2018 nonappearance was his third refusal, and it was no mistake: the defendant is well-familiar with the U.S. Marshals Service's practice with respect to transportation of FDC detainees to hearings.

In light of the foregoing, the government respectfully requests an extension

///

///

of time of 16 days, to and including January 11, 2019, to respond to the Defendant's Motion to Reconsider.

DATED: December 17, 2018, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Gregg Paris Yates*
  GREGG PARIS YATES
  Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Served by First Class Mail:

Anthony T. Williams
Registered No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  December 17, 2018, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii