LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR RETURN OF PROPERTY; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

MOTION FOR RETURN OF PROPERTY

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this Court to return his property as described in Exhibit "A" attached to this document.

This motion is based on the declaration of counsel and Exhibit "A" attached to this document.

Dated: December 17, 2018

                                       /s/ Lars Isaacson
                                LARS ROBERT ISAACSON
                                Standby Attorney for
                                Defendant Anthony T. Williams