LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>"NOTICE TO CORRECT TITLE OF MOTIONS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

"NOTICE TO CORRECT TITLE OF MOTIONS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby gives "Notice To Correct Title of Motions" as described in Exhibit "A" attached to this document.

This notice is based on the declaration of counsel and Exhibit "A" attached to this document.

Dated: December 17, 2018

        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams