# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:      USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     12/21/2018                   TIME:

COURT ACTION:  EO: USA's Motion [397] for Extension of Time to File Response/Reply as to [395] Defendant's for Reconsideration is **Granted and terminated.**

USA's Responsive Memorandum or Memorandum in Opposition is now due **1/14/2019.** Defendant's Reply Memorandum is now due **1/31/2019.**

Defendant (01) Anthony T. Williams Motion [395] to Reconsider Court's Orders Denying Motions will be taken under submission thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager