KENJI M. PRICE                    #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
GREGG PARIS YATES          #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Fax:              (808) 541-2958
E-Mail:         Ron.Johnson@usdoj.gov
                    Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE HEARING AND |
| vs. | ) DEADLINE TO RESPOND TO |
| | ) DEFENDANT'S MOTION FOR |
| ANTHONY T. WILLIAMS, | ) RETURN OF PROPERTY; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |

UNITED STATES'S MOTION TO CONTINUE
HEARING AND DEADLINE TO RESPOND TO
DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Pursuant to Criminal Local Rule 12.2(d) of the Local Rules of Practice for

the District Court for the District of Hawaii, the government respectfully submits

this motion to continue the hearing date for the defendant's motion for return of property. The defendant filed his motion on December 17, 2018. ECF No. 398. The Court issued an Order setting the defendant's motion for hearing on January 10, 2019. ECF No. 402. The Court's Order did not set a deadline for the government's response to the motion; accordingly, pursuant to Criminal Local Rule 12.2(d), the deadline for the government's response to the motion was December 27, 2018.

The government requests a continuance of the hearing date of 21 days, to and including January 31, 2019, and an extension of the deadline to respond to the instant motion of 21 days, to January 17, 2019. This is the government's first request for an extension of this deadline. The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

As required by Local Rule 12.2(d), good cause supports this request. Both counsel for the government were out of the office for the holidays for a substantial period since the defendant filed his motion on December 17, 2018, and both counsel were out of the office when the Court issued its Order on December 21, 2018, setting the hearing date for defendant's motion. The undersigned counsel for the Government, Assistant United States Attorney (AUSA) Gregg Yates was out of the office from the day after the defendant filed his motion, on December 18, 2018,

through January 1, 2019, and returned to the office on January 2, 2019. AUSA Ronald Johnson was out of the office on December 19, 2018, and has been out of the office from December 21, 2018 through January 4, 2019. In addition, AUSA Johnson has assumed additional duties in connection with his role as Co-Chief of the Violent Crime and Drug Section of the U.S. Attorney's Office.

     The undersigned counsel has since returned to the office, but will require additional time to investigate the defendant's demand. The defendant's motion seeks the return of "iphones, scanners, printers, computers, laptops, music cd's, audio cd's of religious lectures, dvd's of religious lectures, file cabinets, client files, personal files, business files, and a plethora of miscellaneous office equipment, supplies and items." However, to the extent that items were lawfully seized pursuant to a valid warrant, the defendant is not entitled to their return during the pendency of his criminal prosecution. *See, e.g.*, Federal Rule of Criminal Procedure 41(g) (permitting motion for return of property from a "person aggrieved by an unlawful search and seizure of property . . ."). Additional time will be required to review the warrants obtained as part of this investigation and to identify the items seized pursuant to those warrants to determine whether they were appropriately seized.

In light of the foregoing, the government seeks a continuance of the hearing of 21 days, to and including January 31, 2019, and a similar extension of 21 days of the deadline, to January 17, 2019, to respond to the defendant's motion.

DATED: January 3, 2019, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


        By */s/ Gregg Paris Yates*
          GREGG PARIS YATES
          Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

To be Served by First Class Mail on or by January 7, 2019

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: January 3, 2019, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii