# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CR-00101-LEK |
| CASE NAME: | United States of America v (01) Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | |
| DATE: | 01/07/2019 | TIME: | |

COURT ACTION: EO:   [403] UNITED STATES'S MOTION TO CONTINUE HEARING AND DEADLINE TO RESPOND TO [398] DEFENDANT'S MOTION FOR RETURN OF PROPERTY

The Courts GRANTS [403] United States's Motion to Continue Hearing and Deadline to Respond to Defendant's Motion for Return of Property.  The Court continues the hearing on [398] Defendant's Motion for Return of Property until January 31, 2019 at 10:00 a.m. before Magistrate Judge Kenneth J. Mansfield. Any Opposition to the Motion for Return of Property is due no later than January 17, 2019.

*Submitted by: Bernie Aurio, Courtroom Manager*