# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| | USA vs. (02) ANABEL CABEBE |
| | USA vs. (03) BARBARA WILLIAMS |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 1/7/2019 | TIME: | |

COURT ACTION: EO: Regarding the **SEALED** Report of Mental Competency Evaluation as to Defendant (01) Anthony T. Williams filed 1/3/2019.

Court hereby finds that Defendant (01) Anthony T. Williams is competent to proceed with trial.

IT IS SO ORDERED.

New trial date and deadlines given.

As to Defendant (01) Anthony T. Williams,(02) Anabel Cabebe and (03) Barbara Williams:

Jury Selection/Trial is re-set for **2/25/2019 at 09:00 AM** before Judge Leslie E. Kobayashi.
Final Pretrial Conference is re-set for **1/28/2019 at 01:45 PM** before Magistrate Judge Kenneth J. Mansfield.

Defendants' Motion are due 1/14/2019.
Government's Response is due 1/28/2019.

Submitted by: Warren N. Nakamura, Courtroom Manager