LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>SUPPLEMENT TO MOTION TO RECONSIDER 11/26/18 EO DENYING:  DEFENDANT'S MOTION TO SEVER TRIAL (Docket #365); DEFENDANT'S MOTION FOR ORDER OF CONTEMPT AGAINST THE ILLINOIS ANTI-PREDATORY LENDING DATABASE (Docket #349); DEFENDANT'S MOTION FOR ORDER OF CONTEMPT AGAINST THE ORANGE COUNTY (CA) DISTRICT ATTORNEY'S OFFICE (Docket #357); DEFENDANT'S MOTION FOR ORDER OF CONTEMPT AGAINST THE BROWARD COUNTY (FL) SHERIFF'S OFFICE (Docket #361); DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

## SUPPLEMENT TO MOTION TO RECONSIDER

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby files this supplement to Defendant's motion requesting this court to reconsider (Docket #395) this Court's 11/26/18 EO (Docket #392) denying:

1. [Docket #365] Motion to Sever Defendant as to Anthony T. Williams, Anabel Cabebe, Barbara Williams.

2. [Docket #349] Motion for Order Of Contempt Against The Illinois Anti-Predatory Lending Database,

3. [Docket #357] Motion For Order Of Contempt Against The Orange County (CA) District Attorney's Office and

4. [Docket #361] Motion For Order Of Contempt Against the Broward County (FL) Sheriff's Office.

This motion is based on the declaration of counsel and Exhibit "A" attached to this document.

Dated: January 7, 2019

    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams