LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101 JEK MOTION IN OPPOSITION TO CONTINUANCE; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

MOTION IN OPPOSITION TO CONTINUANCE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves/objects to a further continuance of the trial date in this matter. This motion is based on the declaration of counsel and Exhibit "A" attached to this document.

Dated: January 18, 2019

          /s/ Lars Isaacson
         LARS ROBERT ISAACSON
         Standby Attorney for
         Defendant Anthony T. Williams