LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>SEVENTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

SEVENTH MOTION FOR ORDER TO SHOW CAUSE
AND REQUEST FOR EXPEDITED HEARING

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this court to enter an Order to Show Cause against the United States of America and to grant various requests for relief as detailed in the attached Exhibit "A" and Declaration of Counsel.

Dated: January 22, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams