# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    01/23/2019                    TIME:

COURT ACTION:  EO:  ORDER DENYING WRITTEN REQUEST FOR CAMERA IN THE COURTROOM

    Stephen Paschke ("Mr. Paschke"), who represents that he is the director for On Second Thought TV (O.S.T.), has filed a written request to film court proceedings in the instant criminal action.  Electronic media coverage of criminal proceedings in federal courts is expressly prohibited under the Federal Rules of Criminal Procedure.  Fed. R. Cr. P. 35.  While the Ninth Circuit Judicial Counsel, in cooperation with the Judicial Conference, has authorized three federal court districts in the Ninth Circuit to participate in a pilot program permitting cameras in the courtroom, the District of Hawai'i is not one of these three designated districts.

    Therefore, Mr. Paschke's request to film the criminal proceedings before this Court is hereby DENIED.

Submitted by: Warren N. Nakamura, Courtroom Manager