# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CR-00101-LEK-1 |
| CASE NAME: | United States of America v (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Ronald G. Johnson |
| ATTYS FOR DEFT: | Lars R. Isaacson, *Standby Counsel* |
| U.S. Deputy Marshal: | Tony Hopkins |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 01/31/2019 | TIME: | 10:07 - 10:17 |

COURT ACTION:  EP:   [398] DEFENDANT'S MOTION FOR RETURN OF PROPERTY/PRETRIAL hearing held.

Defendant is in custody but not present.

Government informs the Court that the Defendant declined to be transported to Court for this proceedings.

U.S. Deputy Marshal Tony Hopkins states on the record why Mr. Williams refused to be transported to today's proceedings.

Court conducted a colloquy with the Government on items Defendant pointed out in his motion.

Government makes a record of Defendant's ongoing conduct on declining transport to Court for proceedings, posing a difficulty in moving the case along.

[398] Defendant's Motion for Return of Property/Pretrial is taken under advisement. Court to issue an Order.

*Submitted by: Bernie Aurio, Courtroom Manager*