# MINUTES

CASE NUMBER:      1:17-CR-00101-LEK-1

CASE NAME:      United States of America v (01) Anthony T. Williams

JUDGE:   Kenneth J. Mansfield      REPORTER:

DATE:   02/01/2019      TIME:

COURT ACTION:  EP:   Defendant (01) Anthony T. Williams'[418] SEVENTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING will be considered by Magistrate Judge Kenneth J. Mansfield as a Non Hearing Motion.

Government's Memorandum in Opposition is due **February 8, 2019**.

Defendant (01) Anthony T. Williams'[418] Seventh Motion for Order to Show Cause and Request for Expedited Hearing will be taken under submission thereafter. Court to issue Order.

*Submitted by: Bernie Aurio, Courtroom Manager*