KENJI M. PRICE                    #10523
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
GREGG PARIS YATES          #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Fax:            (808) 541-2958
E-Mail:       Ron.Johnson@usdoj.gov
                   Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANTHONY T. WILLIAMS,<br><br>　　　　Defendant. | CR. NO. 17-00101 LEK<br><br>NOTICE REGARDING TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY; CERTIFICATE OF SERVICE |

NOTICE REGARDING
DEFENDANT'S MOTION FOR RETURN OF PROPERTY

The government respectfully submits this Notice to the Court Regarding

Defendant Anthony T. Williams's (Defendant) Motion for Return of Property.  In

short, the government must correct a representation made by the undersigned counsel at the hearing upon the motion on January 31, 2019.  Prior to the hearing, the undersigned counsel conferred with the case agent from the Federal Bureau of Investigation regarding the items that the defendant sought returned in his motion.  Because of the vague nature of the defendant's motion, the government was only able to identify certain items in discovery that the defendant referenced in his motion, such as his iPhones, computers, and laptops.  The undersigned counsel then drafted the government's response based upon those items.

Among the items that defendant sought in his motion, which the Court also inquired about at the January 31, 2019 hearing, were "music cd's, audio cd's of religious lectures, [and] dvd's of religious lectures."  At the hearing, counsel for the government explained that he understood these items to represent the contents of a black compact disk (CD) case that was seized from the defendant at the time of his arrest, and that the government had searched these CDs and produced them in discovery.  Counsel understood that the government made a discovery production of digital religious lecture files on July 26, 2018.

Since the January 31, 2019 hearing, counsel has learned that the government's July 26, 2018 production was of just a single disk of religious lectures, and not of all the disks in the referenced CD case.  Counsel has since

obtained the CD case, which contains approximately 47 disks, and has confirmed that the contents of the CD case were not all searched and produced in discovery.

The government has begun reviewing these disks. Should any materials be relevant to its investigation and this prosecution, these materials will be produced in discovery, as the government indicated it had done at the hearing. Alternatively, if any disk is found not to contain any information relevant to a criminal investigation of the defendant and his prosecution, the disk will be returned to an appropriate person designated by the defendant, as the defendant has requested in his motion.[1]

The government regrets any inconvenience that the undersigned counsel's misunderstanding and misstatement has caused.

DATED: February 8, 2019, at Honolulu, Hawaii.

KENJI M. PRICE<br>
United States Attorney<br>
District of Hawaii<br>
<br>
By <i>/s/ Gregg Paris Yates</i><br>
GREGG PARIS YATES<br>
Assistant U.S. Attorney

---

[1] The government has already uncovered files of a sexually-explicit nature on these CDs. Because such items are prohibited at the Federal Detention Center where the defendant is detained, these items cannot be turned over to him there.

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

>Lars Isaacson, Esq.
>hawaii.defender@earthlink.net
>
>Attorney for Defendant
>ANTHONY T. WILLIAMS

Served by First Class Mail:

>Anthony T. Williams
>Register No. 05963-122
>Inmate Mail
>FDC Honolulu
>PO Box 30080
>Honolulu, HI 96820

DATED: February 8, 2019, at Honolulu, Hawaii.

>*/s/ Melena Malunao*
>U.S. Attorney's Office
>District of Hawaii