LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,  Plaintiff,  v.  ANTHONY T. WILLIAMS,  Defendant. | CR. NO. 17-00101 JEK  DEFENDANT'S "NOTICE TO THE COURT;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "NOTICE TO THE COURT"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "Notice To The Court" attached as Exhibit "A," and Declaration of Counsel.

Dated: March 19, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams