## DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. On or about February 24, 2019, Mr. Williams sent me the attached Exhibit "A" via Corrlinks and requested that I file it for him.

3. It should be noted that declarant took no part in the preparation of this or other motions filed by Defendant and makes no representation of his agreement or appropriateness of said motions.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated March 19, 2019

Respectfully submitted,

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams