<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses on March 19, 2019:

| | |
|---|---|
| Birney B. Bervar: | bbb@bervar-jones.com; pg@bervar-jones.com |
| Gregg Paris Yates: | gregg.yates@usdoj.gov, kari.sherman@usdoj.gov, CaseView.ECF@usdoj.gov, melena.malunao@usdoj.gov, USAHI.ECF.Narcotics@usdoj.gov |
| Lars R. Isaacson: | Hawaii.defender@earthlink.net |
| Michael Jay Green | michaeljgreen@hawaii.rr.com, edna@michaeljaygreen.com, joell@michaeljaygreen.com, kelly@michaeljaygreen.com, laura@michaeljaygreen.com |
| Ronald G. Johnson | ron.johnson@usdoj.gov, CaseView.ECF@usdoj.gov, dawn.aihara@usdoj.gov, USAHI.ECFMajorCrimes@usdoj.gov |

A copy of the foregoing will also be mailed/provided to defendant Anthony T. Williams at FDC Honolulu.

DATED: Honolulu, Hawai'i, March 19, 2019

\_\_\_\_/s/ Lars Robert Isaacson\_\_\_\_
LARS ROBERT ISAACSON
Standby Attorney for Defendant Anthony Williams