LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>  Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "DEMAND FOR GOVERNMENT TO MAKE PUBLIC HOW MUCH THIS MALICIOUS AND BOGUS PROSECUTION HAS COST TAXPAYERS TO DATE AND THE PROJECTED COST TO COMPLETE THROUGH TRIAL;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "DEMAND FOR GOVERNMENT TO MAKE PUBLIC HOW MUCH THIS MALICIOUS AND BOGUS PROSECUTION HAS COST TAXPAYERS TO DATE AND THE PROJECTED COST TO COMPLETE THROUGH TRIAL"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's ""DEMAND FOR GOVERNMENT TO

MAKE PUBLIC HOW MUCH THIS MALICIOUS AND BOGUS PROSECUTION HAS COST TAXPAYERS TO DATE AND THE PROJECTED COST TO COMPLETE THROUGH TRIAL" attached as Exhibit "A," and Declaration of Counsel.

Dated: March 19, 2019

        /s/ Lars Isaacson
      LARS ROBERT ISAACSON
      Standby Attorney for
      Defendant Anthony T. Williams