LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF;" attached as Exhibit "A," and Declaration of Counsel.

Dated: March 19, 2019

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams