LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "DEMAND FOR THE GOVERNMENT TO CORRECT TITLE 28 USC 1654 TO REFLECT THE ACT CONGRESS PASSED INTO LAW;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "DEMAND FOR THE GOVERNMENT TO CORRECT TITLE 28 USC 1654 TO REFLECT THE ACT CONGRESS PASSED INTO LAW"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "DEMAND FOR THE GOVERNMENT TO CORRECT TITLE 28 USC 1654 TO REFLECT THE ACT

CONGRESS PASSED INTO LAW" attached as Exhibit "A," and Declaration of Counsel.

Dated: March 19, 2019

                                                    /s/ Lars Isaacson
                                    LARS ROBERT ISAACSON
                                    Standby Attorney for
                                    Defendant Anthony T. Williams