LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>  Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S MOTION FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

## DEFENDANT'S MOTION FOR EVIDENTIARY HEARING ON MOTION TO SUPPRESS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides moves this Court to order:

1. That the hearing on Defendant's *Motion to Suppress* (Docket #437) set for 4/18/19 at 10:00 a.m. be deemed an evidentiary hearing;

2. That the Government produce F.B.I. Agent Megan Crawley as witness at said hearing; and

3. That the Defendant be allowed to call witness and/or to testify himself at said hearing.

Dated: March 25, 2019

        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams