KENJI M. PRICE #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-01 LEK<br><br>UNITED STATES' RESPONSE TO THE DEFENDANT'S DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF; CERTIFICATE OF SERVICE |

UNITED STATES' RESPONSE TO THE DEFENDANT'S DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF

The government respectfully submits this brief in response to Defendant Anthony T. Williams's (Defendant) Motion for an Order to the Government to Provide Any Affidavits From [His] Clients . . . And The Amount They Have Claimed They Were Defrauded Or Scammed Out Of. (Mot. Victim Statement Discovery). In particular, the defendant seeks to know "what client if any *filed an affidavit or declaration against the undersigned* which claims the undersigned scammed or defrauded them . . . ." *Id.* Exh. A 1. The defendant made a similar demand in his Motion For Order Of Contempt Against The Federal Bureau Of Investigation. ECF No. 363-1 at p. 2 (moving for contempt on basis of subpoena seeking "Records of Anthony T. Williams being the subject of investigation and any complaints from consumers against Mr. Williams for fraud."); ECF No. 363-3 (Exh. E) (claiming that the FBI failed to produce "documents I made which I filed [*sic*] complaints and had clients file complaints for fraud against the banks, mortgage companies and certain individuals.").

This motion should be denied. The government is not aware that any of the defendants' victims have "filed an affidavit or declaration against the [defendant]" in this Court. As to affidavits or declarations filed in other fora, as noted in the government's response to the defendant's contempt motion against the FBI, Gov't's Resp. Mot. Contempt Ag. FBI 11, ECF No. 380, the government has produced records that it obtained from Hawaii state agencies relating to complaints

against the defendant. If any victim's affidavits or declarations were contained in those records, they have been produced in discovery.

If the defendant is seeking any statements made by victims in connection with the mail and wire fraud charged in the Superseding Indictment, law enforcement agents interviewed numerous witnesses as part of the investigation that gave rise to this prosecution. All relevant reports of the investigation have been produced in discovery in this matter. As relevant to this motion, the government has produced reports of investigation containing the statements of the victims relating to the defendants' mail and wire fraud activities in the bates ranges WILLIAMS_ET_AL_000000142-400, and 40649-800.

CONCLUSION

For the reasons above, the government respectfully requests that the Court deny the Defendant's motion for discovery.

DATED: March 26, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By */s/ Gregg Paris Yates*
GREGG PARIS YATES
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Michael Jay Green, Esq.
michaeljgreen@hawaii.rr.com

Attorney for Defendant
ANABEL CABEBE

Birney B. Bervar, Esq.
bbb@bervar-jones.com

Attorney for Defendant
BARBARA WILLIAMS

//

//

//

//

//

//

To be served by First Class Mail on March 27, 2019

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: March 26, 2019, at Honolulu, Hawaii.

*/s/ Gregg Paris Yates*
U.S. Attorney's Office
District of Hawaii