# MINUTE ORDER

CASE NUMBER:	1:17-CR-00101-LEK-1

CASE NAME:	USA Anthony T. Williams

JUDGE:	Leslie E. Kobayashi	DATE:	3/28/2019

COURT ACTION: EO: Defendant (01) Anthony T. Williams' [442]Second Motion to Withdraw will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due 4/9/2019.

Reply Memorandum is due 4/23/2019.

Defendant (01) Anthony T. Williams' [442]Second Motion to Withdraw will be taken under submission thereafter.

Court to issue Order.

Submitted by: Theresa Lam, Courtroom Manager