KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE HEARING AND |
| vs. | ) DEADLINE TO RESPOND TO |
| | ) DEFENDANT'S MOTION FOR |
| ANTHONY T. WILLIAMS  (1), | ) SUPPRESSION OF EVIDENCE; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) |
| | ) |

## UNITED STATES'S MOTION TO CONTINUE
## HEARING AND DEADLINE TO RESPOND TO
## DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to continue the evidentiary hearing

upon Defendant Anthony T. Williams's (Defendant) Motion For Suppression of

Evidence (Suppression Motion), and the government's deadline to respond to the defendant's motion.  The defendant filed the Suppression Motion on March 19, 2018.  ECF No. 437.  The next day, this Court set the hearing on the Suppression Motion for April 18, 2018.  ECF No. 439.  Pursuant to Rule 12.2 of the Local Rules of the District of Hawaii (Crim. L.R.), therefore, the government's response to the Suppression Motion was due on April 4, 2018, approximately fifteen days after the Court's Scheduling Order.

The government requests a three-week continuance of the Suppression Motion hearing date, to and including on or about May 9, 2019, and a similar three-week continuance of the deadline to respond to the Suppression Motion, to on or about April 25, 2019.  This is the government's first request for an extension of this deadline.  The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports the government's request.  The undersigned counsel requires additional time to fully research and respond to the issues in part due to the defendant's own motion practice.  The defendant filed the Suppression Motion on the same day that he filed four other motions.  Since then, the Court set the hearing on the defendant's four other motions on April 9, 2019; Crim. L.R. 12.2 therefore required the government to draft and file four responsive briefs to the defendant's other March 19 motions on or by March 26, 2019.  This deadline fell

2

within the fifteen days between the Court's Scheduling Order and the deadline to respond to the Suppression Motion. The undersigned counsel timely completed these briefs. ECF Nos. 443, 444, 445, and 446.

Moreover, in the same brief period before the government's responsive brief to the Suppression Motion is due, the undersigned counsel has been assigned to a new, reactive child enticement matter, *United States v. Both-Magnisi*, Cr. No. 19-00043-SOM, which has since been indicted.

The Suppression Motion will require additional time for adequate inquiry and response. As an initial matter, the Suppression Motion comprises 13 single-spaced pages of small-font text that present a disorganized mix of narrative, accusations, factual allegations, conclusory statements, and arguments. Care is required to ensure that any legally-supportable issues are identified and properly responded to.

Moreover, additional inquiry is required into a related investigation. Although the investigation that gave rise to this prosecution focused on the defendant's conduct within the District of Hawaii, the universe of discovery obtained by the Federal Bureau of Investigations (FBI) in connection with the defendant's conduct includes evidence seized in a prior investigation in the Southern District of Miami. The defendant references these seizures in the Suppression Motion. Supp. Mot. Exh. A 1, 2, 8 (ECF No. 437-2).

3

In light of the defendant's own recent motions and the numerous issues raised by the Suppression Motion, the government seeks a brief continuance for the hearing on the Suppression Motion, and a similar continuance to complete a response brief to the Suppression Motion.

## CONCLUSION

The government respectfully requests a continuance of the hearing date for the Suppression Motion of three weeks, from April 18 to on or about May 9, 2019, and a similar three-week continuance of the deadline to respond to the Suppression Motion to and including April 25, 2019.

DATED:  April 5, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Gregg Paris Yates*
GREGG PARIS YATES
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  April 5, 2019, at Honolulu, Hawaii.

/s/ Gregg Paris Yates
U.S. Attorney's Office
District of Hawaii