# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi        REPORTER:

DATE:    04/08/2019                 TIME:

COURT ACTION:  EO: Regarding USA's Motion [449] to Continue Hearing and Deadline to Respond to Defendant's Motion for Suppression of Evidence.

Memorandum in Opposition to be filed by **4/15/2019** and the court will rule thereafter.

Court is inclined to Grant the motion as the trial is scheduled for 1/21/2020 and there is sufficient time to hold the hearing on the date proposed by the Government.

Any opposition to the continuance request should identify specific (not general) prejudice that would be caused as a result of the requested continuance.

Submitted by: Warren N. Nakamura, Courtroom Manager