IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | "DEMAND FOR GOVERNMENT TO |
| vs. | ) | PROVIDE ANY AFFIDAVITS FROM |
| | ) | CLIENTS OF THE UNDERSIGNED |
| ANTHONY WILLIAMS  (1), | ) | WHO SWORE THEY WERE LIED TO |
| | ) | OR SCAMMED BY PRIVATE |
| Defendant. | ) | ATTORNEY GENERAL ANTHONY |
| | ) | WILLIAMS AND THE AMOUNT |
| | ) | THEY HAVE CLAIMED THEY WERE |
| | ) | DEFRAUDED OR SCAMMED OUT |
| | ) | OF" |
| | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S "DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF"**

Defendant Anthony Williams's ("Defendant") "Demand for Government to Provide any Affidavits from Clients of the Undersigned Who Swore they Were Lied to or Scammed by Private Attorney General Anthony Williams and the Amount They Have Claimed They Were Defrauded or Scammed Out Of" ("Motion") seeks to know "what client if any filed an affidavit or declaration against the undersigned which claims the undersigned scammed or defrauded them . . . ." ECF No. 436-2.

The Government represents that it is not aware that any of Defendant's clients have "filed an affidavit or declaration against" Defendant in this Court. ECF No. 446 at 2.  Nor is the Court aware of any such filings.  As to affidavits or declarations filed elsewhere, the Government "has produced records that it obtained from Hawaii state agencies relating to complaints against the [D]efendant."  *Id.* at 2-3.  Additionally, the Government has produced all relevant investigative reports to Defendant, and specifically directs Defendant to bates ranges WILLIAMS_ET_AL_000000142-400 and 40649-800 of the Government's document production.  *Id.* at 3.

Based upon the information available to the Court on this Motion, it appears that the Government has already provided to Defendant any responsive information that it has.  Accordingly, the Court DENIES Defendant's Motion as moot.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaiʻi, April 10, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*USA v. Williams*, CR 17-00101 LEK; ORDER DENYING DEFENDANT'S "DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF"