IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER DENYING DEFENDANT'S EIGHTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING |
| vs. | ) ) | |
| ANTHONY WILLIAMS (1), | ) ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S EIGHTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING**

Defendant Anthony Williams's ("Defendant") Eighth Motion for Order to Show Cause and Request for Expedited Hearing ("Motion") seeks to relitigate issues previously raised, and denied, in prior motions.

First, Defendant still wants the Bureau of Prisons, Federal Detention Center, Honolulu ("FDC") to move an e-discovery terminal. ECF No. 433-2 at 2. The Court addressed and denied this request in its Order Denying Defendant's Seventh Motion for Order to Show Cause and Request for Expedited Hearing. ECF No. 430.

Second, Defendant seeks a court order that FDC "log in all incoming mail and outgoing mail to ensure that all mail is being delivered to the undersigned and to order the FDC to stop sending back mail that contain legal documents claiming that it's too much paper when it is not and to stop opening my legal mail from the courts outside my presence." ECF No. 433-2 at 2.  The Court has previously denied multiple motions regarding FDC's handling of Defendant's mail.  *See* ECF No. 337, Order Denying Defendant's Amended Third Motion for Order to Show Cause and Request for Expedited Hearing; ECF No. 346, Order Denying Defendant's "Motion For Injunction Against FDC For Retaliation"; ECF No. 386, Order Denying Defendant's Fifth Motion for Order to Show Cause and Request for Expedited Hearing.

Defendant has not presented any new or different information in support of his Motion that would warrant reconsideration of or alter the conclusions previously reached on these issues.  Additionally, Defendant again fails to establish that he has exhausted the BOP administrative process regarding his complaints concerning the conditions of his confinement.  Accordingly, for the reasons previously stated, and because Defendant has not established that he has

//

//

//

exhausted his administrative remedies, the Court DENIES Defendant's Motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 10, 2019.



Kenneth J. Mansfield
United States Magistrate Judge

*USA v. Williams*, CR 17-00101 LEK; ORDER DENYING DEFENDANT'S EIGHTH MOTION FOR ORDER TO SHOW CAUSE AND REQUEST FOR EXPEDITED HEARING