IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | "DEMAND FOR GOVERNMENT |
| vs. | ) | TO MAKE PUBLIC HOW MUCH |
| | ) | THIS MALICIOUS AND BOGUS |
| ANTHONY WILLIAMS (1), | ) | PROSECUTION HAS COST |
| | ) | TAXPAYERS TO DATE AND THE |
| Defendant. | ) | PROJECTED COST TO COMPLETE |
| | ) | THROUGH TRIAL" |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S "DEMAND FOR GOVERNMENT
TO MAKE PUBLIC HOW MUCH THIS MALICIOUS AND
BOGUS PROSECUTION HAS COST TAXPAYERS TO DATE
AND THE PROJECTED COST TO COMPLETE THROUGH TRIAL"**

Defendant Anthony Williams's ("Defendant") Demand for Government to Make Public How Much this Malicious and Bogus Prosecution Has Cost Taxpayers to Date and the Projected Cost to Complete Through Trial ("Motion") seeks discovery regarding the costs associated with the investigation and prosecution of Defendant, together with the associated costs of Defendant's pretrial detention and transportation. ECF No. 435-2. The information Defendant seeks is not relevant to the mail and wire fraud counts in the Superseding Indictment or any defense thereto. Rather, Defendant asserts that he filed the Motion because "the

public is entitled to know how their funds are being appropriated or misappropriated in the prosecution of criminal cases. . . ." *Id.*

As argued by the Government, though, the public's "right to know" is not a basis for criminal discovery, which is generally governed by Rule 16 of the Federal Rules Criminal Procedure, together with *United States v. Brady*, 397 U.S. 742 (1970), *United States v. Giglio*, 405 U.S. 150 (1972), and 18 U.S.C. § 3500.  The Motion seeks no information falling within these parameters, and the Court DENIES it accordingly.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, April 10, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*USA v. Williams*, CR 17-00101 LEK; ORDER DENYING DEFENDANT'S "DEMAND FOR GOVERNMENT TO MAKE PUBLIC HOW MUCH THIS MALICIOUS AND BOGUS PROSECTION HAS COST TAXPAYERS TO DATE AND THE PROJECTED COST TO COMPLETE THROUGH TRIAL"