LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "OPPOSITION TO UNITED STATE'S MOTION TO CONTINUE HEARING AND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "OPPOSITION TO UNITED STATE'S MOTION TO CONTINUE HEARING AND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "OPPOSITION TO UNITED STATE'S MOTION TO CONTINUE HEARING AND DEADLINE TO

RESPOND TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE," attached as Exhibit "A," and Declaration of Counsel.

Dated: April 10, 2019

       /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams