LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ANTHONY T. WILLIAMS,<br><br>       Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S NINTH MOTION FOR ORDER TO SHOW CAUSE; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S NINTH MOTION FOR ORDER TO SHOW CAUSE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's NINTH MOTION FOR ORDER TO SHOW CAUSE; attached as Exhibit "A," and Declaration of Counsel.

Dated: April 10, 2019

    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams