# MINUTES

CASE NUMBER:	CR NO. 17-00101LEK
CASE NAME:	USA vs. (01) ANTHONY T. WILLIAMS
ATTYS FOR PLA:
ATTYS FOR DEFT:
INTERPRETER:

JUDGE:	Leslie E. Kobayashi	REPORTER:
DATE:	04/11/2019	TIME:

COURT ACTION:  EO: Defendant's Second Motion [459] to Compel and Ninth Motion [460] for Order to Show Cause will be considered by Judge Leslie E. Kobayashi as Non Hearing Motions.

Memorandum in Opposition is due **4/25/2019.**
Reply Memorandum is due **5/9/2019.**

Defendant's Second Motion [459] to Compel and Ninth Motion [460] for Order to Show Cause will be taken under submission by Judge Leslie E. Kobayashi thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager