LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "REPLY TO GOVERNMENTS IDIOTIC UNITED STATES' RESPONSE TO DEFENDANT'S DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF;"  DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "REPLY TO GOVERNMENTS IDIOTIC UNITED STATES' RESPONSE TO DEFENDANT'S DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED
OR SCAMMED OUT OF"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "REPLY TO GOVERNMENTS IDIOTIC UNITED STATES' RESPONSE TO DEFENDANT'S DEMAND FOR GOVERNMENT TO PROVIDE ANY AFFIDAVITS FROM CLIENTS OF THE UNDERSIGNED WHO SWORE THEY WERE LIED TO OR SCAMMED BY PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMOUNT THEY HAVE CLAIMED THEY WERE DEFRAUDED OR SCAMMED OUT OF," attached as Exhibit "A," and Declaration of Counsel.

Dated: April 11, 2019

            /s/ Lars Isaacson
         LARS ROBERT ISAACSON
         Standby Attorney for
         Defendant Anthony T. Williams