# MINUTES

CASE NUMBER:      CR NO. 17-00101LEK

CASE NAME:        USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     4/15/2019                    TIME:

COURT ACTION:  EO: COURT ORDER GRANTING, OVER DEFENDANT'S OBJECTIONS, THE GOVERNMENT'S MOTION TO CONTINUE HEARING AND DEADLINE TO RESPOND TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE

On March 19, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his Motion for Suppression of Evidence ("Motion to Suppress"). [Dkt. no. 437.] The Motion to Suppress is currently scheduled for hearing on April 18, 2019. Plaintiff the United States of America's ("the Government") deadline to file its response to the Motion to Suppress was April 4, 2019. See Crim. Local Rule LR12.2(d).

On April 5, 2019, the Government filed a motion seeking a continuance of the hearing on the Motion to Suppress and an extension of the deadline to file its response ("Motion to Continue"). [Dkt. no. 449.] On April 10, 2019, Defendant filed two documents, which appear to be identical, opposing the Motion to Continue. [Dkt. nos. 457, 458.] In particular, Defendant states he has two witnesses who have already made arrangements to appear at the April 18, 2019 hearing to testify. Defendant argues he would be prejudiced if the hearing is moved and the witnesses are unable to make arrangements to appear on the new hearing date. [Dkt. no. 457, Decl. of Counsel, Exh. A (opposition prepared by Defendant) at 2.]

The Court notes that the better practice would have been for the Government to file the Motion to Continue before the expiration of the deadline to file its response to the Motion to Suppress. Nevertheless, the Court FINDS that the Motion to Continue presents good cause to continue the hearing on the Motion to Suppress and to extend the briefing deadlines. The Motion to Continue is therefore GRANTED, over Defendant's objections.

      The hearing on the Motion to Suppress is HEREBY CONTINUED to **May 10, 2019, at 2:30 p.m.**, unless Defendant's witnesses are not available on that date. If Defendant's witnesses are not available, the hearing will be rescheduled to a date when the witnesses are available.

      The Court ORDERS Defendant to file a statement, by **April 29, 2019**, that: 1) identifies the witnesses who were scheduled to appear at the original April 18, 2019 hearing; 2) states whether the witnesses are available to testify at the May 10, 2019 hearing; and 3) if the witnesses are not available on May 10, 2019, identifies two alternate hearing dates and times when the witnesses would be available.

      The deadline for the Government's response to the Motion to Suppress is now due by **April 26, 2019**. If Defendant chooses to file an optional reply in support of the Motion to Suppress, he must do so by **May 3, 2019**. If the hearing on the Motion to Suppress is rescheduled to accommodate Defendant's witnesses, the new hearing date **will not affect** these briefing deadlines.

      IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager