KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ANTHONY T. WILLIAMS  (1),  Defendant. | CR. NO. 17-00101 LEK  UNITED STATES'S MOTION TO CONTINUE DEADLINE TO RESPOND TO DEFENDANT'S SECOND MOTION TO COMPEL AND NINTH MOTION FOR ORDER TO SHOW CAUSE; CERTIFICATE OF SERVICE |

UNITED STATES'S MOTION TO CONTINUE
DEADLINE TO RESPOND TO DEFENDANT'S SECOND MOTION
TO COMPEL AND NINTH MOTION FOR ORDER TO SHOW CAUSE

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to continue the deadline to respond to

Defendant Anthony T. Williams's (Defendant) Second Motion to Compel (2d

Motion to Compel) and Ninth Motion For Order To Show Cause (9th OSC Motion).  These two motions, which the defendant filed on April 10, 2019, are among three pending motions filed by the defendant that are currently before the Court.  ECF Nos. 437, 459, 460.  The Court set the response deadline for the 2d Motion to Compel and the 9th OSC Motion for April 25, 2019.  ECF No. 461.

The government requests a fifteen-day continuance of the deadline to respond to these motions, from April 25, 2019 to May 10, 2019.  This is the government's first request for an extension.  The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports the government's request.  The discovery that the defendant seeks in his 2d Motion to Compel—which requires the computer accommodation that he seeks in his 9th OSC Motion—represents forensic images primarily of certain computer and electronic media that belong to Defendant Anthony Williams, which were seized as part of an investigation of mortgage fraud activity conducted by the Federal Bureau of Investigation in Miami.  Also included are forensic images of computer and electronic media that belong to Defendant Barbara Williams and Defendant Anabel Cabebe.

These forensic images have been available to the defendant through his standby counsel Lars Isaacson, Esq. for pick up and copying since January 23,

2019.  *See* Attachment A.  Moreover, during the week of April 15, 2019, counsel for the government called Mr. Isaacson to inform him that the government had prepared three hard drives that contain the forensic images to take to his client for review in his presence at the Federal Detention Center.  Mr. Isaacson asked that we "leave him out of it," as the defendant was "not his client."  He then asked the government to memorialize the offer in writing.

Additional time will be required to respond to the defendant's motions.  In short, the hard drives containing the defendants' own files present complex issues balancing the defendant's right of access with the limitations of his incarceration.  The legal issues were raised and litigated in earlier briefing relating to discovery presented on CDs.  Defendant's Fourth Motion for Order to Show Cause, ECF No. 287; Response in Opposition, ECF No. 292; Order Denying Defendant's Fourth Motion for Order to Show Cause, ECF No. 297; Appeal of Magistrate Judge Decision, ECF No. 300, Response in Opposition, ECF No. 304; Order Denying Defendant's Appeal, ECF No. 347.  At issue on the 2d Motion to Compel and 9th OSC Motion are much larger forensic imaging files, presented on hard drives, which cannot practically be reduced to CDs.  The government is attempting to craft an accommodation that would permit the defendant to review the discovery on the hard drives at the FDC in Mr. Isaacson's presence.  Attachment B.  As of this date, Mr. Isaacson has rejected this solution.

Additional time will also be required to accommodate the undersigned attorney's schedule. Since the 2d Motion to Compel and 9th OSC Motions were filed on April 10, 2019, the counsel has been occupied with responding to the Suppression Motion filed by the defendant. ECF No. 437. In addition, the undersigned counsel has been attending to the following other matters:

- Appeal of detention order. *United States v. Both-Magnisi*, Cr. No. 19-43 SOM;
- Indictment. *United States v. Castro*, Cr. No. 19-54 HG;
- Interview. *United States v. Udarbe*, Cr. No. 17-322 LEK;
- Warrants, new reactive matter. *United States v. Sos, Jr.*, Mag. No. 360 KJM.

In sum, the government requires additional time to respond to the 2d Motion to Compel and the 9th OSC Motion.

///

///

///

///

///

///

///

## CONCLUSION

In light of the foregoing, the government respectfully requests a continuance of fifteen days of the deadline to respond to the 2d Motion to Compel and 9th OSC Motion to and including May 10, 2019.

DATED: April 25, 2019, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


By */s/ Gregg Paris Yates*
   GREGG PARIS YATES
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: April 25, 2019, at Honolulu, Hawaii.

                                              /s/ Gregg Paris Yates
                                              U.S. Attorney's Office
                                              District of Hawaii