## Yates, Gregg (USAHI)

**From:** Yates, Gregg (USAHI)
**Sent:** Wednesday, January 23, 2019 6:45 PM
**To:** ███████@hawaii.rr.com; Lars Robert Isaacson; Birney Bervar
**Cc:** Johnson, Ron (USAHI)
**Subject:** Williams electronic media

Counsel:

We have completed copying various electronic media and are making these available for your inspection. There is a total of about 2.146 TB of data available for inspection. If you would like us to make copies of the files on these drives for you, please provide us with either a single 3TB hard drive or two 2TB hard drives.

Most of the data (1.95 TB) represent files kept on media belonging to Anthony Williams, which were seized in connection with the investigation of Mr. Williams in Miami, Florida, and which were maintained by the FBI field office there. We received the files in November 2018 after the U.S. Attorney for the Southern District of Florida declined prosecution. We recently completed processing these files and are making the files available for your inspection now.

Two other data sources, namely Barbara Williams's HP laptop (117 GB), and Maryjane Castillo's Apple desktop, which was utilized by Anthony Williams in Honolulu (included in figure above), were reviewed and relevant documents were previously produced in discovery. Nonetheless, the entirety of the files on these computers is now being made available for inspection.

Finally, the contents of Anabel Cabebe's Toshiba laptop (79 GB) is also being made available for inspection, and is being produced in its entirety.

Let me know if you have any further questions.

Gregg Paris Yates
Assistant U.S. Attorney
United States Attorney's Office
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
(808) 440-9220
███████@usdoj.gov





ATTACHMENT A