# Yates, Gregg (USAHI)

| | |
|---|---|
| **From:** | Timothy Rodrigues <​███████​bop.gov> |
| **Sent:** | Thursday, April 18, 2019 2:20 PM |
| **To:** | Yates, Gregg (USAHI) |
| **Subject:** | Williams hard drives - wait until May |
| **Attachments:** | Threats 2.pdf; Fire.pdf; Threats 1.pdf |

Hi Gregg,

The Warden approved the hard drives and there is a memo in place allowing Lars to enter with them. However, Lars may as well not attempt this for the next three weeks. Williams will be in SHU until then and getting Lars a contact visit in SHU for this purpose is another hurdle.

Williams got a 30-day suspended SHU sentence following his attempt to incite a group demonstration on 3/13 (see att "Fire" email). The email is Williams' characterization of what occurred. In reality, using his oratory prowess, he completely obstructed the fire drill and attempted to rally the unit to resist the staff, lest they court death during an actual fire.

Following his threating/insolent emails to staff on 4/9, he was sent to SHU. Williams just had his disciplinary hearing and got the 30 days imposed from the group demonstration charge. We're being mindful of allowing him access to research and his other e-discovery while in SHU and I've asked them to thoroughly document everything.

He should be back in GP around May 9th. The memo is already in the lobby for when that time comes.

Tim

\>>> Timothy Rodrigues 4/10/2019 2:22 PM >>>
Hi Gregg,

Williams was put in SHU for insolence and threats to staff. Please see attached.

I'll be out tomorrow and Friday but can follow up on this and the hard drive issue on Monday.

Tim

Timothy A. Rodrigues | Senior Attorney
US Department of Justice | Federal Bureau of Prisons
M: FDC Honolulu | PO Box 30547 | Honolulu, HI 96820
T: (808) 838-4301| E: ███████@bop.gov

ATTACHMENT **B**