LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　　Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S RESPONSE TO 4/15/19 ELECTRONIC ORDER (DOCKET #463); DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

## DEFENDANT'S RESPONSE TO
## 4/15/19 ELECTRONIC ORDER (DOCKET #463)

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's DEFENDANT'S RESPONSE TO 4/15/19 ELECTRONIC ORDER (DOCKET #463); and Declaration of Counsel.

Dated: April 29, 2019


      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams