# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 05/01/2019 | TIME: | |

COURT ACTION:  EO: COURT ORDER GRANTING THE GOVERNMENT'S MOTION TO CONTINUE DEADLINE TO RESPOND TO DEFENDANT'S SECOND MOTION TO COMPEL AND NINTH MOTION FOR ORDER TO SHOW CAUSE

On April 10, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his Second Motion to Compel ("Motion to Compel") and Ninth Motion for Order to Show Cause ("Ninth OSC Motion").  [Dkt. nos. 459, 460.]  Plaintiff the United States of America's ("Government") memoranda in opposition to the motions were due on April 25, 2019.  [EO, filed 4/11/19 (dkt. no. 461).]

Before the Court is the Government's Motion to Continue Deadline to Respond to Defendant's Second Motion to Compel and Ninth Motion for Order to Show Cause ("Extension Motion"), filed April 25, 2019.  [Dkt. no. 466.]  The Government requests a fifteen-day extension of its deadline to file its memoranda in opposition.  [Extension Motion at 2.]  For the reasons stated in the Extension Motion, this Court FINDS there is good cause to grant the extension.  The Extension Motion is therefore GRANTED, and the deadline for the Government's memorandum in opposition to the Motion to Compel and its memorandum in opposition to the Ninth OSC Motion is now **May 10, 2019**.  Further, Defendant's optional reply memorandum in support of the Motion to Compel and his optional reply memorandum in support of the Ninth OSC Motion are now due by **May 24, 2019**.

This Entering Order only addresses the filing deadlines related to the Motion to Compel and the Ninth OSC Motion.  All other proceeding dates and filing deadlines remain the same.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager