LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>      Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "REPLY AND DECLARATION TO THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE (DOCKET #467)"; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"REPLY AND DECLARATION TO THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR SUPPRESSION OF EVIDENCE (DOCKET #467)"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "REPLY AND DECLARATION TO THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION

FOR SUPPRESSION OF EVIDENCE (DOCKET #467)";

Declaration of Counsel; and Exhibit "A."

Dated: May 7, 2019

                                                  /s/ Lars Isaacson
                                      LARS ROBERT ISAACSON
                                      Standby Attorney for
                                      Defendant Anthony T. Williams