LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S WITNESS LIST; CERTIFICATE OF SERVICE<br><br>Date: 5/10/19<br>Time: 2:30 p.m.<br>Judge: Hon. Leslie E. Kobayashi |
|---|---|

<u>DEFENDANT'S WITNESS LIST</u>

Defendant Williams' witness list is attached hereto. Mr. Williams reserves the right to add to, delete from or otherwise modify this list during the course of the hearing.

1. Melvyn Ventura

2. Rosy Thomas

3. Evelyn Acorda

4. Megan Crawley, FBI Special Agent.

Dated: May 10, 2019                    Respectfully submitted,


        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for Defendant



## CERTIFICATE OF SERVICE

I certify that on May 10, 2019, a copy of the foregoing was delivered to all parties by electronic filing.


Respectfully submitted,


        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for Defendant