LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S EXHIBIT LIST; CERTIFICATE OF SERVICE |

<u>DEFENDANT'S EXHIBIT LIST</u>

Defendant Anthony T. Williams hereby submits his exhibit list, attached hereto, in the above-captioned hearing on Defendant's Motion to Suppress, currently set for May 10, 2019 at 2:30 p.m.

Dated: May 10, 2019                     Respectfully submitted,


                                        /s/ Lars Isaacson
                                        LARS ROBERT ISAACSON
                                        Standby Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| United States of America | Exhibit List |
|---|---|
| v. | |
| Anthony T. Willliams | Case No. 17-00701 SOM |

| Presiding Judge:<br>LESLIE KOBAYASH | Plaintiff's Attorneys<br>GREGORY YATES | Defendant's Attorney<br>LARS ROBERT ISAACSON |
|---|---|---|
| Hearing date<br>MAY 10, 2019 | Court Reporter: | Courtroom Deputy:<br>WARREN NAKAMURA |

| EXHIBIT NO. | DATE ADMITTED | DESCRIPTION |
|---|---|---|
| A | | Affidavit of Rosy Thomas |
| B | | Affidavit of Anabelle Cabebe |
| C | | Affidavit of Angelita Pasion |
| D | | 7/19/15 Letter from Lafortezas |
| E | | 9/21/15 Letter from Watanabe |
| F | | 9/16/13 Letter from Watanabe |
| G | | Receipts/checks |
| H | | 7/24/15 Letter from Watanabe |
| I | | 5/15/15 Letter from Sumstine |
| J | | In re Henry Mascasio Malinay case |
| K | | Courtwatcher docs |

| L | | Article re Whistleblowers |
| --- | --- | --- |
| M | | Article re Private Attorney General |
| N | | Mortgage Enterprise Investments Docs |
| O | | Illinois Anti-predatory database document |
| P | | 5/9/19 FDC Honolulu incident report |
| Q | | 4/22/19 USDOJ Letter to Williams |
| R | | 12/14/15 Application for Search Warrant |

Dated: May 10, 2019              Respectfully submitted,


               _____/s/ Lars Isaacson_____
               LARS ROBERT ISAACSON
               Standby Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on May 10, 2019, a copy of the foregoing was delivered to all parties by electronic filing.

                                                                  /s/ Lars Isaacson
                                                  LARS ROBERT ISAACSON
                                                  Standby Attorney for Defendant