# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| ATTYS FOR PLA: | Gregg Paris Yates |
| ATTYS FOR DEFT: | (01) Anthony T. Williams, Pro Se |
|  | (01) Lars R. Isaacson |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 05/10/2019 | TIME: | 2:30-3:35 |

COURT ACTION:  EP: Defendant's [441] MOTION for Evidentiary Hearing re [437] MOTION to Suppress Evidence; Defendants' MOTION [437] to Suppress Evidence;

Defendant (01) Anthony T. Williams present in custody.

Defendant's [441] MOTION for Evidentiary Hearing re [437] MOTION to Suppress Evidence.  Court finds that there is no basis for the evidentiary hearing.  **Motion [441] is Denied and terminated.**

Defendants' MOTION [437] to Suppress Evidence;

Court will receive Defendant's Exhibits after conclusion of the hearing.  USA may respond to the Exhibits if they want to by 5/17/2019.

Arguments heard.  **Motion [437] taken under submission**.  Court to issue Order.

Defendant's Oral Request regarding access to the law library, Defendant to file something in writing.

USA's Oral Request for an extension of time to respond to outstanding discovery motions is Granted, responses are due 5/17/2019.

Defendant's Exhibits A, B, C, E, F, H, J, O and R received.

Defendant (01) Anthony Williams remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager