# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 17-00101LEK |
| CASE NAME: | USA vs. (01) ANTHONY T. WILLIAMS |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 5/13/2019 | TIME: | |

COURT ACTION:  EO: COURT ORDER REGARDING BRIEFING DEADLINES FOR DEFENDANT'S SECOND MOTION TO COMPEL AND NINTH MOTION FOR ORDER TO SHOW CAUSE

On April 10, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his Second Motion to Compel ("Motion to Compel") and Ninth Motion for Order to Show Cause ("Ninth OSC Motion").  [Dkt. nos. 459, 460.]  Plaintiff the United States of America's ("Government") memoranda in opposition to the motions were due on May 10, 2019.  [EO: Court Order Granting the Government's Motion to Continue Deadline to Respond to Def.'s Second Motion to Compel and Ninth Motion for Order to Show Cause, filed 5/1/19 (dkt. no. 469).]

On May 10, 2019, during a hearing on another matter in this case, this Court granted the Government's oral request for an extension of its deadline to respond to the Motion to Compel and the Ninth OSC Motion.  The Government's memoranda in opposition are now due by **May 17, 2019**.  [Minutes (dkt. no. 477).]  In light of the Government's extension and the representations that Defendant made during the May 10, 2019 hearing, Defendant's optional reply memorandum in support of the Motion to Compel and his optional reply memorandum in support of the Ninth OSC Motion are now due by **June 7, 2019**.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager