UNITED STATES OF AMERICA

vs.

ANTHONY WILLIAMS

cc: LEK / PSA / π

CASE NO. 17-00101 LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 15 2019

at 4 o'clock and 00 min. P M
SUE BEITIA, CLERK
LS

## MOTION FOR INJUNCTION AGAINST THE FDC FOR RETALIATION

ORIGINAL

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Motion For Injunction Against The FDC For Retaliation. In support of this motion the undersigned states the following facts and Declaration of Anthony Williams.

The FDC administration continues to target the undersigned by constantly writing false disciplinaries to take away the Undersigned's ability to communicate by phone or email with his Standby Counsel, family and friends. The undersigned is continuously subjected to being placed in the SHU for made up allegations of rule violations that did not occur.

The undersigned has more than exhausted his administrative remedies all the way up to the headquarters BOP and still haven't obtained relief because at all levels the complaints get ignored or disregarded.

for expungement of the false disciplinary report of threatening bodily harm when the court can determine itself from the exhibit that no such threat was made and to order the FDC to restore the undersigned's use of the phone and email so that he can properly draft motions and communicate with his standby, family and friends, and receive his religious material and apparel.

CONCLUSION

Based upon the foregoing facts and the attached Declaration of Anthony Williams, the undersigned moves the court to grant this motion in the interest of justice.
Executed this 12th day of May 2019.

Righteously submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654)
(First Judiciary Act of 1789, Sec. 35)

Received By Mail
Date 5/15/19

Mailed On
Date 5/16/19