KENJI M. PRICE #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax:       (808) 541-2958
E-Mail:    Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION FOR |
| | ) MISCELLANEOUS RELIEF |
| vs. | ) RELATING TO ITS RESPONSE TO |
| | ) DEFENDANT'S SECOND MOTION TO |
| ANTHONY T. WILLIAMS, | ) COMPEL; CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

UNITED STATES'S MOTION FOR MISCELLANEOUS RELIEF RELATING
TO ITS RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL

The government respectfully submits this motion for miscellaneous relief

relating to its Response To Defendant's Second Motion To Compel, ECF No. 482.

First, the government seeks leave to file this response brief out-of-time. Good cause supports this request. Pursuant to an oral Order of this Court, dated May 10, 2019, the deadline to respond to the Defendant's Second Motion to Compel was May 17, 2019. The undersigned counsel for the government filed two other briefs in this matter on May 17, 2019, and attempted to timely file this response brief, but encountered technical difficulties with filing via the Court's ECF system beginning at approximately 11:45 p.m. Attachment A is a print-out of the error message received from the ECF website after every attempted filing. Accordingly, the undersigned counsel hand-delivered a hardcopy brief to the Court's late night dropbox, but did not do so until 12:22 a.m. on May 18, 2019.

Second, the government intended to file Exhibit B to its response in opposition with certain information redacted. Exhibit B represents an e-mail sent from Bureau of Prisons counsel to the undersigned counsel, and should have the signature block of the sender redacted. However, the Exhibit B that was filed with the Response brief left the signature block unredacted.

Accordingly, the government moves to have the original Exhibit B removed from the docket, and replaced with the attached Exhibit B. Alternatively, the government moves to have its entire Response Brief and exhibits removed from the ECF docket, with leave to promptly re-file the brief together with a corrected, redacted Exhibit B.

## CONCLUSION

For the reasons above, the government respectfully requests that the Court grant leave to file its Response To Defendant's Second Motion to Compel out of time, and to file a corrected, redacted Exhibit B.

DATED: May 20, 2019, at Honolulu, Hawaii.

                                            KENJI M. PRICE
                                            United States Attorney
                                            District of Hawaii

                                        By */s/ Gregg Paris Yates*
                                              GREGG PARIS YATES
                                              Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: May 20, 2019, at Honolulu, Hawaii.

                                        */s/ Melena Malunao*
                                        U.S. Attorney's Office
                                        District of Hawaii