# MINUTES

CASE NUMBER: CR NO. 17-0101LEK

CASE NAME: USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Leslie E. Kobayashi    REPORTER:

DATE: 05/20/2019    TIME:

COURT ACTION: EO: Defendant (01) Anthony T. Williams Motion [479] for Injunction Against the FDC For Retaliation will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/3/2019.** Reply Memorandum is due **6/17/2019**.

Defendant (01) Anthony T. Williams Motion [479] for Injunction Against the FDC For Retaliation will be taken under submission thereafter. Court to iuuse Order.

Submitted by: Warren N. Nakamura, Courtroom Manager