KENJI M. PRICE #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail:    gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
|---|---|
| Plaintiff, | ) <br> ) CORRECTED CERTIFICATES OF <br> ) SERVICE FOR ECF NOS. 482 AND 483; |
| vs. | ) CERTIFICATE OF SERVICE <br> ) |
| ANTHONY T. WILLIAMS (1), | ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## CORRECTED CERTIFICATES OF SERVICE FOR ECF NOS. 482 AND 483

The certificates of service attached to ECF Nos. 482 and 483 were incorrect. Accordingly, the government submits corrected certificates of service for the following documents:

- Response to Defendant's Second Motion to Compel, ECF No. 482;

- Motion to File Response Brief Out of Time and to Correct Exhibit Re [ECF No.] 482 Response to Motion by USA, ECF No. 483.

I hereby certify that, on May 18, 2019, a brief entitled, "Response to Defendant's Second Motion to Compel" was filed with the Court via its drop box. Subsequently, on May 20, 2019, a true and correct copy of that brief was served on the following electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Stand-by Attorney for Defendant
ANTHONY T. WILLIAMS

Michael Jay Green, Esq.
michaeljgreen@hawaii.rr.com

Attorney for Defendant
ANABEL CABEBE

Birney B. Bervar, Esq.
bbb@bervar-jones.com

Attorney for Defendant
BARBARA WILLIAMS

I further certify that, on May 22, 2019, a brief entitled, "Response to Defendant's Second Motion to Compel," was served on the following by First Class Mail, that was true and correct with the exception that Exhibit B contains a single redaction that is the subject of a pending motion:

//
//

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

In addition, I certify that, on May 20, 2019, a true and correct copy of a brief entitled, "Motion to File Response Brief Out of Time and to Correct Exhibit Re [ECF No.] 482 Response to Motion by USA," was served on the following electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Stand-by Attorney for Defendant
ANTHONY T. WILLIAMS

Michael Jay Green, Esq.
michaeljgreen@hawaii.rr.com

Attorney for Defendant
ANABEL CABEBE

Birney B. Bervar, Esq.
bbb@bervar-jones.com

Attorney for Defendant
BARBARA WILLIAMS

I further certify that, on May 22, 2019, a true and correct copy of a brief entitled, "Motion to File Response Brief Out of Time and to Correct Exhibit Re [ECF No.] 482 Response to Motion by USA," was served on the following by First Class Mail:

3

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: May 22, 2019, at Honolulu, Hawaii.

*/s/ Gregg Paris Yates*
U.S. Attorney's Office
District of Hawaii

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

**Served via CM/ECF:**

Lars R. Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
 ANTHONY WILLIAMS

**Served via Certified Mail:**

Anthony T. Williams
Register No. 05963-122
FDC Honolulu
Federal Detention Center
Inmate Mail
PO Box 30080
Honolulu, HI 96820

DATED:   May 22, 2019, at Honolulu, Hawaii.

/s/ Melena Malunao
United States Attorney's Office
District of Hawaii