LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION FOR GOVERNMENT TO OUTLINE WHICH DEVICE(S) WERE SEARCHED THAT CONTAINED EVIDENCE SOUGHT WHICH RESULTED IN 32 COUNTS OF MAIL AND WIRE FRAUD;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION FOR GOVERNMENT TO OUTLINE WHICH DEVICE(S) WERE SEARCHED THAT CONTAINED EVIDENCE SOUGHT WHICH RESULTED IN 32 COUNTS OF MAIL AND WIRE FRAUD"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "MOTION FOR GOVERNMENT TO

OUTLINE WHICH DEVICE(S) WERE SEARCHED THAT CONTAINED EVIDENCE SOUGHT WHICH RESULTED IN 32 COUNTS OF MAIL AND WIRE FRAUD;" Declaration of Counsel; and Exhibit "A."

Dated: May 23, 2019

                            /s/ Lars Isaacson
                    LARS ROBERT ISAACSON
                    Standby Attorney for
                    Defendant Anthony T. Williams