# MINUTES

CASE NUMBER:     CR NO. 17-0101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    05/20/2019                   TIME:

COURT ACTION:  **AMENDED** EO:  Defendant (01) Anthony T. Williams Motion [479] for Injunction Against the FDC For Retaliation will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/3/2019.**
Reply Memorandum is due **6/17/2019**.

Defendant (01) Anthony T. Williams Motion [479] for Injunction Against the FDC For Retaliation will be taken under submission thereafter. Court to **issue** Order.

Submitted by: Warren N. Nakamura, Courtroom Manager