# MINUTES

CASE NUMBER:      CR NO. 17-0101LEK

CASE NAME:        USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi          REPORTER:

DATE:     05/28/2019                    TIME:

---

COURT ACTION:   EO: Defendant (01) Anthony T. Williams Motion [488] for Government to Outline Which Device(s) Were Searched that Contained Evidence Sought Which Resulted in 32 Counts of Mail and Wire Fraud will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/12/2019.**
Reply Memorandum is due **6/26/2019**.

Defendant (01) Anthony T. Williams Motion [488] for Government to Outline Which Device(s) Were Searched that Contained Evidence Sought Which Resulted in 32 Counts of Mail and Wire Fraud  will be taken under submission thereafter.  Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager