# DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson, and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. On or about May 14, 2019, I received a letter from Mr. Williams in which he asked me to file with this Court the document attached as Exhibit "A." He had indicated that he had provided this to me in February 2019, but I could find no record of this.

3. I took no part in the creation of this document.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated June 1, 2019

        Respectfully submitted,

        /s/ Lars Isaacson
        LARS ROBERT ISAACSON
        Standby Attorney for
        Defendant Anthony T. Williams