LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION FOR MISCELLANEOUS RELIEF;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

"MOTION FOR MISCELLANEOUS RELIEF"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "MOTION FOR MISCELLANEOUS RELIEF;" Declaration of Counsel; and Exhibit "A."

Dated: June 1, 2019

                                          /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams