LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION FOR GOVERNMENT TO OUTLINE WHAT SPECIFIC ACT COMMITTED BY PAG ANTHONY WILLIAMS WHICH GAVE THEM SUSPICION THAT A FEDERAL CRIME MAY HAVE BEEN COMMITTED;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION FOR GOVERNMENT TO OUTLINE WHAT SPECIFIC ACT COMMITTED BY PAG ANTHONY WILLIAMS WHICH GAVE THEM SUSPICION THAT A FEDERAL CRIME MAY HAVE BEEN COMMITTED"

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides Defendant's "MOTION FOR GOVERNMENT TO OUTLINE WHAT SPECIFIC ACT COMMITTED BY PAG ANTHONY WILLIAMS WHICH GAVE THEM SUSPICION THAT A FEDERAL CRIME MAY HAVE BEEN COMMITTED;" Declaration of Counsel; and Exhibit "A."

Dated: June 1, 2019

                                        /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams