LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION FOR MANDATORY JUDICIAL NOTICE OF LAW CERTIFICATION OF PRIVATE ATTORNEY GENERAL ANTHONY TROY WILLIAMS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION FOR MANDATORY JUDICIAL NOTICE OF LAW CERTIFICATION OF PRIVATE ATTORNEY GENERAL ANTHONY TROY WILLIAMS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "MOTION FOR MANDATORY JUDICIAL NOTICE OF LAW CERTIFICATION OF PRIVATE ATTORNEY

GENERAL ANTHONY TROY WILLIAMS;" Declaration of Counsel; and Exhibit "A."

Dated: June 1, 2019

                                          /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams