LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION TO IMPEACH HENRY MALINAY FOR PERJURY IN A JUDICIAL PROCEEDING;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION TO IMPEACH HENRY MALINAY FOR PERJURY IN A JUDICIAL PROCEEDING"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "MOTION TO IMPEACH HENRY MALINAY FOR PERJURY IN A JUDICIAL PROCEEDING;" Declaration of Counsel; and Exhibit "A."

Dated: June 1, 2019

     /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams