LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "MOTION FOR THE GOVERNMENT TO STOP VIOLATING PAG ANTHONY WILLIAMS FIRST AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"MOTION FOR THE GOVERNMENT TO STOP VIOLATING PAG ANTHONY WILLIAMS FIRST AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "MOTION FOR THE GOVERNMENT TO STOP VIOLATING PAG ANTHONY WILLIAMS FIRST

AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION;"

Declaration of Counsel; and Exhibit "A."

Dated: June 1, 2019

                              /s/ Lars Isaacson
                    LARS ROBERT ISAACSON
                    Standby Attorney for
                    Defendant Anthony T. Williams