LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>DEFENDANT'S "SUPPLEMENTAL SUPPRESSION EVIDENCE IN SUPPORT OF THE ORIGINAL MOTION FOR SUPPRESSION OF EVIDENCE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

"SUPPLEMENTAL SUPPRESSION EVIDENCE IN SUPPORT
OF THE ORIGINAL MOTION FOR SUPPRESSION OF
EVIDENCE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's "SUPPLEMENTAL SUPPRESSION EVIDENCE IN SUPPORT OF THE ORIGINAL MOTION FOR

SUPPRESSION OF EVIDENCE;" Declaration of Counsel; and Exhibit "A."

Dated: June 2, 2019

                                                  /s/ Lars Isaacson
                                      LARS ROBERT ISAACSON
                                      Standby Attorney for
                                      Defendant Anthony T. Williams