# MINUTE ORDER

CASE NUMBER:  1:17-CR-00101-LEK

CASE NAME:  USA v. Anthony T. Williams

JUDGE:  Leslie E. Kobayashi     DATE:  6/4/2019

COURT ACTION: EO: [495]Defendant's "Motion to Show Prosecutors Ronald G. Johnson and Gregg Paris Yates Engaged in Unlawful Selective Prosecution Against Private Attorney General Anthony Troy Williams; [496]Defendant's Motion For Miscellaneous Relief; [497]Defendant's "Motion for Government to Outline What Specific Act Committed by Pag Anthony Williams Which Gave Them Suspicion That a Federal Crime May Have Been Committed"; [498]Motion "For Mandatory Judicial Notice of Law Certification of Private Attorney General Anthony Troy Williams"; [499]Motion "To Impeach Henry Malinay for Perjury in a Judicial Proceeding"; and [500]Motion "For the Government to Stop Violating Pag Anthony Williams First Amendment Right to Free Exercise of Religion" will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/18/2019.** Reply Memorandum is due **7/2/2019.**

[495]Defendant's "Motion to Show Prosecutors Ronald G. Johnson and Gregg Paris Yates Engaged in Unlawful Selective Prosecution Against Private Attorney General Anthony Troy Williams; [496]Defendant's Motion For Miscellaneous Relief; [497]Defendant's "Motion for Government to Outline What Specific Act Committed by Pag Anthony Williams Which Gave Them Suspicion That a Federal Crime May Have Been Committed"; [498]Motion "For Mandatory Judicial Notice of Law Certification of Private Attorney General Anthony Troy Williams"; [499]Motion "To Impeach Henry Malinay for Perjury in a Judicial Proceeding"; and [500]Motion "For the Government to Stop Violating Pag Anthony Williams First Amendment Right to Free Exercise of Religion" will be taken under submission thereafter. Court to issue Order.

Submitted by: Theresa Lam, Courtroom Manager