# MINUTE ORDER

CASE NUMBER:     1:17-CR-00101-LEK

CASE NAME:       USA v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi          DATE:       6/4/2019

COURT ACTION: EO: [492]Defendant's "Motion for Bond"; and [493]Defendant's "Motion To Show Administrative Remedy Procedures at FDC Honolulu Are a Sham, Farce and No Available Means for a Remedy" will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/18/2019.** Reply Memorandum is due **7/2/2019.**

[492]Defendant's "Motion for Bond"; and [493]Defendant's "Motion To Show Administrative Remedy Procedures at FDC Honolulu Are a Sham, Farce and No Available Means for a Remedy" will be taken under submission thereafter. Court to issue Order.

Submitted by: Theresa Lam, Courtroom Manager