# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:       USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    06/06/2019                    TIME:

COURT ACTION:  EO: Defendant (01) Anthony T. Williams' Motion [497] for Government to Outline What Specific Act Committed by PAG Anthony Williams Which Gave them Suspicion that a Federal Crime May Have Been Committed will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **6/20/2019.**
Reply Memorandum is due **7/5/2019**.

Defendant (01) Anthony T. Williams' Motion [497] for Government to Outline What Specific Act Committed by PAG Anthony Williams Which Gave them Suspicion that a Federal Crime May Have Been Committed will be taken under submission thereafter.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager