KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:      gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE DEADLINE TO RESPOND |
| vs. | ) TO DEFENDANT'S MOTION FOR THE |
| | ) GOVERNMENT TO STOP VIOLATING |
| ANTHONY T. WILLIAMS  (1), | ) PAG ANTHONY WILLIAMS FIRST |
| | ) AMENDMENT RIGHT TO FREE |
| Defendant. | ) EXERCISE OF RELIGION; |
| | ) CERTIFICATE OF SERVICE |
| | ) |

UNITED STATES'S MOTION FOR THE GOVERNMENT TO
STOP VIOLATING DEFENDANT ANTHONY T. WILLIAMS' MOTION
FOR THE GOVERNMENT TO STOP VIOLATING PAG ANTHONY
WILLIAMS FIRST AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to continue the deadline to respond to

Defendant Anthony T. Williams's Motion for the Government to Stop Violating

PAG Anthony Williams First Amendment Right to Free Exercise of Religion

(Motion).  ECF No. 500.  The Motion is one of eight (8) motions filed by the

defendant on June 1, 2019, and one of ten (10) motions filed by the defendant since

May 23, 2019.  *See* ECF Nos. 479, 488, 492, 493, 495, 496, 497, 498, 499, and

500.  On June 4, 2019, the Court set the response deadline for the eight June 1,

2019 motions on June 18, 2019.  ECF Nos. 504, 505.

The government requests a seven-day continuance of the deadline to respond

to the Motion, from June 18, 2019 to June 25, 2019.  This is the government's first

request for an extension of this Motion.  The defendant is representing himself *pro*

*se*; counsel for the government has not met-and-conferred with the defendant

regarding this request.

Good cause supports the government's request.  As of the time of this

request, the government has timely responded to nine of the ten briefs filed by the

defendant since the hearing upon his suppression motion.  *See* ECF Nos. 502, 503

(relating to ECF Nos. 492, 496, 497, 498, and 499), 507, 508, and 509.  These ten

motions have taken a substantial amount of government resources to respond to.

The defendant's aggressive motion practice, which has involved filing 83 motions

to date, also involves the re-litigation of duplicative arguments.  It has therefore

required substantial time to review the defendant's past filings to identify for the

Court those instances where it has already ruled upon an issue raised by the defendant.  For instance, of the ten most recent motions filed by the defendant, three (3) raise issues that were previously resolved by this Court in earlier Orders. *Compare* Motion for Recognition as a Private Attorney General and a Sovereign, ECF No. 237; *with* Motion for Judicial Notice of Law Certification of Private Attorney General Anthony Troy Williams, ECF No. 498; *and compare* Sworn Motion to Disbar Ronald Joh[n]son for Prosecutorial Misconduct and Racism, ECF No. 242; *with* Motion to Show Prosecutors Ronald G. Johnson and Gregg Paris Yates Engaged in Unlawful Selective Prosecution Against Private Attorney General Anthony Troy Williams, ECF No. 495; *and compare* Motion in Opposition to Denial of Speedy Trial and Pre-trial Defense at 1, ECF No. 133; *with* Motion for Bond, Exh. A. at 3, ECF No. 492.

The government has been diligent in responding to the defendant's motions to date and requests an additional 7 days to respond to the defendant's First Amendment motion.

//

//

//

//

//

//

## CONCLUSION

In light of the foregoing, the government respectfully requests a continuance

of seven days of the deadline to respond to the Motion to and including June 25,

2019.

DATED:  June 28, 2019, at Honolulu, Hawaii.


KENJI M. PRICE
United States Attorney
District of Hawaii


By */s/ Gregg Paris Yates*
   GREGG PARIS YATES
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  June 28, 2019, at Honolulu, Hawaii.

/s/ Jodene Isa
U.S. Attorney's Office
District of Hawaii