LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "PAG Anthony Williams RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS, ECF NOS. 492, 496, 497, 498 AND 499;" DECLARATION OF COUNSEL; EXHIBIT "A and "A-1;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PAG Anthony Williams RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS, ECF NOS. 492, 496, 497, 498 AND 499"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "PAG Anthony Williams RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S

MOTIONS, ECF NOS. 492, 496, 497, 498 AND 499;" Declaration of Counsel; and Exhibit "A."

Dated: July 3, 2019

                                             /s/ Lars Isaacson
                                    LARS ROBERT ISAACSON
                                    Standby Attorney for
                                    Defendant Anthony T. Williams