LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY T. WILLIAMS, <br><br> Defendant. | CR. NO. 17-00101-LEK <br><br> DEFENDANT'S "MOTION TO REMOVE UNLAWFUL STIPULATIONS ON NON-COMMUNICATION BETWEEN PRIVATE ATTORNEY GENERAL Anthony Williams AND HIS QUEEN MOTHER Mrs. Barbara Williams;" DECLARATION OF COUNSEL; EXHIBIT "A:" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION TO REMOVE UNLAWFUL STIPULATIONS ON NON-COMMUNICATION BETWEEN PRIVATE ATTORNEY GENERAL Anthony Williams AND HIS QUEEN MOTHER Mrs. Barbara Williams"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION TO REMOVE UNLAWFUL

STIPULATIONS ON NON-COMMUNICATION BETWEEN PRIVATE ATTORNEY GENERAL Anthony Williams AND HIS QUEEN MOTHER Mrs. Barbara Williams;" Declaration of Counsel; and Exhibit "A."

Dated: July 3, 2019

                                              /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams