# MINUTES

CASE NUMBER:     CR NO. 17-00101LEK

CASE NAME:     USA vs. (01) ANTHONY T. WILLIAMS

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Leslie E. Kobayashi     REPORTER:

DATE:     07/05/2019     TIME:

COURT ACTION:  EO: Defendant (01) Anthony T. Williams' Motion [514] to Remove Unlawful Stipulations on Non-Communication between Private Attorney General Anthony Williams and His Queen Mother Mrs. Barbara Williams will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Responsive Memorandum or Memorandum in Opposition is due **7/19/2019**.
Reply Memorandum is due **8/2/2019**.

Defendant (01) Anthony T. Williams' Motion [514] to Remove Unlawful Stipulations on Non-Communication between Private Attorney General Anthony Williams and His Queen Mother Mrs. Barbara Williams will be taken under submission thereafter.

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager