


LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY T. WILLIAMS, <br><br> Defendant. | CR. NO. 17-00101-LEK <br><br> NOTICE OF WITHDRAWAL OF DOCKET #516; CERTIFICATE OF SERVICE |
|---|---|

NOTICE OF WITHDRAWAL OF DOCKET #516

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby withdraws Docket #516, filed as REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SHOW PROSECUTORS RONALD G. JOHNSON AND GREGG PARIS

YATES ENGAGED IN UNLAWFUL SELECTIVE PROSECUTION AGAINST PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS." The reason for this withdrawal is that this document is in fact a duplication of Docket #515 and was filed in error.

Dated: July 9, 2019

                                            /s/ Lars Isaacson  
                                   LARS ROBERT ISAACSON  
                                   Standby Attorney for  
                                   Defendant Anthony T. Williams