LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br> v. <br><br> ANTHONY T. WILLIAMS, <br><br>   Defendant. | CR. NO. 17-00101-LEK <br><br> DEFENDANT'S "REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SHOW PROSECUTORS RONALD G. JOHNSON AND GREGG PARIS YATES ENGAGED IN UNLAWFUL SELECTIVE PROSECUTION AGAINST PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS;" DECLARATION OF COUNSEL; EXHIBIT "A:" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SHOW PROSECUTORS RONALD G. JOHNSON AND GREGG PARIS YATES ENGAGED IN UNLAWFUL SELECTIVE PROSECUTION AGAINST PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SHOW PROSECUTORS RONALD G. JOHNSON AND GREGG PARIS YATES ENGAGED IN UNLAWFUL SELECTIVE PROSECUTION AGAINST PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS;" Declaration of Counsel and Exhibit "A."

Dated: July 9, 2019

                                               /s/ Lars Isaacson
                                    LARS ROBERT ISAACSON
                                    Standby Attorney for
                                    Defendant Anthony T. Williams