LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>   Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "REPLY TO UNITED STATE'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT #487] AND NINTH MOTION FOR ORDER TO SHOW CAUSE [DKT #481] AND UNITED STATES' MOTION FOR MISCELLANEOUS RELIEF RELATING TO IT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT# 483];" DECLARATION OF COUNSEL; EXHIBIT "A'" CERTIFICATE OF SERVICE |

DEFENDANT'S "REPLY TO UNITED STATE'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT #487] AND NINTH MOTION FOR ORDER TO SHOW CAUSE [DKT #481] AND UNITED STATES' MOTION FOR MISCELLANEOUS RELIEF RELATING TO IT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT# 483]"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "REPLY TO UNITED STATE'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT #487] AND NINTH MOTION FOR ORDER TO SHOW CAUSE [DKT #481] AND UNITED STATES' MOTION FOR MISCELLANEOUS RELIEF RELATING TO IT'S RESPONSE TO DEFENDANT'S SECOND MOTION TO COMPEL [DKT# 483]; Declaration of Counsel and Exhibit "A."

Dated: July 18, 2019

                                          /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams