LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "MOTION TO DISQUALIFY RONALD G. JOHNSON AND GREGG PARIS YATES FOR NOT HAVING AN OATH OF OFFICE FILED AND FOR NOT HAVING A VALID LICENSE TO PRACTICE LAW;" DECLARATION OF COUNSEL; EXHIBIT "A"' CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION TO
DISQUALIFY RONALD G. JOHNSON AND GREGG PARIS
YATES FOR NOT HAVING AN OATH OF OFFICE FILED AND
FOR NOT HAVING A VALID LICENSE TO PRACTICE LAW"

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides DEFENDANT'S "MOTION TO DISQUALIFY RONALD

G. JOHNSON AND GREGG PARIS YATES FOR NOT HAVING AN OATH OF OFFICE FILED AND FOR NOT HAVING A VALID LICENSE TO PRACTICE LAW;" Declaration of Counsel and Exhibit "A."

Dated: July 22, 2019

                                                         /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams