KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES   #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-9220
E-Mail:      Gregg.Yates@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 17-00101 LEK |
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DEMAND IMMEDIATE RELEASE; CERTIFICATE OF SERVICE |
| v. | |
| ANTHONY WILLIAMS, | |
| Defendant. | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO DEMAND IMMEDIATE RELEASE

The government respectfully submits this brief in response to the defendant Anthony T. Williams's motion to demand immediate release from pretrial

detention.  Mot. Exh. A, ECF No. 524-2.  The Motion represents the fourth time the defendant has argued to this Court that he should be granted pretrial release on bond.  *See* ECF No. 35 (Hearing on government's Motion to Detain); ECF No. 133 (Defendant's Motion in Opposition to Denial of Speedy Trial and Pre-Trial Release); ECF No. 492 (Motion for Bond).  As noted in previous briefing, the issues relating to the defendant's detention were fully litigated before this Court and decided on September 29, 2017.  ECF No. 35.  Pursuant to Rule 57.3(b) of the Criminal Local Rules of this Court (Crim.LR.), the time to appeal the Magistrate Judge's detention order expired fourteen days after the ruling.  Thus, the defendant's motion represents an untimely appeal of the detention order.

As noted in the government's initial Motion to Detain filing, the defendant is ineligible for pretrial release.  According to records obtained from the Broward County, Florida Clerk of Court, the defendant was convicted of Grand Theft and Unlawful Filing of False Documents or Records Against Property, and received a sentence of 15 years imprisonment, followed by 15 years of probation on June 23, 2017.  ECF No. 34 at 2 (Memo. in Supp. of Mot. Detain); Exh B (Sentence, State of Florida v. Anthony Troy Williams, Case No. 17-74ACF10).  The defendant appears before this Court, and is in Federal custody, pursuant to a *writ of habeas corpus prosequendum*.  ECF No. 23 (Writ).  Because the jurisdiction of the State of Florida over the defendant continues uninterruptedly while the defendant is in

Federal custody, *Thomas v. Brewer*, 923 F.2d 1361, 1367 (9th Cir. 1991), the defendant is ineligible for pretrial release while awaiting trial in this matter.

In his latest Motion, the defendant claims, wholly without support, that "[t]he undersigned *no longer has a hold from Florida* and therefore must be released on his own recognizance."  Mot. Exh. A at 2, ECF No. 524-2 (emphasis added).  It is unclear what the defendant means when he describes a "hold from Florida."  The docket available from the website of the Broward County, Florida Clerk of Court contains no record of *vacatur* of the defendant's judgment and fifteen-year sentence.  Exhibit A at 3 (Case detail for Case # 17000074CF10A, Broward County Clerk of Courts, *available at* https://www.browardclerk.org/web2).  To the contrary, under "Dispositions," the docket indicates that the defendant was "Convicted by Jury – Adjudicated" on "06/23/2017," and that his Confinement of "Max. 15 Year(s)" is "Effective 06/23/2017."  *Id*.  The defendant has produced no evidence of additional developments that would affect his sentence.

The defendant also appears to raise, for the first time, the argument that he should be released because he has served longer in Federal pretrial custody than his potential sentencing exposure on the mail and wire fraud counts.  Mot. Exh. A at 2, ECF No. 524-2.  The defendant's argument rests upon the mistaken premise that his time at the Federal Detention Center, Honolulu may be credited against his

Federal sentencing exposure. This is incorrect. Because the defendant is in Federal custody on a *writ of habeas corpus prosequendum*, the State of Florida has primary jurisdiction over the defendant. *Taylor v. Reno*, 164 F.3d 440, 445 (9th Cir. 1998). Therefore, the time spent by the defendant in Federal custody during pretrial is only being credited against the defendant's fifteen-year sentence handed down by the State of Florida; it is not being credited toward any future sentence handed down by this Court in connection with the Superseding Indictment. *Id.* ("[T]he district court did not have the authority to place Taylor into federal custody for the purpose of commencing his federal sentence."). Should the defendant be convicted and receive a sentence of imprisonment from this Court, his sentence will not begin until he has completed his Florida sentence or the State of Florida otherwise relinquishes primary custody and jurisdiction over the defendant. That the defendant's Federal sentence of imprisonment may be longer or shorter than the period of his Federal pretrial detention, as the defendant argues in the Motion, has no bearing on the fact that he will have to serve it in its entirety.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court deny Defendant's motion for immediate pretrial release.

DATED: July 23, 2019, at Honolulu, Hawaii.

        KENJI PRICE
        United States Attorney
        District of Hawaii


        By */s/ Gregg Paris Yates*
          GREGG PARIS YATES
          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Stand-by Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED:   July 23, 2019, at Honolulu, Hawaii.

    /s/ Melena Malunao
    U.S. Attorney's Office
    District of Hawaii