# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-cr-00101-LEK-1 |
| CASE NAME: | United States v. Anthony T. Williams |

| | |
|---|---|
| JUDGE: | Leslie E. Kobayashi |
| DATE: | 07/23/2019 |

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S MOTION FOR INJUNCTION AGAINST THE FDC FOR RETALIATION

Before the Court is pro se Defendant Anthony T. Williams's ("Defendant") Motion for Injunction Against the FDC for Retaliation ("Motion").  [Dkt. no. 479.]  Plaintiff the United States of America ("the Government") filed its memorandum in opposition on June 3, 2019.  [Dkt. no. 502.]  The Court finds the Motion suitable for disposition without a hearing pursuant to Local Rule 7.2(d).

When he filed the Motion, Defendant was being held in the Special Housing Unit ("SHU") of the Federal Detention Center – Honolulu ("FDC Honolulu").  [Motion at 2; mem. in opp., Decl. of Jandi Lum ("Lum Decl.") at ¶ 9 (stating Defendant was sent to the SHU on 4/10/19), ¶ 11 (stating Defendant's release from the SHU was scheduled for 6/3/19).]  The Motion seeks various relief: 1) his immediate release from the SHU; 2) the release of all other inmates in the SHU who have been there for more than thirty days; 3) an injunction prohibiting FDC Honolulu from issuing false disciplinary reports against him; 4) the expungement of a disciplinary report that Defendant alleges is false; and 5) an order requiring FDC Honolulu to allow him access to the law library, his discovery disks, and other materials necessary to his defense while he is held in the SHU.  [Motion at 2-3.]

Only Defendant's request number 5 is properly before this Court.  To the extent Defendant wishes to pursue request numbers 1, 2, 3 or 4, he must follow the appropriate administrative procedures and/or file a civil rights action or a 28 U.S.C. § 2241 petition.  Thus, the Motion is DENIED as to request numbers 1-4.  <u>Accord</u> Order Denying Def.'s "Appeal and Request to District Court to Reconsider a Pretrial Matter Determined by the Magistrate Judge," filed 10/3/18 (dkt. no. 347), at 7-8 (denying appeal as to arguments including Defendant's claim that he was not responsible for the infraction that resulted in a 2018 SHU confinement).  This Court makes no findings or conclusions about request

numbers 1-4 and expresses no opinion regarding whether an administrative complaint/appeal, a civil rights action, or a § 2241 petition seeking such relief would have merit.

To the extent the Government argues Defendant has not exhausted his administrative remedies as to request number 5, this Court declines to address that argument.  Even if Defendant has exhausted his administrative remedies, his request would be denied.  As this Court has previously stated on numerous occasions, in considering the instant Motion, "this Court need only determine whether Defendant is being provided with the constitutionally required access to the resources necessary to prepare his defense."  See, e.g., Order Denying Def.'s Fifth Motion for Order to Show Cause & Request for Expedited Hearing, filed 11/21/18 (dkt. no. 386), at 4 (citation and quotation marks omitted).  The Government has presented evidence that inmates in the SHU have access to a law library room, where they can, *inter alia*, view discovery, use a typewriter, and conduct legal research.  A SHU inmate can make a verbal or written request to use the law library room.  [Lum Decl. at ¶¶ 5-6.]  However, since his April 10, 2019 placement in the SHU, Defendant did not make any requests to use the law library room.  Further, other inmates requested access to, and used, the law library room during that same period.  [Id. at ¶¶ 9-10, Exh. B (SHU law library room log) at 6.]  Defendant has not presented any evidence contesting the evidence presented by the Government.  The Court finds that the resources necessary for Defendant to prepare his defense were made available to him while he was held in the SHU, during the period beginning on April 10, 2019.  Defendant's Motion is therefore DENIED as to request number 5.

Any argument or request not specifically addressed in this entering order is also denied.  Defendant's Motion is therefore DENIED in its entirety.

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager