IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION TO DISQUALIFY RONALD |
| vs. | ) | G. JOHNSON AND GREGG PARIS |
| | ) | YATES FOR NOT HAVING AN |
| ANTHONY WILLIAMS, | ) | OATH OF OFFICE FILED AND |
| | ) | FOR NOT HAVING A VALID |
| Defendant. | ) | LICENSE TO PRACTICE LAW |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S MOTION TO DISQUALIFY
RONALD G. JOHNSON AND GREGG PARIS YATES
FOR NOT HAVING AN OATH OF OFFICE FILED
AND FOR NOT HAVING A VALID LICENSE TO PRACTICE LAW**

Defendant Anthony Williams's ("Defendant") Motion to Disqualify Ronald G. Johnson and Gregg Paris Yates for Not Having an Oath of Office Filed and for Not Having a Valid License to Practice Law rests on frivolous accusations concerning Messrs. Johnson and Yates. ECF No. 525. Mr. Yates has demonstrated his authority to act as an Assistant United States Attorney. The motion is moot as to Mr. Johnson, who is no longer associated with this matter. The Defendant's arguments are baseless – Mr. Yates is appropriately qualified to represent the Government in this matter.

For these reasons, the Court DENIES Defendant's Motion to Disqualify Ronald G. Johnson and Gregg Paris Yates for Not Having an Oath of Office Filed and for Not Having a Valid License to Practice Law.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 25, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*United States of Am. v. Williams*, CRIM. NO. 17-00101 LEK; Order Denying Defendant's Motion to Disqualify Ronald G. Johnson and Gregg Paris Yates for Not Having an Oath of Office Filed and for Not Having a Valid License to Practice Law