LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTHONY T. WILLIAMS,<br><br>   Defendant. | CR. NO. 17-00101-LEK<br><br>STANDBY COUNSEL'S MOTION FOR STATUS CONFERENCE; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

STANDBY COUNSEL'S MOTION FOR STATUS CONFERENCE

**Comes now,** Lars Robert Isaacson, Esq., standby attorney for Anthony T. Williams, and hereby files his motion for status conference in this cause. This motion is supported by the attached Declaration of Counsel and Exhibit "A" attached to this Motion.

Dated: July 27, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams