# MINUTE ORDER

CASE NUMBER:        CRIMINAL NO. 17-00101(01) LEK

CASE NAME:          United States v. Anthony T. Williams

JUDGE:    Leslie E. Kobayashi

DATE:     08/02/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION FOR BOND"

On June 1, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a "Motion for Bond" ("Motion").  [Dkt. no. 492.]  Plaintiff the United States of America's ("the Government") opposition to the Motion is included within a document filed on June 3, 2019, and Defendant's reply in support of the Motion is included within a document filed on July 3, 2019.  [Dkt. nos. 503, 513.]  The Court finds this matter suitable for disposition without a hearing, pursuant to Local Rule 7.2(d).

The issue of whether Defendant is entitled to pretrial release was fully litigated at the time of his arraignment.  [Motion to Detain Def. Without Bail, filed 9/25/17 (dkt. no. 32); Minutes, filed 9/27/17 (dkt. no. 35), at 2 (noting the magistrate judge granted dkt. no. 32).]  Further, Defendant's other motions revisiting the issue have all been denied. [Def.'s Motion in Opp. to Denial of Speedy Trial and Pre-trial Release, filed 3/7/18 (dkt. no. 133); Minutes, filed 4/16/18 (dkt. no. 214), at 1 (denying dkt. no. 133); Def.'s "Motion to Demand Immediate Release," filed 7/22/19 (dkt. no. 524); Order Denying Def.'s Motion to Demand Immediate Release, filed 7/25/19 (dkt. no. 531).]  For the reasons previously stated in connection with those motions, Defendant's June 1, 2019 Motion is DENIED.

Defendant states that, "[a]s of December 2019, the hold on [him] has been lifted and [he] is now considered pre-trial status."  [Motion, Decl. of Counsel, Exh. A at ¶ 10.] If Defendant's custody status with the State of Florida changes in December 2019, Defendant may file a new motion for pretrial release at that time.  The motion must either: include a copy of a document showing the change in Defendant's custody status with the State of Florida; or cite a publicly available court document showing the change in status. If the statement was intended to refer to December 2018, Defendant's Motion would still

be denied because he has identified no document showing the alleged change in his custody status with the State of Florida.

    IT IS SO ORDERED.


Submitted by: Theresa Lam, Courtroom Manager