KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-9220
E-Mail:   Gregg.Yates@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 17-00101 LEK |
| Plaintiff, | GOVERNMENT'S NOTICE OF COMPLIANCE WITH ORDER; CERTIFICATE OF SERVICE |
| v. | |
| ANTHONY WILLIAMS, | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF COMPLIANCE WITH ORDER

The government respectfully submits this notice to the Court of its compliance with the Court's Order, dated July 30, 2019 (July 30, 2019 Order). The government has provided copies of the Court's July 30, 2019 Order to counsel for the Bureau of Prisons and counsel for the Federal Bureau of Investigation (FBI). As ordered by the Court, the government is attaching a declaration to this filing that verifies its production of items in compliance with the Order.

The undersigned attorney also gives notice to the Court that he will be out of the office and largely unreachable between August 6 and 20, 2019, and will be returning on August 21, 2019. To the extent that the Court feels that any matter in its July 30, 2019 Order has not been fully addressed, or requires follow-on attention, the government respectfully requests sufficient time to respond after August 21, 2019.

### I.    Forensic Images of Defendants' Electronic Devices.

As of August 5, 2019, in compliance with the July 30, 2019 Order, the government has produced three 3-terabyte (TB) hard drives, which contain forensic copies of the working, accessible electronic devices that were seized from the three co-defendants, to Defendant Anthony Williams at the Federal Detention Center, Honolulu (FDC).[1] The FDC has indicated that it will offer an accommodation to

---

[1] The July 30, 2019 Order directs the government to produce only the hard drive containing forensic copies of Defendant Anthony Williams's devices. Order 3. However, because the government had made the hard drives of the copies of all

2

the defendant to permit him access to these hard drives, without the need for his attorney to be present. The drives remain available to the other defendants to copy.

As the government has explained in prior filings, the forensic copies on these hard drives were created by the FBI to facilitate the FBI's searches of the seized electronic devices for the documents or files described in their search warrants. *See* Gov't's Resp. Df. 2d Mot. Compel 7-10, ECF No. 487; Gov't Mot. Protective Order 2-3, ECF No. 520. Accordingly, these forensic copies of the electronic devices contain vastly more information than the discoverable files that agents copied pursuant to their search warrants. Moreover, the forensic copies are *not in a form that is accessible without expert technical assistance.* Gov't's Resp. Df. 2d Mot. Compel 9. Nonetheless, every party has an equal ability to retain expert assistance to search the devices, as the July 30, 2019 Order recognizes:

> To the extent the Subject Drive contains files or data that require additional technical analysis to access, Defendant can request court approval of funds to retain the services necessary to analyze those files or data.

July 30, 2019 Order 3.

The government emphasizes that it no longer has valid search warrants to search the forensic copies again for additional files or documents. The electronic

---

defendants' devices available to each defendant since January 23, 2019, the Government will produce all hard drives to Defendant Anthony Williams at FDC.

3

devices from which these forensic copies were made remain subject to Rule 16 inspection by each defendant from whom a device was seized, upon request.

## II. Outstanding Discovery: Reports of Results of Electronic Searches and Related Reports of Investigation

As of August 5, 2019, the government has produced to Defendant Anthony Williams the disks that the FBI discovered containing the reports of the results of the its searches of the aforementioned forensic copies of seized electronic devices. Declaration of Gregg Paris Yates (Yates Decl.) ¶ 8. The discoverable files from the forensic copies, which were copied by the FBI pursuant to search warrants, were produced on readable Digital Video Disks (DVDs), which may be brought within the FDC and reviewed by Defendant Anthony Williams in his housing unit.

These disks were not immediately produced when discovered because some were found to contain the personal and financial account information of victims and, because the disks were being produced in their native electronic format, they could not be readily redacted. Gov't's Mot. Prot. Order ¶¶ 8-9, ECF No. 520. Accordingly, the government moved for a protective order to govern the production of these items on July 17, 2019. Id. That motion is currently pending. ECF No. 523.

The government interprets the Court's July 30, 2019 Order to produce forensic copies of Defendant Anthony Williams's electronic devices and the

reports of results of the searches that that the FBI conducted on these forensic copies as requiring the immediate production of discoverable items, notwithstanding its pending protective order motion. Accordingly, we produced the search result disks that the FBI has uncovered to all defendants on August 5, 2019.

This said, we respectfully request that the Court enter the protective order that the government has sought to govern this production and the hard drives containing the forensic images of the defendants' devices as soon as possible.

### III. Return of Certain Seized Items

As of August 5, 2019, as ordered by the July 30, 2019 Order, the government provided to Lars Isaacson, Esq., standby counsel for Defendant Anthony Williams, seven (7) electronic devices that the FBI had seized from the defendant, including the two Amazon devices referenced the July 30, 2019 Order, and a CD case containing 46 CDs. Yates Decl. ¶ 11, Exh. D.

DATED: August 5, 2019, at Honolulu, Hawaii.

KENJI PRICE
United States Attorney
District of Hawaii

By /s/ Gregg Paris Yates
GREGG PARIS YATES
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Stand-by Attorney for Defendant
    ANTHONY T. WILLIAMS

Served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED:  August 5, 2019, at Honolulu, Hawaii.

                                              _/s/_____
                                              U.S. Attorney's Office
                                              District of Hawaii