# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   08/06/2019

COURT ACTION:  EO:  COURT ORDER GRANTING STANDBY COUNSEL'S MOTION FOR STATUS CONFERENCE

On July 27, 2019, Lars Isaacson, Esq., stand-by counsel for pro se Defendant Anthony T. Williams ("A. Williams"), filed his Motion for Status Conference ("Motion"). [Dkt. no. 534.]  Mr. Isaacson's Motion is HEREBY GRANTED.

A. Williams and all counsel are ORDERED to appear at a status conference on **August 29, 2019, at 10:00 a.m.**, to discuss deadlines for: 1) the designation of expert witnesses; 2) the identification of lay witnesses; and 3) the exchange of exhibits.  Counsel for Defendant Anabel Cabebe and counsel for Defendant Barbara Williams will be permitted to leave after the discussion of deadlines.

A. Williams, Mr. Isaacson, and counsel for Plaintiff the United States of America ("the Government") will remain to address: a) the remaining issues identified in Mr. Isaacson's Motion; and b) whether the Government has fully complied with this Court's July 30, 2019 entering order, [dkt. no. 535].  The Court notes that, on August 5, 2019, the Government filed a Notice of Compliance with Order.  [Dkt. no. 537.]

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager