# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   08/09/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION FOR MISCELLANEOUS RELIEF"

On June 1, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his "Motion for Miscellaneous Relief" ("Motion"). [Dkt. no. 496.] Plaintiff the United States of America's ("the Government") response to the Motion is included within a document filed on June 3, 2019. [Dkt. no. 503.] Defendant's reply in support of the Motion is included within a document filed on July 3, 2019. [Dkt. no. 513.] The Court finds this matter suitable for disposition without a hearing, pursuant to Local Rule 7.2(d).

In the Motion, Defendant asks this Court to preclude the Government's attorneys from commenting on whether or not Defendant's filings are timely because the Government itself has failed to meet some of the filing deadlines. [Motion, Decl. of Counsel, Exh. A.] Defendant's Motion is DENIED because such an admonition is not appropriate in this case. All parties are expected to comply with filing deadlines and to make a timely request for an extension if they are unable to meet a particular deadline.

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager