# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101(01) LEK

CASE NAME:        United States v. Anthony T. Williams

JUDGE:    Leslie E. Kobayashi

DATE:     08/12/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION FOR GOVERNMENT TO OUTLINE WHAT SPECIFIC ACT COMMITTED BY PAG ANTHONY WILLIAMS WHICH GAVE THEM SUSPICION THAT A FEDERAL CRIME MAY HAVE BEEN COMMITTED"

     On June 1, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his "Motion for Government to Outline what Specific Act Committed by PAG Anthony Williams which Gave Them Suspicion that a Federal Crime May Have Been Committed" ("Motion").  [Dkt. no. 497.]  Plaintiff the United States of America's ("the Government") response to the Motion is included within a document filed on June 3, 2019 ("Response"). [Dkt. no. 503.]  Defendant's reply in support of the Motion is included within a document filed on July 3, 2019 ("Reply").  [Dkt. no. 513.]  The Court finds this matter suitable for disposition without a hearing, pursuant to Local Rule 7.2(d).

     In the Motion, Defendant argues the search warrant application that was submitted did not describe any acts that constitute a federal crime.  [Motion, Decl. of Counsel, Exh. A at 1.]  Defendant also argues he cannot prepare his defense because the Superseding Indictment, [filed 3/28/18 (dkt. no. 154),] does not sufficiently describe the factual basis for the charges against him.  [Reply, Decl. of Counsel, Exh. A at 3 of 3.]

     To the extent that the Motion challenges the sufficiency of the search warrants the Federal Bureau of Investigation obtained for, and executed upon, the office space that Defendant used for his business in Hawai`i and the residence of Defendant Anabel Cabebe, Defendant previously raised those challenges in his Motion for Suppression of Evidence ("Motion to Suppress"), filed on March 19, 2019.  [Dkt. no. 437.]  The Motion to Suppress was denied in an order issued on July 26, 2019.  [Dkt. no. 533.]  To the extent that the Motion challenges the sufficiency of the Superseding Indictment, Defendant previously raised that challenge in his "Sworn Motion to Dismiss Superseding

Indictment" ("Second Motion to Dismiss"), filed on July 20, 2018.  [Dkt. no. 294.]  The Second Motion to Dismiss was denied in an order issued on October 1, 2018.  [Dkt. no. 330.]  Defendant also challenged the sufficiency of the original Indictment, [filed 2/15/17 (dkt. no. 1),] in his Motion for Order of Dismissal ("First Motion to Dismiss"), filed on September 29, 2017.  [Dkt. no. 38.]  The First Motion to Dismiss was denied in an order issued on February 7, 2018.  [Dkt. no. 104.]

The instant Motion merely reiterates arguments that have previously been rejected by this Court.  The Motion does not present any reason why this Court should depart from the analyses in its prior orders.  Defendant's Motion is therefore DENIED.

IT IS SO ORDERED.

Submitted by: