# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101(01) LEK

CASE NAME:     United States v. Anthony T. Williams

JUDGE:    Leslie E. Kobayashi

DATE:    08/12/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION FOR THE GOVERNMENT TO STOP VIOLATING PAG ANTHONY WILLIAMS [sic] FIRST AMENDMENT RIGHT TO FREE EXERCISE OF RELIGION"

On June 1, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his "Motion for the Government to Stop Violating PAG Anthony Williams [sic] First Amendment Right to Free Exercise of Religion" ("Motion").  [Dkt. no. 500.]  Plaintiff the United States of America ("the Government") filed its memorandum in opposition on June 25, 2019.  [Dkt. no. 512.]  The Court finds this matter suitable for disposition without a hearing, pursuant to Local Rule 7.2(d).

In the Motion, Defendant states that he is being denied his First Amendment right to practice his religion because the Federal Detention Center - Honolulu ("FDC Honolulu") is denying him: visits with a minister who is a friend of his; the ability to view videos of religious services that have been sent to him; and the ability to hold bible studies with other Hebrew detainees.  [Motion, Decl. of Counsel., Exh. A at ¶¶ 1-2, 5.]  Defendant also states FDC Honolulu confiscated, disposed of, and failed to replace his Hebrew kufi.  [Id. at ¶¶ 3-4.]  Defendant's allegations should be addressed through the internal grievance process and, if necessary, in a civil rights action, pursuant to 42 U.S.C. § 1983, the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc, *et seq.*, or other applicable legal authority.  This Court makes no findings or conclusions regarding the merits of Defendant's allegations.  Defendant's Motion is therefore DENIED.

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager