LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "HONORABLE PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS RESPONSE TO THE CORRUPT GOVERNMENTS MOTION FOR PROTECTIVE ORDER FILED BY THE SATANIC PERSECUTOR GREGG PARIS YATES;"<br>DECLARATION OF COUNSEL; EXHIBIT "A'" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "HONORABLE PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS RESPONSE TO THE CORRUPT GOVERNMENTS MOTION FOR PROTECTIVE ORDER FILED BY THE SATANIC PERSECUTOR GREGG PARIS YATES"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S 'HONORABLE PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS RESPONSE TO THE CORRUPT GOVERNMENTS MOTION FOR PROTECTIVE ORDER FILED BY THE SATANIC PERSECUTOR GREGG PARIS YATES;'" Declaration of Counsel and Exhibit "A."

Dated:

August 12, 2019

                                              /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams