LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ANTHONY T. WILLIAMS,<br><br>      Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "MOTION OF NOTICE OF DIVINE WARNING AND SUPERIORITY OF YAHWEH'S SPIRIT LAW;" DECLARATION OF COUNSEL; EXHIBIT "A'" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION OF NOTICE OF DIVINE WARNING AND SUPERIORITY OF YAHWEH'S SPIRIT LAW"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S "MOTION OF NOTICE OF DIVINE WARNING AND SUPERIORITY OF YAHWEH'S SPIRIT LAW;" Declaration of Counsel and Exhibit "A."

Dated: August 12, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams