LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>        Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "MOTION FOR PLEA OF MISNOMER;" DECLARATION OF COUNSEL; EXHIBIT "A;'" CERTIFICATE OF SERVICE |

## DEFENDANT'S "MOTION FOR PLEA OF MISNOMER"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S "MOTION FOR PLEA OF MISNOMER;" Declaration of Counsel and Exhibit "A."

Dated:  August 14, 2019


      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams