LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK<br><br>DEFENDANT'S "MOTION IN OPPOSITION TO ORDER DENYING MOTION TO SHOW ADMINISTRATIVE REMEDY PROCEDURES AT FDC HONOLULU ARE A SHAM, FARCE AND NO AVAILABLE MEANS FOR REMEDY;" EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION IN OPPOSITION TO ORDER DENYING MOTION TO SHOW ADMINISTRATIVE REMEDY PROCEDURES AT FDC HONOLULU ARE A SHAM, FARCE AND NO AVAILABLE MEANS FOR REMEDY"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION IN OPPOSITION TO ORDER

DENYING MOTION TO SHOW ADMINISTRATIVE REMEDY PROCEDURES AT FDC HONOLULU ARE A SHAM, FARCE AND NO AVAILABLE MEANS FOR REMEDY;" Declaration of Counsel and Exhibit "A."

Dated: August 15, 2019

    <u>/s/ Lars Isaacson</u>
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams
