KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE DEADLINE TO RESPOND |
| vs. | ) TO DEFENDANT'S TENTH MOTION |
| | ) FOR ORDER TO SHOW CAUSE; |
| ANTHONY T. WILLIAMS  (1), | ) CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

UNITED STATES'S MOTION TO CONTINUE DEADLINE TO RESPOND
TO DEFENDANT'S TENTH MOTION FOR ORDER TO SHOW CAUSE

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the government respectfully submits this motion to continue the deadline to respond to Defendant Anthony T. Williams's Tenth Motion for Order to Show Cause (10th

OSC Motion or Motion). ECF No. 555. The Motion is one of four (4) motions filed by the defendant between August 12 and 15, 2019. *See also* ECF Nos. 552, 553, 554. On August 20, 2019, the Court set the hearing upon the 10th OSC Motion for September 5, 2019. ECF No. 557. Pursuant to Local Rule 12.2(d) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii, the government's deadline to respond to the 10th OSC Motion is August 22, 2019.

The government requests a seven-day continuance of the deadline to respond to the Motion, from August 22, 2019 to August 29, 2019. This is the government's first request for an extension of this Motion. The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports the government's request. As explained in the government's Notice of Compliance, dated August 5, 2019, counsel for the government was out of the office from August 6 to August 20, 2019, and returned to the office on August 21, 2019. Notice of Compliance 2, ECF No. 537. The defendant filed his most recent four motions, including the 10th OSC Motion during counsel's absence, and the Court order setting a hearing was also issued during this time. Counsel for the government only learned of the 10th OSC

Motion, and the August 22, 2019 deadline to respond, upon his return to the office on August 21, 2019.

Additional time will be required to respond to the 10th OSC Motion. In order to respond to the many allegations made by the defendant in the motion, the government will need to confer with the Bureau of Prisons regarding its compliance with the Order of this Court, dated July 30, 2019. Additional time will also be required to confer with the Federal Bureau of Investigation, if necessary, and to prepare a responsive brief.

The government has been diligent in responding to the defendant's motions to date and requests an additional 7 days to respond to the defendant's 10th OSC Motion.

## CONCLUSION

In sum, the government respectfully requests a continuance of seven days of the deadline to respond to the motion to and including August 29, 2019.

DATED:  August 22, 2019, at Honolulu, Hawaii.

                                                KENJI M. PRICE
                                                United States Attorney
                                                District of Hawaii

                                                By */s/ Gregg Paris Yates*
                                                   GREGG PARIS YATES
                                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: August 22, 2019, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii