# MINUTES

CASE NUMBER:   CR 17-00101LEK

CASE NAME:   USA vs. (1) Anthony T. Williams;

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Rom Trader              REPORTER:

DATE:   8/27/2019                TIME:

---

COURT ACTION:  EO:

On 8/22/19, Plaintiff United States filed a Motion to Continue Deadline to Respond to Defendant's Tenth Motion for Order to Show Cause ("Motion") (ECF No. 562).  The Court GRANTS the Motion.  The deadline for Plaintiff to respond is continued from August 22, 2019 to August 29, 2019.

In light of the foregoing, the Court continues the Motion from 9/5/19 at 2:00 p.m. to 9/18/19 at 2:00 p.m. in Courtroom 7 before Magistrate Judge Wes Reber Porter.

Submitted by: Toni Fujinaga, Courtroom Manager.