KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
|---|---|
| Plaintiff, | ) |
| | ) UNITED STATES'S SECOND MOTION |
| | ) TO CONTINUE DEADLINE TO |
| vs. | ) RESPOND TO DEFENDANT'S TENTH |
| | ) MOTION FOR ORDER TO SHOW |
| ANTHONY T. WILLIAMS  (1), | ) CAUSE; CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

UNITED STATES'S SECOND MOTION TO
CONTINUE DEADLINE TO RESPOND TO
DEFENDANT'S TENTH MOTION FOR ORDER TO SHOW CAUSE

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the government respectfully submits this motion to continue the deadline to respond to Defendant Anthony T. Williams's Tenth Motion for Order to Show Cause (10th

OSC Motion or Motion).  ECF No. 555.  The government respectfully requests a seven day continuance of the deadline to respond to the Motion, from August 29, 2019 to September 5, 2019.  This is the second request for a continuance of this deadline.  The defendant is proceeding *pro se* and has not been reached.

A second continuance of the deadline to respond to the Motion is necessitated by the intervening oral Order of the Court, dated August 27, 2019, which pertains directly to the matters raised by the Motion.  ECF No. 566.

The government moved for its first continuance to respond to the Motion on August 22, 2019 because counsel for the government was out of the office from August 6 to August 20, 2019, during which time the Motion was filed, and counsel returned to the office on August 21, 2019, the day before the government's response to the Motion was due.  ECF No. 562.  The Court granted the government's motion to continue, and re-set the hearing upon the Motion for September 18, 2019, and re-set the deadline to respond to the defendant's Motion to August 29, 2019.  ECF No. 564.

On the afternoon of August 27, 2019, two days before the government's response to the Motion was due, the parties appeared before the Court at a scheduling conference to set pretrial deadlines.  ECF No. 566.  At the scheduling conference, the defendant orally argued the issues raised in the Motion, including that he could not open files contained in the government's August 5, 2019

production from the e-discovery terminal in his housing unit at the Federal Detention Center, Honolulu (FDC), where he is detained. Moreover, the defendant complained that the FDC placed inappropriate restrictions upon his ability to view three (3) hard drives that the Court ordered the government to produce to the defendant at the FDC.

As relevant here, the Court orally issued the following Order:

1. <u>Discovery Production</u>. The government will verify that the files contained on the 21 DVDs containing the government's August 5, 2019 discovery production can be opened by the defendant at the FDC using the terminals available to inmates, and then submit a verification to the Court.

2. <u>Device Forensic Images (Hard Drives)</u>. The government will submit a letter clarifying the FDC's accommodation to the defendant to permit him to view certain hard drives that were produced to him.

ECF No. 566 ("Mr. Yates to follow-up with FDC Honolulu and update the court by letter with a cc to Anthony Williams and Mr. Isaacson. . . .").

Good cause supports the government's request for a second seven-day continuance of the deadline to respond to the Motion. Since the government's first

request for a continuance to file its response, the Court issued its intervening August 27, 2019 Order that bears directly upon the issues raised in the Motion. The government had been diligently preparing a response to the Motion at the time of the scheduling conference, and has been diligently addressing the Court's August 27, 2019 Order since then.  Namely, we have prepared a copy of the 21 DVDs in the August 5, 2019 production for testing at the FDC, but we have not been able to complete the testing on an FDC e-discovery terminal in the two days since the August 27, 2019 scheduling conference.  Moreover, counsel for the Bureau of Prisons has been out of the office and unable to assist from the afternoon of August 28, 2019 until the afternoon of August 29, 2019.

      The government believes that an additional seven (7) days will be required to complete the verification ordered by the Court, and to prepare necessary declarations.  Should the verification be completed sooner, we will file our response promptly.

//
//
//
//
//
//
//

## CONCLUSION

In sum, the government respectfully requests a continuance of seven days of the deadline to respond to the motion, to and including September 5, 2019.

DATED: August 29, 2019, at Honolulu, Hawaii.

                              KENJI M. PRICE
                              United States Attorney
                              District of Hawaii

                              By */s/ Gregg Paris Yates*
                                  GREGG PARIS YATES
                                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF</u>:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: August 29, 2019, at Honolulu, Hawaii.

                                          /s/ Melena Malunao
                                          U.S. Attorney's Office
                                          District of Hawaii