LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION IN OPPOSITION TO ORDER DENYING PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS SELECTIVE PROSECUTION MOTION;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION IN OPPOSITION TO ORDER
DENYING PRIVATE ATTORNEY GENERAL ANTHONY
WILLIAMS SELECTIVE PROSECUTION MOTION"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION IN OPPOSITION TO ORDER DENYING PRIVATE ATTORNEY GENERAL ANTHONY

WILLIAMS SELECTIVE PROSECUTION MOTION;" Declaration of Counsel and Exhibit "A."

Dated: September 3, 2019

                    /s/ Lars Isaacson
            LARS ROBERT ISAACSON
            Standby Attorney for
            Defendant Anthony T. Williams