# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ANTHONY T. WILLIAMS |

| | |
|---|---|
| JUDGE: | Wes Reber Porter |
| DATE: | September 4, 2019 |

COURT ACTION:  EO

On 8/29/19, Plaintiff United States filed a Second Motion to Continue Deadline to Respond to Defendant's Tenth Motion for Order to Show Cause.  See ECF No. 567.  The Court GRANTS the Motion. The deadline for Plaintiff to respond is continued from 8/29/2019 to 9/5/2019. In light of the foregoing, the Court CONTINUES the Hearing on the Motion from 9/18/2019 to 9/25/19 at 2:00 p.m. in Courtroom 7 before Magistrate Judge Wes Reber Porter.

Submitted by: Mary Feria, Courtroom Manager