# MINUTE ORDER

CASE NUMBER:     1:17-CR-00101-LEK

CASE NAME:       USA v. Williams et al

JUDGE:   Leslie E. Kobayashi          DATE:       9/5/2019

COURT ACTION:  EO: Defendant (01) Anthony T. William's [570]Motion in Opposition to Order Denying Private Attorney General Anthony Williams Selective Prosecution Motion will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due 9/17/2019.
Reply Memorandum is due 10/1/2019.

Defendant (01) Anthony T. William's [570]Motion in Opposition to Order Denying Private Attorney General Anthony Williams Selective Prosecution Motion will be taken under submission thereafter. Court to issue Order.

Submitted by: Theresa Lam, Courtroom Manager