

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

*PJKK Federal Building*
*300 Ala Moana Blvd., Room 6-100*
*Honolulu, Hawaii 96850*

September 5, 2019

Honorable Leslie E. Kobayashi
United States District Judge
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**RECEIVED**
CLERK, U. S. DISTRICT COURT
SEP - 5 2019
DISTRICT OF HAWAII

    Re:   United States v. Anthony Williams, Anabel Cabebe,
           Barbara Williams, <u>Crim. No. 17-00101 LEK</u>

Dear Judge Kobayashi:

      This letter responds to the Court's Order, dated August 27, 2019, seeking: (1) verification that the defendant Anthony Williams can access the government's August 5, 2019 discovery production of 21 digital video disks (DVDs) from within his housing unit at the Federal Detention Center (FDC); and (2) whether the defendant has possession of three hard drives containing the source forensic images of certain seized devices, which the Federal Bureau of Investigation created to facilitate its searches of the devices.

      The government has confirmed that the defendant has access to all of the files contained in the government's August 5, 2019 production of 21 DVDs, either in digital or hardcopy form. A paralegal at the U.S. Attorney's Office created a copy set of the files on the 21 DVDs and opened each discovery file contained on each disk to ensure that neither the disks nor the discovery files were corrupted. Then, the 21 DVDs were taken to an information technology specialist at the FDC with access to an e-discovery terminal with the same viewing software that exists on the terminal in Williams's unit. Exhibit A (Declaration of Spencer Pae ¶ 4). This software is designed to read each of the file types that appear in the 21 DVD production. *Id.* ¶ 5, Attachment 1.

      The FDC IT specialist accessed each DVD and opened each file type from the August 5, 2019 production to confirm that each file type could be opened on an FDC e-discovery terminal. Exh. A (Pae Decl ¶ 7). The specialist encountered a handful of documents that could not open. *Id.* (Pae Decl. ¶ 13).

Those documents were printed in hardcopy form. *Id.* (Pae Decl. ¶ 14). The tested disks and hardcopy discovery were then provided to the defendant. *Id.* (Pae Decl. ¶ 15).

Regarding the defendant's access to the hard drives that contain the source forensic images of devices that the FBI searched, the FDC has complied with the Court's July 30 Order and is permitting the defendant to keep the hard drives in his possession within the housing unit. A copy of the FDC's policy, which was issued within one week of July 30 Order, is attached. Exh. B. The undersigned counsel's representation in Court on August 27, 2019 that the hard drives were being held for Mr. Williams's review was erroneous and was based upon the policy in place at the FDC prior to the Court's July 30 Order. Exh. A at Attachment 2 p.1 ("E-discovery shall only be accepted on CD or DVD. Thumb drives or hard drives are not permitted.").

Consistent with the Court's August 27, 2019 Order, the defendant will be able to retain a technical expert to analyze the source forensic images and to plug in the hard drives in the terminals at the FDC visitation area.

Very truly yours,

KENJI M. PRICE
United States Attorney
District of Hawaii

By _____
GREGG PARIS YATES
Assistant U.S. Attorney

cc: Defendant Anthony Williams
Lars Isaacson, Esq., standby counsel for Defendant Anthony Williams