LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION TO ORDER THE GOVERNMENT TO PROVIDE MEDICAL AND DENTAL SERVICES TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION TO ORDER THE GOVERNMENT TO PROVIDE MEDICAL AND DENTAL SERVICES TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION TO ORDER THE GOVERNMENT TO PROVIDE MEDICAL AND DENTAL

SERVICES TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS;" Declaration of Counsel and Exhibit "A."

Dated: September 16, 2019

                                  /s/ Lars Isaacson
                           LARS ROBERT ISAACSON
                           Standby Attorney for
                           Defendant Anthony T. Williams