LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION FOR THE GOVERNMENT TO ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S. GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF THE WORLD TRADE CENTER;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION FOR THE GOVERNMENT TO
ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY
WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S.
GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF
THE WORLD TRADE CENTER"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION FOR THE GOVERNMENT TO ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S. GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF THE WORLD TRADE CENTER;" Declaration of Counsel and Exhibit "A."

Dated: September 16, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams