# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101(01) LEK

CASE NAME:       United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:    09/18/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION TO REMOVE UNLAWFUL STIPULATIONS ON NON-COMMUNICATION BETWEEN PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND HIS QUEEN MOTHER MRS. BARBARA WILLIAMS"

   Before the Court is pro se Defendant Anthony T. Williams's ("Anthony Williams") "Motion to Remove Unlawful Stipulations on Non-communication Between Private Attorney General Anthony Williams and His Queen Mother Mrs. Barbara Williams" ("Motion"), filed on July 3, 2019.  [Dkt. no. 514.]  Plaintiff the United States of America ("the Government") filed its response to the Motion on July, 19 2019.  [Dkt. no. 522.]  The Court finds the Motion suitable for disposition without a hearing pursuant to Local Rule 7.1(c).

   Defendant Barbara Williams is currently on pretrial release.  See Order Setting Conditions of Release, filed 4/24/18 (dkt. no. 233).  One of her conditions of release is: "Contact is prohibited directly, indirectly, or through third parties with: co-defendants . . . in this and any related case. . . . **You may have contact with codefendants in the case in the presence of defense counsel.**"  [Id. at 2, ¶ 7m1 (emphasis in original).]  Anthony Williams argues he is being unjustifiably prevented from speaking with Barbara Williams, and he asserts the prohibition of contact between them is impairing the preparation of both his defense and Barbara Williams's defense.  [Motion, Decl. of Counsel, Exh. A.]

   Anthony Williams has standing to challenge this condition of Barbara Williams's pretrial release because he alleges it is impairing his ability to prepare his defense.  This Court makes no findings or conclusions about whether Anthony Williams's inability to, for example, wish Barbara Williams happy birthday gives him standing to contest this condition.  Although he has standing to raise the challenge, ultimately, Anthony

Williams's challenge is unfounded. The Government correctly points out that the challenged condition is one of the conditions that the pretrial release statute expressly recognizes as within the district court's discretion to impose. [Response at 4 (citing 18 U.S.C. § 3142(c)(1)(B)(v)).] Further, the challenged condition does not prohibit **all** communication between Anthony Williams and Barbara Williams; it permits them to have contact **in the presence of defense counsel**. Anthony Williams has not presented any evidence that Barbara Williams has attempted to see him, with her counsel, but was prevented from doing so. If Anthony Williams has been unable to meet with Barbara Williams, it appears to be the result of her choice, not the result of unjustified conditions placed upon them by either this district court or the Federal Bureau of Prisons.

Anthony Williams's argument that the challenged condition is unwarranted and his argument that the condition is impairing his defense are both rejected. The Motion is therefore DENIED.

IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager