# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   09/18/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION TO NOTICE OF DIVINE WARNING AND SUPERIORITY OF YAHWEH'S SPIRIT LAW"

　　　Before the Court is pro se Defendant Anthony T. Williams's ("Defendant") "Motion to Notice of Divine Warning and Superiority of Yahweh's Spirit Law" ("Motion"), filed on August 12, 2019.  [Dkt. no. 552.]  The Court finds that: the Motion is suitable for disposition without a hearing pursuant to Local Rule 7.1(c); and it is not necessary for Plaintiff the United States of America ("the Government") to file a response to the Motion.

　　　The Motion asks this Court to enter an order stating that Yahweh's law supersedes the United States Constitution and all other forms of federal law.  [Motion, Decl. of Counsel, Exh. A at 2.]  To the extent Defendant seeks a ruling that, as a matter of faith or religion, Yahweh's law is higher than all federal legal authority, this Court has already informed Defendant that this is not a form of relief which this Court is able to grant.  See EO: Court Order Denying Def.'s "Motion for Exposition of Spiritual Warfare," filed 9/28/18 (dkt. no. 324), at 1-2.  Defendant's request is therefore DENIED.

　　　In light of the denial of Defendant's first request, his request to have the Government's attorneys "removed immediately and terminated from their position and forever barred from holding any other public office" if they refuse to recognize the supremacy of Yahwah's law, [Motion, Decl. of Counsel, Exh. A at 2,] is also DENIED.  The Motion is therefore DENIED in its entirety.

　　　IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager