IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY WILLIAMS (1),<br><br>Defendant. | CR. NO. 17-00101 LEK<br><br>ORDER DENYING DEFENDANT ANTHONY WILLIAMS' MOTION TO CLARIFY JURIDICAL NATURE AND CITIZENSHIP STATUS OF ANTHONY WILLIAMS, ECF NO. 569 |

ORDER DENYING DEFENDANT ANTHONY WILLIAMS'
MOTION TO CLARIFY JURIDICAL NATURE AND CITIZENSHIP
STATUS OF ANTHONY WILLIAMS, ECF NO. 569

Before the Court is Defendant Anthony Williams's Motion to Clarify Juridical Nature and Citizenship Status of Anthony Williams, filed on September 3, 2019 (Motion). See ECF No. 569. In his Motion, Defendant asserts that he is a constitutional and not a statutory citizen such that he is not subject to the laws of the United States. See ECF No. 569-2 at 1-2. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice of the United States District Court for the District of Hawaii and that it is not necessary for Plaintiff to file a response to the Motion.

Pursuant to 18 U.S.C. § 3231, federal district courts have original jurisdiction over offenses against the laws of the United States. United States v. Hanson, 2 F.3d 942 (9th Cir. 1993). Here, Defendant is accused of violating the

laws of the United States and is therefore subject to this Court's jurisdiction.  The Court finds Defendant's arguments that he is not subject to this Court's jurisdiction to be without merit.  See United States v. Ernst, 857 F. Supp. 2d 1098, 1105 (D. Or. 2012), aff'd, 623 F. App'x 333 (9th Cir. 2015) (rejecting the defendant's argument that he was a sovereign free person who had not violated the laws of nature and was therefore exempt from personal jurisdiction) (citing United States v. Masat, 948 F.2d 923, 934 (5th Cir. 1992) (rejecting the defendant's argument as "frivolous" that he was a "freeman" and not subject to the court's jurisdiction); United States v. Gerads, 999 F.2d 1255 (8th Cir. 1993) (rejecting the defendants' arguments that they are "Free Citizens of the Republic of Minnesota" as "lacking merit and frivolous"); United States v. Ward, 1999 WL 369812 at *2 (9th Cir. 1999) (rejecting the defendant's "sovereign citizen" argument as "frivolous")).

Defendant Anthony Williams's Motion to Clarify Juridical Nature and Citizenship Status of Anthony Williams, ECF No. 569, is DENIED.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 19, 2019.



_____

Wes Reber Porter
United States Magistrate Judge

**UNITED STATES V. WILLIAMS; CRIM. NO. 17-00101 LEK; ORDER DENYING DEFENDANT ANTHONY WILLIAMS' MOTION TO CLARIFY JURIDICAL NATURE AND CITIZENSHIP STATUS OF ANTHONY WILLIAMS**