IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ANTHONY WILLIAMS (1),<br><br>     Defendant. | CR. NO. 17-00101 LEK<br><br>ORDER DENYING DEFENDANT ANTHONY WILLIAMS' MOTION FOR THE GOVERNMENT TO ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S. GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF THE WORLD TRADE CENTER, ECF NO. 579 |

ORDER DENYING DEFENDANT ANTHONY WILLIAMS' MOTION FOR THE GOVERNMENT TO ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S. GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF THE WORLD TRADE CENTER, ECF NO. 579

Before the Court is Defendant Anthony Williams' Motion for the Government to Admit to Private Attorney General Anthony Williams and the American People that the U.S. Government Orchestrated the 9/11 Bombing of the World Trade Center, filed on September 16, 2019 (Motion). See ECF No. 579. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.1(c) of the Local Rules of Practice of the United States District Court for the District of Hawaii and that it is not necessary for Plaintiff to file a response to the Motion.

In his Motion, Defendant makes various assertions related to the terrorist attacks that occurred on September 11, 2001 and lists eleven questions for the government to answer.  See ECF No. 579-2 at 1-2.  Defendant then asks the Court to dismiss this case.  See id. at 2.

First, Defendant's statements regarding the terrorist attacks of September 11, 2001 do not seek any relief that this Court can grant.  Second, Defendant's Motion does address the validity of the charges against him.  Defendant's prior requests for the Court to dismiss this case have been denied.  See, e.g., ECF No. 330, Order Denying Defendant's Sworn Motion to Dismiss Superseding Indictment.  Defendant Anthony Williams' Motion for the Government to Admit to Private Attorney General Anthony Williams and the American People that the U.S. Government Orchestrated the 9/11 Bombing of the World Trade Center, ECF No. 579, is DENIED.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, SEPTEMBER 19, 2019.



Wes Reber Porter
United States Magistrate Judge

**UNITED STATES V. WILLIAMS; CRIM. NO. 17-00101 LEK; ORDER DENYING DEFENDANT'S MOTION FOR THE GOVERNMENT TO ADMIT TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS AND THE AMERICAN PEOPLE THAT THE U.S. GOVERNMENT ORCHESTRATED THE 9/11 BOMBING OF THE WORLD TRADE CENTER, ECF NO. 579**