# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101(01) LEK

CASE NAME:       United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:    09/19/2019

COURT ACTION:  EO:  COURT ORDER DIRECTING DEFENDANT AND HIS STAND-BY COUNSEL TO PREPARE A PROPOSED TRIAL BUDGET

The Court hereby orders pro se Defendant Anthony T. Williams ("Williams") and his court-appointed standby counsel, Lars Petersen, Esq., to consult with Ninth Circuit Case Managing Attorney Blair Perilman, Esq., and to prepare and submit to this Court a proposed trial budget for the estimated fees and expenses to be incurred for Mr. Williams's trial preparation and trial from November 1, 2019 through the end of his trial which is scheduled to commence on January 21, 2020.

The proposed trial budget shall be submitted on an *ex parte* basis and under seal no later than **October 25, 2019**.

IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager