# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   09/23/2019

COURT ACTION:  EO:  COURT ORDER DENYING DEFENDANT'S "MOTION FOR PLEA OF MISNOMER"

Before the Court is pro se Defendant Anthony T. Williams's ("Defendant") "Motion for Plea of Misnomer" ("Motion"), filed on August 14, 2019.  [Dkt. no. 553.] The Court finds that: the Motion is suitable for disposition without a hearing pursuant to Local Rule 7.1(c); and it is not necessary for Plaintiff the United States of America ("the Government") to file a response to the Motion.

Defendant asks this Court to dismiss the charges against him because they are brought against "ANTHONY TROY WILLIAMS," who Defendant contends is a "legal fiction . . . with a demonic social security number."  [Motion, Decl. of Counsel, Exh. A at 2.]  In contrast, Defendant contends he is "a sentient living being known as Private Attorney General Anthony Williams who is devoid of a Social Security Number or any government issued Identification card(s) or any governmental identifying numbers."  [Id. at 1.]

Defendant essentially seeks dismissal of the Superseding Indictment, [filed 3/28/18 (dkt. no. 154),] on the ground that he is not the person identified as the first defendant therein.  Defendant's argument is rejected.  Defendant has already filed a motion seeking the dismissal of the Superseding Indictment.  ["Sworn Motion to Dismiss Superseding Indictment" ("Motion to Dismiss"), filed 7/20/18 (dkt. no. 294); Order Denying Def.'s "Sworn Motion to Dismiss Superseding Indictment," filed 10/1/18 (dkt. no. 330) ("10/1/18 Order").]  In the 10/1/18 Order, Defendant's challenge to the sufficiency of the Superseding Indictment was rejected.  [10/1/18 Order at 11.]  The Motion did not argue Defendant is a different person from the person identified as the first defendant in the Superseding Indictment.

Further, Defendant has previously admitted to some of the facts in the Superseding

Indictment.  For example, the Superseding Indictment states "Mortgage Enterprise Investments (MEI) was a business owned and operated by defendant, Anthony T. Williams."  [Superseding Indictment at ¶ 1.]  Defendant's statements in other filings have admitted his role in MEI, but Defendant argued the Government has misrepresented the nature of MEI's services.  See, e.g., Order Denying Def.'s Motion for Suppression of Evidence & Def.'s Motion for Evidentiary Hearing on Motion to Suppress, filed 7/26/19 (dkt. no. 533), at 10-11 (discussing Defendant's challenges to statements in the affidavit used to obtain search warrants).

On the basis of the foregoing, the Court rejects Defendant's argument that he is not the person named as the first defendant in the Superseding Indictment.  Defendant's Motion is DENIED.

IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager