# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 17-00101LEK-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. (01) ANTHONY T. WILLIAMS |
| ATTY FOR PLA: | Gregg Paris Yates, AUSA |
| ATTY FOR DEFT: | Anthony T. Williams, *Pro Se* |
| | Lars R. Isaacson, Esq. (stand-by counsel) |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR - C7 |
| DATE: | September 30, 2019 | TIME: | 2:08 p.m. - 3:04 p.m. |

COURT ACTION:  EP    DEFENDANT'S "TENTH MOTION FOR ORDER TO SHOW CAUSE"

Defendant (01) ANTHONY T. WILLIAMS is present, in custody.

Discussion held.

Government and Defendant (01) ANTHONY T. WILLIAMS may submit further briefs, no more than 5 pages, by October 4, 2019 regarding Mr. Williams' access to note-taking materials when viewing discovery or devices that may contain discovery.

DEFENDANT'S "TENTH MOTION FOR ORDER TO SHOW CAUSE" (Doc. 555) is TAKEN UNDER ADVISEMENT.

Defendant (01) ANTHONY T. WILLIAMS is remanded to the custody of the United States Marshals Service.

Submitted by: Mary Feria, Courtroom Manager