
LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION IN SUPPORT OF REQUIREMENT OF BOP TO PROVIDE PEN AND PAPER TO INMATES TO TAKE NOTES FROM DISCOVERY REGARDLESS OF WHERE THEY ARE IN THE FACILITY;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION IN SUPPORT OF REQUIREMENT OF BOP TO PROVIDE PEN AND PAPER TO INMATES TO TAKE NOTES FROM DISCOVERY REGARDLESS OF WHERE THEY ARE IN THE FACILITY"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S "MOTION IN SUPPORT OF

REQUIREMENT OF BOP TO PROVIDE PEN AND PAPER TO INMATES TO TAKE NOTES FROM DISCOVERY REGARDLESS OF WHERE THEY ARE IN THE FACILITY;" Declaration of Counsel and Exhibit "A."

Dated: October 4, 2019

       /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams