KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:  gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101-01 LEK |
| Plaintiff, | ) UNITED STATES'S SUPPLEMENTAL<br>) BRIEF IN RESPONSE TO THE |
| vs. | ) DEFENDANT'S TENTH MOTION FOR<br>) ORDER TO SHOW CAUSE; EXHIBIT |
| ANTHONY T. WILLIAMS,  (1) | ) A; CERTIFICATE OF SERVICE |
| Defendant. | ) |

UNITED STATES'S SUPPLEMENTAL BRIEF IN RESPONSE TO THE
DEFENDANT'S TENTH MOTION FOR ORDER TO SHOW CAUSE

Pursuant to the Order of this Court, dated September 30, 2019, the

government respectfully submits this supplemental brief in response to Defendant

Anthony T. Williams's Tenth Motion for Order to Show Cause (10th OSC Motion

or Motion). ECF No. 597. To address the Court's concerns, the Federal Detention Center, Honolulu (FDC) will permit the defendant to bring certain note taking materials to the attorney visitation room while he reviews the hard drives produced to him on August 5, 2019. Declaration of Kyle G. Olsen (Olsen Decl.) ¶¶ 4-5.

I. The Defendant Has Access To All Discovery To Date Within His Housing Unit, Along With Note Taking Materials

The government has complied with its discovery obligations and the Court's orders. The defendant's allegation that "the undersigned can't takes notes as the undersigned peruse [sic] through the discovery" is incorrect. 10th OSC Motion Exh. A at 3.

On August 5, 2019, the government produced to the defendants 21 DVDs of discovery, which contained the results of warranted searches of certain electronic devices that the FBI had seized from the defendants. Government's Notice of Compliance with Order Exh. A at ¶ 8 (Declaration of Counsel in Support of Notice of Compliance with Order ¶ 8) (ECF No. 537-1). Defendant Anthony Williams received these 21 DVDs within his housing unit, and an FDC employee verified that all the discovery files on these DVDs can be opened on the e-discovery terminal in his housing unit, or have been produced to Williams in hard copy. United States's Response to the Defendant's Tenth Motion for Order to Show Cause (U.S. Resp. 10th OSC Motion) Exh. B (Declaration of Spencer Pae ¶ 15). Williams has access to writing materials in his housing unit. Olsen Decl. ¶¶ 4-5.

> II. The FDC Will Permit The Defendant Access To Note-Taking Materials In The Attorney Visitation Rooms In The Future; The Defendant Has Not Been Prejudiced By Any Note-Taking Material Restriction To Date

As the Court is aware, the government has also produced to the defendant hard drives that contain the forensic images that the FBI created in order to facilitate their warranted searches of the seized electronic devices. These drives can only be plugged into a computer at the attorney visitation rooms, and the defendant has not been permitted to have writing materials with him in these rooms. U.S. Resp. 10th OSC Motion Exh. B (Pae Decl. ¶¶ 19-21), Exh. C. To address the Court's concerns regarding the defendant's ability to prepare for trial, the FDC will permit the defendant access to note taking materials at the attorney visitation rooms. Olsen Decl. ¶¶ 4-5.

We note that the defendant has not been prejudiced by the FDC's restriction against note taking materials in the attorney visitation rooms to date, and that this new accommodation to permit note taking materials in the attorney visitation rooms may not be necessary. The government copied forensic images of the defendants' seized devices onto three hard drives, which it had initially provided to all defendants, and defendant Anthony Williams through his standby counsel, on January 23, 2019. The purpose of this production was to permit the defendants to conduct their own affirmative investigations of the devices; the forensic images contained on the three hard drives are not readable to a layperson using a standard

3

personal computer, but instead require specialized expertise and assistance to process and review.  U.S. Resp. 10th OSC Motion 8; *see also,* July 30, 2019 Order at 3, ECF No. 535.

Consistent with the Court's July 30, 2019 Order, the government provided these hard drives to the defendant directly at the FDC.  As noted previously, however, the defendant is not able to search the forensic images on the hard drives, even in the FDC attorney visitation rooms, without the assistance of a forensic expert with specialized software.  As represented by the defendant's standby counsel, the defendant has retained such a forensic expert, but had not received any work product as of the September 30, 2019 hearing.

It is not clear what work product the defendant expects to receive from his retained expert.  If the work product is presented on paper or DVDs, it may be appropriate to bring to the housing unit, if it is otherwise consistent with FDC policies, where the defendant already has access to note taking materials.  If the work product cannot be brought into the housing unit, but is otherwise appropriate for viewing in the attorney visitation rooms, the defendant will now have access to specified note-taking material there.  As of the date of the September 30, 2019 hearing, however, the defendant has not been prejudiced by the FDC's restriction against note taking materials in the attorney visitation rooms because he had not received any material from his retained expert.

## CONCLUSION

The government respectfully reiterates its request that the defendant's 10th OSC Motion be denied in its entirety.

DATED: October 4, 2019, at Honolulu, Hawaii.

                                               KENJI M. PRICE
                                               United States Attorney
                                               District of Hawaii

                                               By */s/ Gregg Paris Yates*
                                                  GREGG PARIS YATES
                                                  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

 Lars Isaacson, Esq.
 awaii.defender@earthlink.net

 Attorney for Defendant
 ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

 Anthony T. Williams
 Register No. 05963-122
 Inmate Mail
 FDC Honolulu
 PO Box 30080
 Honolulu, HI 96820

 DATED: October 4, 2019, at Honolulu, Hawaii.

            /s/ Dawn Aihara
            U.S. Attorney's Office
            District of Hawaii