LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>"PRIVATE ATTORNEY GENERAL Anthony Williams DEMAND FOR THE GOVERNMENT TO PROVIDE THE DOCUMENTS THAT THEY DELETED THE CONTENTS FROM THE DISCOVERY TO HINDER HIS DEFENSE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

"PRIVATE ATTORNEY GENERAL Anthony Williams DEMAND FOR THE GOVERNMENT TO PROVIDE THE DOCUMENTS THAT THEY DELETED THE CONTENTS FROM THE DISCOVERY TO HINDER HIS DEFENSE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "PRIVATE ATTORNEY GENERAL Anthony Williams DEMAND FOR THE GOVERNMENT TO PROVIDE THE DOCUMENTS THAT THEY DELETED THE CONTENTS FROM THE DISCOVERY TO HINDER HIS DEFENSE;" Declaration of Counsel and Exhibit "A."

Dated:  October 16, 2019

        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams