LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>"NOTICE TO THE COURT THAT PRIVATE ATTORNEY GENERAL Anthony Williams WILL HAVE DOCUMENTS FILED BY ANYONE WHOM HE DESIGNATES;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

"NOTICE TO THE COURT THAT PRIVATE ATTORNEY GENERAL Anthony Williams WILL HAVE DOCUMENTS FILED BY ANYONE WHOM HE DESIGNATES"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "NOTICE TO THE COURT THAT PRIVATE ATTORNEY GENERAL Anthony Williams WILL HAVE

DOCUMENTS FILED BY ANYONE WHOM HE DESIGNATES;"

Declaration of Counsel and Exhibit "A."

Dated: October 22, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams