KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
|---|---|
| Plaintiff, | ) <br> ) GOVERNMENT'S RESPONSE TO |
| vs. | ) DEFENDANT'S NOTICE TO THE <br> ) COURT THAT PRIVATE ATTORNEY <br> ) GENERAL ANTHONY WILLIAMS |
| ANTHONY T. WILLIAMS  (1), | ) WILL HAVE DOCUMENTS FILED BY <br> ) ANYONE WHOM HE DESIGNATES; |
| Defendant. | ) CERTIFICATE OF SERVICE <br> ) <br> ) |

GOVERNMENT'S RESPONSE TO DEFENDANT'S NOTICE TO THE
COURT THAT PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS
WILL HAVE DOCUMENTS FILED BY ANYONE WHOM HE DESIGNATES

The government respectfully submits this brief in response to Defendant Anthony T. Williams's Notice to the Court that Private Attorney General Anthony Williams Will Have Documents Filed By Anyone Whom He Designates

(Designation Notice or Notice).  ECF No. 616.  In sum, the defendant seeks to designate two individuals, who are not members of the State Bar of Hawai'i, to "file documents into the instant case," and to "sign documents in the undersigned's name to have documents filed directly into the instant case on behalf of the undersigned."  Notice Exh. A 1, ECF No. 616-2.  The defendant claims that he "is not governed by [the] corrupt Bar rules," and that his standby attorney, Lars Isaacson, Esq., is "not able to file or [is] unwilling to file" documents in this matter.  *Id.*

The government objects to the Notice.  The defendant is once again seeking to have non-attorneys provide legal representation for him in this matter.  The defendant is aware that filing documents with this Court on behalf of a party to litigation represents the practice of law.  In another matter before this Court, the defendant attempted to file a pleading, and this Court found that the defendant violated Haw. Rev. Stat. § 605-14 by engaging in the unauthorized practice of law.  *See Malinay v. Nishimura*, 2013 U.S. Dist. LEXIS 115008 *5-7 (D. Hawaii Aug. 14, 2013.

Moreover, on two occasions to date, the defendant has argued to this Court that he should be permitted to retain a "non-bar," non-attorney to represent him in this proceeding.  *See* "Sworn Motion for Non Bar Counsel (Mot. Non Bar Counsel)," ECF No. 236; "Demand for the Government to Correct Title 28 U.S.

1654 to Reflect the Act of Congress Passed Into Law," ECF No. 438.  Both of these motions were denied.  ECF Nos. 340, 454; *see also* Motion for Recognition as a Private Attorney General and Sovereign (Mot. Priv. Atty Gen.)," ECF No. 237 (arguing that the "Sixth Amendment[,] which guarantees the right of the accused to the 'assistance of counsel[,]' was written in 1791 and the term counsel did not mean an attorney at law . . .") (motion denied at ECF No. 341).

Having had his requests to retain non-attorney counsel repeatedly denied, the defendant now defiantly gives the Court "Notice" that he will ignore the Court's orders, and go ahead and utilize non-attorneys to file and sign matters on his behalf in this prosecution.  The defendant's conduct should not be permitted, and the government objects strongly.  Should any pleading or motion be filed on the defendant's behalf by a non-attorney, the filing should be promptly rejected.

## CONCLUSION

The government respectfully objects to the Notice.

DATED:  October 25, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By */s/ Gregg Paris Yates*
GREGG PARIS YATES
Assistant U.S. Attorney

3

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: October 25, 2019, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii