# MINUTE ORDER

CASE NUMBER:  CRIMINAL NO. 17-00101(01) LEK

CASE NAME:  United States v. Anthony T. Williams

JUDGE:  Leslie E. Kobayashi

DATE:  10/25/2019

COURT ACTION:  EO:  COURT ORDER REGARDING DEFENDANT'S "NOTICE TO THE COURT THAT PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS WILL HAVE DOCUMENTS FILED BY ANYONE WHOM HE DESIGNATES"

On October 22, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a document titled "Notice to the Court that Private Attorney General Anthony Williams Will Have Documents Filed by Anyone Whom He Designates." [Dkt. no. 616.]  This filing is HEREBY CONSTRUED as a request to have two individuals – William Wagener and Rosy Thomas – be granted permission to file documents on Defendant's behalf ("Request").  *See* Request, Decl. of Counsel, Exh. A.

First, Defendant is proceeding pro se, with Lars Isaacson, Esq., as his standby counsel.  Mr. Isaacson has been dutifully filing documents on Defendant's behalf.  Second, William Wagener and Rosy Thomas do not appear to be attorneys who are licensed to practice in this district, and therefore they are not permitted to represent Defendant.  *See* Local Rule LR81.1(a) (stating that persons appearing pro se "must appear personally on behalf of themselves only and may not delegate that duty to another who is not authorized to practice in this court").  Defendant's Request is therefore DENIED.

The Clerk's Office is DIRECTED to refuse to file any documents submitted by William Wagener, Rosy Thomas, or anyone other than Defendant or Mr. Isaacson.

IT IS SO ORDERED.

Submitted by:  Renee Honda, Courtroom Manager