KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE DEADLINE TO RESPOND |
| vs. | ) TO DEFENDANT'S ELEVENTH |
| | ) MOTION FOR ORDER TO SHOW |
| ANTHONY T. WILLIAMS  (1), | ) CAUSE; CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

UNITED STATES'S MOTION TO CONTINUE DEADLINE TO RESPOND
TO DEFENDANT'S ELEVENTH MOTION FOR ORDER TO SHOW CAUSE

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to continue the deadline to respond to

Defendant Anthony T. Williams's Eleventh Motion for Order to Show Cause (11th

OSC Motion or Motion).  ECF No. 598.  The Court set the hearing upon the Motion for November 6, 2019.  Pursuant to Local Rule 12.2(d) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii, the government's deadline to respond to the 11th OSC Motion is October 25, 2019.

The government requests a seven-day continuance of the deadline to respond to the Motion, from October 25, 2019 to November 1, 2019.  This is the government's first request for an extension of this Motion.  The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports the government's request.  The 11th OSC Motion is voluminous, and comprises *twenty-seven* (27) distinct demands, including 10 demands that are duplicative of prior motions.  The government has been able to substantially complete a response to the motion.  However, numerous demands require consultation with the Bureau of Prisons (BOP) to address, including at least nine (9) of the Motion's demands, which require administrative exhaustion by the defendant.  Unfortunately, the BOP counsel who is resident at the Federal Detention Center, Honolulu has been out of the office on extended leave for the entire week of October 21, 2019 as a result of an ongoing illness.

The undersigned attorney understands that the BOP counsel is expected to return to the office during the week of October 28, 2019.  Accordingly, the

government respectfully requests a brief continuance of time, from October 25, 2019 to November 1, 2019, to respond to the Motion.

## CONCLUSION

In sum, the government respectfully requests a continuance of seven days of the deadline to respond to the motion to and including November 1, 2019.

DATED: October 25, 2019, at Honolulu, Hawaii.

                KENJI M. PRICE
                United States Attorney
                District of Hawaii

            By */s/ Gregg Paris Yates*
                GREGG PARIS YATES
                Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  October 25, 2019, at Honolulu, Hawaii.

/s/Melena Malunao
U.S. Attorney's Office
District of Hawaii