# MINUTES

CASE NUMBER:   1:17-CR-00101-LEK-1

CASE NAME:     United States of America v (01) Anthony T. Williams

JUDGE:   Kenneth J. Mansfield        REPORTER:

DATE:    10/31/2020                  TIME:

COURT ACTION:  EO:

For good cause shown, the Court GRANTS the United States' Motion To Continue Deadline To Respond To Defendant's Eleventh Motion For Order To Show Cause (ECF No. 623) and will permit the Government until November 1, 2019 to file its response to Defendant Anthony T. Williams's Eleventh Motion for Order to Show Cause (ECF No. 598).  Because the Government filed its response today (ECF No. 627) , the Court accepts the response as timely filed.

*Submitted by: Bernie Aurio, Courtroom Manager*