LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101-LEK (01) DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL, ANTHONY T. WILLIAMS CHALLENGING THE JURISDICTION OF THE FEDERAL CORPORATION CALLED THE 'UNITED STATES' OR 'UNITED STATES OF AMERICA AS OUTLINED IN TITLE 28 USC 3002(15)1(1); EXHIBITS 'A-D'; AND CERTIFICATE OF SERVICE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION OF PRIVATE ATTORNEY
GENERAL, ANTHONY T. WILLIAMS CHALLENGING THE
JURISDICTION OF THE FEDERAL CORPORATION CALLED
THE 'UNITED STATES' OR 'UNITED STATES OF AMERICA AS
OUTLINED IN TITLE 28 USC 3002(15)1(1); EXHIBITS 'A-D';
AND CERTIFICATE OF SERVICE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL, ANTHONY T. WILLIAMS CHALLENGING THE JURISDICTION OF THE FEDERAL CORPORATION CALLED THE 'UNITED STATES' OR 'UNITED STATES OF AMERICA AS OUTLINED IN TITLE 28 USC 3002(15)1(1); EXHIBITS 'A-D'; AND CERTIFICATE OF SERVICE;" Declaration of Counsel and Exhibit "A."

Dated:  November 6, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams