# MINUTE ORDER

CASE NUMBER:       CRIMINAL NO. 17-00101(01) LEK

CASE NAME:       United States v. Anthony T. Williams

JUDGE:       Leslie E. Kobayashi

DATE:       11/08/2019

COURT ACTION: EO: COURT ORDER REGARDING DEFENDANT'S MOTION FILED ON NOVEMBER 6, 2019

      On November 6, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a Motion "Challenging the Jurisdiction of the Federal Corporation Called the 'United States' or 'United States of America[']' as outlined in title 28 USC 3002(15)1(1)" ("Motion"). [Dkt. no. 633.] Pursuant to the deadlines issued at the August 27, 2019 status conference, any response to the Motion must be filed by **December 6, 2019**, and Defendant will not be permitted to file a reply. See Minutes, filed 8/27/19 (dkt. no. 566), at 1. The Motion will be taken under advisement after the response deadline.

      IT IS SO ORDERED.

Submitted by: Theresa Lam, Courtroom Manager