LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
E-mail: Hawaii.defender@earthlink.net
Standby attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101 JEK<br><br>MOTION FOR EN CAMERA STATUS CONFERENCE AND/OR TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
|---|---|

MOTION FOR EX CAMERA STATUS CONFERENCE AND/OR

<u>TO WITHDRAW AS COUNSEL</u>

**Comes now** Lars Robert Isaacson, standby attorney for Defendant Anthony T. Williams, moves this Court for en camera status conference to discuss and resolve issues pertaining to counsel's assistance to Mr. Williams as standby counsel in this cause, and/or for permission to

withdraw as standby counsel and request that substitute counsel be appointed to represent the Defendant in further proceedings in this matter.

    This motion is brought pursuant to Rule 1.16 of the Hawaii Rules of Professional Conduct, and is based on the Defendant's right to the effective assistance of counsel and to appointed counsel pursuant to the 6th and 14th Amendments to the United States Constitution, the attached Declaration of Counsel, the records and files in this case, and upon further evidence and argument as may be adduced at an en camera hearing in this matter.

Dated:  November 12, 2019      Honolulu, Hawai'i

                                    Respectfully submitted,

                                    */s/   Lars Isaacson*
                              LARS ROBERT ISAACSON