IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | DEMAND FOR THE GOVERNMENT |
| vs. | ) | TO PROVIDE THE DOCUMENTS |
| | ) | THAT THEY DELETED THE |
| ANTHONY WILLIAMS, | ) | CONTENTS FROM DISCOVERY TO |
| | ) | HINDER HIS DEFENSE |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S DEMAND FOR THE GOVERNMENT TO PROVIDE THE DOCUMENTS THAT THEY DELETED THE CONTENTS FROM DISCOVERY TO HINDER HIS DEFENSE**

Defendant Anthony Williams's ("Defendant") Demand for the Government to Provide the Documents That They Deleted the Contents From Discovery to Hinder His Defense ("Motion") asserts, without any supporting evidence, that a disc the Government produced in discovery, bates labeled WILLIAMS_ET_AL_070049 (Disk 070049), is incomplete because the Government "intentionally deleted" eight files from the disc. ECF No. 614.

In its opposition, the Government represents that this CD contains "all files that were copied and seized from one of Defendant's electronic devices pursuant to a search warrant." ECF No. 627. The Government acknowledges that the disc does not contain all data from the device; rather, it only contains data that was responsive to the search warrant. *Id.* The Government no longer has authority to

search the device for additional documents, but it made the full forensic image available to Defendant on August 5, 2019.

Because there is no evidence that the Government deleted any files, and because the Government has made the full forensic copy of the device in question available to Defendant, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, November 12, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*United States v. Williams*, Crim. No. 17-00101 LEK; Order Denying Defendant's Demand for the Government to Provide the Documents That They Deleted the Contents From Discovery to Hinder His Defense