# MINUTE ORDER

CASE NUMBER: CRIMINAL NO. 17-00101(01) LEK

CASE NAME: United States v. Anthony T. Williams

JUDGE: Leslie E. Kobayashi

DATE: 11/12/2019

COURT ACTION:  EO:  COURT ORDER REGARDING MOTIONS FILED ON NOVEMBER 12, 2019

On November 12, 2019, pro se Defendant Anthony T. Williams ("A. Williams") filed his: "Motion for Government to Provide Evidence that Anyone Who Has Passed the Background Check to Visit Private Attorney General Anthony Williams Is a Security Risk or Concern" ("Visitation Motion"); and "Mandatory Judicial Notice" motion ("Judicial Notice Motion").  [Dkt. no. 638, 639.]  Also on November 12, 2019, A. Williams's stand-by counsel, Lars Isaacson, Esq., filed a "Motion for Ex Camera Status Conference and/or to Withdraw as Counsel" ("Counsel Motion").  [Dkt. no. 640.]

An *in camera* hearing on the Counsel Motion will be held on **November 19, 2019, immediately following the 10:30 a.m. status conference**.  Counsel for Defendant Anabel Cabebe and counsel for Defendant Barbara Williams will be excused at the conclusion of the status conference.  Counsel for Plaintiff the United States of America ("the Government") must remain available for the hearing on the Counsel Motion, but counsel for the Government will be excused during portions of the hearing related to matters protected by the attorney-client privilege and/or work product doctrine.

The Court FINDS the Visitation Motion and the Judicial Notice Motion suitable for disposition without a hearing, pursuant to Local Rule 7.1(c).  Further, the Court FINDS that it is not necessary for any party to file a response to the Visitation Motion, and the Visitation Motion is HEREBY TAKEN UNDER ADVISEMENT.

Pursuant to the deadlines issued at the August 27, 2019 status conference, any response to the Judicial Notice Motion must be filed by **December 6, 2019**, and A. Williams will not be permitted to file a reply.  See Minutes, filed 8/27/19 (dkt. no. 566), at 1.  The Judicial Notice Motion will be taken under advisement after the response deadline.

      IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager