LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION FOR THE GOVERNMENT TO STOP WITHHOLDING DISCOVERY MATERIAL AND PROVIDE TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS ALL DISCOVERY DUE TO HIM;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION FOR THE GOVERNMENT TO STOP WITHHOLDING DISCOVERY MATERIAL AND PROVIDE TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS ALL DISCOVERY DUE TO HIM"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION FOR THE GOVERNMENT

TO STOP WITHHOLDING DISCOVERY MATERIAL AND PROVIDE TO PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS ALL DISCOVERY DUE TO HIM;" Declaration of Counsel and Exhibit "A."

Dated: November 13, 2019

                                      /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams