LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S MOTION FOR MISCELLANOUS RELIEF; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides Defendant's Motion for Miscellaneous Relief, which Mr. Williams has entitled as: "Motion For The Satanic U.S. Attorney's Gregg Paris Yates, Ronald G. Johnson, Kenneth Sorenson and

Kenji Price Acting On Behalf Of The Demonic Corporation Called The United States Of America (Title 28 U.S.C. 3002(15)(a)), To Prove That The United States Code Applies To Private Attorney General Anthony Williams And They Have Jurisdiction." Also are attached are Declaration of Counsel and Exhibit "A."

Dated: November 15, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams