LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>     Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS RESPONSE TO UNITED STATES RESPONSE TO ELEVENTH MOTION FOR ORDER TO SHOW CAUSE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY
WILLIAMS RESPONSE TO UNITED STATES RESPONSE TO
ELEVENTH MOTION FOR ORDER TO SHOW CAUSE"

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides DEFENDANT'S "PRIVATE ATTORNEY GENERAL

ANTHONY WILLIAMS RESPONSE TO UNITED STATES

RESPONSE TO ELEVENTH MOTION FOR ORDER TO SHOW

CAUSE;" Declaration of Counsel and Exhibit "A."

  Dated:  November 17, 2019


            /s/ Lars Isaacson
            LARS ROBERT ISAACSON
            Standby Attorney for
            Defendant Anthony T. Williams