# MINUTE ORDER

CASE NUMBER:  CRIMINAL NO. 17-00101-LEK

CASE NAME:  USA vs. (1) Anthony T. Williams

JUDGE:  Leslie E. Kobayashi   DATE:  11/22/2019

COURT ACTION:  EO: COURT ORDER REGARDING DEFENDANT'S MOTION FOR MISCELLANEOUS RELIEF

On November 15, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a Motion for Miscellaneous Relief ("11/15/19 Motion"). [Dkt. no. 645.] The Court finds the 11/15/19 Motion suitable for disposition without a hearing pursuant to Local Rule 7.1(c) and without a response from Plaintiff the United States of America. The 11/15/19 Motion is therefore taken under advisement. No further filings regarding the 11/15/19 Motion will be considered unless the filing party obtains leave of Court prior to filing.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager