LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS EX PARTE REQUEST FOR TRANSPORT OF INCARCERATED PARTY;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS EX PARTE REQUEST FOR TRANSPORT OF INCARCERATED PARTY"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS EX PARTE REQUEST FOR

TRANSPORT OF INCARCERATED PARTY;" Declaration of Counsel and Exhibit "A."

Dated: November 22, 2019

          /s/ Lars Isaacson
         LARS ROBERT ISAACSON
         Standby Attorney for
         Defendant Anthony T. Williams