LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS DEMANDING THE GOVERNMENT TO CHANGE IT'S NAME FROM THE DEPARTMENT OF JUSTICE TO EITHER THE DEPARTMENT OF INJUSTICE OR THE DEPARTMENT OF UNLAWFUL PROSECUTIONS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS DEMANDING THE GOVERNMENT TO CHANGE IT'S NAME FROM THE DEPARTMENT OF JUSTICE TO EITHER THE DEPARTMENT OF INJUSTICE OR THE DEPARTMENT OF UNLAWFUL PROSECUTIONS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS DEMANDING THE GOVERNMENT TO CHANGE IT'S NAME FROM THE DEPARTMENT OF JUSTICE TO EITHER THE DEPARTMENT OF INJUSTICE OR THE DEPARTMENT OF UNLAWFUL PROSECUTIONS;" Declaration of Counsel and Exhibit "A."

Dated:  November 22, 2019

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams