LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS FIRST MOTION IN LIMINE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS FIRST MOTION IN LIMINE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS FIRST MOTION IN LIMINE;" Declaration of Counsel and Exhibit "A."

Dated:  November 22, 2019

                                    <u>/s/ Lars Isaacson</u>
                            LARS ROBERT ISAACSON
                            Standby Attorney for
                            Defendant Anthony T. Williams