# LARS ROBERT ISAACSON

### ATTORNEY AT LAW

1100 ALAKEA STREET, 20TH FLOOR
HONOLULU, HAWAII 96813
PHONE: 808-497-3811   FAX: 866-616-2132
EMAIL: HAWAII.DEFENDER@EARTHLINK.NET

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 22 2019
DISTRICT OF HAWAII

November 21, 2019

Hon. Leslie E. Kobayashi
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Re:   *United States v. Anthony T. Williams, Cr. No. 17-00101 LEK,* United States District Court, District of Hawai'i.

Dear Judge Kobayashi,

Per your inquiry at the hearing in this cause on November 19, 2019, the current subpoena date of February 3, 2019, as contained in the ex parte documents standby counsel has provided you, does not need to be changed.

Sincerely yours,

[signature]

LARS ROBERT ISAACSON

Cc/Anthony Williams
AUSA Ken Sorenson
AUSA Greg Yates
Birney Bervar, Esq.
Michael Jay Green, Esq.