# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | ANTHONY T. WILLIAMS |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 11/25/2019 |

COURT ACTION:  EO: COURT ORDER REGARDING MOTIONS FILED ON NOVEMBER 22, 2019

    On November 22, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed his: "Ex Parte Request for Transport of Incarcerated Party" ("Transportation Request"); motion demanding that the Department of Justice change its name to either "the Department of Injustice" or "the Department of Unlawful Prosecutions" ("DOJ Motion"); and "First Motion in Limine" ("MIL1"). [Dkt. nos. 651, 652, 653.] The Court FINDS all of these matters suitable for disposition without a hearing, pursuant to Local Rule 7.1(c). Further, the Court FINDS that it is not necessary for any party to file a response to either the DOJ Motion or MIL. The DOJ Motion and MIL1 are HEREBY TAKEN UNDER ADVISEMENT.

    Pursuant to the deadlines issued at the August 27, 2019 status conference, any response to the Transportation Request must be filed by **December 6, 2019**, and Defendant will not be permitted to file a reply. See Minutes, filed 8/27/19 (dkt. no. 566), at 1. The Transportation Request will be taken under advisement after the response deadline.

    IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager