IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 17-00101 LEK |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING** |
| | ) | **DEFENDANT'S MOTION FOR** |
| vs. | ) | **THE GOVERNMENT TO STOP** |
| | ) | **WITHHOLDING DISCOVERY** |
| ANTHONY WILLIAMS  (1), | ) | **MATERIAL AND PROVIDE TO** |
| | ) | **PRIVATE ATTORNEY GENERAL** |
| Defendant. | ) | **ANTHONY WILLIAMS ALL** |
| | ) | **DISCOVERY DUE TO HIM** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR THE
GOVERNMENT TO STOP WITHHOLDING DISCOVERY
MATERIAL AND PROVIDE TO PRIVATE ATTORNEY
<u>GENERAL ANTHONY WILLIAMS ALL DISCOVERY DUE TO HIM</u>**

Defendant Anthony Williams ("Defendant") filed a Motion for the Government to Stop Withholding Discovery Material and Provide to Private Attorney General Anthony Williams All Discovery Due to Him ("Motion"). ECF No. 644. The Motion seeks discovery of "all of the communication between all the FBI offices, U.S. Attorney[s'] Offices, and other Federal and State agencies." Motion at PageID#5513-5514.

The Motion seeks documents and communications that are either not discoverable, or are not discoverable at this time. Fed. R. Crim. Proc. 16, as well

as *United States v. Brady*, 397 U.S. 742 (1970), *United States v. Giglio*, 405 U.S. 150 (1972), and the *Jencks* Act, 18 U.S.C. § 3500 ("*Jencks* Act"), govern the government's discovery obligations, and the record before the Court indicates that the government is in compliance with its discovery obligations.

By rule, communications "made by an attorney for the government or other government agent in connection with investigating or prosecuting the case," are not subject to disclosure prior to trial. Fed. R. Crim. Proc. 16(a)(2). If the government designates any government agents to testify at trial, the government will by required to supplement its production consistent with the *Jencks* Act, Fed. R. Crim. Proc. 26.2, CrimLR16.1(f), and any pretrial scheduling order from the Court.

For these reasons, the Court DENIES the Motion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 2, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*United States v. Williams*, Crim. No. 17-00101 LEK; Order Denying Defendant's Motion for the Government to Stop Withholding Discovery Material and Provide to Private Attorney General Anthony Williams All Discovery Due to Him