Case 1:17-cr-00101-LEK   Document 686   Filed 12/02/19   Page 1 of 2     PageID #: 5948

LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTHONY T. WILLIAMS,<br><br>  Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS MOTION FOR GOVERNMENT TO ESTABLISH THAT THESE PROCEEDINGS ARE AVERSARIAL;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS MOTION FOR GOVERNMENT TO ESTABLISH THAT THESE PROCEEDINGS ARE AVERSARIAL"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "PRIVATE ATTORNEY GENERAL

ANTHONY WILLIAMS MOTION FOR GOVERNMENT TO ESTABLISH THAT THESE PROCEEDINGS ARE AVERSARIAL;" Declaration of Counsel and Exhibit "A."

Dated: December 2, 2019

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams