LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION OF ANTHONY WILLIAMS TO PLEAD GUILTY IF THE SATANTIC PROSECUTORS KENNETH SORENSON AND GREGG PARIS YATES CAN PROVIDE ALL PROOF OF CLAIMS SUBMITTED IN MOTION, OTHERWISE THE GOVERNMENT AGREES TO DISMISS THIS CASE ON ITS OWN MOTION;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION OF ANTHONY WILLIAMS TO
PLEAD GUILTY IF THE SATANTIC PROSECUTORS
KENNETH SORENSON AND GREGG PARIS YATES CAN
PROVIDE ALL PROOF OF CLAIMS SUBMITTED IN MOTION,
OTHERWISE THE GOVERNMENT AGREES TO DISMISS THIS
CASE ON ITS OWN MOTION"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION OF ANTHONY WILLIAMS TO PLEAD GUILTY IF THE SATANTIC PROSECUTORS KENNETH SORENSON AND GREGG PARIS YATES CAN PROVIDE ALL PROOF OF CLAIMS SUBMITTED IN MOTION, OTHERWISE THE GOVERNMENT AGREES TO DISMISS THIS CASE ON ITS OWN MOTION;" Declaration of Counsel and Exhibit "A."

Dated:  December 2, 2019

       /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams