# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101-LEK (1)

CASE NAME:     United States of America v. Anthony T. Williams

JUDGE:     Leslie E. Kobayashi     DATE:     12/4/2019

COURT ACTION: EO: COURT ORDER REGARDING DEFENDANT'S MOTIONS FILED ON DECEMBER 2, 2019

    On December 2, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed three motions, [dkt. nos. 686, 687, 688,] which are suitable for disposition without a hearing pursuant to Local Rule 7.1(c) and without a response from Plaintiff the United States of America. The motions are therefore taken under advisement, and no further filings regarding any of the motions will be considered unless the filing party obtains leave of Court prior to filing.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager