# MINUTE ORDER

CASE NUMBER: CRIMINAL NO. 17-00101-1 LEK

CASE NAME: United States of America v. Anthony T. Williams

JUDGE: Leslie E. Kobayashi        DATE: 12/5/2019

COURT ACTION:  EO: COURT ORDER DENYING DEFENDANT'S MOTION FOR "MANDATORY JUDICIAL NOTICE"

On November 12, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a motion seeking "Mandatory Judicial Notice." [Dkt. no. 639.] Plaintiff the United States of America ("the Government") filed its response to the Motion on November 29, 2019. [Dkt. no. 684.] The Court finds that the Motion is suitable for disposition without a hearing pursuant to Local Rule 7.1(c).

In the Motion, Defendant argues this Court must take judicial notice of eight statements. [Motion, Decl. of Counsel, Exh. A at 2-3 (in the district court's electronic case filing system).] Fed. R. Evid. 201(b) states:

> Kinds of Facts That May Be Judicially Noticed.  The court may judicially notice a fact that is not subject to reasonable dispute because it:
>
> (1)  is generally known within the trial court's territorial jurisdiction; or
>
> (2)  can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Defendant's Motion is DENIED because the statements that Defendant seeks judicial notice of are not facts which satisfy either Rule 201(b)(1) or (2).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager