# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | United States of America v. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/5/2019 |

COURT ACTION:  EO: COURT ORDER DENYING DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS DEMANDING THE GOVERNMENT TO CHANGE IT'S [SIC] NAME FROM THE DEPARTMENT OF JUSTICE TO EITHER THE DEPARTMENT OF INJUSTICE OR THE DEPARTMENT OF UNLAWFUL PROSECUTIONS"

Before the Court is pro se Defendant Anthony T. Williams's ("Defendant") "Motion of Private Attorney General Anthony Williams Demanding the Government to Change It's [sic] Name from the Department of Justice to Either the Department of Injustice or the Department of Unlawful Prosecutions" ("Motion"), filed on November 22, 2019. [Dkt. no. 652.]  The Court finds that: the Motion is suitable for disposition without a hearing pursuant to Local Rule 7.1(c); and it is not necessary for Plaintiff the United States of America to file a response to the Motion.  Defendant's Motion is HEREBY DENIED because there is no legal basis for the relief sought therein.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager