KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANTHONY T. WILLIAMS   (1),<br><br>       Defendant. | CR. NO. 17-00101 LEK<br><br>GOVERNMENT'S RESPONSE TO THE DEFENDANT'S "MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY T. WILLIAMS CHALLENGING THE JURISDICTION OF THE FEDERAL CORPORATION CALLED THE UNITED STATES OR UNITED STATES OF AMERICA AS OULINED IN TITLE 28 USC 3002(15)1(1);" CERTIFICATE OF SERVICE |

GOVERNMENT'S RESPONSE TO THE DEFENDANT'S
"MOTION OF PRIVATE ATTORNEY GENERAL ANTHONY T.
WILLIAMS CHALLENGING THE JURISDICTION OF THE FEDERAL
CORPORATION CALLED THE UNITED STATES OR UNITED
STATES OF AMERICA AS OUTLINED IN TITLE 28 USC 3002(15)1(1)

The government respectfully submits this brief in response to Defendant Anthony T. Williams's "Motion of Private Attorney General Anthony T. Williams Challenging The Jurisdiction of The Federal Corporation Called The United States Or United States of America as Outlined in Title 28 USC 3002(15)1(1) (Motion)." ECF No. 633-2.  The Motion argues that the defendant is a sovereign citizen, who is outside the jurisdiction of this Court.  Motion Exh. A at 4 ("A sovereign is exempt from suit.").

The defendant has already presented this argument to the Court on numerous occasions and in various forms:

- *See* Defendant's Motion for Rebuttal to Sworn Declaration of Anthony Williams (Mot. Rebuttal) at Affidavit at 1 ¶ 3, ECF No. 146-1 ("Affiant is an American National and not a U.S. Citizen and not subject to the jurisdiction of the United States which is a Federal Corporation pursuant to Title 28 USC 3002(15)(a).

- *See* Defendant's Motion for Plea of Misnomer Exh. A at 1, ECF No. 553-2 ("Defendant being charged is a legal fiction/corporation/artificial person as the all capital letters name ANTHONY TROY WILLIAMS. . . . The sentient living being Anthony Troy Williams is a distinct separate entity from the all capital letters name.").

- *See* Defendant's Motion to Clarify Juridical Nature and Citizenship Status of Anthony Williams Exh. A at 1, ECF No. 569 ("Anthony Williams [does not] operate[] under . . . the UNITED STATES OF AMERICA's codes and statutory laws unless said codes, statutes or regulations are in accordance with

2

> Yahweh's law and the Constitution and does not infringe upon any of the rights of Private Attorney General Anthony Williams or Defendant ANTHONY WILLIAMS a legal person/fiction.") ("The undersigned is challenging the Federal jurisdiction being alleged by the government.").

- *See* Defendant's Private Attorney General Anthony Williams Motion for Government to Establish that these Proceedings are Adversarial," Exh. A. at 3, ECF No. 686-2 ("However, there is nothing in the indictment that the government is claiming injury that is traceable to the legal fiction ANTHONY T. WILLIAMS nor the undersigned.")

To date, this Court has ruled against the defendant each time that he has raised this argument. ECF Nos. 325, 587, 596.

The jurisdiction of this Court is proper pursuant to Title 18, United States Code, Section 3231. The defendant is charged with a violation of a law of the United States, which is properly within the jurisdiction of this Court. *United States v. Hanson*, 2 F.3d 942 (9th Cir. 1993). The defendant's invocation of sovereign citizen status does not abrogate this Court's jurisdiction over his prosecution. *See, e.g.*, *United States v. Ernst*, 857 F. Supp. 2d 1098, 1105 (D. Or. 2012), *aff'd* 623 F.App'x 333 (9th Cir. 2015); *United States v. Hilgeford*, 7 F.3d 1340, 1342 (7th Cir. 1993) ("The defendant in this case apparently holds a sincere belief that he is a citizen of the mythical "Indiana State Republic" and for that reason is an alien beyond the jurisdictional reach of the federal courts. The belief is, of course,

incorrect."). The defendant's assertions regarding residency and possession of identification are irrelevant to this Court's jurisdiction.

The defendant's assertion that "none of the alleged conduct . . . took place in a federal enclave" is frivolous and does not affect the jurisdictional analysis. As charged, the wire and mail fraud counts are alleged to have taken place in the District of Hawaii. Superseding Indictment ¶¶ 33 and 35, ECF No. 154. Jurisdiction of this Court over the Superseding Indictment is proper as a result of the alleged violation of the wire and mail fraud statutes, Title 18, United States Code, Sections 1341 and 1343, which require the use of the mail and interstate wires. Moreover, venue is proper in the District Court for the District of Hawaii because Hawaii was where the mailings and wire transmissions "originated, passed through, was received, or [where they were] orchestrated." *United States v. Pace*, 301 F.3d 1034, 1039 (9th Cir. 2002). Accordingly, this matter is properly before this Court.

//
//
//
//
//
//
//

4

## CONCLUSION

The government respectfully requests that the Court deny the Motion.

DATED: December 6, 2019, at Honolulu, Hawaii.


      KENJI M. PRICE
      United States Attorney
      District of Hawaii


      By */s/ Gregg Paris Yates*
        GREGG PARIS YATES
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail on or by December 9, 2019:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  December 6, 2019, at Honolulu, Hawaii.

/s/ Gregg Paris Yates
U.S. Attorney's Office
District of Hawaii