Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820

cc: USA, copy mailed to filer 12/19/19

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 06 2019
at 11 o'clock and 03 min. A M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA
(Federal Corporation, 28 USC 3002, 15(a))
Plaintiff,

vs.

ANTHONY T. WILLIAMS
(Legal Fiction)
Defendant.

CASE NO. 17-00101 LEK

P.A.G. Anthony Williams REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR THE GOVERNMENT TO STOP WITHHOLDING DISCOVERY MATERIAL AND PROVIDE PRIVATE ATTORNEY GENERAL Anthony Williams ALL DISCOVERY DUE TO HIM

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this reply to the government's response.

I. THE GOVERNMENT DID USE ILLEGAL TACTICS TO OBTAIN DISCOVERY MATERIAL

Yates, as his manner has been, submitted lies in his response by stating that the "FBI's investigation into the defendant's conduct in Florida was concluded after the defendant was successfully prosecuted by the Broward County Prosecutor's office." This was not why the investigation was concluded. The investigation was concluded because the FBI could find no evidence of a federal crime and therefore declined prosecution. If the statement by Yates was true we

Received By Mail Date 12/6/19

the FBI and government was satisfied that the prosecution by Broward County was successful in unlawfully convicting the undersigned to 15 years in prison, why would the government re-prosecute the undersigned again AFTER he was illegally convicted for what the government claims is the same conduct the FBI in Miami investigated but declined prosecution because Yates says Broward was successful? IF the FBI investigation was concluded and the undersigned was already unlawfully convicted, what would be the reason to re-prosecute someone who is ALREADY serving a 15 year prison sentence for the same alleged conduct? This shows Yates explanation is asinine and proves that the federal prosecution in Hawaii is malicious, meritless and retaliatory because if there were a federal crime that had been committed, the FBI in Miami would have prosecuted.

Furthermore, Yates statement that Broward County Prosecutors successfully prosecuted the undersigned is false. The Broward County Prosecutors successfully coerced the co-defendant to take the stand and lie, successfully excluded all African-Americans or Hispanics from the jury, illegally rigged the jury with people they knew, refused to call the detectives that investigated and arrested the undersigned for the bogus charges and ultimately denied the undersigned the right to face his accuser. This was NOT a successful prosecution. It was a criminal act committed by the prosecutors and was a travesty and miscarriage of justice.

II. THE UNDERSIGNED IS ENTITLED TO COMMUNICATIONS BETWEEN THE FBI OFFICES, U.S. ATTORNEY OFFICES AND OTHER FEDERAL AND STATE AGENCIES.

Yates asserts that the undersigned is seeking discovery into the litigation preparation of the government which is not

what the undersigned is requesting. Yates comprehension skills seem to be quite deficient and lacking. The government in its discovery provided one (1) email communication between Megan Crawley of the FBI and Ronald G. Johnson, a satanic prosecutor of the U.S. Attorneys office in which they were discussing the undersigned's Florida case and what was going on at the time. If email communication between these agencies were not discoverable, WHY THEN DID THEY PROVIDE THIS EMAIL IN DISCOVERY? Yates can't claim that it was a mistake because the US Attorneys office is the one that provided the email communication in discovery knowingly and intentionally. Now the undersigned is simply asking for the rest of the emails because it goes directly to the undersigned's defense that these agencies were in collusion and complicity to incarcerate the undersigned illegally for as many years as possible. This fact can easily be proven by the fact that 1) Yates claim that the prosecution in Florida was successful in sentencing the undersigned to 15 years in prison 2) After the prosecution was declined by the FBI Miami office, the FBI Honolulu re-prosecuted the undersigned for the same conduct he is serving a 15 year sentence on in Florida, without any evidence of a crime, 3) the prosecution in Hawaii is to add anywhere from 10 to 20 additional years on to the undersigned sentence after serving 15 years in Florida which would in essence give the undersigned a life sentence in prison for helping people fight their illegal foreclosure and exposing corruption in the government and not for committing any crimes. Murders and rapist have been sentenced to shorter sentences than the undersigneds 15 year sentence and possibly 20 year sentence on top of that if this corrupt prosecutors have their way. A police officer who went into an African American mans home and murdered him in cold blood gets sentenced to 10 years in prison and the undersigned has

no victims and havent committed any crimes and has been sentenced to 15 years in prison with a possible 20 additional on top of that which would incarcerate the undersigned until he is 80 years old having never committed a crime but targeted for exposing the crimes of lawyers, judges and law enforcement officers.

The emails will show the illegal intent and execution of the unlawful investigation into the undersigned's business and the conspiracy between these agencies to constantly harass, file numerous bogus charges which were approximately 34, and finaly being able to find a judge and a rigged jury to ultimately convict the undersigned on two of the bogus charges.

The fact that Yates states," Should the government designate government agents to testify at trial, the government will supplement its prior production consistent with the Jencks Act, Title 18, United States Code, section 3500", shows that Yates is withholding this discovery information.

The undersigned was deprived of his constitutional right to face his accusers in the Florida trial when the prosecutors failed to call pseudo Detective John Calabro to the witness stand because they knew the undersigned was going to tear him a new asshole on the stand and therefore decline to call him to testify. This is the tactic the undersigned wants to prevent from happening in this instant case where the prosecutors fail to call Megan Crawley to the witness stand so that the undersigned will not be able to face his only accuser (Megan Crawley) or cross examine her so that the undersigned can tear her a new asshole on the witness stand.

The government has illegally searched and confiscated all of the emails of the undersigned try to find some evidence of a crime and when they could not find any, they illegally asserted that the undersigned lied to clients through the email which they knew was not true but was the only means to manufacture a bogus charge of wire fraud.

Therefore, the emails of the government in connection with charging the undersigned with these bogus charges are discoverable and will show malicious prosecution, conspiracy against rights and collusion to unlawfully prosecute and incarcerate the undersigned. The fact that the government does not want these emails submitted as discovery is because it would be documented evidence of the nationwide conspiracy to stop the undersigned from further exposing the corruption of the government especially with the illegal foreclosures where judges and attorneys are profiting from stealing people's homes.

CONCLUSION

Based upon the foregoing facts the government needs to provide their communication with other agencies in connection with the unlawful prosecution of the undersigned and his 72 year old mother.

Executed from solitary confinement on the 29th day of November 2019.

Righteously Submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)

"For I know how many are your offenses and how great your sins. You oppress the righteous and take bribes and you deprive the poor of justice in the courts."
                                                    Amos 5:12

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by U.S. Mail to the following pettifoggers.

US ATTORNEY'S OFFICE
Gregg Paris Yates
Kenneth M. Sorenson
KKK Federal Bldg
300 Ala Moana Blvd., Rm. 6-100
Honolulu, HI 96850

on the 29th day of November 2019.

Anthony Williams