Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820
cc: LEK, copy mailing to Suur 12/9/19

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 06 2019

at 11 o'clock and 03 min. A M
SUE BEITIA, CLERK

Unpaid.
No IFP subm.
LS

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA (Federal Corporation, 28 USC 3002, 15(A)) Erroneous Plaintiff, | CASE NO. 17-00101 LEK |
| vs. | NOTICE OF APPEAL |
| ANTHONY T. WILLIAMS (Legal Fiction) Defendant. | |

NOTICE OF APPEAL

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Notice of Appeal to notify this Court that the undersigned will be appealing this Courts denial of the media request to video record the trial, to ensure that the undersigned and the defendant's rights are not violated. The fact that the request was denied is evidence that this court has no intentions on following the law and administering a fair trial.

Executed from solitary confinement on this Thanksgiving day of 28th November 2019.

Righteously Submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)

"For I know how many are your offenses and how great your sins. You oppress the righteous and take bribes and you deprive the poor of justice in the courts." Amos 5:12

Received By Mail Date 12/6/19

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was
sent by US Mail to the following pettifoggers:

USATTORNEYS OFFICE
Gregg Paris Yates
Kenneth M. Sorenson
PJKK Federal Bldg, Rm. 6100
300 Ala Moana Blvd
Honolulu, HI 96850

on the 28th day of November         2019