# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | United States of America v. Anthony T. Williams |

| | |
|---|---|
| JUDGE: Leslie E. Kobayashi | DATE: 12/9/2019 |

COURT ACTION:  EO: COURT ORDER DENYING DEFENDANT'S MOTIONS FILED ON DECEMBER 2, 2019 [DKT. NOS. 686 AND 688]

    On December 2, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed two motions, [dkt. nos. 686, 688,] that are CONSTRUED as motions to dismiss the pending charges against him ("12/2/19 Motions").  See Superseding Indictment, filed 3/28/19 (dkt. no. 154).  The Court finds that: the 12/2/19 Motions are suitable for disposition without a hearing pursuant to Local Rule 7.1(c); and it is not necessary for Plaintiff the United States of America to file responses to the motions.

    The crux of docket number 686 is that the charges against Defendant should be dismissed because there is no complaining witness against him.  The crux of docket number 688 is that the charges against Defendant should be dismissed because there is insufficient evidence to support the charges.  The 12/2/19 Motions repeat arguments that Defendant has already raised in previous motions to dismiss and that this Court has already considered and rejected.  See Order Denying Def.'s Motion for Constitutional Challenge to Grand Jury Rule 6(d) of the Fed. R. of Crim. P. and Def.'s Motion for Order of Dismissal, filed 2/7/18 (dkt. no. 104); Order Denying Def.'s "Sworn Motion to Dismiss Superseding Indictment," filed 10/1/18 (dkt. no. 330).

    To the extent the 12/2/19 Motions seek reconsideration of the Court's prior orders, the motions merely allege errors of law and/or fact in the prior dismissal orders; they do not allege newly available evidence or intervening changes in the law.  Defendant's request for reconsideration is untimely because motions for reconsideration alleging "[m]anifest error of law or fact" must be brought within fourteen days after the original order is issued.  See Local Rule LR60.1(c); see also EO: Court Order Denying Def.'s "Motion for Reconsideration of Court's 8/21/18 Electronic Order Re: 'United States's Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss,'" filed 10/1/18 (dkt. no. 329), at 2 (stating that Local Rule 60.1 applies to motions for reconsideration of nondispositive orders in this case).  Further, even if this Court considered the 12/2/19 Motions' untimely request for reconsideration, the request would be denied because the 12/2/19 Motions do not establish any manifest error of law or fact in the Court's prior dismissal orders.  Defendant's 12/2/19 Motions are therefore DENIED.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager