**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

December 10, 2019

Kenneth M. Sorenson
Gregg Paris Yates
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ste 6100
Honolulu, HI 96850

    IN RE:    U.S.A v. ANTHONY T. WILLIAMS
    CR NO.    CR 17-00101 LEK-01
    USCA NO.    19-10435

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on December 6, 2019.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

    Sincerely,
    Sue Beitia, Clerk

    By    /s/ EA, Deputy Clerk

Enclosures

cc:    (01) Anthony T. Williams, pro se appellant, by First Class Mail
    Lars Robert Isaacson, Esq., standby counsel via CM/ECF
    with copy of instructions for criminal appeals
    Transcript Desig. & Ordering Form
    with instructions and a copy of the
    docket sheet

    Clerk, 9th CCA sent only Notice of Appeal via ECF