# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | United States of America v. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 12/11/2019 |

COURT ACTION:  EO: COURT ORDER DENYING DEFENDANT'S MOTIONS CHALLENGING JURISDICTION [DKT. NOS. 633 AND 645]

    On November 6, 2019, pro se Defendant Anthony T. Williams ("Defendant") filed a "Motion of Private Attorney General, Anthony T. Williams Challenging the Jurisdiction of the Federal Corporation Called the 'United States' or 'United States of America as Outlined in Title 28 USC 3002(15)1(1)" ("11/6/19 Motion"). [Dkt. no. 633.] Plaintiff the United States of America ("the Government") filed its response to the 11/6/19 Motion on December 6, 2019. [Dkt. no. 693.] On November 15, 2019, Defendant filed a "Motion for Miscellaneous Relief" ("11/15/19 Motion"). [Dkt. no. 645.] The Court finds that: the 11/6/19 Motion and the 11/15/19 Motion are suitable for disposition without a hearing pursuant to Local Rule 7.1(c); and it is not necessary for the Government to file a response to the 11/15/19 Motion because it raises the same arguments as the 11/6/19 Motion.

    The 11/6/19 Motion and the 11/15/19 Motion raise various challenges to this Court's jurisdiction over Defendant. Defendant has raised variations of these same arguments in several other motions. See, e.g., Motion for Rebuttal to Sworn Declaration of Anthony Williams, filed 3/19/18 (dkt. no. 146); "Motion for Plea of Misnomer," filed 8/14/19 (dkt. no. 553); "Motion to Clarify Judicial Nature and Citizenship Status of Anthony Williams," filed 9/3/19 (dkt. no. 569). These motions were all denied. See EO, filed 9/28/18 (dkt. no. 325) (denying dkt. no. 146); order, filed 9/19/19 (dkt. no. 587) (denying dkt. no. 569); EO, filed 9/23/19 (dkt. no. 596) (denying dkt. no. 553). Thus, the 11/6/19 Motion and the 11/15/19 Motion repeat arguments that have already been considered and rejected.

    To the extent the 11/6/19 Motion and the 11/15/19 Motion seek reconsideration of the orders cited above, the motions merely allege errors of law and/or fact in the prior orders; they do not allege newly available evidence or intervening changes in the law. Defendant's request for reconsideration is untimely because motions for reconsideration alleging "[m]anifest error of law or fact" must be brought within fourteen days after the original order is issued. See Local Rule LR60.1(c); see also EO: Court Order Denying Def.'s "Motion for Reconsideration of Court's 8/21/18 Electronic Order Re: 'United States's Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss,'" filed 10/1/18 (dkt. no. 329), at 2 (stating that Local Rule 60.1 applies to motions for

reconsideration of nondispositive orders in this case).  Further, even if this Court considered Defendant's untimely request for reconsideration, the request would be denied because neither the 11/6/19 Motion nor the 11/15/19 Motion establishes any manifest error of law or fact in the prior orders.  Defendant's 11/6/19 Motion and 11/15/19 Motion are therefore DENIED.

     IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager