LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
E-mail: Hawaii.defender@earthlink.net
Standby Attorney for Defendant Anthony T. Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY T. WILLIAMS, <br><br> Defendant. | CR. NO. 17-00101 LEK (01) <br><br> DEFENDANT'S MOTION TO BE PROVIDED ACCESS TO AN UNMONITORED TELEPHONE OR TELEPHONE PROVIDED BY STANDBY COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERIVE |

DEFENDANT'S MOTION TO BE PROVIDED ACCESS TO AN

UNMONITORED TELEPHONE OR TELEPHONE PROVIDED BY

STANDBY COUNSEL

**Comes now** the Defendant ANTHONY T. WILLIAMS, by and through his

standby attorney, Lars Robert Isaacson, Esq., and hereby moves this Court

to order the BOP/DOJ to provide him with access to a unmonitored telephone at FDC Honolulu, the cellblock at U.S. District Courthouse in Honolulu, Hawaii or the office of the U.S. Marshal's Service at the PJKK Building in Honolulu, Hawaii, or to be able access a phone to be provided by his standby counsel.

This motion is based on the Defendant's Free Speech, Due Process, Equal Protection and trial rights under the I, VI and XIV Amendments to the United States Constitution, and other such laws and statutes as may be applicable.

Dated December 20, 2019

Respectfully submitted,

/s/ Lars Robert Isaacson
LARS ROBERT ISAACSON
Standby Attorney for Defendant

## DECLARATION OF COUNSEL

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. Defendant is currently representing himself in this action, which is set to commence trial on February 3, 2020.

3. If is declarant's belief that the Defendant has requested from both staff at FDC Honolulu and the U.S. Marshal's Service in Honolulu to have access to an unmonitored phone line.

4. It is declarant's belief that those requests have been denied.

5. It is declarant's belief that the U.S. Marshal's service has also denied Defendant's request to be able to make calls on a phone provided by his standby attorney when Defendant is brought over to the cellblock to review discovery.

6. *Courts have recognized detainees' and prisoners' first amendment right to telephone access. See Johnson v. Galli, 596 F.Supp. 135, 138 (D.Nev.1984); Hutchings v. Corum, 501 F.Supp. 1276, 1296 (W.D.Mo.1980); Moore v. Janing, 427 F.Supp. 567, 576 (D.Neb.1976). This right is "subject to rational limitations in the face of legitimate security interests of the penal institution." Hutchings, 501 F.Supp. at 1296 (citing Bell v. Wolfish, 441 U.S. 520, 99 S.Ct. 1861, 60 L.Ed.2d 447 (1979)). If the limitations on access are reasonable, there is no first amendment violation. Galli, 596 F.Supp. at 138.*

*Strandberg v. City of Helena,* 791 F.2d 744, 747 (9th Cir. 1986).

7. The right of a defendant to phone access implicates the 14th Amendment as well. *See Gallagher v. City of Winlock, Wash.,* 287 F. App'x 568, 576 (9th Cir. 2008), *as amended on denial of reh'g* (Aug. 18, 2008)("In *Halvorsen v. Baird,* 146 F.3d 680 (9th Cir.1998), we recognized that a detainee has a substantive due process right not to be held incommunicado. *Id.* at 690. There, we held the defendants violated this right when they denied the plaintiff telephone access for six hours").

8. Defendant has indicated that he needs to be able to communicate with his potential witnesses via unmonitored telephone so as to be able to adequately prepare for trial.

9. Wherefore, Defendant asks this court to order the staff at FDC Honolulu or U.S. Marshal's Service to provide him with an unmonitored telephone line to make such calls, or to allow him to use such a phone provided by his standby counsel for said use.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated: December 20, 2019

                                              Respectfully submitted,

                                              /s/ Lars Robert Isaacson
                                              LARS ROBERT ISAACSON
                                              Standby Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Electronically through CM/ECF:

KENNETH SORENSON
GREG PARIS YATES
Assistant United States Attorney
PJKK Federal Building, Room 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96813
Attorneys for the United States

By U.S. Mail: Anthony Williams, FDC Honolulu

DATED: December 20, 2019        Honolulu, Hawai'i

                                       Respectfully submitted,

                                       /s/ Lars Robert Isaacson
                                       LARS ROBERT ISAACSON
                                       Standby Attorney for Defendant