**FILED**

UNITED STATES COURT OF APPEALS

DEC 24 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　　　Defendant-Appellant. | No.   19-10435<br><br>D.C. No.<br>1:17-cr-00101-LEK-1<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

　　On December 6, 2019 appellant filed a notice of appeal of the "district court's denial of the media request to record the trial." A review of the district court docket does not reflect that the district court issued any such order.

　　Within 21 days after the date of this order, appellant shall move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of an appealable order. If appellant elects to show cause, a response may be filed within 10 days after service of the memorandum.

　　Briefing is suspended pending further order of the court.

　　Failure to comply with this order may result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

　　The Clerk shall serve this order on appellant individually.

DL/AppComm Direct Criminal