ORIGINAL

CC: LEK/PSA/A
cr. wpp

ANTHONY TROY WILLIAMS,
FDC-Honolulu
#: 05963-122
P. O. Box 30080
Honolulu, Hawaii 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 27 2019

at 10 o'clock and 56 min. A M
SUE BEITIA, CLERK
LS

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

|                                  |   |                                          |
|----------------------------------|---|------------------------------------------|
|                                  ) | Case No.: 17-00101-LEK                   |
| UNITED STATES ATTORNEY,          ) | REQUEST FOR DISCOVERY                    |
|         Plaintiff.               ) |                                          |
|         v.                       ) |                                          |
| ANTHONY TROY WILLIAMS,           ) |                                          |
|         Defendant.               ) | Judicial Officer: Hon. Leslie E. Kobayashi |

**To All Parties,**

Anthony Williams hereby moves this Court to direct the prosecution to provide him with all discovery in his case.

Respectfully submitted,

By: _____

Anthony Williams, *Defendant*

Received By Mail
Date 12/27/19
LS

Request for Discovery - 1

## I. INTRODUCTION

Defendant hereby seeks the Discovery listed herein in this case from both the United States Attorney's office as it relates to this case.

## II. GENERAL DISCOVERY SOUGHT FROM THE US ATTORNEY

### A. Brady and Giglio Material

Defendant requests that all Brady material as per Brady v. Maryland, 373 US 83 (1963) that would otherwise suggest his innocence be turned over.

Defendant further requests any material that shows others in this case have been given a deal to testify against him as per Giglio v. United States, 405 U.S. 150 (1972) be turned over. This includes deals for lenient prosecution or other testimony the prosecution intends to use.

### B. Bill of Particulars

Defendant also requests a copy of the Bill of Particulars with regard to his indictment and all facts attached to this supporting the indictment.

"Bill of Particulars. The court may direct the government to file a bill of particulars. The defendant may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits. The government may amend a bill of particulars subject to such conditions as justice requires." Federal Rule of Criminal Procedure 7(f)

It is reasonable for Defendant to request this information as such time has passed and such information is appropriate to turn this over.

## III. DUE PROCESS

Defendant merely notes that it would be a violation of due process, as is protected by Amendment VI of the United States Constitution for the material requested to not be turned over. "Held: Suppression by the prosecution of evidence favorable to an accused who has requested it

violates due process where the evidence is material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." Brady v. Maryland, 373 US 83 (1963)

## IV. CONCLUSION

For the reasons given above, Defendant requests the information requested be turned over as soon as possible, but no more than five days from the filing of this request.

Dated this 23rd Day of December, 2019.

Respectfully submitted,

By: _____
Anthony Williams, *Defendant*

## VERIFICATION

IT IS HEREBY verified and declared that the facts in the foregoing pleading are true and correct under penalty of perjury under the laws of the United States of America to the best of my knowledge and belief. I further declare under the penalties of perjury that the attachments hereto are true and correct copies of their originals.

Dated this 23rd Day of December, 2019.

By: _____
Anthony Williams, *Defendant*

Request for Discovery - 3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail to the following petti foggers:

U. S. ATTORNEY'S OFFICE
Kenneth M. Sorenson
Greg Paris Yates
PJKK Federal Building, Rm. 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii  96850


On the 23rd, day of December, 2019

_____
Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)