ORIGINAL                    CC: LEK / PSA / A

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 2 2020

at _11_ o'clock and _14_ min. _A_ M
SUE BEITIA, CLERK
                    LS

Anthony Williams
FDC Honolulu #05963-122
P.O. Box 30080
Honolulu, HI 96820

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

UNITED STATES OF AMERICA                    CASE NO. 17-00101 LEK

vs.

ANTHONY TROY WILLIAMS

PRIVATE ATTORNEY GENERAL Anthony Williams DECLARATION THAT LESLIE E. KOBAYASHI IS NOT THE JUDGE IN THIS CASE BUT A PROSECUTOR WORKING FOR THE U.S. ATTORNEY'S OFFICE DISGUISING HERSELF DRESSED IN A BLACK ROBE

   Private Attorney General Anthony Williams a servant of the Most High Yahweh Elohim Yahshua, submits this declaration to show forth that Leslie E. Kobayashi is not a judge in this case but a prosecutor in disguise working for the U.S. Attorney's Office. In support of this declaration the undersigned presents the following facts:

I, Anthony Williams, declared, depose and state under the penalty of law that the following is true, correct and complete to the best of my knowledge, information and belief.

1. LesLIE E. Kobayashi (hereinafter "LesLIE") has shown no semblance of jurisprudence, impartiality or fairness in any of her rulings.

Received By Mail
Date  1/2/20

        LS

2. LesLIE has consistently violated her judicial canon which states that she must conduct herself in a professional manner at all times to ensure that her integrity could not be brought into question and that there is no appearance of evil so that justice can be properly rendered.

3. LesLIE has consistently granted motions submitted by the prosecution that she KNEW were bogus and malicious and done to harass the undersigned and delay the trial such as the Mental Competency Determination, when Leslie KNEW the undersigned is highly competent and was provided documented proof that the undersigned was subjected to this same bogus tactic in Florida 2 years prior and yet Leslie still granted the motion which unlawfully continued the trial again to keep the undersigned incarcerated longer and delayed the trial.

4. LesLIE has constantly violated the Federal Rules of Criminal Procedure by practicing law from the bench and answering motions on behalf of the government and excusing the prosecutors from having to respond to the undersigned's motions because Gregg Paris Yates and Kenneth M. Sorenson and too incompetent to answer and if they did answer Leslie KNEW she would have had to grant the undersigned's motion because these pettifoggers couldn't put forth any valid arguments with accompanying legal precedent and therefore in order to save them from embarrassment, Leslie has taken it upon herself to answer the motions on behalf of the prosecutors and denying the motions at the same time (e.g. November 20, 2019 "Order Denying Defendant's Motion For Government To Provide Evidence That Anyone Who Has Passed The Background Check To Visit Private Attorney General Anthony Williams Is A Security Risk Or Concern", in which Leslie excused the government from having to answer the motion and Leslie answered the motion on the government's behalf and then denied the motion.

5. LesLIE entered another order on November 22, 2019 regarding defendant's Motion For Miscellaneous Relief (in which standby attorney Lars Isaacson unlawfully renamed from the original motion which was entitled "Motion Of Private Attorney General Anthony Williams To Plead Guilty If The Satanic Prosecutors Can Provide All Proof Of Claims Submitted In This Motion, Otherwise The Government Agrees To Dismiss The Case On It's Own Motion") and excused the prosecutors from having to answer the motion because Leslie KNEW they could not put forth any valid argument and they would have had to dismiss the case.

6. LesLIE has consistently excused the prosecutors from answering the undersigned's motions and have answered them on behalf of the prosecutors and then inevitably denying them.

7. LesLIE KNOWS that she is breaking the law by excusing the prosecutors from answering motions which is in direct contradiction to the Federal Rules of Criminal Procedure and the Local Rules. (See LR 7.1 through 7.6, there is no provision that states the government needs not respond to a motion filed by the defense.)

8. LesLIE KNOWS that a real judges' job is to consider motions filed by any party, designated the time frame in which the answering party or opposing party has to respond and reply from the moving party, and then issue a ruling based on the merits of the arguments, but LesLIE fails to do this time and time again.

9. Judge Richard Puglisi issued a lawful order for the FDC to provide the undersigned a computer with word-processing, saving capability and blank CD with an attached printer in order that the undersigned would have adequate tools to draft and save motions and print said motions and documents from his discovery discs but LesLIE as her custom is overturned the just and lawful ruling of Judge Puglisi and denied the undersigned all the tools that he is constitutional required to have access to in order to hinder the undersigned's defense and make it damn near impossible to draft sufficient motions with attached exhibits and forcing the undersigned to have to do more work than necessary just to draft a simple motion.

10. At the undersigned's evidentiary hearing, three (3) of the witnesses who were being alleged as victims by the prosecution was present to testify that they never made any complaints against the undersigned and LesLIE unlawfully prohibited these witnesses from testifying at the evidentiary hearing which would have mandated dismissal of the bogus charges.

10. LesLIE's actions can be viewed in three ways and that is that they are 1)discriminatory; 2)biased and 3) unjust.

11. LesLIE has shown that she is not interested in following the law or administering true justice in this case and it is evident that she needs to be recused from this case as previously filed by the undersigned.

12. All of the actions of LesLIE prove that she is truly not a judge in this case but a prosecutor disguising herself as a judge dressed in a black robe.

 WHEREFORE, based upon the foregoing facts it is indisputable that LesLIE has a racist disposition toward the undersigned and has shown a consistent pattern of discrimination, bias and inequity in her rulings against the undersigned and therefore she should be permanently removed and recused from presiding over this case.

Executed this 30th day of December,2019.

Rightfully Submitted,


Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789,§35)


"For I know how many are your offenses and how great your sins. You oppress the righteous and take bribes and you deprive the poor of justice in the courts."

Amos 5:12

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail to the following petti foggers:

U. S. ATTORNEY'S OFFICE
Kenneth M. Sorenson
Greg Paris Yates
PJKK Federal Building, Rm. 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

On the 30th, day of December, 2019

_____
Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)