LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>     Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PAG ANTHONY WILLIAMS OPPOSITION TO GOVERNMENT'S MOTION TO VACATE WITNESS LIST;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PAG ANTHONY WILLIAMS OPPOSITION TO
GOVERNMENT'S MOTION TO VACATE WITNESS LIST"

Comes now, the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides    DEFENDANT'S    "PAG    ANTHONY    WILLIAMS

OPPOSITION  TO  GOVERNMENT'S  MOTION  TO  VACATE

WITNESS LIST;" Declaration of Counsel and Exhibit "A."

Dated:  January 6, 2020

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams