ORIGINAL    cc: LEK/Δ

Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2020

at 2 o'clock and 47 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

UNITED STATES OF AMERICA                    CASE NO. 17-00101 LEK

v.

ANTHONY T. WILLIAMS

MOTION FOR CONTINUANCE IF KENNETH SORENSON AND GREGG PARIS YATES WANT TO BE SUCH DICKHEADS AND REQUIRE ALL DOCUMENTS TO BE AUTHENTICATED

   Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua submits this Motion For Continuance If Kenneth Sorenson and Gregg Paris Yates Want To Be Little Dickheads and Require All Documents To Be Authenticated. In support of this motion, the undersigned state the following facts:

1. The government has unlawfully seized the undersigned's computers and files from multiple offices to execute this wicked and malicious prosecution against the undersigned.

2. Many of the documents are self-authenticating according to Federal Rules of Evidence, Rule 902.

3. The undersigned previously had subpoenas issued to several governmental agencies to provide the documents from their custodian of records who refused to provide those documents to the undersigned.

Received By Mail
Date 1/6/2020

4. The failure of these agencies to provide the documents in their possession violated the court ordered subpoenas.

5. The non-compliance with the subpoena orders mandated the court to issue a contempt order.

6. The undersigned filed a motion to hold these agencies in contempt for not providing the documents in their possession which are vital for the undersigned's defense to prove his innocence.

7. Kobayashi refused to follow the law and issue the contempt order to these agencies to force them to provide these documents.

8. If the pettifoggers Kenneth Sorensen and Gregg Paris Yates are requiring that all documents be authenticated, then the undersigned would have to have the trial continued as a result of this court's lack of jurisprudence to require the governmental agencies to follow the law and because of the illegal and unlawful "gamesmanship" by these wicked prosecutors who have done everything to hinder the undersigned's defense including but not limited to encrypting the discovery to prevent the undersigned from viewing it and requiring the undersigned to have to send the encrypted hard drive to the mainland to pay a computer tech $1,000 to unencrypt the files and then send them back to the undersigned to view. Then after unencrypting the files the prosecutors INTENTIONALLY placed files on their that can't be viewed at the FDC, which now required an even more arduous task of coordinating with the US Marshals in order to transport the undersigned to the court in order to view the discovery there.

9. The undersigned does not want to continue the trial but due to the illegal and unlawful actions of these pettifogger prosecutors, the undersigned is being forced to possible ask for a continuance if the authentication of many pertinent documents are not completed before the scheduled trial date.

10. If the pettifogger prosecutors want all the undersigned's documents authenticated, then the undersigned will require that ALL documents that the pettifogger prosecutors want to present be authenticated also.

CONCLUSION

WHEREFORE, based on the foregoing facts and the fact that Kenneth Sorenson and Gregg Paris Yates are such dickheads for requiring authentication of all documents, if these authentications cannot be provided before the trial commences, then the undersigned will have to request a continuance of 70 days in order to secure the authentication of all the pertinent documents.

Executed this 3rd day of January, 2020.

Rightfully Submitted,

_____
Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, §35)

"For I know how many are your offenses and how great your sins. You oppress the righteous and take bribes and you deprive the poor of justice in the courts."
                                                                                    Amos 5:12

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail to the following petti foggers:

U. S. ATTORNEY'S OFFICE
Kenneth M. Sorenson
Greg Paris Yates
PJKK Federal Building, Rm. 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

On the 3rd, day of January, 2020 ATW.

Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)