# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 1/7/2020 |

COURT ACTION:  EO: COURT ORDER CONSTRUING "PRIVATE ATTORNEY GENERAL ANTHONY WILLIAMS DECLARATION THAT LESLIE E. KOBAYASHI IS NOT THE JUDGE IN THIS CASE BUT A PROSECUTOR WORKING FOR THE U.S. ATTORNEY'S OFFICE DISGUISING HERSELF DRESSED IN A BLACK ROBE" AS A MOTION TO DISQUALIFY

  On January 2, 2020, pro se Defendant Anthony T. Williams ("Defendant"), filed a document titled "Private Attorney General Anthony Williams Declaration that Leslie E. Kobayashi Is Not the Judge in this Case but a Prosecutor Working for the U.S. Attorney's Office Disguising Herself Dressed in a Black Robe."  [Dkt. no. 742.]  Because Defendant is proceeding pro se, and because the filing alleges bias on the part of this Court, the filing is LIBERALLY CONSTRUED as a motion seeking the disqualification of this Court ("Motion to Disqualify").  The Motion to Disqualify is construed as a 28 U.S.C. § 455 motion.  It is not construed as a 28 U.S.C. § 144 motion because Defendant previously filed a motion for disqualification, [filed 4/26/18 (dkt. no. 241),] that included the affidavit required by § 144.  See EO: Court Order Regarding Def.'s Motion for Disqualification of Judge Leslie Kobayashi, filed 4/27/18 (dkt. no. 243).  In contrast, the instant Motion to Disqualify does not include the affidavit required by § 144.  Further, § 144 states: "A party may file **only one** such affidavit in any case."  (Emphasis added.)

  Because the instant Motion to Disqualify is construed as a § 455 motion, reassignment of the motion is not necessary.  Compare § 455(a) (stating a "judge . . . shall disqualify h[er]self in any proceeding in which h[er] impartiality might reasonably be questioned"), with § 144 (stating the "judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding").

  Plaintiff the United States of America is DIRECTED to file a response to the Motion to Disqualify by **January 14, 2020**.  Defendant may file an optional reply in support of the Motion to Disqualify by **January 21, 2020**.  The Motion to Disqualify will be taken under advisement thereafter.

  The Motion to Disqualify and this Entering Order do not affect any pending motions, deadlines, or the trial date.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager