# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates |
| ATTYS FOR DEFT: | Pro Se |
| | Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 1/7/2020 | TIME: | 10:30 am - 10:55 am |

COURT ACTION: EP: [741] Government's Pretrial Motion to Vacate Witness List Exchange Deadline Oral Argument held.

Defendant not present.

Court addresses the parties regarding the defendant's non-appearance and files as Exhibit A, Memorandum from USDOJ, Jo-Lynn Unutoa, Supervisor Correctional Systems Specialist, regarding the defendant's refusal to appear at the Receiving and Discharge area for transport to Court.

Court finds that the defendant's refusal to follow DOJ protocol and the defendant's past behavior constitute a waiver of his right to represent himself in Court today.

The Court further cautions the defendant, who has chosen to exercise his 6th amendment right to appear Pro Se with stand-by counsel, that continued disruptive behavior may result in the Court terminating his Pro Se status and reappointing stand-by counsel as counsel of record.

Discussion held.

Court hears from the Government regarding Motion [741] to Vacate Witness List Exchange Deadline.

Stand-by Counsel defers to the defendant's filed response (Dkt. [748])

Court GRANTS IN PART AND DENIES IN PART Government's [741] Pretrial Motion

to Vacate Witness List Exchange Deadline.

Court CONTINUES all parties' witness list disclosure deadline to the same date as the Jenks deadline, which is the Friday before trial.

All other deadlines remain the same.


Submitted by: Agalelei Elkington, Courtroom Manager