ORIGINAL

Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 07 2020
at 4 o'clock and 01 min. PM
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

UNITED STATES OF AMERICA CASE NO. 17-00101 LEK

v.

ANTHONY T. WILLIAMS

PAG ANTHONY WILLIAMS OPPOSITION TO GOVERNMENT'S MOTION TO VACATE WITNESS LIST

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, just received a motion on 1-3-20 filed by the pettifogger prosecutor Gregg Paris Yates, dated 12/31/19, requesting that the witness list exchange's deadline, be vacated for various bogus and ridiculous reasons. The undersigned emphatically objects to this motion. The blatant lies perpetrated by the pettifogger prosecutor Gregg Paris Yates to try to justify vacating the date due to obvious lies and misrepresentation set forth in his bogus and meritless motion. The undersigned will address each and every section mentioned by Yates to show that he is a damn liar and misrepresented the letters that were sent and song lyrics, that this idiot is using, in an attempt to justify that the undersigned is somehow, "intimidating or attempting to intimidate" government witnesses. The undersigned does not have the names of any government witnesses to tamper with, because the government do not have any witnesses to begin with, except of their so-called "FBI expert," that they intend to call to trial, who knows absolutely nothing about the facts of the case, who would be incriminating himself, whereby committing perjury, in front of the jury.

Received By Mail
Date 1/7/2020
ES

A. The Undersigned Does Not Have A History of Threatening or Attempting to Intimidate the Law Enforcement, The Prosecution Team, and Judges, as The Pettifogger Prosecutor, Yates Claimed.

Yates stated that the government's motion to detain documented threats made by the undersigned in the previous prosecution, which is a blatant lie. Yates did not provide a copy of the letter that was sent to the probation officer because it would have shown that no threats were made and if threats would have been made, the undersigned would have been charged with "THREATENING AN OFFICER." However, the letter was very specific in what it stated "that there was no threat." However, I did mean every word that it stated in that letter and I still do.

The undersigned has never threatened or attempted to threaten the pettifogger prosecutors in this matter. Perusal of the whole content of the letter clearly shows that there was no threat and I asked for the names of the prosecution's spouse, what they do for a living and how many children if any, to see if the pettifogger prosecutors would have the integrity to give the information, even though I ALREADY HAVE ALL THAT INFORMATION. I just wanted to see if these charlatans had an ounce of integrity to provide me information on their family that they have on mine, in the interest of fairness and justice. However, they refused to provide me this information even though anyone can get this information since "IT IS PUBLIC KNOWLEDGE." At the end of the letter, I asked pettifogger Yates, if he wanted papers served at his home or at his office to give him an opportunity to make the decision as to where he wanted to be served the federal lawsuit papers that will be filed against him.

The undersigned does admit that he recited into the record the home address of pettifogger Yates which is: [redacted]

B. The Undersigned Has Not Been Communicating Threats and Instructions to Associates Outside The FDC

Yates submitted a rap song that the undersigned sent to his son which is a First Amendment protected freedom of speech and had nothing to do with threatening anyone. It is quite disturbing that the pettifogger Yates is so mentally retarded that he doesn't understand that the lyrics to a song cannot be the foundation for alleging someone "is communicating a threat to or against someone." If this had been the case, the rap group N.W.A. would have been charged for their master piece #1 hit record entitled "FUCK THE POLICE" in which they artistically and graphically declare how they will kill cops in LA and also rapper ICE-T for his famed rap hit "COP KILLER" which are two classic rap songs in the African American community and love by ALL fans of music of all races. Therefore, the song that was written is an artistic expression that the undersigned plans on recording as soon as he is released and is anticipating that it will be a #1 hit, as is the N.W.A. and ICE-T records were.

On October 21, 2019 the BOP failed to forward an email that I sent to a friend who told me that she wanted to get a petition started for people to sign to demand my immediate release and dismissal of the charges from this bogus and racist prosecution that has been maliciously

perpetrated against the undersigned and his mother. The content of the email in no way was threatening anyone or communicating a threat but stated that the undersigned was going to expose the corruption of everyone involved in this unlawful and malicious prosecution against him and that the undersigned wanted everything exposed on social media and requested that the names and faces of the culprits involved, be posted on line so that concerned Americans can write to those involved, to let them know that the American people do not appreciate what this corrupt judicial system in Hawaii, is doing to one of their heroes.

The undersigned does not deny that he is going to expose everyone that had something to do with his unlawful incarceration and charges and WILL HAVE THEIR PICTURES and THEIR NAMES on face book, you tube and any available social media outlets, to inform the American people what is going on and who the public servants are that are using their office to facilitate their crimes. As of the writing of this motion, a website is being constructed for this very purpose to expose all of the corruption of EVERY PROSECUTOR and EVERY JUDGE in Hawaii that has violated the law. If any of these so called, judiciary officials, have not violated the law, then you have NOTHING TO WORRY ABOUT. Otherwise, there will be Federal Agents that will soon be at your door with an ARREST WARRANTS!

Yates claims that On November 19, 2019, an investigative reporter named Sherri Kane, approached him and threatened them that the undersigned would destroy their careers and named someone who suffered the same fate who thought the undersigned was someone to play with. Ms. Kane DID NOT threaten these pettifoggers, but stated an absolute fact, that just as the undersigned have destroyed other wicked and crooked attorney's careers, that the undersigned will do the same to ALL of them.

