KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) GOVERNMENT'S RESPONSE TO THE |
| | ) DEFENDANT'S MOTION TO |
| vs. | ) CONTINUE TRIAL; CERTIFICATE OF |
| | ) SERVICE |
| ANTHONY T. WILLIAMS   (1), | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

GOVERNMENT'S RESPONSE TO THE
DEFENDANT'S MOTION TO CONTINUE TRIAL

Pursuant to the Order of this Court dated January 7, 2020, ECF No. 752, the government respectfully submits this brief in response to Defendant Anthony T. Williams's Motion to Continue Trial (Motion).  ECF No. 750.

The government is prepared to go forward with trial on February 3, 2020, as scheduled.

The Motion indicates that the defendant seeks a 70-day continuance of the trial because the government is "requiring authentication of all documents." Motion 2.  The defendant accuses the government of "gamesmanship" and "hinder[ing his] defense" through its actions.  *Id.*

The government disputes the defendant's various characterizations of its conduct.  With respect to the government's position on authentication, the defendant's filings with the Court to date reveal that the defendant has an expansive view of his defense, which encompasses a wide range of subjects such as corruption in the government and in the financial sector, generally.   To support these theories, the defendant apparently seeks to introduce into evidence a variety of media files, including self-serving recordings and third-party YouTube videos of himself speaking to interviewers, and footage of unknown people confronting various government officials, apparently on the Mainland.  The defendant has also alluded in the Motion to subpoenas to unnamed government agencies for undisclosed documents.   All these files implicate significant evidentiary issues.  Not surprisingly, the defendant has approached the government seeking a blanket stipulation of admissibility of all discovery.  Attachment A.

The government is not inclined to waive the requirements of the Federal Rules of Evidence for the defendant.  The rules of evidence warn that they are to "be construed so as to administer every proceeding fairly, eliminate unjustifiable expense and delay, and promote the development of evidence law, to the end of ascertaining the truth and securing a just determination."  Fed. R. Evid. Rule 102.  Authentication is a prerequisite to the admissibility of evidence at trial.  *United States v. Alvirez*, 831 F.3d 1115, 1122-23 (9th Cir. 2016).  In addition, relevance and permissibility pursuant to the rules of hearsay must be demonstrated before evidence is admitted.  Permitting the defendant to avoid the requirements of the rules of evidence would not serve the purpose of the Rules.

The government acknowledges that this is the defendant's first request to continue trial.  Should the defendant require additional time to prepare for trial, the government submits that the next date upon which its attorneys are available for trial would be June 1, 2020.  The government proposes that all remaining, previously-scheduled pretrial deadlines be moved closer to the new trial date:

| | |
|---|---|
| Rule 404(b) Notice deadline | May 6, 2020 |
| Exhibit List exchange | May 8, 2020 |
| Jury Instruction exchange | May 13, 2020 |
| MIL deadline | May 13, 2020 |
| Oppositions to MIL | May 18, 2020 |

| | |
|---|---|
| Jury Instructions | May 20, 2020 |
| Trial Briefs | May 20, 2020 |
| Stipulations | May 20, 2020 |
| Voir Dire | May 20, 2020 |
| Witness list exchange: | May 29, 2020 |
| Trial: | June 1, 2020 |

Moreover, the government respectfully requests that the motions deadline in this matter, other than motions *in limine*, remain closed.

DATED: January 8, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By */s/ Gregg Paris Yates*
GREGG PARIS YATES
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: January 8, 2020, at Honolulu, Hawaii.

                                                      */s/ Melena Malunao*
                                                      U.S. Attorney's Office
                                                      District of Hawaii