# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | United States of America v. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 1/8/2020 |

COURT ACTION:  EO: COURT ORDER REGARDING THE FILING OF DOCUMENTS WITH UNNECESSARY PERSONAL IDENTIFYING INFORMATION

On January 6, 2020, pro se Defendant Anthony T. Williams ("Defendant"), through his stand-by counsel, filed "Defendant's 'PAG Anthony Williams Opposition to Government's Motion to Vacate Witness List'" ("1/6/20 Opposition").  [Dkt. no. 748.] On January 7, 2020, Defendant, without the assistance of his stand-by counsel, filed another document titled "PAG Anthony Williams Opposition to Government's Motion to Vacate Witness List" ("1/7/20 Opposition").  [Dkt. nos. 756 (redacted version), 757 (unredacted version filed under seal).]  Both the 1/6/20 Opposition and the 1/7/20 Opposition contain what Defendant asserts is the home address of one of Plaintiff the United States of America's ("the Government") attorneys.

As noted in the EO: Court Order Regarding Right to Self-Representation ("Self-Representation EO"), the public filing of the home addresses of the Government's attorneys is improper.  See Self-Representation EO, filed 1/7/20 (dkt. no. 754), at 2.  The home addresses of the Government's attorneys, as well as the home addresses of the judges and other personnel of this district court, are not relevant to the issues in this case. Defendant is therefore CAUTIONED that future filings should not contain personal identifying information regarding any members of the prosecution team, judges of this district court, or other court personnel.  Personal identifying information includes, but is not limited to, home address, social security number, or birth date.  If Defendant disregards this order, future filings that include personal identifying information regarding any members of the prosecution team, judges of this district court, or other court personnel, will be redacted or otherwise sealed.

Defendant is further CAUTIONED that personal identifying information regarding any members of the prosecution team, judges of this district court, or other court personnel should not be disclosed during court proceedings.

Finally, Defendant is CAUTIONED that repeated violations of this order may result in the termination of Defendant's self-representation and the reappointment of stand-by counsel as Defendant's counsel of record.  See Self-Representation EO at 2.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager