# MINUTE ORDER

CASE NUMBER:    CRIMINAL NO. 17-00101-1 LEK

CASE NAME:    United States of America v. Anthony T. Williams

JUDGE:  Leslie E. Kobayashi    DATE:    1/9/2020

EO: COURT ORDER DENYING DEFENDANT'S MOTION TO CONTINUE, FILED JANUARY 6, 2020

On January 6, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed a motion requesting a seventy-day continuance, which Defendant argues is necessary for him to able to authenticate documents to be presented at trial ("Motion to Continue"). [Dkt. no. 750.]  On January 8, 2020, Plaintiff the United States of America ("the Government") filed its response to the Motion to Continue.  [Dkt. no. 758.]  The Motion to Continue has been considered as a nonhearing matter, pursuant to Local Rule 7.1(c).

In sum, the Motion to Continue alleges: the Government has taken an unreasonable position regarding the authentication of documents to be presented as trial exhibits; and Defendant needs a seventy-day continuance of the trial date in order to be able to authenticate his exhibits.  Defendant asked the Government to stipulate to the authenticity of all items that either Defendant or the Government produced in discovery. [Response, Attachment A (letter dated 12/23/19 to the Government's attorneys from Defendant's stand-by counsel).]  In light of the history of this case, the Government's refusal to so stipulate was not unreasonable, and the Government's rejection of Defendant's proposal is not grounds to continue the trial date.  Further, Defendant acknowledges that many of the documents at issue are self-authenticating.  [Motion to Continue at ¶ 2 (citing Fed. R. Evid. 902).]  Thus, a stipulation regarding the authenticity of those documents is unnecessary.

The Motion to Continue also relies upon the denial of Defendant's motions for contempt orders against agencies that he alleges failed to respond to subpoenas served on them.  Defendant filed five motions for contempt orders in October 2018.  [Dkt. nos. 349, 350, 357, 361, 363.]  Docket number 350 and docket number 363 were denied by magistrate judges on November 5, 2018 and November 23, 2018, respectively.  [Dkt. nos. 373, 388.]  This Court denied docket numbers 349, 357, and 361 on November 26, 2018. [Minutes, filed 11/26/18 (dkt. no. 392), at 1.]  Because Defendant had over a year to make any adjustments to his defense strategy and trial preparation that were necessary because of the denials of his contempt motions, those rulings do not constitute grounds to continue the current trial date.

Because Defendant has not presented any ground that warrants a continuance of the trial date, his Motion to Continue is DENIED.  Trial will proceed as scheduled, beginning **February 3, 2020**.  All dates and deadlines in this case remain in effect.

IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager