LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S EXHIBIT LIST, CERTIFICATE OF SERVICE<br><br>Date: February 3, 2020<br>Time: 9:00 a.m.<br>Judge: Hon. Leslie E. Kobayashi |

DEFENDANT'S EXHIBIT LIST

Defendant Anthony T. Williams, by and through his standby attorney Lars Robert Isaacson, Esq., hereby submits Defendant's Exhibit List for the trial in the above-captioned case. Defendant respectfully reserves the right to supplement this list and/or delete exhibits prior to and during trial.

DATED: January 10, 2020, at Honolulu, Hawaii.


      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

United States of America

V.

Anthony T. Williams

**EXHIBIT AND WITNESS LIST**

Case Number: 17-00101 LEK

| PRESIDING JUDGE<br>Leslie E. Kobayashi | | | PLAINTIFF'S ATTORNEY<br>Kenneth Sorenson, Gregg Yates | | DEFENDANT'S ATTORNEY<br>Pro Se, LR Isaacson Standby |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>2/3/2020 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 2001 |  |  |  | Mail Wire -Hep Guinn - From Government Disc I |
|  | 2002 |  |  |  | Report of Investigation (ROI)- 6-3-15 from Government Disc I |
|  | 2003 |  |  |  | Anabel Cabebe 00 Report of Investigation from Government Disc i |
|  | 2004 |  |  |  | Henry Malinay 01 Report of Investigation from Government Disc 1 |
|  | 2005 |  |  |  | Henry Malinay - Maui Clients - emails 9/27/13 and 9/28/13 from Govt Disc 1 |
|  | 2006 |  |  |  | Barbara Williams ROI 7-12-16 from Govt Disc 1 |
|  | 2007 |  |  |  | Barbara Williams MEI-CLOA Documents 02_mail_wire -00 Anthony Williams from Govt Disc 1 |
|  | 2008 |  |  |  | Barbara Williams Certified Mail email, Kalena here w/ questions, CLOA letterhead email from Disc 1 |
|  | 2009 |  |  |  | ROI- Julita Asuncion - from Govt Discovery Disc 1 |
|  | 2010 |  |  |  | ROI - Virginia Trinidad - from Govt Discovery Disc 1 |
|  | 2011 |  |  |  | ROI - Willie Ramelb- |
|  | 2012 |  |  |  | ROI - Mariethez Madamba |
|  | 2013 |  |  |  | ROI - Melvyn Ventura |
|  | 2014 |  |  |  | ROI - Evelyn & Arnold Subia |
|  | 2015 |  |  |  | Loreen Troxel - ROI - 12-3-2015 |
|  | 2016 |  |  |  | ROI -Asuncion - ROI - 12-1-2015 |
|  | 2017 |  |  |  | ROI Asuncion 2-16-16 |
|  | 2018 |  |  |  | ROI - Hep Guinn - - 6-3-15 |
|  | 2019 |  |  |  | ROI - Merlina Tabuyo |
|  | 2020 |  |  |  | Megan Crawley - SA FBI Application for Search Warrant from Discovery Disc 2 |
|  | 2021 |  |  |  | 1B004-Legal documents redacted.pdf p.4-6,47-53 from Discovery Disc 3, CD1 of 2 |
|  | 2022 |  |  |  | 1B010-Anabel Cabebe Realtor redacted.pdf p.1, 19-22, 44-48, 63-68, 70-74, 86-89, 129-130 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _5_ Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Anthony Mitchell | CASE NO. 17-00101 LEK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2077 | | | | Disc #3 (2 of 2) CD2 - 1B046- Envelopes, p.47-64, 65-71, 109-11, 215-226 |
| | 2078 | | | | Disc #3 (2 of 2) CD2 - 1B046- Priority Mail Envelope, p. 1-7, 95-125, 129-226, 591-594 |
| | 2079 | | | | Disc #3 (2 of 2) CD2 - 1B047-AIM FLY Protection (10 pages) |
| | 2080 | | | | Disc #3 (2 of 2) CD2 - 1B047-Hicks John (203 pages) |
| | 2081 | | | | Disc #3 (2 of 2) CD2 - 1B048-Affidavit p. 2-5 |
