KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Ken.Sorenson@usdoj.gov
            Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) GOVERNMENT'S MOTION *IN LIMINE* |
| | ) FOR EXCEPTION TO WITNESS |
| vs. | ) EXCLUSION RULE; CERTIFICATE OF |
| | ) SERVICE |
| ANTHONY T. WILLIAMS,   (1) | ) |
| ANABEL CABEBE            (2) | ) |
| | ) |
| Defendants. | ) |
| | ) |

GOVERNMENT'S MOTION *IN LIMINE* FOR
EXCEPTION TO WITNESS EXCLUSION RULE

The government respectfully moves this Court *in Limine* for an exception to

the witness exclusion rule to permit its testifying case agent, Federal Bureau of

Investigation (FBI) Special Agent Megan Crawley, to be present in the courtroom throughout trial.

The government intends to call at trial Special Agent Crawley to testify as a summary witness. Federal Rule of Evidence (Fed. R. Evid.) Rule 615 covers the exclusion of witnesses and states that "[a]t a party's request, the court must order witnesses excluded so that they cannot hear other witnesses' testimony. Or the Court may do so on its own." However, Rule 615(b) and (c) do not authorize exclusion of an "officer or employee of a party that is not a natural person, after being designated as the party's representative by its attorney" or "a person whose presence a party shows to be essential to presenting the party's claim or defense." Although no motion has been filed seeking exclusion of Special Agent Crawley, the government files this motion *in limine* to invoke Rule 615(b) and (c) and to ensure her presence at trial.

The Advisory Committee notes to Rule 615 explain that many district courts permit the government to have the "investigation case agent at counsel table throughout trial although the agent is or may be a witness." Fed. R. Evid. 615, Advisory Cmte. Notes to 1974 Enactment. The notes specifically address the importance of the case agent particularly in a factually complex trial and indicate that the exception under subsection (b) was intended to apply to agents. *Id.* The Committee's reasoning also applies to the testifying agent in the instant case.

2

Subsection (c) would also be applicable to the case agent as a testifying summary witness.

## CONCLUSION

The government respectfully requests that the Court grant this Motion.

DATED: January 15, 2020, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

        By */s/ Gregg Paris Yates*
           GREGG PARIS YATES
           Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

Michael Jay Green, Esq.
michaeljgreen@hawaii.rr.com

Attorney for Defendant
ANABEL CABEBE

Defendant to be served by First Class Mail on or by January 15, 2020:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  January 15, 2020, at Honolulu, Hawaii.

／s／ Gregg Paris Yates
U.S. Attorney's Office
District of Hawaii