LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>  Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS IN LIMINE AND SUBMIT JURY INSTRUCTIONS; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ADDITIONAL MOTIONS IN LIMINE AND SUBMIT JURY INSTRUCTIONS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby requests an extension of time to January 17, 2020 to submit his proposed jury instructions to the Government and to file

additional motions in limine. This motion is based on that attached declaration of counsel and the inherent power of this court to control the litigation before it.

Dated:  January 15, 2020

_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams