LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>     Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION IIN LIMINE #2;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION IN LIMINE #2"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and submits his "MOTION IN LIMINE #2;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  January 16, 2020

_____/s/ Lars Isaacson_____
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams