LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION IN OPPOSITION TO COURT ORDER REGARDING THE FILING OF DOCUMENTS WITH UNNECESSARY PERSONAL IDENTIFYING INFORMATION;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

DEFENDANT'S "MOTION IN OPPOSITION TO COURT ORDER REGARDING THE FILING OF DOCUMENTS WITH UNNECESSARY PERSONAL IDENTIFYING INFORMATION"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and submits DEFENDANT'S "MOTION IN OPPOSITION TO COURT ORDER

REGARDING THE FILING OF DOCUMENTS WITH UNNECESSARY PERSONAL IDENTIFYING INFORMATION," Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  January 16, 2020

                              /s/ Lars Isaacson
                         LARS ROBERT ISAACSON
                         Standby Attorney for
                         Defendant Anthony T. Williams