LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S (1) MOTION FOR ORDER THAT DEFENDANT TO BE TRANSPORTED TO CELL BLOCK THROUGH DURATION OF TRIAL AND (2) REQUEST FOR STATUS CONFERENCE; DECLARATION OF COUNSEL; EXHIBITS "A" – "D;" CERTIFICATE OF SERVICE |

DEFENDANT'S (1) MOTION FOR ORDER THAT DEFENDANT
TO BE TRANSPORTED TO CELL BLOCK THROUGH
DURATION OF TRIAL AND (2) REQUEST FOR STATUS
CONFERENCE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S (1) MOTION FOR ORDER THAT DEFENDANT TO BE TRANSPORTED TO CELL BLOCK THROUGH DURATION OF TRIAL AND (2) REQUEST FOR STATUS CONFERENCE; Declaration of Counsel, Exhibits "A" to "D" and certificate of service.

Dated:  January 17, 2020

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams