ORIGINAL   cc: LEK/FILER

Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI  96820

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 21 2020

at 11 o'clock and 00 min. A M
SUE BEITIA, CLERK JT

— UNPAID, NO IFP SUBMITTED JT

# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

UNITED STATES OF AMERICA           CASE NO. 17-00101 LEK

v.

ANTHONY T. WILLIAMS

## NOTICE OF APPEAL

   NOTICE IS HEREBY GIVEN that Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, is appealing the unlawful Order Denying Motion To Provide Access to an Unmonitored Telephone or Telephone Provided by Standby Counsel to the Ninth Circuit Court of Appeals, which denies the undersigned the First Amendment Right to communicate with his witnesses prior to trial.

Executed this 17th day of January, 2020.

Received By Mail
Date 01/21/2020
JT

Righteously Submitted,

*[signature: Anthony J. Williams]*

Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)

"For I know how many are your offenses and how great your sins.  You oppress the righteous and take bribes and you deprive the poor of justice in the courts."

                                 Amos 5:12

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by U.S. mail to the following petti foggers:

U. S. ATTORNEY'S OFFICE
Kenneth M. Sorenson
Greg Paris Yates
PJKK Federal Building, Rm. 6-100
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

On the 17th, day of January, 2020 ATW ~~2019~~

_____
Anthony T. Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, § 35)