UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2020

MOLLY C DWYER, CLERK
U S COURT OF APPEALS

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

ANTHONY T. WILLIAMS,

        Defendant - Appellant.

No. 20-10019

D.C. No. 1:17-cr-00101-LEK-1
U.S. District Court for Hawaii,
Honolulu

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Tue., February 11, 2020** | Transcript shall be ordered. |
| **Thu., March 12, 2020** | Transcript shall be filed by court reporter. |
| **Tue., April 21, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., May 21, 2020** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellee's brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Janne Nicole Millare Rivera
Deputy Clerk
Ninth Circuit Rule 27-7