# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**Sue Beitia**
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 21, 2020

Kenneth M. Sorenson
Gregg Paris Yates
Office of the United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Ste 6100
Honolulu, HI 96850

|          |                             |
|----------|-----------------------------|
| IN RE:   | U.S.A v. ANTHONY T. WILLIAMS |
| CR NO.   | CR 17-00101 LEK-01          |
| USCA NO. | 20-10019                    |

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on January 21, 2020.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By        /s/ EA, Deputy Clerk

Enclosures

cc:        (01) Anthony T. Williams, pro se appellant, by First Class Mail
           Lars Robert Isaacson, Esq., standby counsel via CM/ECF
           with copy of instructions for criminal appeals
           Transcript Desig. & Ordering Form
           with instructions and a copy of the
           docket sheet

           Clerk, 9th CCA sent only Notice of Appeal via ECF