KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Ken.Sorenson@usdoj.gov
            Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) GOVERNMENT'S [PROPOSED] *VOIR* |
| | ) *DIRE* QUESTIONS; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| ANTHONY T. WILLIAMS,  (01) | ) TRIAL:     February 3, 2020 |
| | ) TIME:      9:00 A.M. |
| Defendant. | ) JUDGE:     Leslie E. Kobayashi |
| | ) |
| | ) |

GOVERNMENT'S [PROPOSED] *VOIR DIRE* QUESTIONS

Pursuant to the Scheduling Order of this Court, dated December 24, 2019, the government, through its undersigned counsel, hereby respectfully submits its proposed *voir dire* questions for the Court.  The government proposes the

1

following questions to be posed to potential jurors.  The government reserves the right to supplement these *voir dire* questions, or to provide or ask follow on questions, as appropriate and with the Court's leave, as appropriate.

Questions for potential jurors:

1. Do you own your own home?

2. Do you have a mortgage on your own home?

3. Have you, a family member of yours, or a close friend of yours ever been treated unfairly by a bank lender or mortgage servicer?

4. Has a bank lender or mortgage servicer ever begun foreclosure proceedings against you, a family member of yours, or a close friend of yours?

5. Do you have any beliefs that would make it difficult to fairly apply the laws of the U.S. in a criminal case involving a bank lender or mortgage servicer?

6. Have you, a family member of yours, or a close friend of yours ever been the victim of a crime involving fraud?

7. Have you, a family member of yours, or a close friend of yours ever been the victim of a crime involving the impersonation of a law enforcement officer?

3

8. Have you, a family member of yours, or a close friend of yours ever been the victim of a crime involving the impersonation of a government official?

DATED: January 22, 2020, at Honolulu, Hawaii.

           KENJI M. PRICE
           United States Attorney
           District of Hawaii


By */s/ Gregg Paris Yates*
    KENNETH M. SORENSON
    GREGG PARIS YATES
    Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through Electronic Mail:</u>

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail on or by January 22, 2020:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED:  January 22, 2020, at Honolulu, Hawaii.

                                          */s/ Gregg Paris Yates*
                                          U.S. Attorney's Office
                                          District of Hawaii