LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION IN OPPOSITION TO MOTION IN LIMINES SUBMITTED BY THE CORRUPT GOVERNMENT ATTORNEYS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION IN OPPOSITION TO MOTION IN LIMINES SUBMITTED BY THE CORRUPT GOVERNMENT ATTORNEYS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "DEFENDANT'S "PRIVATE ATTORNEY GENERAL

Anthony Williams MOTION IN OPPOSITION TO MOTION IN LIMINES SUBMITTED BY THE CORRUPT GOVERNMENT ATTORNEYS;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated: January 23, 2020.

/s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams