LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "SWORN MOTION FOR STIPULATION OF FACTS AND EVIDENCE NOT DISPUTED BY THE GOVERNMENT NOR PRIVATE ATTORNEY;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "SWORN MOTION FOR STIPULATION OF FACTS AND EVIDENCE NOT DISPUTED BY THE GOVERNMENT NOR PRIVATE ATTORNEY"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "SWORN MOTION FOR STIPULATION OF FACTS AND EVIDENCE NOT DISPUTED

BY THE GOVERNMENT NOR PRIVATE ATTORNEY;"

Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated: January 23, 2020.

                              /s/ Lars Isaacson
                       LARS ROBERT ISAACSON
                       Standby Attorney for
                       Defendant Anthony T. Williams