LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
E-mail: Hawaii.defender@earthlink.net
Standby attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101 JEK<br><br>FOURTH MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

FOURTH MOTION TO WITHDRAW AS COUNSEL

**Comes now** Lars Robert Isaacson, standby attorney for Defendant Anthony T. Williams, moves this Court for permission to withdraw as standby counsel and requests that substitute counsel be appointed to assist the Defendant in further proceedings in this matter.

This motion is brought pursuant to Rule 1.16 of the Hawaii Rules of Professional Conduct, and is based on the Defendant's right to the effective assistance of counsel and to appointed counsel pursuant to the 6th and 14th Amendments to the United States Constitution, the attached Declaration of Counsel, the records and files in this case, and upon further evidence and argument as may be adduced at an en camera hearing in this matter.

Dated:  January 23, 2020          Honolulu, Hawai'i

                          Respectfully submitted,


                           /s/   *Lars Isaacson*
                          LARS ROBERT ISAACSON