# MINUTE ORDER

CASE NUMBER:      CRIMINAL NO. 17-00101 LEK-1

CASE NAME:      USA v. (1) Anthony T. Williams

JUDGE:      Leslie E. Kobayashi      DATE:      1/27/2020

COURT ACTION: EO: Defendant (01) Anthony T. William's [797] Sworn Motion for Stipulation to Facts and Evidence Not Disputed By the Government Nor Private Attorney and [806] Sworn Motion to Dismiss will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Government's Memoranda in Opposition is due 1/30/2020.

Defendant (01) Anthony T. William's [797] Sworn Motion for Stipulation to Facts and Evidence Not Disputed By the Government Nor Private Attorney and [806] Sworn Motion to Dismiss will be taken under submission thereafter. Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager