# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101 LEK-1

CASE NAME:   USA v. (1) Anthony T. Williams

JUDGE:   Leslie E. Kobayashi   DATE:   1/27/2020

COURT ACTION: EO: Government's [809] Motion to Quash Subpoena's will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due 2/3/2020.
Reply Memorandum is due: 2/10/2020.

Government's [809] Motion to Quash Subpoena's will be taken under submission thereafter. Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager