LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>        Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MANDATORY JUDICIAL NOTICE;" DECLARATION OF COUNSEL;  EXHIBIT "A;" CERTIFICATE OF SERVICE |

### DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MANDATORY JUDICIAL NOTICE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides   DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony   Williams   MANDATORY   JUDICIAL   NOTICE;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  January 27, 2020.


      /s/ Lars Isaacson

LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams