LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams OPPOSITION TO GOVERNMENT'S JURY INSTRUCTIONS:" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony
Williams OPPOSITION TO GOVERNMENT'S JURY
INSTRUCTIONS"

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides    DEFENDANT'S "PRIVATE ATTORNEY GENERAL

Anthony Williams OPPOSITION TO GOVERNMENT'S JURY

INSTRUCTIONS;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated: January 27, 2020.

                                       /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams