**LARS ROBERT ISAACSON**
ATTORNEY AT LAW

1100 ALAKEA STREET, 20TH FLOOR
HONOLULU, HAWAII 96813
PHONE: 808-497-3811   FAX: 866-616-2132
EMAIL: HAWAII.DEFENDER@EARTHLINK.NET

RECEIVED
CLERK, U. S. DISTRICT COURT
JAN 2 4 2020
DISTRICT OF HAWAII

January 22, 2020

Hon. Leslie E. Kobayashi
United States District Court
District of Hawai'i
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

Re:   *United States v. Anthony T. Williams*, Cr. No. 17-00101 LEK, United States District Court, District of Hawai'i.

Dear Judge Kobayashi,

Mr. Williams has advised me that he requests that he be permitted to present the testimony of expert witness Michael P. Brannon, Psy.D. via teleconference. The reason for this request is because Dr. Brannon resides in Coral Springs, Florida, and has advised that he will not be able to leave his practice for the purposes of testifying in the present case.

When determined, I will keep the court and all parties apprised of the arrangements that will be made at the witness' location, and when Mr. Williams anticipates the witness will be called.

Sincerely yours,

LARS ROBERT ISAACSON


Cc/Anthony Williams
Kenneth Sorenson, Esq.
Gregg Paris Yates, Esq.