# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101 LEK-1

CASE NAME:   USA v. (1) Anthony T. Williams

JUDGE:   Leslie E. Kobayashi   DATE:   1/28/2020

COURT ACTION:  **EO: GRANTING DEFENDANT'S REQUEST TO PRESENT TESTIMONY AT TRIAL VIA VIDEOCONFERENCING**

On January 24, 2020, this Court received a letter on behalf of pro se Defendant Anthony T. Williams ("Defendant"), dated January 22, 2020, in which Defendant requests leave to present the testimony of Michael P. Brannon, Psy.D., an expert witness, via teleconference because Dr. Brannon resides in Coral Springs, Florida and has advised that he will not be able to travel to Honolulu for the trial scheduled to commence on February 3, 2020.  [Dkt. no. 816.]

To the extent that Defendant is requesting leave to present Dr. Brannon's testimony in a format other than presenting him in person in the courtroom, the request is GRANTED, with the requirement that Dr. Brannon's testimony must be presented via video-conference (*i.e.*, where he can be both seen and heard during his testimony by the jury).  Defendant's stand-by counsel is DIRECTED to make the necessary arrangements for Dr. Brannon to appear at a location with videoconferencing capability which is compatible with the videoconferencing resources at the United States District Courthouse for the District of Hawai`i ("USDC Hawai`i").  Defendant's stand-by counsel shall confer with the technical staff at USDC Hawai`i well in advance of Dr. Brannon's anticipated testimony in order to ensure his testimony is able to be transmitted and received properly.

By granting Defendant's request, the Court specifically does not rule upon any evidentiary matters, such as admissibility or relevance, regarding Dr. Brannon's testimony and the parties are DIRECTED to raise such issues, if appropriate, at a reasonable time before Dr. Brannon is called to testify via video-conference.

**IT IS SO ORDERED.**

Submitted by: Agalelei Elkington, Courtroom Manager