# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101 LEK-1

CASE NAME:       USA v. (1) Anthony T. Williams

JUDGE: Leslie E. Kobayashi     DATE:     1/28/2020

COURT ACTION:  EO: Defendant's [813] Private Attorney General Anthony Williams MANDATORY JUDICIAL NOTICE will be considered by Judge Leslie E. Kobayashi as a non-hearing matter.

Government's response is due 2/4/2020.
No reply will be permitted.

Defendant's [813] Private Attorney General Anthony Williams MANDATORY JUDICIAL NOTICE will be taken under submission thereafter.  Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager