# MINUTE ORDER

CASE NUMBER:        CRIMINAL NO.  17-00101 LEK-1

CASE NAME:          USA v. (1) Anthony T. Williams

JUDGE:    Leslie E. Kobayashi          DATE:          1/28/2020

EO: COURT ORDER DENYING DEFENDANT'S MOTION FOR
RECONSIDERATION OF JANUARY 8, 2020 EO: COURT ORDER REGARDING
THE FILING OF DOCUMENTS WITH UNNECESSARY PERSONAL IDENTIFYING
INFORMATION

On January 8, 2020, this Court issued its EO: Court Order Regarding the Filing of Documents with Unnecessary Personal Identifying Information ("1/8/20 EO").  [Dkt. no. 759.]  On January 16, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed a document titled "Defendant's 'Motion in Opposition to Court Order Regarding the Filing of Documents with Unnecessary Personal Identifying Information.'"  [Dkt. no. 781.]  Defendant's filing is a motion for reconsideration of the 1/8/20 EO ("Motion").

The Court finds that: the Motion is suitable for disposition without a hearing pursuant to Local Rule 7.1(d); and it is not necessary for Plaintiff the United States of America ("the Government") to file a response to the Motion.  The standard applicable to motions for reconsideration in this case has been set forth in multiple previous orders and will not be repeated here.  See, e.g., EO: Court Order Denying Def.'s "Motion in Opposition to Order Denying Private Attorney General Anthony Williams Selective Prosecution Motion," filed 11/27/19 (dkt. no. 677), at 1-2 (quoting EO: Court Order Denying Def.'s "Motion for Reconsideration of Court's 8/21/18 Electronic Order Re: 'United States's Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss,'" filed 10/1/18 (dkt. no. 329), at 2).  Defendant's Motion does not identify any newly available evidence or intervening change in the law.  Further, Defendant has not established any manifest error of law or fact in the 1/8/20 EO.  Defendant's mere disagreement with the 1/8/20 EO does not warrant reconsideration.  See Order Denying Def.'s Motion for Reconsideration, filed 2/28/19 (dkt. no. 431), at 8 (quoting Riley v. Nat'l Ass'n of Marine Surveyors, Inc., Civil No. 14-00135 LEK-RLP, 2014 WL 4794003, at *1 (D. Hawai`i Sept. 25, 2014)).  Defendant's Motion is therefore DENIED.

The warnings in the 1/8/20 EO remain in force, and Defendant is again CAUTIONED that repeated violations of the 1/8/20 EO may result in the termination of

Defendant's self-representation and the reappointment of stand-by counsel as Defendant's counsel of record.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager