KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
|---|---|
| Plaintiff, | ) |
| | ) GOVERNMENT'S MOTION TO |
| | ) CONTINUE DEADLINE FOR EXHIBIT |
| vs. | ) BINDER EXCHANGE; CERTIFICATE |
| | ) OF SERVICE |
| ANTHONY T. WILLIAMS   (1), | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION TO CONTINUE
DEADLINE FOR EXHIBIT BINDER EXCHANGE

The government respectfully moves the Court for a brief, one-day continuance of the deadline by which the parties must exchange their exhibit binders and to provide the Court with a copy set, from January 30, 2020 to January

31, 2020. Good cause supports the government's request. On January 13, 2020, the Court ordered that the parties exchange exhibits and provide exhibit binders to the Court on or by January 30, 2020. In anticipation of that deadline, the government had been working to digitally label its approximately 175 exhibits, utilizing the alpha-numeric exhibit numbering convention that it previously noticed to the Court.

As the Court is aware, at the status conference of the parties on January 29, 2020, the Court requested that the government utilize a strictly numeric exhibit numbering system. The government agreed to do so. However, it appears that the government has already substantially completed digitally marking its exhibits with numbers utilizing its prior system. Accordingly, to comply with the Court's request, the government will have to re-number its exhibits, copy them, and prepare binders. The government believes that this process will not be completed by the close of business on January 30, 2020.

//
//
//
//
//
//
//

2

In order to comply with the Court's desired numbering system, the government respectfully requests a continuance of one day to provide its exhibit binders to the defendant and the Court, to and including January 31, 2020.

DATED: January 29, 2020, at Honolulu, Hawaii.

> KENJI M. PRICE
> United States Attorney
> District of Hawaii
>
>
> By */s/ Gregg Paris Yates*
>    KENNETH M. SORENSON
>    GREGG PARIS YATES
>    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: January 29, 2020, at Honolulu, Hawaii.

                                                                            */s/ Melena Malunao*
                                                                            U.S. Attorney's Office
                                                                            District of Hawaii