# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

United States of America,

    Plaintiff,

v.

Anthony T. Williams,

    Defendant.

Cr. No. 17-00101 LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
**Jan 29, 2020**
SUE BEITIA, CLERK

## *PRO SE* MOTION TO QUASH SUBPOENA

1. Jacquelyn Plasner Needelman files this motion in her *pro se* capacity and asks the Court to quash the subpoena served upon her on or about December 23, 2019, by the defendant, a copy of which is attached hereto, on the following grounds:

    1. The movant is a lawyer licensed to practice in the state of Florida and is not licensed in the state of Hawaii.

    2. The movant resides in Miami, Florida and is employed as Bar Counsel to The Florida Bar, with her office located in Miami, Florida.

    3. The movant's attendance in Hawaii would be very burdensome to her personally and to her office.

4. The movant has no knowledge material to the matters at issue in the case for which she has been subpoenaed.

WHEREFORE, the Court is respectfully requested to quash the Subpoena and relieve the movant of the obligation to appear in this matter or, alternatively, limit the defendant to taking the movant's testimony by telephone or by video conference.

Respectfully Submitted,

_____
Jacquelyn Plasner Needelman
*Pro Se movant*
The Florida Bar
444 Brickell Ave, Suite M100
Miami, FL 33131-2408
Phone: 305-377-4445, ext. 4222
Fax: 305-377-4519
jneedelman@floridabar.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2020, I forwarded the foregoing to the Clerk of the Court, by overnight delivery via Federal Express to the United States District Court, 300 Ala Moana Boulevard, Room C-338, Honolulu, Hawaii 96850; and sent a copy via U.S. mail and email to: Lars Robert Isaacson, Standby Counsel for Defendant, Anthony T. Williams, 1100 Alakea Street, 20th Floor, Honolulu, Hawaii 96813, email - Hawaii.defender@earthlink.net and by email to Assistant U.S. Attorneys: Kenneth Sorenson at ken.sorenson@usdoj.gov and Gregg Paris Yates at gregg.yates@usdoj.gov and to Defendant, Anthony T. Williams, #05963-122 at FDC Honolulu, Federal Detention Center, Inmate Mail/Parcels, P.O. Box 30080, Honolulu, HI 96820 by U.S. Mail.

_____
Jacquelyn Plasner Needelman

RECEIVED

# UNITED STATES DISTRICT COURT
For the
District of Hawaii

DEC -2 PM 2: 27

U.S. MARSHALS SERVICE
HONOLULU, HI.

| United States of America,<br>*Plaintiff,*<br><br>vs.<br><br>Anthony T. Williams,<br>*Defendant.* | )<br>)<br>) Cr. No. 17-00101 LEK<br>)<br>)<br>)<br>)<br>) |
|---|---|

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

TO:   Jacquelyn Plasner Needelman

**YOU ARE COMMANDED** to appear in the United States district court at the time, date and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE OF APPEARANCE:<br>United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii 96850 | Courtroom of the Honorable Leslie Kobayashi<br>Date and Time: February 3, 2020, 8:30 a.m. H.S.T. |
|---|---|

(SEAL)

DATE:   DEC 0 2 2019

SUE BEITIA
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the standby attorney for Defendant Anthony T. Williams, who requests this subpoena, are: Lars Robert Isaacson, 1100 Alakea Street, 20th Floor, Honolulu, Hawaii 96813, Hawaii.defender@earthlink.net, (808) 497-3811.

Cr. No. 17-00101 LEK

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

_____ was received by me on *(date)* _____.

☐   I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____; or

☐   I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of $_____.

My fees are $_____ for travel, and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

DATE: _____

SERVER'S SIGNATURE

PRINTED NAME AND TITLE

SERVER'S ADDRESS

Additional information regarding attempted service, etc.: