Bruce R. Bahn
2612 Roslyn Circle
Highland Park, IL 60035
January 29, 2020

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 29, 2020
SUE BEITIA, CLERK
```

Honorable Leslie Kobayashi
United States District Court
300 Ala Moana Boulevard, 4th Floor
Honolulu, Hawaii 96850
Fax: (808) 541-1386

Cc:   Mr. Kenneth Sorenson
      Mr. Gregg Yates
      Assistant U.S. Attorneys
      Room 6-100, PJKK Federal Building
      300 Ala Moana Boulevard
      Honolulu, Hawaii 96850
      Telephone: (808) 541-2850
      Email: Ken.Sorenson@usdoj.gov
      Gregg.Yates@usdoj.gov

      Mr. Lars Isaacson, Esq.
      547 Halekauwila St #102,
      Honolulu, HI 96813
      Telephone: (808) 497-3811
      Email: hawaii.defender@earthlink.net

RE:   Bruce Bahn - Request to Appear for CR. NO. 17-00101 LEK

Your Honor:

I am writing regarding the enclosed subpoena to me that was improperly served by the pro se defendant, Mr. Anthony Williams, in the above-referenced criminal matter. I am not a lawyer, and do not wish to incur the expense of obtaining counsel, so I am writing to respectfully request that the Court quash this subpoena and to advise the Court and counsel for both parties that I will not be traveling from Highland Park, Illinois to Honolulu, Hawaii to appear on Monday absent a court order. If there is something further that I need to do with respect to this subpoena, such as retain a lawyer in Honolulu or otherwise address this matter, I respectfully request Your Honor's guidance in what I should do.

- Yesterday, 1/28/2020, the subpoena was left at my home with my son while I was away at work.

- Other than a request to appear this coming Monday, 2/3/2020, the document offers no further instruction as to my relevance to the case, timeframe for any testimony, or information

Honorable Leslie Kobayashi
January 29, 2020
Page 2

regarding how my expenses would be addressed. I have received no other communication or information regarding this case.

- Yesterday I contacted (by phone and e-mail) Messrs. Isaacson, Yates, and Sorenson. I have not yet heard back from Mr. Isaacson, but did receive an e-mail reply from the Assistant U.S. attorneys confirming that the subpoena did not come from their office and presuming that it was issued at the direction of the defendant. They also shared the publicly available Superseding Indictment.

- After reviewing that document and finding other publicly available information regarding this case on the Internet, I can see absolutely no connection to or knowledge of the case or the defendant. I cannot imagine why the defendant issued this subpoena to me as I have no relevance to his case. I do not know Mr. Williams. I have never met him or heard of him prior to receiving this subpoena. I have no information of which I am aware that would be of any relevance to the allegations in the Superseding Indictment.

- Also, through an internet search, I found Federal Rule of Criminal Procedure 17, and I see that sub-part (d) requires that the subpoena was required to be delivered to me, which it was not, and also that it must include a one-day witness fee and the legal mileage allowance. However, no monies of any kind were delivered with the subpoena.

- Given the situation as described above and the significant practical inconvenience of the logistical issue of living in Chicago, 4,246 miles away from Honolulu and the significant financial expense I would have to incur to travel to Honolulu, it is my current intention not to appear in court this coming Monday. There is reference in Rule 17 to quashing a subpoena if compliance would be unreasonable and oppressive, and I respectfully state that this is the case here with respect to Mr. Williams' subpoena issued to me.

- If more information is available or if the court has some additional direction, I would certainly make myself available as required. If however, this subpoena is found to be inappropriate, I would respectfully request that the Court quash the subpoena seeking my testimony.

Respectfully,

*[signature]* 1/29/2020

Bruce R. Bahn

# UNITED STATES DISTRICT COURT

For the
District of Hawaii

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Anthony T. Williams,<br>Defendant. | Cr. No. 17-00101 LEK |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

TO:   Bruce Bahn

**YOU ARE COMMANDED** to appear in the United States district court at the time, date and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE OF APPEARANCE:<br>United States District Court<br>300 Ala Moana Boulevard, 4th Floor<br>Honolulu, Hawaii 96850 | Courtroom of the Honorable Leslie Kobayashi<br>Date and Time: February 3, 2020, 8:30 a.m. H.S.T. |
|---|---|

(SEAL)

DATE:

JAN 0 7 2020



Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the standby attorney for Defendant Anthony T. Williams, who requests this subpoena, are: Lars Robert Isaacson, 1100 Alakea Street, 20th Floor, Honolulu, Hawaii 96813, Hawaii.defender@earthlink.net, (808) 497-3811.