# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. (1) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Pro Se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 1/29/2020 | TIME: | 10:00 am - 10:02 am<br>**Sealed   10:02 am - 10:08 am**<br>Resumed 10:08 am - 10:45 am |

COURT ACTION:  EP:  [799] Defense Fourth MOTION to Withdraw as Attorney and [812] MOTION to Continue Trial For Seventy Days  held.

Defendant (1) Anthony T. Williams present in custody.

AUSA Gregg Paris Yates and Kenneth M. Sorenson excused from the Courtroom.

**Courtroom SEALED for ex parte hearing.**

Discussion held

**Courtroom UNSEALED.**

AUSA Gregg Paris Yates and Kenneth M. Sorenson present

Mr. Isaacson's [799] Defense Fourth MOTION to Withdraw as Attorney is DENIED

Discussion held regarding Defendant's [812] MOTION to Continue Trial For Seventy Days

Defendant's [812] MOTION to Continue Trial For Seventy Days - DENIED.

TRIAL MATTERS:
Exhibits numbering:
Government: 1 - 1000
Defense: 2000 - 3000

Government moves for leave to file motions with respect to defense expert witnesses by end of business today - GRANTED.

Defense response is due 2/12/2020.

Jury Selection will begin on Monday 2/3/2020 at 9:00 AM
Trial Days: Government 11 days
          Defense 10 days
12 Jurors and 2 Alternates
Time allowed for opening statements:
          Government - 40 Minutes
          Defense - 40 Minutes
Bench conferences will be taken up during recess.
Trial hours beginning from second day of trial: 8:30 am - 2:00 pm.

Defense to contact the Courtroom Manager if assistance is needed for trial clothing.


Submitted by: Agalelei Elkington, Courtroom Manager