Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:** Counsel

**FROM:** Sue Beitia
Agalelei Elkington, Courtroom Manager

**DATE:** January 30, 2020

**RE:** Realtime Court Reporting Services
<u>United States of America v Anthony T. Williams;</u>
1:17-cr-00101-LEK-1 on February 4, 2020

      The Judges of the United States District Court have requested that real-time reporting services be provided to them during evidentiary hearings involving the taking of testimony from a live witness.

      In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom manager no later than January 31, 2020:

1. Names of parties and attorneys to the action;
2. Witness list; and
3. Exhibit list.

      The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

      Thank you.

cc: Debra Read
IT Director
Theresa Lam, Courtroom Operations Supervisor