LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams' PROPOSED VOIR DIRE QUESTIONS;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams' PROPOSED VOIR DIRE QUESTIONS"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides   DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams' PROPOSED VOIR DIRE QUESTIONS;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  January 30, 2020.


                                    <u>    /s/ Lars Isaacson    </u>
                                    LARS ROBERT ISAACSON
                                    Standby Attorney for
                                    Defendant Anthony T. Williams