| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | JAN 30 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant-Appellant. | No.   19-10435<br><br>D.C. No.<br>1:17-cr-00101-LEK-1<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On December 24, 2019, the court ordered appellant, within 21 days, to move for voluntary dismissal of the appeal or show cause why it should not be dismissed for lack of an appealable order. Appellant was warned that failure to comply with the December 24, 2019, order may result in the dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

To date, appellant has not complied with the court's order.

Appellant shall have one final opportunity to respond. Within 21 days after the date of this order, appellant shall file the response required by this court's

DL/AppComm Direct Criminal

December 24, 2019, order. Appellee may respond within 10 days after service of appellant's memorandum.

Failure to respond timely to this order will result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1; Gen Order 2.3.

The Clerk shall serve this order and the December 24, 2019, order on appellant individually.