HID 187 (Rev. 02/11) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

United States of America

v.

Anthony T. Williams

**FIRST AMENDED EXHIBIT LIST**

Case Number: 17-00101 LEK

| PRESIDING JUDGE<br>Leslie E. Kobayashi | | | | PLAINTIFF'S ATTORNEY<br>Kenneth Sorenson, Gregg Yates | DEFENDANT'S ATTORNEY<br>Pro Se, LR Isaacson Standby |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>2/3/2020 | | | | COURT REPORTER | COURTROOM DEPUTY<br>AGALELEI ELKINGTON |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 2001 | | | | Mail Wire -Hep Guinn - From Government Disc I |
| | 2002 | | | | Report of Investigation (ROI)- 6-3-15 from Government Disc I |
| | 2003 | | | | Anabel Cabebe 00 Report of Investigation from Government Disc i |
| | 2004 | | | | Henry Malinay 01 Report of Investigation from Government Disc 1 |
| | 2005 | | | | Henry Malinay - Maui Clients - emails 9/27/13 and 9/28/13 from Govt Disc 1 |
| | 2006 | | | | Barbara Williams ROI 7-12-16 from Govt Disc 1 |
| | 2007 | | | | Barbara Williams MEI-CLOA Documents 02_mail_wire -00 Anthony Williams from Govt Disc 1 |
| | 2008 | | | | Barbara Williams Certified Mail email, Kalena here w/ questions, CLOA letterhead email from Disc 1 |
| | 2009 | | | | ROI- Julita Asuncion - from Govt Discovery Disc 1 |
| | 2010 | | | | ROI - Virginia Trinidad - from Govt Discovery Disc 1 |
| | 2011 | | | | ROI - Willie Ramelb- |
| | 2012 | | | | ROI - Mariethez Madamba |
| | 2013 | | | | ROI - Melvyn Ventura |
| | 2014 | | | | ROI - Evelyn & Arnold Subia |
| | 2015 | | | | Loreen Troxel - ROI - 12-3-2015 |
| | 2016 | | | | ROI -Asuncion - ROI - 12-1-2015 |
| | 2017 | | | | ROI Asuncion 2-16-16 |
| | 2018 | | | | ROI - Hep Guinn - - 6-3-15 |
| | 2019 | | | | ROI - Merlina Tabuyo |
| | 2020 | | | | Megan Crawley - SA FBI Application for Search Warrant from Discovery Disc 2 |
| | 2021 | | | | 1B004-Legal documents redacted.pdf p.4-6,47-53 from Discovery Disc 3, CD1 of 2 |
| | 2022 | | | | 1B010-Anabel Cabebe Realtor redacted.pdf p.1, 19-22, 44-48, 63-68, 70-74, 86-89, 129-130 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

