LARS ROBERT ISAACSON
Hawai'i Bar Number: 5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant Anthony T. Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　　　Defendant. | CR. NO. 17-00101 LEK<br><br>DEFENDANT'S WITNESS LIST; CERTIFICATE OF SERVICE |

### DEFENDANT'S WITNESS LIST

**Comes now** Defendant ANTHONY T. WILLIAMS, by and through his standby attorney, Lars Robert Isaacson, Esq., and hereby submits Defendant's Witness List for trial in the above-captioned case. Defendant respectfully reserves the right to supplement this list and/or delete witnesses prior to and during trial.

# DEFENDANT'S WITNESS LIST

1. Evelyn Tulaga Acorda
2. Julita Asuncion
3. Catherine P. Awakuni Colon (DCCA)
4. Bruce Bahn
5. Senait Beiene
6. Joyce Benoist
7. Dr. Michael Brannon [Expert]
8. Cynthia Brown
9. Anabel Cabebe
10. Remie Carlos
11. Mary Jean Castillo
12. Milagros Castro
13. David Cooper, Esq.
14. Joe Craig (FBI Tennessee)
15. Denise Cross
16. Jeanette Currie
17. Anthea Daley
18. Ronnie Davis

19. Rudy Davis

20. Paul D. Delacourt (FBI California)

21. Marissel Descalzo, Esq.

22. Rosy Sotto Esprecion

23. Anna Marie Evans

24. James P. Evers (DCCA)

25. Elevila Giles

26. J.C. "Chris" Hacker (FBI Georgia)

27. Maria Hammond

28. Lashante Powell Hatchett

29. Nancy Maxwell Hatchett

30. William Hatchett

31. Michael Henry-Bey

32. Donna Hickenbottom

33. Mel Horner

34. Dr. Leonard Horowitz [Expert and fact witness]

35. Hon. Ronald G. Johnson

36. Sherri Kane

37. Robyn Kelly

38. Kevin Kirby

39. Bruce Kim (DCCA)

40. Robbin Krakkauer

41. FBI Agent Joseph Lavelle

42. Charles Lewis

43. Hon. Rhonda Loo

44. Valerie Lopez

45. Howard KK Luke, Esq., Hawaii Bar Association

46. Caridad Marquez

47. Kellen Martz

48. Sherri Moody

49. Paul Murray

50. Violet C. Natividad

51. Jacquelyn Needelman, Esq., Florida Bar Association

52. Angelita Pasion

53. Rene Powers

54. Nora Rimando

55. FBI Agent Jamie Lynn Stranahan

56. Shirley Ann Stewart

57. Arnold Subia

58. Evelyn Subia

59. William F. Sweeney, Jr. (FBI New York)

60. Loreen Troxel

61. Brenda B. Turville

62. Melvyn Ventura

63. Insolada Vincent

64. William Wagner

65. Collette Watanabe (DCCA)

66. Barbara Williams

67. Robert Young [Expert]

68. Foundational witnesses/Records custodians, including but not limited to:

    a. Illinois Anti-Predatory Lending Database

    b. Orange County, CA Clerk's Office

    c. Broward County, FL Clerk of the Court

    d. Broward County, FL Sheriff's Office

    e. Tennessee Secretary of State's Office

      f.    Davidson County, TN

      g.    FBI Hawaii Office

      h.    FBI Miami Office

      i.    FBI Washington D.C. Office

Dated: January 31, 2020

Respectfully submitted,

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams