KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:    Ken.Sorenson@usdoj.gov
           Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. 17-00101 LEK |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S |
| vs. | ) | AMENDED EXHIBIT LIST; |
| | ) | CERTIFICATE OF SERVICE |
| ANTHONY T. WILLIAMS, (1) | ) | DATE:    February 3, 2020 |
| | ) | TIME:    9:00 a.m. |
| | ) | JUDGE:   Hon. Leslie E. Kobayashi |
| Defendant. | ) | |
| _____ | ) | |

## GOVERNMENT'S AMENDED EXHIBIT LIST

The United States, by and through its undersigned attorneys, hereby submits its Government's Amended Exhibit List for the trial in the above-captioned case. The United States respectfully reserves the right to supplement this list and/or delete exhibits prior to and during trial.

DATED: January 31, 2020, at Honolulu, Hawaii.

    Respectfully submitted,

    KENJI M. PRICE
    United States Attorney
    District of Hawaii

By   /s/ Gregg Paris Yates
    GREGG PARIS YATES
    Assistant U.S. Attorney

| Exhibit | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Photo of Apple Desktop computer | | |
| 2 | E-mail response by AW to BW e-mail sending scanned copy of letter w fake stamp and indicating nonpayment of fees | | |
| 3 | E-mail from AW to BW re SOSDirect user | | |
| 4 | Email from BW to AW d. 7/10/2013 re pmts rec'd from ES&AS and others | | |
| 5 | E-mail from KF to AW, dated 9/6/2013 re questions on behalf of clients; E-mail from AW to KF re questions about the program | | |
| 6 | Moneygram wiring from MJC to BW in Texas, dated 9/22/2013 | | |
| 7 | E-mail from AW to EW re MEI and CLOA | | |
| 8 | Moneygram wiring from MJC to BW in Texas, dated 10/11/2013 | | |
| 9 | E-mail chain 11/23/2014 (MV to AW), 11/26/2014 (AW to MV), 11/27/2014 (MV to AW), 11/27/2014 (AW to MV) re payment for services | | |
| 10 | Email to El Bey from AW d. 5/3/15 | | |
| 11 | E-mail forwarded from M.J.L. to AW on 5/27/2015 | | |
| 12 | E-mail from AW to M.J.L., dated 5/28/2015 | | |
| 13 | Email chain between MV and AW re recruiting others | | |
| 14 | Marketing Power Point | | |
| 15 | MEI Articles of Incorporation and By Laws | | |
| 16 | MEI Application for ES & AS | | |
| 17 | MEI Application for MV | | |
| 100 | MEI Welcome Letter for Ventura | | |
| 101 | MEI Account Invoice (Ventura) 11/28/14 | | |
| 102 | Mail Envelope to MEI (Ventura) d. 11/28/14 | | |
| 103 | MEI Account Invoice (Ventura) 12/22/14 | | |
| 104 | Mail Envelope 1/6/15 ("*$900 Received Jan 12, 2015*") | | |

3

| 105 | MEI Account Invoice (Ventura) 1/29/15 | | |
|---|---|---|---|
| 106 | Mail Envelope (Ventura) d. 1/29/15 | | |
| 107 | Ventura Check to MEI d. 1/29/15 $900 | | |
| 108 | MEI Account Invoice (Ventura) 2/27/2015 Pay | | |
| 109 | Mail Envelope 2/28/15 (Ventura) | | |
| 110 | Ventura Check to MEI d. 2/27/15 $900 | | |
| 111 | MEI Account Invoice (Ventura) 3/2015 | | |
| 112 | Mail Envelope to MEI (Ventura) c. 3/31/15 | | |
| 113 | Ventura Check $900 d. 3/30/15 | | |
| 114 | MEI Account Invoice (Ventura) 4/29/15 | | |
| 115 | Mail Envelope 4/29/15 ("*Received $900 May 6, 2015*") | | |
| 116 | MEI Account Invoice (Ventura) 5/27/15 | | |
| 117 | Mail Envelope 5/27/15 | | |
| 118 | Ventura Check d. 5/27/15 | | |
| 119 | Ventura Envelope d. 6/27/15 | | |
| 120 | Ventura Check d. 6/27/15 | | |
| 121 | MEI Account Invoice (Ventura) 7/25/15 | | |
| 122 | Mail Envelope 7/25/15 | | |
| 123 | Ventura Check d. 7/25/15 | | |
| 124 | MEI Account Invoice (Ventura) 8/27/15 | | |
| 125 | Mail Envelope 8/28/15 | | |
| 126 | Ventura Check d. 8/27/15 | | |
| 127 | MEI Account Invoice (Ventura) 9/28/15 | | |
| 128 | Mail Envelope 9/28/15 | | |
| 129 | Ventura Check 9/28/15 | | |
| 130 | MEI Invoice (Ventura) 10/27/15 | | |
| 131 | Mail Envelope d. 10/28/15 | | |
| 132 | Ventura Check d. 10/27/15 | | |
| 133 | MEI Welcome Letter for ES & AS | | |
| 134 | MEI Billing Invoice Slip ES& AS June 2013 | | |
| 135 | Mail Envelope d. 6/13/2013 | | |
| 136 | MEI Billing Invoice Slip ES& AS July 2013 | | |
| 137 | Mail Envelope d. 7/06/2013 | | |
| 138 | MEI Billing Invoice Slip ES& AS October 2013 | | |
| 139 | Mail Envelope d. 9/27/2013 | | |
| 140 | MEI Billing Invoice Slip ES& AS November 2013 | | |
| 141 | Mail Envelope d. 11/01/2013 | | |
| 142 | MEI Application Fees | | |
| 143 | MEI Rep. Commission Schedule | | |
| 144 | CLOA Mission Statement | | |
| 145 | Advertising Placard | | |
| 146 | Follow Up Marketing Letter d. 6/19/12 | | |
| 147 | Client Referral Letter 6/19/12 | | |
| 148 | CLOA Instruction Letter on Process d. 6/19/12 | | |

