KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Ken.Sorenson@usdoj.gov
            Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. No. 17-00101 LEK |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S WITNESS |
| vs. | ) | LIST; CERTIFICATE OF SERVICE |
| | ) | |
| ANTHONY T. WILLIAMS, (1) | ) | DATE:   February 3, 2020 |
| | ) | TIME:   9:00 a.m. |
| Defendant. | ) | JUDGE:  Hon. Leslie E. Kobayashi |
| | ) | |
| _____ | ) | |

WITNESS LIST

COMES NOW the United States of America, by and through its attorneys, Kenji M. Price, United States Attorney, and Kenneth Sorenson and Gregg Paris Yates, Assistant U.S. Attorneys, and hereby submits the following list of witnesses that the United States may call in the above-captioned case.

| | | | |
|---|---|---|---|
| 1. | | Asuncion, Julita | homeowner victim |
| 2. | | Bumb, Micah | property manager |
| 3. | | Cabebe, Anabel | former CLOA associate |
| 4. | | Castillo, Mary Jean | former CLOA associate |
| 5. | | Crawley, Megan | FBI |
| 6. | | Evers, James | State of Hawaii Dept. of Commerce & Consumer Affairs |
| 7. | | Frank, Kalena | former HYL Consultants |
| 8. | | Greggerson, Sarah | PNC |
| 9. | | Ikeda, Iris | State of Hawaii Division of Financial Institutions |
| 10. | | Klevanksy, Simon | Expert |
| 11. | | Kobata, Les | State of Hawaii Bureau of Conveyances |
| 12. | | Laforteza, Mary Jane | homeowner victim |
| 13. | | Laforteza, Reymundo | homeowner victim |

| | | |
|---|---|---|
| 14. | Lavelle, Joseph | FBI |
| 15. | Madamba, Mariethez | homeowner victim |
| 16. | Madamba, Nelson | homeowner victim |
| 17. | Maglasang, Cindy | FBI |
| 18. | Malinay, Henry | former CLOA associate |
| 19. | Mau-Shimizu, Pat | HSBA |
| 20. | Oleski, Bryce | FBI |
| 21. | Otsuka, Laurice | FBI |
| 22. | Pillos, Macrina | homeowner victim |
| 23. | Saladino-Calucag, Maria Bella | homeowner victim |
| 24. | Shaughnessy, Brian | U.S. Postal Inspection Svc. |
| 25. | Stanford, Damon | Central Pacific Bank |
| 26. | Subia, Evelyn | homeowner victim |
| 27. | Thoma-Ball, Joanne | Wells Fargo |
| 28. | Troxel, Loreen | homeowner victim |
| 29. | Ventura, Melvyn | homeowner victim |
| 30. | Verdooren, Ben | Ocwen Fin'l Corp |
| 31. | Representative | Google, Inc. |

//

The United States reserves the right to call any witnesses named or disclosed by the defendant, any witnesses who may become necessary by way of rebuttal or impeachment, or supplement this list.

DATED: January 31, 2020, at Honolulu, Hawaii.

Respectfully submitted,

KENJI M. PRICE
United States Attorney
District of Hawaii

By      /s/ Gregg Paris Yates
        GREGG PARIS YATES
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

DATED: January 31, 2020, at Honolulu, Hawaii.

*/s/ Gregg Paris Yates*
U.S. Attorney's Office
District of Hawaii