# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   02/01/2020

COURT ACTION:  EO:  COURT ORDER DENYING "DEFENDANT'S 'SWORN MOTION FOR STIPULATION OF FACTS AND EVIDENCE NOT DISPUTED BY THE GOVERNMENT NOR PRIVATE ATTORNEY'"

On January 23, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed "Defendant's 'Sworn Motion for Stipulation of Facts and Evidence Not Disputed by the Government nor Private Attorney'" ("Motion"). [Dkt. no. 797.]  The Court finds that the Motion is suitable for disposition without a hearing, pursuant to Local Rule 7.1(c).  In the Motion, Defendant makes twenty-five statements that he represents "are true, correct and complete to the best of [his] knowledge, information and belief." [Motion, Decl. of Counsel, Exh. A at 1.]  Defendant asserts "[t]hese facts and evidence are undisputed and therefore are agreed to be stipulated as having been conclusively proven." [Id. at 2.]

A stipulation is "[a] voluntary agreement between opposing parties concerning some relevant point; esp., an agreement relating to a proceeding, made by attorneys representing adverse parties to the proceeding." Black's Law Dictionary (11th ed. 2019) (emphasis added).  Defendant has not presented any evidence that Plaintiff the United States of America ("the Government") voluntarily agreed to the twenty-five statements listed in the Motion.  To the extent that Defendant's Motion is a proposal that the parties stipulate to the twenty-five statements, the Government did not respond to the Motion.  Because the Government and Defendant never reached an agreement regarding the twenty-five statements in the Motion, none of the statements are stipulated to.  Defendant's Motion is therefore DENIED.

If Defendant wishes to rely on the statements listed in the Motion, he must present admissible evidence establishing each statement at trial.  The Court emphasizes that it

makes no findings or conclusions at this time regarding whether or not evidence regarding any of the statements listed in the Motion would be admissible.

    IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager