# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:17-CR-00101-LEK-1 |
| CASE NAME: | USA v. Anthony T. Williams |
| ATTYS FOR PLA: | Kenneth M. Sorenson<br>Gregg Paris Yates |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro Se<br>Lars R. Isaacson (stand-by counsel) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/3/2020 | TIME: | 10:15am-1:50pm<br>2:30pm-4:00pm |

COURT ACTION:   EP : Jury Selection/Trial as to Defendant Anthony T. Williams.

Defendant Anthony T. Williams present, in custody.

84 Prospective Jurors present.

A panel of 12 Jurors and 2 Alternates selected.

Defendant raises Batson challenges as to the apparent lack of African-American and Hispanic in the prospective jury pool. Objection DENIED. Defendant did not raise any other objections.

No further objection to the manner in which this jury was selected, nor to the makeup of the panel.

Parties are satisfied with this panel. Jurors sworn.

Court preliminarily instructs the Jurors.

Jurors excused.

Further Jury Trial set for 2/4/2020 @8:20 a.m. before the before the Honorable Leslie E. Kobayashi.

Defendant remanded to the custody of the United States Marshal Service.

Submitted by: Theresa Lam, Courtroom Manager