# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/4/2020 | TIME: | 08:30 AM - 02:00 PM |

COURT ACTION:   EP: Further Jury Trial - 2nd day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Opening statements.

Government Witnesses:
Megan Crawley (D, C, RD)

Government's Exhibits Admitted:
701, 715, 719, 722, 1, 14, 2-13, 15-17, 100, 101-132, 133-141, 142, 143, 144, 145, 146, 147, 148, 149, 150, 151, 152, 153, 723, 600, 601, 800.

[1:19 PM - 1:38 PM] Outside the presence of the full jury, inquiry and further voir dire of Juror #5.  No objections or challenges for cause.

[1:40 PM - 2:00 PM] Court resumes.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 3, SET for February 5, 2020 at 8:30 a.m. before honorable Leslie E. Kobayashi.**

Submitted by: Agalelei Elkington, Courtroom Manager