# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/5/2020 | TIME: | 08:30 AM - 2:00 PM |

COURT ACTION: EP: Further Jury Trial - 3rd day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Government Witnesses:
1) Megan Crawley (D, C, RD)
2) Joseph Lavelle (D, C, RD)


Defendant Witnesses:
1) Joseph Lavelle (D, C)

Government's Exhibits Admitted:
816, 817, 815, 602, 604, 500, 501, 505


Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 4, SET for February 6, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei Elkington, Courtroom Manager