# MINUTES

CASE NUMBER: CRIMINAL NO. 17-00101-1 LEK

CASE NAME: USA vs. (01) Anthony T. Williams

ATTYS FOR PLA: Gregg Paris Yates
Kenneth M. Sorenson

ATTYS FOR DEFT: Anthony T. Williams, Pro se
Lars R. Isaacson (Stand-by)

---

JUDGE: Leslie E. Kobayashi REPORTER: Debra Read

DATE: 2/6/2020 TIME: 08:30 AM - 2:00 PM

COURT ACTION: EP: Further Jury Trial - 4th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Preliminary issues discussed out of the presence of the Jury.

12 Jurors and 2 Alternates present.

Government Witnesses:
2) Joseph Lavelle (C, RD)
3) Loreen Troxel (D, C, RD)
4) Bryce Oleski (D, C, RD)
5) Julita Asuncion (D, C, RD)
6) Iris Ikeda (D, C, RD)
7) Mary Jean Castillo (D, )

Defendant Witnesses:
1) Joseph Lavelle (D, C)
2) Loreen Troxel (D, C, RD)
3) Julita Asuncion (D, C)

Government's Exhibits Admitted:
200-209, 806, 409, 605, 606, 802,

Defendant's Exhibits Admitted:
2114 (pages 2114-007, 2114-008), 2040, 2148

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 5, SET for February 10, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei Elkington, Courtroom Manager