

# HUGH NGUYEN
### CLERK-RECORDER

PROPERTY RECORDS
BIRTH AND DEATH RECORDS
MARRIAGE LICENSES/RECORDS
PASSPORTS
FICTITIOUS BUSINESS NAMES
NOTARY REGISTRATION
ORANGE COUNTY ARCHIVES

United States District Courthouse
District of Hawaii
Courtroom of the Honorable Leslie E. Kobayashi
Fax (808) 541-1386

2/6/20

Dear Customer,

Thank you for your inquiry to the Orange County Clerk-Recorder Department. Unfortunately, we are unable to assist you in searching for specific records by property address, parcel number or property owner's name.

To research recorded documents, please know you can search our Grantor/Grantee Index on our website at www.ocrecorder.com, which provides a listing of real property documents recorded in Orange County from 1982 to present. To research documents recorded prior to 1982 or to view any documents, you can visit our main office in downtown Santa Ana.

To obtain copies of documents, you can visit our office or submit a written request that includes the necessary document number(s). The fees for copies are $1.00 per page plus $1.00 for certification per complete document.

If you have any questions, please contact us at (714) 834-2500.

Thank you and we look forward to serving you.

Hugh Nguyen, Orange County Clerk-Recorder

_____Mary Jack_____
Deputy Clerk-Recorder

Remittance enclosed:   Check number   N/A   in the amount of $ 0.00

NORTH COUNTY BRANCH OFFICE
WELLS FARGO BUILDING
222 S. HARBOR BLVD., STE 110
ANAHEIM, CALIFORNIA 92805

ORANGE COUNTY
COUNTY ADMINISTRATION SOUTH
601 N. ROSS STREET
SANTA ANA, CALIFORNIA 92701

OLD ORANGE COUNTY
COURTHOUSE
211 W. SANTA ANA BLVD. ROOM 201
SANTA ANA, CALIFORNIA 92701

SOUTH COUNTY BRANCH OFFICE
LAGUNA HILLS CIVIC CENTER
24031 EL TORO ROAD, SUITE 150
LAGUNA HILLS, CALIFORNIA 92653

(714) 834-2500   ♦   FAX (714) 834-2675   ♦   WWW.OCRECORDER.COM   ♦   WWW.OCARCHIVES.COM

RECEIVED

2020 FEB -4  AM 10: 04

U.S. MARSHALS SERVICE
DISTRICT OF HI

LARS ROBERT ISAACSON #5314
1003 Bishop Street, Suite 2700
Honolulu, Hawaii 96813
Telephone:  (808) 497-3811
Facsimile:  (866) 616-2132
E-Mail:     Hawaii.defender@earthlink.net

Standby Counsel for Defendant Anthony T. Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
|---|---|
| Plaintiff | ) |
|  | ) ORDER PERMITTING ISSUANCE OF |
|  | ) SUBPOENA DUCES TECUM, |
| vs. | ) PAYMENT OF WITNESS FEES, AND |
|  | ) SEALING OF ALL PAPERS; EXHIBIT |
| ANTHONY T. WILLIAMS, | ) "A" |
|  | ) |
| Defendant. | ) [UNDER SEAL] |
|  | ) |
|  | ) |

**ORDER PERMITTING ISSUANCE OF SUBPOENA DUCES TECUM,
PAYMENT OF WITNESS FEES, AND SEALING OF ALL PAPERS**

The defendant, having moved this Court by *ex parte* application under

Fed. R. Crim. P. 17(c) for an order issuing a subpoena duces tecum, and the Court

being satisfied that the defendant is financially unable to pay for the costs of the

witness and associated costs for the production of the items herein subpoenaed, and that the witness and items subpoenaed are necessary to an adequate defense;

NOW, THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that a subpoena duces tecum be issued to:

> Custodian of Records
> Orange County Clerk-Recorder
> County Administration South Building
> 601 N. Ross Street
> Santa Ana, CA 92701

Said witness is to produce the evidentiary documents, as described on Exhibit "A" attached hereto, in his/her possession and/or control.

IT IS FURTHER ORDERED that the subpoenaed individual shall cause the subpoenaed documents to be delivered to the United States District Courthouse, District of Hawaii, to the Courtroom of the Honorable Leslie E. Kobayashi or Judge Kobayashi's Chambers, **by February 17, 2020**, either in person, by mail, or by fax (808-541-1386).

IT IS FURTHER ORDERED that the fees of said witness and associated costs for the production of the documents herein subpoenaed be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government, so that said witness may provide the

defense with certified copies of the above-described documents for the preparation of the defense at the trial in this case.

IT IS FURTHER ORDERED that the Clerk of the District Court for the District of Hawaii shall seal this order and the related *ex parte* application filed in this case from public view, except that a copy shall be given to defense counsel only.

DATED: Honolulu, Hawaii, _____JAN 2 8 2020_____.

LESLIE E. KOBAYASHI
_____
LESLIE KOBAYASHI
United States District Court Judge
District of Hawaii

3

# EXHIBIT "A"

Records pertaining to Anthony Troy Williams (DOB 8/9/17), defendant in this cause, including:

A. All documents filed by Anthony Williams or Common Law Office of America.
B. All mortgages filed by Anthony Williams or Mortgage Enterprise Investments.

# UNITED STATES DISTRICT COURT
For the
District of Hawaii

| | |
|---|---|
| United States of America,<br>*Plaintiff,*<br><br>vs.<br><br>Anthony T. Williams,<br>*Defendant.* | )<br>)<br>) Cr. No. 17-00101 LEK<br>)<br>)<br>)<br>)<br>) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS IN A CRIMINAL CASE

TO:   Custodian of Records, Orange County Clerk-Recorder, County Administration South Building, 601 N. Ross Street, Santa Ana, CA 92701

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See attached Exhibit "A"

| PLACE:<br>The Honorable Leslie Kobayashi<br>United States District Court<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | Date and Time: February 17, 2020.<br>No later than 4:30 p.m. H.S.T.<br>*(Subpoenaed documents may be delivered either in person, by mail, or by fax (808-541-1386).* |
|---|---|

(SEAL)

SUE BEITIA
CLERK OF COURT

DATE: FEB 04 2020

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the standby attorney for Defendant Anthony T. Williams, who requests this subpoena, are: Lars Robert Isaacson, 1003 Bishop Street, Suite 2700, Honolulu, Hawaii 96013,
Hawaii.defender@earthlink.net, (808) 497-3811.

*[RECEIVED 2020 FEB -4 AM 10:04 stamp]*

# EXHIBIT "A"

Records pertaining to Anthony Troy Williams (DOB 8/9/17), defendant in this cause, including:

A. All documents filed by Anthony Williams or Common Law Office of America.
B. All mortgages filed by Anthony Williams or Mortgage Enterprise Investments.