LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "MOTION IN OPPOSITION TO TRIAL JUDGE KOBAYASHI'S RULING THAT THE FBI AGENT'S IN OTHER STATES TESTIMONY IS IRRELEVANT TO THIS CASE;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S "MOTION IN OPPOSITION TO TRIAL JUDGE KOBAYASHI'S RULING THAT THE FBI AGENT'S IN OTHER STATES TESTIMONY IS IRRELEVANT TO THIS CASE"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides DEFENDANT'S "MOTION IN OPPOSITION TO TRIAL

JUDGE KOBAYASHI'S RULING THAT THE FBI AGENT'S IN OTHER STATES TESTIMONY IS IRRELEVANT TO THIS CASE;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  February 7, 2020

                                     /s/ Lars Isaacson
                               LARS ROBERT ISAACSON
                               Standby Attorney for
                               Defendant Anthony T. Williams