# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/10/2020 | TIME: | 08:30 AM - 2:00 PM |

COURT ACTION:  EP: Further Jury Trial - 5th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Government Witnesses:
7) Mary Jean Castillo (D, C, RD)
8) Simon Klevansky, expert witness (D, C)

Defendant Witnesses:
4) Mary Jean Castillo (D, C, RD)


Government's Exhibits Admitted:
303, 305, 306, 304, 302,

Defendant's Exhibits Admitted:
2065, 2080 (page 91 only), 2070, 2144, 2080 (page 62, 63 and 64),

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 6, SET for February 11, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**


Submitted by: Agalelei Elkington, Courtroom Manager