# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |
| JUDGE: Leslie E. Kobayashi | DATE: 2/11/2020 |

COURT ACTION:  EO: COURT ORDER DENYING "DEFENDANT'S 'MOTION IN OPPOSITION TO TRIAL JUDGE KOBAYASHI'S RULING THAT THE FBI AGENT'S IN OTHER STATES TESTIMONY IS IRRELEVANT TO THIS CASE'"

On January 27, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed "Defendant's 'Motion to Continue Trial for 70 Days'" ("Motion to Continue"). [Dkt. no. 812.] A hearing on the Motion to Continue was held on January 29, 2020, and the motion was denied. [Minutes, filed 1/29/20 (dkt. no. 836), at 1.] On February 7, 2020, Defendant filed a document titled "Defendant's 'Motion in Opposition to Trial Judge Kobayashi's Ruling that the FBI Agent's [sic] in Other States Testimony Is Irrelevant to this Case.'" [Dkt. no. 879.] This filing is HEREBY CONSTRUED as a motion for reconsideration of the denial of the Motion to Continue ("Motion for Reconsideration").

The Court finds that: the Motion for Reconsideration is suitable for disposition without a hearing pursuant to Local Rule 7.1(d); and it is not necessary for Plaintiff the United States of America to file a response. The standard applicable to motions for reconsideration in this case has been set forth in multiple previous orders and will not be repeated here. See, e.g., EO: Court Order Denying Def.'s "Motion in Opposition to Order Denying Private Attorney General Anthony Williams Selective Prosecution Motion," filed 11/27/19 (dkt. no. 677), at 1-2 (quoting EO: Court Order Denying Def.'s "Motion for Reconsideration of Court's 8/21/18 Electronic Order Re: 'United States's Motion to Extend the Deadline to Respond to Defendant's Motion to Dismiss,'" filed 10/1/18 (dkt. no. 329), at 2). Defendant's Motion for Reconsideration does not identify any newly available evidence or intervening change in the law. Further, Defendant has not established any manifest error of law or fact in the denial of the Motion to Continue. Defendant's mere disagreement with the denial of the Motion to Continue does not warrant reconsideration. See Order Denying Def.'s Motion for Reconsideration, filed 2/28/19 (dkt. no. 431), at 8 (quoting Riley v. Nat'l Ass'n of Marine Surveyors, Inc., Civil No. 14-00135 LEK-RLP, 2014 WL 4794003, at *1 (D. Hawai`i Sept. 25, 2014)). Defendant's Motion for Reconsideration is therefore DENIED.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager