# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/12/2020 | TIME: | 08:30 AM - 2:00 PM |

COURT ACTION:   EP: Further Jury Trial - 7th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Court addresses/reviews new defense exhibits to be presented.
Defense exhibit 2152 - Admitted
Defense exhibit 2153 - Admitted
Defense exhibit 2155 - Admitted
Defense exhibit 2156 (Page 2) - Admitted
Defense exhibit 2157 - Admitted
Defense exhibit 2158 - Admitted
Defense exhibit 2160 (Pages 9-11, 12-22, 23, 24-42) - Admitted
Defense exhibit 2161 (Pages 1-7, 8-11, 18-19, 20, 21, 22-25, 26-41) - Admitted

12 Jurors and 2 Alternates present.

Government Witnesses:
11) Henry Malinay (...C, RD)
12) Pat Mau-Shimizu (D, C)
13) Evelyn Subia (interpreter: Felipe M. Pacquing II) (D, C)
14) Macrina Pillos, (D...)

Defendant Witnesses:
6) Evelyn Subia (interpreter: Felipe M. Pacquing II) (D.)

Government's Exhibits Admitted:
807, 819, 820.

Defendant's Exhibits Admitted:
2161 (page 37-41, 1-7), 2160 (Pg. 24-42), 2163, 2145

Jury excused for the day.

Defense addresses Government's [837] MOTION to Exclude Defendant's Expert Witness Testimony.

Court hears oral opposition to Government's Motion from Defendant, Anthony T. Williams.

Government's [837] MOTION to Exclude Defendant's Expert Witness Testimony will be taken under advisement.

Defendant requests and consents to stand by counsel making objections during Government's questioning of witnesses.

Discussion held.

Court rules: With the consent of Defendant, Anthony T. Williams, that Court will allow stand by counsel, Lars Isaacson, to be the only individual on the defense to make an objection while the Government questions witnesses.

Court addresses Rule 801.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 7, SET for February 13, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**


Submitted by: Agalelei Elkington, Courtroom Manager