The pettifogger Yates continues to babel on about a letter that was sent to pettifogger Kenji Price regarding her name and other clients of the undersigned being included in the indictment when they were never defrauded or lied to by the undersigned and never made a complaint for their names to be added to the indictment. Included in that letter was as Yates state PUBLIC INFORMATION of the mortgages of the judges and pettifogger prosecutors in this case and questioning why is it that the judges and prosecutors are getting mortgages and having them satisfied in 1 month to 3 years. Price still has not answered her letter. However, Yates included the mortgage printout from the Bureau of Conveyance but had the dates that the mortgages were taken out and released for the judges and for him and his colleagues he had the whole printout redacted. This is PUBLIC INFORMATION and anyone can go online and easily get this information.  Therefore, WHY would pettifogger Yates, have all the dates REDACTED when anyone can go online to see the information for themselves? I will tell you why?  Because Yates do not want anyone that looks at this docket to readily see that the judges and prosecutors in Hawaii, are engaged in FRAUD, that the undersigned with his media team has ALREADY brought to the attention of the proper authorities in Washington, D.C. and the undersigned is now waiting for the first indictments to be issued.

ARGUMENT

I. The Court Does Not Have Discretion Not to Order Pretrial Witness Disclosure

    The court's authority to manage its own docket does not give judges the authority to break the law using their so-called, "discretion." The dates to submit witness' list have already been determined and previously ordered, therefore, it should not be altered, based on the paranoia of the pettifogger Yates, who erroneously believes, that a rap song that someone wrote constitutes "a real threat to his life." If Yates feels that the undersigned is truly threatening to kill him, then pettifogger Yates, should have charges filed against the undersigned for threatening to kill him and his family.  However, Yates KNOWS how ridiculous that would make him appear to be, therefore, he will not be filing any charges forthwith.

II. The Court Should Uphold Its Previous Ruling on Disclosure of "Nonexpert Witnesses" because The Undersigned Has Not Tampered With Or Has Not Intimidated Any Government Witnesses.

    The Court has already ordered the "disclosure of Pre-trial witnesses." Yates' paranoid delusions that the undersigned will likely tamper with or attempt to intimidate trial witnesses, is totally unfounded. First of all, the idiotic pettifogger Yates would understand how utterly ridiculous his claim would be, that the undersigned is likely to tamper with or intimidate trial witnesses, when the undersigned IS INCARCERATED and HAS NO ACCESS to ANY WITNESSES that the government intends to call, because the undersigned DOES NOT KNOW of ANY WITNESSES that the government intends to testify, because there are NO WITNESSES that can testify to the bogus charges of "mail and wire fraud," the crime did not occur.  Therefore, there could be NO WITNESSES to testify and thus, no witnesses to intimidate or try to intimidate. Notwithstanding the fact that all of the undersigned's communication from the FDC is monitored by phone, email, and snail mail.  Therefore, the undersigned cannot get any information to NO ONE on the outside without the FDC first intercepting it, (case and point is the email that Yates provided as Exhibit B & C and the mail letter as Exhibit D), and being able to stifle or cut off the communication, before it gets communicated to any particular party.

    Yates alluded to in his motion that homeowner victims are particularly susceptible to intimidation, however, there are no homeowner victims, as evidenced by the fact that NOT ONE homeowner made a complaint against the undersigned and evidence by the printout of the docket that the prosecutors sent to the undersigned, which outlined under the caption "COMPLAINTS," that it had NONE.

    The pettifogger Yates continue to make a fool of himself by stating that the undersigned claims to be a "Private Attorney General" and invoked a fictitious law enforcement authority in threats against the undersigned's probation officer, in which no threats were ever communicated.  The undersigned only stated the facts that were backed up by the law. Yates goes on to state that the undersigned "apparently created a fake badge," claiming that he was a Private Attorney General with a United States Seal that he has appended to his court filings." However, Yates KNOWS that the ID or badge is NOT FAKE.  The Private Attorney General ID and

badge is REAL and RECOGNIZED by ALL governmental agencies including but not limited to the FBI, US Marshals and TSA and this fact is evidenced by the undersigned, using this badge to get in ALL federal buildings and the ID and badge was accepted and the undersigned was allowed entrance upon verification of his badge.  This fact was captured on video and uploaded to you tube, which every prosecutor and law enforcement office in this case, have seen as it is part of the discovery, that these idiots provided.

   The court cannot admonish the undersigned to "intimidate witnesses" because the undersigned has no reason nor any intentions of intimidating any witnesses.  The undersigned is innocent and has approximately 60 witnesses who will be at trial, to testify on the undersigned's behalf.

   Yates then concluded by stating that the undersigned was convicted in Florida (unlawfully in the second trial, after the undersigned won the first trial), for "practicing law without a license" and that the corrupt pseudo judge Andrew Siegel stated that the undersigned was prohibited from calling himself "Private Attorney General" or that the undersigned "could not assist anyone who sought his help, which was illegal and unlawful." The undersigned would never obey that absurd and asinine statement made by Siegel, because there is no basis in law, that gave him the right to make such an erroneous statement, as if it was the law.

CONCLUSION

    Because the motion submitted by the pettifogger Yates is based on his paranoid delusions and is utterly asinine and ridiculous, the date for the exchange of the witness list should not be delayed.  The fact that there has been no witness tampering, except on the part of the government calling one of the undersigned's witnesses, who the email was addressed to and threatened them with obstruction of justice, if they got a petition started, the motion MUST be denied.


Executed this 6th day of January, 2020.

Rightfully Submitted,

Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789,§35)

"For I know how many are your offenses and how great your sins. You oppress the righteous and take bribes and you deprive the poor of justice in the courts."

Amos 5:12


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail to the following petti foggers:

U. S. ATTORNEY'S OFFICE
Kenneth M. Sorenson
Greg Paris Yates
PJKK Federal Building, Rm. 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

On the 6th, day of January, ~~2019~~ 2020 ATW

Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)