| | 2082 | | | | Disc #3 (2 of 2) CD2 - 1B048-Law Certification Affidavit (13 pages) |
| | 2083 | | | | Disc #3 (2 of 2) CD2 - 1B050-ATW File p. 1-12 |
| | 2084 | | | | Disc #3 (2 of 2) CD2 - 1B050-ATW Misc File (17 pages) |
| | 2085 | | | | Disc #3 (2 of 2) CD2 - 1B050-Common Law Office of America (10 pages) |
| | 2086 | | | | Disc #3 (2 of 2) CD2 - 1B050-Elks Club (112 pages) |
| | 2087 | | | | Disc #3 (2 of 2) CD2 - 1B050-Krakkauer Dean Robbin (33 pages) |
| | 2088 | | | | Disc #3 (2 of 2) CD2 - 1B050-Misc Documents (26 pages) |
| | 2089 | | | | Disc #3 (2 of 2) CD2 - 1B050-Misc Blue Folder 1 p.3-220 |
| | 2089 | | | | Disc #3 (2 of 2) CD2 - 1B051-Website (7 pages) |
| | 2090 | | | | Disc #3 (2 of 2) CD2 - 1B052-Mortgage Documents p. 123-125 |
| | 2091 | | | | Disc #3 (2 of 2) CD2 - 1B054- Certified Mail envelopes p.1-34, 77-78. 139, 159 |
| | 2092 | | | | Disc #3 (2 of 2) CD2 - 1B054-Legal Documents, p.1-24, 163-210, 212-213, 238-284, 301-392 |
| | 2093 | | | | Disc #3 (2 of 2) CD2 - 1B055-Fedex Box 2, p. 1-20, 21-37, 38-44, 45-136 |
| | 2094 | | | | Disc #3 (2 of 2) CD2 - 1B060-Completed UCC p.6, 13-16, 23-31 |
| | 2095 | | | | Disc #3 (2 of 2) CD2 - 1B060-Misc Folders p. 1-60, 224, 262-267 |
| | 2096 | | | | Disc #3 (2 of 2) CD2 - 1B062-Business Documents p. 37 |
| | 2097 | | | | Disc #3, CD 6  - 346, part 3 (10 pages) |
| | 2098 | | | | Disc #3, CD 6  - 346, part 4 (33 pages) |
| | 2099 | | | | Disc #3, CD 6  - 346, part 5 (3 pages) |
| | 2100 | | | | Disc #3, CD 6  - 346, part 6 (14 pages) |
| | 2101 | | | | Disc #3, CD 6  - 346, part 7 (18 pages) |
| | 2102 | | | | Disc #3, CD 6  - 346, part 10 (19 pages) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Anthony Williams | CASE NO. 17-00101 LEK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2050 | | | | Disc #3 (1 of 2) CD1 1B029 - Dumlao, p. 5-33,, 78-80, 85, 212-221 |
| | 2051 | | | | Disc #3 (1 of 2) CD1 1B029 Laforteza, p. 213-230, 232-237, 287, 346-360 |
| | 2052 | | | | Disc #3 (1 of 2) CD1 1B029 Laforteza UCC (17 pages) |
| | 2053 | | | | Disc #3 (1 of 2) CD1 1B029 Malinay (29 pages) |
| | 2054 | | | | Disc #3 (1 of 2) CD1 1B030 Asuncion (16 pages) |
| | 2055 | | | | Disc #3 (1 of 2) CD1 1B030 Asuncion UCC, p. 73 & 248 |
| | 2056 | | | | Disc #3 (1 of 2) CD1 1B031 Elohim (124 pages) |
| | 2057 | | | | Disc #3 (1 of 2) CD1 1B031 Misc Documents, p. 39-42, 50, 91-92, 127-148 |
| | 2058 | | | | Disc #3 (1 of 2) CD1 1B032, MEI mortgage-Palm Beach p. 12-20, 65, 78-88, 117-122, 144-149 |
| | 2059 | | | | Disc #3 (1 of 2) CD1 1B032 Priority Mail Envelope p. 5-8, 72-130 |
| | 2060 | | | | Disc #3 (2 of 2) CD2 1B035 CACE-09-27526 Volume 2 p.50-135 |
| | 2061 | | | | Disc #3 (2 of 2) CD2 - CLOA letter to OCP p. 21 |
| | 2062 | | | | Disc #3 (2 of 2) CD2 -1B035- Hickenbottom Donna Mae-11-11-2014 p.81-96, 101-151 |
| | 2063 | | | | Disc #3 (2 of 2) CD2 - 1B035- Hickenbottom Donna Mae-11-28-2014 p. 134-189, 204-225 |
| | 2064 | | | | Disc #3 (2 of 2) CD2 - 1B035-Misc Documents, p. 48-54, 66-73, 341-346, 355 |
| | 2065 | | | | Disc #3 (2 of 2) CD2 - 1B035-Misc Folders p.1-4, 47 |
| | 2066 | | | | Disc #3 (2 of 2) CD2 - 1B040- Cabebe Anabel p.16-38 |
| | 2067 | | | | Disc #3 (2 of 2) CD2 - 1B040-Madamba Nelson p.27-32, 61-63, 93-121 |