✍AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | vs. | Anthony Williams | CASE NO. 17-00101 LEK |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2023 | | | | Disc #3 (1 of 2) CD1- 1B010-Lenders Fraud & Violations.pdf (126 pages) |
| | 2024 | | | | Disc #3 (1 of 2) CD1- 1B012-US House of Representatives.pdf (all 36 pages) |
| | 2025 | | | | Disc #3 (1 of 2) CD1- 1B015-Alea House-2015.pdf- p.57-62, 114-115, 140-148, 172-174 |
| | 2026 | | | | Disc #3 (1 of 2) CD1- 1B015.pdf- 211-220, 250-260, 279-291, 307-319, 324-328, 360-361 |
| | 2027 | | | | Disc #3 (1 of 2) CD1-1B017 -Barro Francisco.pdf- p. 115-120, 132-133, 190-191 |
| | 2028 | | | | Disc #3 (1 of 2) CD1- 1B017- Laforteza Mary Reymundo.pdf p.11-16, 32-37, 48-67 |
| | 2029 | | | | Disc #3 (1 of 2) CD1- 1B017 - Pajela Ernest.pdf p. 16-23, 28-84 |
| | 2030 | | | | Disc #3 (1 of 2) CD1- 1B017 Pillos Danilo Macrina.pdf p.6-13, 26-27 |
| | 2031 | | | | Disc #3 (1 of 2) CD1- 1B020 - Misc Documents.pdf p. 2-6, 25 |
| | 2032 | | | | Disc #3 (1 of 2) CD1- 1B021 Angie - (4 pages) |
| | 2033 | | | | Disc #3 (1 of 2) CD1- 1B021 - DCCA, p. 3-13, 23-26, 28-50 |
| | 2034 | | | | Disc #3 (1 of 2) CD1- 1B021- Red Binder p. 41, 53, 56-60, 62-76, 89-97, 99-103, 109-12 |
| | 2035 | | | | Disc #3 (1 of 2) CD1- 1B024 - LLC Corporation p.2-9 |
| | 2036 | | | | Disc #3 (1 of 2) CD1- 1B024 - Problems - 11 pages |
| | 2037 | | | | Disc #3 (1 of 2) CD1- 1B025 - Common Law Office Documents - p.2-7, 18-32. |
| | 2038 | | | | Disc #3 (1 of 2) CD1- 1B028, Piros Cecillia Rey, p. 31-41, 68-75, 94-96, 148-150 |
| | 2039 | | | | Disc #3 (1 of 2) CD1- 1B028 - Subia Arnold p. 1-14, 55-67, 77-83, 169-174, 198-200 |
| | 2040 | | | | Disc #3 (1 of 2) CD1- 1B028 - Troxel Loreen p. 3-13, 62-63, 68-73, 169-200 |
| | 2041 | | | | Disc #3 (1 of 2) CD1- 1B028 - Troxel Loreen UCC (13 pages) |
| | 2042 | | | | Disc #3 (1 of 2) CD1- 1B028 - Ventura Melvyn, p. 3-8, 22-40, 98-100, 103-110 |
| | 2043 | | | | Disc #3 (1 of 2) CD1- 1B028- Ventura UCC (3 pages) |
| | 2044 | | | | Disc #3 (1 of 2) CD1- 1B028 - DCCA (18 pages) |
| | 2045 | | | | Disc #3 (1 of 2) CD1-1B029 - Dumlao, p. 5-33,, 78-80, 85, 212-221 |
| | 2046 | | | | Disc #3 (1 of 2) CD1- 1B029 Laforteza, p. 213-230, 232-237, 287, 346-360 |
| | 2047 | | | | Disc #3 (1 of 2) CD1- 1B029 Laforteza UCC (17 pages) |
| | 2048 | | | | Disc #3 (1 of 2) CD1- 1B029 Malinay (all 29 pages) |
| | 2049 | | | | Disc #3 (1 of 2) CD1- 1B030 Asuncion (all 16 pages) |

◎AO 187A (Rev. 7/87)                **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | United States | | vs. | Anthony Williams | CASE NO. 17-00101 LEK |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 2050 | | | | Disc #3 (1 of 2) CD1 1B029 - Dumlao, p. 5-33,, 78-80, 85, 212-221 |
| | 2051 | | | | Disc #3 (1 of 2) CD1 1B029 Laforteza, p. 213-230, 232-237, 287, 346-360 |
| | 2052 | | | | Disc #3 (1 of 2) CD1 1B029 Laforteza UCC (17 pages) |
| | 2053 | | | | Disc #3 (1 of 2) CD1 1B029 Malinay (29 pages) |
| | 2054 | | | | Disc #3 (1 of 2) CD1 1B030 Asuncion (16 pages) |
| | 2055 | | | | Disc #3 (1 of 2) CD1 1B030 Asuncion UCC, p. 73 & 248 |
| | 2056 | | | | Disc #3 (1 of 2) CD1 1B031 Elohim (124 pages) |
| | 2057 | | | | Disc #3 (1 of 2) CD1 1B031 Misc Documents, p. 39-42, 50, 91-92, 127-148 |
| | 2058 | | | | Disc #3 (1 of 2) CD1 1B032, MEI mortgage-Palm Beach p. 12-20, 65, 78-88, 117-122, 144-149 |
| | 2059 | | | | Disc #3 (1 of 2) CD1 1B032 Priority Mail Envelope p. 5-8, 72-130 |
| | 2060 | | | | Disc #3 (2 of 2) CD2 1B035 CACE-09-27526 Volume 2 p.50-135 |
| | 2061 | | | | Disc #3 (2 of 2) CD2 - CLOA letter to OCP p. 21 |
| | 2062 | | | | Disc #3 (2 of 2) CD2 -1B035- Hickenbottom Donna Mae-11-11-2014 p.81-96, 101-151 |
| | 2063 | | | | Disc #3 (2 of 2) CD2 - 1B035- Hickenbottom Donna Mae-11-28-2014 p. 134-189, 204-225 |
| | 2064 | | | | Disc #3 (2 of 2) CD2 - 1B035-Misc Documents, p. 48-54, 66-73, 341-346, 355 |
| | 2065 | | | | Disc #3 (2 of 2) CD2 - 1B035-Misc Folders p.1-4, 47 |
| | 2066 | | | | Disc #3 (2 of 2) CD2 - 1B040- Cabebe Anabel p.16-38 |
| | 2067 | | | | Disc #3 (2 of 2) CD2 - 1B040-Madamba Nelson p.27-32, 61-63, 93-121 |
| | 2068 | | | | Disc #3 (2 of 2) CD2 - 1B040-Ramirez Esther, p. 1-27, 44-46, 73-76, 146-149 |
| | 2069 | | | | Disc #3 (2 of 2) CD2 - 1B040-Ventura p. 116-117, 160-189, 195-199, 205-220,225-235, 242-244 |
| | 2070 | | | | Disc #3 (2 of 2) CD2 - 1B041-Chavez Jorge (22 pages) |
| | 2071 | | | | Disc #3 (2 of 2) CD2- 1B041-Giles Elevila p.15-45 |
| | 2072 | | | | Disc #3 (2 of 2) CD2 - 1B041-Subia Evelyn p.1-3, 22-26 |
| | 2073 | | | | Disc #3 (2 of 2) CD2 - 1B041-Vincent Insolada (all 61 pages) |
| | 2074 | | | | Disc #3 (2 of 2) CD2 - 1B043-Business Documents p.41-48 |
| | 2075 | | | | Disc #3 (2 of 2) CD2 - 1B045-Anthony- p. 13-19, 53-64 |
| | 2076 | | | | Disc #3 (2 of 2) CD2 - 1B045-Misc Documents p.6-11, 42-47, 57-61 |