| | | | |
|---|---|---|---|
| 149 | MEI Bank Draft Instruction Letter 11/12/12 | | |
| 150 | Notice of Fraud and Intent to Litigate | | |
| 151 | CLOA Envelope with Fake Stamp | | |
| 152 | Aff't re Name Change, AW signed, 3/3/2015 | | |
| 153 | MEI Mortgage/Note for NM & MM | | |
| | | | |
| 200 | Recorded MEI UCC Lien | | |
| 201 | Recorded MEI Mortgage/Note | | |
| 202 | Recorded MEI UCC Lien | | |
| 203 | Recorded MEI Mortgage/Note | | |
| 204 | Recorded MEI UCC Lien | | |
| 205 | Recorded MEI Mortgage/Note | | |
| 206 | Recorded MEI UCC Lien | | |
| 207 | Recorded MEI Mortgage | | |
| 208 | Recorded MEI UCC Lien | | |
| 209 | Evidence of Voiding of MEI-recorded docs | | |
| | | | |
| 300 | CLOA business Card, Malinay | | |
| 301 | Malinay UCC Financing Statement | | |
| 302 | Attorney in Fact Acceptance Form 7/26/13 | | |
| 303 | Forwarded email from MJC to AW, 8/8/2013 | | |
| 304 | CLOA Cover Ltr w Letterhead 8/8/13 | | |
| 305 | Forwarded email attaching MEI flowchart, 8/29/2013 | | |
| 306 | PAG Oath of Office 9/5/13 | | |
| 307 | Power of Attorney, Cabebe, 7/17/13 | | |
| 308 | UCC Kaimu Loop House, 8/2/13 | | |
| 309 | Foreclosure Complaint d. 3/10/14 | | |
| 310 | PAG Commission, 9/16/14 | | |
| 311 | PAG Oath, 9/16/2014 | | |
| 312 | General Warranty Deed; 12/19/14 | | |
| 313 | Foreclosure Judgment, 5/21/15 | | |
| 314 | Notice of New Mortgage, 6/10/15 | | |
| 315 | CLOA Notice of Decl Fraud, 6/29/15 | | |
| 316 | CLOA Powerpoint | | |
| | | | |
| 400 | Original Recorded Saxon Mortgage Inc, dated 10/30/2007. | | |
| 401 | Recorded Assignment of Mortgage and Note | | |
| 402 | Adjustable Rate Note | | |
| 403 | PHH Ltd Power of Attorney (#4647) | | |
| 404 | OCWEN Detail Transaction History - Asuncion | | |

5

| | | | |
|---|---|---|---|
| 405 | Foreclosure Complaint | | |
| 406 | Ocwen Loan Modification Agreement, J. Asuncion | | |
| 407 | Original Recorded Argent Mortgage Co. Mortgage (c/o Nationwide) on LT property, dated 4/28/2006. | | |
| 408 | Assignment of Mortgage | | |
| 409 | Note | | |
| 410 | PHH Ltd Power of Attorney (#4548) | | |
| 411 | **Ocwen Detail Transaction History - Troxel** | | |
| 412 | Foreclosure Complaint | | |
| 413 | Original Recorded Mortgage of Carnegie Mortgage LLC on RL and MJL Property, dated 7/28/2009. | | |
| 414 | Mortgage with Central Pacific Bank d. 6/7/2012 | | |
| 415 | Payment History | | |
| 416 | Foreclosure Complaint | | |
| 417 | Commissioner's Deed, 9/22/2015 | | |
| 418 | Original Recorded Mortgage of BNC Mortgage, Inc. for ES & AS Property | | |
| 419 | Assignment of Mortgage | | |
| 420 | Balloon Note (Adjustable Rate) | | |
| 421 | Payment History | | |
| 422 | Foreclosure Complaint | | |
| 423 | Purchase Contract | | |
| 424 | Mortgage (Original Recorded Mortgage of National City Bank for MV Property?) | | |
| 425 | Interest-Only Period Fixed Rate Note | | |
| 426 | Recorded Petition for Name Change, 12/23/2009 | | |
| 427 | Payment History | | |
| 428 | Foreclosure Complaint | | |
| | | | |
| 500 | Metal Badge | | |
| 501 | U.S. Private Attorney General Credentials | | |
| 502 | Power of Attorney, A. Williams, grantor/grantee, 7/15/11 | | |
| 503 | Malinay Mortgage Application Forms | | |
| 504 | MEI Application for NM & MM 5/26/13 | | |
| | | | |
| 600 | Surveillance photo of A. Williams | | |
| 601 | Surveillance photo of A. Williams | | |
| 602 | Photo of Arrest Seizure | | |