| | 2068 | | | | Disc #3 (2 of 2) CD2 - 1B040-Ramirez Esther, p. 1-27, 44-46, 73-76, 146-149 |
| | 2069 | | | | Disc #3 (2 of 2) CD2 - 1B040-Ventura p. 116-117, 160-189, 195-199, 205-220,225-235, 242-244 |
| | 2070 | | | | Disc #3 (2 of 2) CD2 - 1B041-Chavez Jorge (22 pages) |
| | 2071 | | | | Disc #3 (2 of 2) CD2- 1B041-Giles Elevila p.15-45 |
| | 2072 | | | | Disc #3 (2 of 2) CD2 - 1B041-Subia Evelyn p.1-3, 22-26 |
| | 2073 | | | | Disc #3 (2 of 2) CD2 - 1B041-Vincent Insolada (all 61 pages) |
| | 2074 | | | | Disc #3 (2 of 2) CD2 - 1B043-Business Documents p.41-48 |
| | 2075 | | | | Disc #3 (2 of 2) CD2 - 1B045-Anthony- p. 13-19, 53-64 |
| | 2076 | | | | Disc #3 (2 of 2) CD2 - 1B045-Misc Documents p.6-11, 42-47, 57-61 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States | vs. | Anthony Williams | CASE NO. 17-00101 LEK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2023 | | | | Disc #3 (1 of 2) CD1- 1B010-Lenders Fraud & Violations.pdf (126 pages) |
| | 2024 | | | | Disc #3 (1 of 2) CD1- 1B012-US House of Representatives.pdf (all 36 pages) |
| | 2025 | | | | Disc #3 (1 of 2) CD1- 1B015-Aiea House-2015.pdf- p.57-62, 114-115, 140-148, 172-174 |
| | 2026 | | | | Disc #3 (1 of 2) CD1- 1B015.pdf- 211-220, 250-260, 279-291, 307-319, 324-328, 360-361 |
| | 2027 | | | | Disc #3 (1 of 2) CD1-1B017 -Barro Francisco.pdf- p. 115-120, 132-133, 190-191 |
| | 2028 | | | | Disc #3 (1 of 2) CD1- 1B017- Laforteza Mary Reymundo.pdf p.11-16, 32-37, 48-67 |
| | 2029 | | | | Disc #3 (1 of 2) CD1- 1B017 - Pajela Ernest.pdf p. 16-23, 28-84 |
| | 2030 | | | | Disc #3 (1 of 2) CD1- 1B017 Pillos Danilo Macrina.pdf p.6-13, 26-27 |
| | 2031 | | | | Disc #3 (1 of 2) CD1- 1B020 - Misc Documents.pdf p. 2-6, 25 |
| | 2032 | | | | Disc #3 (1 of 2) CD1- 1B021 Angie - (4 pages) |
| | 2033 | | | | Disc #3 (1 of 2) CD1- 1B021 - DCCA, p. 3-13, 23-26, 28-50 |
| | 2034 | | | | Disc #3 (1 of 2) CD1- 1B021- Red Binder p. 41, 53, 56-60, 62-76, 89-97, 99-103, 109-12 |
| | 2035 | | | | Disc #3 (1 of 2) CD1- 1B024 - LLC Corporation p.2-9 |
| | 2036 | | | | Disc #3 (1 of 2) CD1- 1B024 - Problems - 11 pages |
| | 2037 | | | | Disc #3 (1 of 2) CD1- 1B025 - Common Law Office Documents - p.2-7, 18-32. |
| | 2038 | | | | Disc #3 (1 of 2) CD1- 1B028, Piros Cecillia Rey, p. 31-41, 68-75, 94-96, 148-150 |
| | 2039 | | | | Disc #3 (1 of 2) CD1- 1B028 - Subia Arnold p. 1-14, 55-67, 77-83, 169-174, 198-200 |
| | 2040 | | | | Disc #3 (1 of 2) CD1- 1B028 - Troxel Loreen p. 3-13, 62-63, 68-73, 169-200 |
| | 2041 | | | | Disc #3 (1 of 2) CD1- 1B028 - Troxel Loreen UCC (13 pages) |
| | 2042 | | | | Disc #3 (1 of 2) CD1- 1B028 - Ventura Melvyn, p. 3-8, 22-40, 98-100, 103-110 |
| | 2043 | | | | Disc #3 (1 of 2) CD1- 1B028- Ventura UCC (3 pages) |
| | 2044 | | | | Disc #3 (1 of 2) CD1- 1B028 - DCCA (18 pages) |
| | 2045 | | | | Disc #3 (1 of 2) CD1-1B029 - Dumlao, p. 5-33,, 78-80, 85, 212-221 |
| | 2046 | | | | Disc #3 (1 of 2) CD1- 1B029 Laforteza, p. 213-230, 232-237, 287, 346-360 |
| | 2047 | | | | Disc #3 (1 of 2) CD1- 1B029 Laforteza UCC (17 pages) |
| | 2048 | | | | Disc #3 (1 of 2) CD1- 1B029 Malinay (all 29 pages) |
| | 2049 | | | | Disc #3 (1 of 2) CD1- 1B030 Asuncion (all 16 pages) |