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States | vs. | Anthony Mitchell | CASE NO. 17-00101 LEK |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2077 | | | | Disc #3 (2 of 2) CD2 - 1B046- Envelopes, p.47-64, 65-71, 109-11, 215-226 |
| | 2078 | | | | Disc #3 (2 of 2) CD2 - 1B046- Priority Mail Envelope, p. 1-7, 95-125, 129-226, 591-594 |
| | 2079 | | | | Disc #3 (2 of 2) CD2 - 1B047-AIM FLY Protection (10 pages) |
| | 2080 | | | | Disc #3 (2 of 2) CD2 - 1B047-Hicks John (203 pages) |
| | 2081 | | | | Disc #3 (2 of 2) CD2 - 1B048-Affidavit p. 2-5 |
| | 2082 | | | | Disc #3 (2 of 2) CD2 - 1B048-Law Certification Affidavit (13 pages) |
| | 2083 | | | | Disc #3 (2 of 2) CD2 - 1B050-ATW File p. 1-12 |
| | 2084 | | | | Disc #3 (2 of 2) CD2 - 1B050-ATW Misc File (17 pages) |
| | 2085 | | | | Disc #3 (2 of 2) CD2 - 1B050-Common Law Office of America (10 pages) |
| | 2086 | | | | Disc #3 (2 of 2) CD2 - 1B050-Elks Club (112 pages) |
| | 2087 | | | | Disc #3 (2 of 2) CD2 - 1B050-Krakkauer Dean Robbin (33 pages) |
| | 2088 | | | | Disc #3 (2 of 2) CD2 - 1B050-Misc Documents (26 pages) |
| | 2089 | | | | Disc #3 (2 of 2) CD2 - 1B050-Misc Blue Folder 1 p.3-220 |
| | 2090 | | | | Disc #3 (2 of 2) CD2 - 1B051-Website (7 pages) |
| | 2091 | | | | Disc #3 (2 of 2) CD2 - 1B052-Mortgage Documents p. 123-125 |
| | 2092 | | | | Disc #3 (2 of 2) CD2 - 1B054- Certified Mail envelopes p.1-34, 77-78. 139, 159 |
| | 2093 | | | | Disc #3 (2 of 2) CD2 - 1B054-Legal Documents, p.1-24, 163-210, 212-213, 238-284, 301-392 |
| | 2094 | | | | Disc #3 (2 of 2) CD2 - 1B055-Fedex Box 2, p. 1-20, 21-37, 38-44, 45-136 |
| | 2095 | | | | Disc #3 (2 of 2) CD2 - 1B060-Completed UCC p.6, 13-16, 23-31 |
| | 2096 | | | | Disc #3 (2 of 2) CD2 - 1B060-Misc Folders p. 1-60, 224, 262-267 |
| | 2097 | | | | Disc #3 (2 of 2) CD2 - 1B062-Business Documents p. 37 |
| | 2098 | | | | Disc #3, CD 6 - 346, part 3 (10 pages) |
| | 2099 | | | | Disc #3, CD 6 - 346, part 4 (33 pages) |
| | 2100 | | | | Disc #3, CD 6 - 346, part 5 (3 pages) |
| | 2101 | | | | Disc #3, CD 6 - 346, part 6 (14 pages) |
| | 2102 | | | | Disc #3, CD 6 - 346, part 7 (18 pages) |
| | 2103 | | | | Disc #3, CD 6 - 346, part 10 (19 pages) |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States | | vs. | Anthony Williams | CASE NO. CR 17-00101 LEK |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2104 | | | | Disc #3, CD 6- 346- part 11 (32 pages) |
| | 2105 | | | | Disc #3, CD 6- 346- part 15 (20 pages) |
| | 2106 | | | | Disc #3, CD 6- 346-part 18 (22 pages) |
| | 2107 | | | | Disc #3, CD 6- 346- part 22 Assn of Mort., Brian Bly, Crystal Moore |
| | 2108 | | | | Disc #3, CD 6- 346- part 23.2 Trial by jury p. 57-93 |
| | 2109 | | | | Disc #3, CD 6- 346- part 31 (11 pages) |
| | 2110 | | | | Disc #3, CD 6- 346- part 32 (5 pages) |
| | 2111 | | | | Disc #3, CD 6- 346-part 33 (7 pages) |
| | 2112 | | | | Disc #3, CD 6- 346- part 31 (11 pages) |
| | 2113 | | | | Disc #3, CD 6- 346- part 34 (7 pages) |
| | 2114 | | | | Disc #3, CD 6- 346- part 35 p. 1-8, p. 60-68 |
| | 2115 | | | | Disc #3, CD 6- 346- part 38.2 (32 pages) |
| | 2116 | | | | Disc #3, CD 6- 346- part 38.4 (28 pages) |
| | 2117 | | | | Disc #3, CD 6- 346- part 38.5 (35 pages) |
| | 2118 | | | | Disc #3, CD 6- 346- part 39 (46 pages) |
| | 2119 | | | | Disc #3, CD 6- 346- part 42 (52 pages) |
| | 2120 | | | | Disc #3, CD 6- 346- part 45 (21 pages) |
| | 2121 A | | | | Item #01 1 Essential Hits Mixed by Pete Tong (Mixed Bundle) |
| | 2121 B | | | | Item #02 VTS_01_1 |
| | 2121 C | | | | Item #03 VTS_01_2 |
| | 2121 D | | | | Item #04 VTS_01_3 |
| | 2121 E | | | | Item #05 Inteview with Williams 1st_phone_call |
| | 2121 F | | | | Item #06 Anthony Confronts FBI part 3 |
| | 2121 G | | | | Item #07 ANTHONY WILLIAMS JAILED - LOSING CIVIL RIGHTS |
| | 2121 H | | | | Item #08 Calls from Hawaii Federal Prison |
| | 2121 I | | | | Item #09 Conspiract to Frame Hero Anthony |
| | 2121 J | | | | Item #10 Hit News Piece Would you take legal advice |