| | | | |
|---|---|---|---|
| 603 | Photo of Apple Desktop computer | | |
| 604 | Photos of Badge, ID, and handcuffs | | |
| 700 | Extraco 902(11) Affidavit of Marisa Truelove | | |
| 701 | Extraco E-Business Basic Svcs Agmt, AW signed, 11/1/2013 | | |
| 702 | Extraco Deposit (S) 11/01/13 | | |
| 703 | Extraco Deposit Image (Ventura) 11/28/14 | | |
| 704 | Depost Image (Ventura) $900 12/22/14 | | |
| 705 | Extraco Deposit Image (Ventura) 1/29/15 | | |
| 706 | Extraco Deposit Image (Ventura) 2/27/15 | | |
| 707 | Extraco Deposit (Ventura) 3/30/15 | | |
| 708 | Extraco Deposit (Ventura) 4/29/15 | | |
| 709 | Extraco Deposit (V) 5/27/15 | | |
| 710 | Extraco Deposit (V) 6/27/15 | | |
| 711 | Extraco Deposit (V) 7/25/15 | | |
| 712 | Extraco Deposit (V) 8/27/15 | | |
| 713 | Extraco Deposit (V) 9/28/15 | | |
| 714 | BofA 902(11) | | |
| 715 | BofA Signature Card, AW signed, 6/7/2012 | | |
| 716 | BofA Deposit Image (ES & AS) 6/12/2013 | | |
| 717 | BofA Deposit Image (ES & AS) 7/12/2013 | | |
| 718 | First Hawaiian 902(11) | | |
| 719 | First Hawaiian Signature Card, AW signed, 7/17/2013 | | |
| 720 | First Hawaiian Image (ES & AS) 9/12/2013 (dep 9/16/2013) | | |
| 721 | Wells Fargo 902(11) | | |
| 722 | Wells Fargo Business Acct Appl, AW signed, 2/25/2015 | | |
| 723 | Wells Fargo Business Acct Appl, AW signed, 3/17/2015 | | |
| 724 | Chase Bank 902(11) | | |
| 725 | Chase Signature Card, HM signed, 8/27/2013 | | |
| 726 | PayPal Purchases, AW | | |
| 800 | Order Dismissing Compl., *US v. Malinay*, 2013 U.S. Dist. LEXIS 115008 | | |
| 801 | IRS Certification of Lack of Rcd 2012-18 | | |
| 802 | Hawaii BREG entry for MEI | | |
| 803 | Affidavit of Common Law Name Change | | |
| 804 | Certified Record of Judgment | | |

| | | | |
|---|---|---|---|
| 805 | MEI Application for RL & MJL | | |
| 806 | MEI Application for LT | | |
| 807 | MEI Application for DP & MP | | |
| 808 | Df Mot for Mandatory Judicial Notice of Law Certification of Private Attorney General, ECF Nos. 498, 498-1, 498-2; Cert. of A.Williams from Florida matter; Comm'n by Decl. (By U.S. House of Representatives) (Indicating he is a Fed employee) | | |
| 809 | Decl of A. Williams in Supp. Sworn Mot. Etablishing Undisputed Facts and Request for Judicial Notice, ECF No. 176-2. | | |
| 810 | Decl of A. Williams in Supp. Mot. Dismiss Superseding Indictment, ECF No. 294-4. | | |
| 811 | Decl. of A. Williams in Supp. Sworn Mot. for Rebuttal to Sworn Decl. of A. Williams, ECF No. 146-1. | | |
| 812 | Affidavit of Truth for Upholding and Exercising Const. Rights and Sovereignty, A. Williams, 4/26/11 | | |
| 813 | Writ For A Freeman's Right to Travel, 4/25/11 (to drive without a license) | | |
| 814 | Warning to All Public Officials that "Party tendering this document is not under your jurisdiction" 4/25/11 | | |
| 815 | *Order to show Why Notice License is Needed to Practice Law Therefore Complaint Can Not Be Dismissed, Malinay v. Nishimura,* Civ. No. 372 SOM. (AW arg that TN statute and POA define his ability to practice law) (Better copy of statute at 69522-23) | | |
| 816 | CLOA Ltr on behalf of Pillos, 4/22/2015 | | |
| 817 | WalMart money wire to Dorita Dixon | | |
| 818 | U.S. House of Reps. Comm'n by Decl. for AW | | |
| | | | |
| 900 | 1006 Summary - Bank Accounts Analyzed | | |
| 901 | 1006 Summary - MEI Loss by Name | | |
| 902 | 1006 Summary - MEI Income by Year | | |

8

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served via ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: January 31, 2020, at Honolulu, Hawaii.

                            */s/ Gregg Paris Yates*
                            U.S. Attorney's Office
                            District of Hawaii