Page 4 of 5 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States | | vs. | Anthony Williams | CASE NO. CR 17-00101 LEK |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2103 | | | | Disc #3, CD 6- 346- part 11 (32 pages) |
| | 2104 | | | | Disc #3, CD 6- 346- part 15 (20 pages) |
| | 2105 | | | | Disc #3, CD 6- 346-part 18 (22 pages) |
| | 2106 | | | | Disc #3, CD 6- 346- part 22 Assn of Mort., Brian Bly, Crystal Moore |
| | 2107 | | | | Disc #3, CD 6- 346- part 23.2 Trial by jury p. 57-93 |
| | 2108 | | | | Disc #3, CD 6- 346- part 31 (11 pages) |
| | 2109 | | | | Disc #3, CD 6- 346- part 32 (5 pages) |
| | 2110 | | | | Disc #3, CD 6- 346-part 33 (7 pages) |
| | 2111 | | | | Disc #3, CD 6- 346- part 31 (11 pages) |
| | 2112 | | | | Disc #3, CD 6- 346- part 34 (7 pages) |
| | 2113 | | | | Disc #3, CD 6- 346- part 35 p. 1-8, p. 60-68 |
| | 2114 | | | | Disc #3, CD 6- 346- part 38.2 (32 pages) |
| | 2115 | | | | Disc #3, CD 6- 346- part 38.4 (28 pages) |
| | 2116 | | | | Disc #3, CD 6- 346- part 38.5 (35 pages) |
| | 2117 | | | | Disc #3, CD 6- 346- part 39 (46 pages) |
| | 2118 | | | | Disc #3, CD 6- 346- part 42 (52 pages) |
| | 2119 | | | | Disc #3, CD 6- 346- part 45 (21 pages) |
| | 2120 | | | | Youtube Videos previously produced by Defendant in discovery to Government |