Page 5 of 6 Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 2121 K | | | | Item #11 Interview with Anthony |
| | 2121 L | | | | Item #12 Interview with Rosy |
| | 2121 M | | | | Item #13 Sheriff Eviction Standoff |
| | 2121 N | | | | Item #14 Williams has been thrown into the HOLE |
| | 2121 O | | | | Item #15 FBI HAWAII CONSPIRACY 2 of 2, Anthony Williams framed and assaulted |
| | 2122 | | | | CV for Dr. Michael P. Brannon |
| | 2123 | | | | Report of Dr. Michael P. Brannon |
| | 2124 | | | | CV for Dr. Leonard Horowitz |
| | 2125 | | | | CV for Mr. Robert Young |
| | 2126 | | | | 11.06.18 Letter from Howard Luke - HSBA - to Rosy Esprecion Thomas |
| | 2127 | | | | 01.08.20 Notice of Dismissal of Anthony Williams v. State of Florida - Case No. SC20-18 |
| | 2128 | | | | 04.02.19 Letter from City of Honolulu [Socrates Bratakos] to Anthony Williams |
| | 2129 | | | | 04.22.19 Letter from USDOJ [Initial Processing Unit/Internal Affairs] to Anthony Williams |
| | 2130 | | | | 09.19.16 Cease and Desist Order from the State of CA [Kellan Martz] to Anthony Williams |
| | 2131 | | | | 09.26.16 - Handwritten letter from AW to Kellan Martz |
| | 2132 | | | | 11.08.16 - Handwritten letter from AW to Kellan Martz |
| | 2133 | | | | Better Business Bureau printout re Common Law Office of America |
| | 2134 | | | | Civil Rights Complaint - Williams v. State of Hawaii, et al. - Case No. 16-01363 |
| | 2135 | | | | Application for Registration of Trade Name - Mortgage Enterprise Investments |
| | 2136 | | | | First Amended Amended Complaint - Williams v. State of Hawaii, et al. - 16-00411 |

Case: United States vs. Anthony Williams — Case No. CR 17-00101 LEK

Page 6 of 6 Pages