# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/13/2020 | TIME: | 08:30 AM - 1:35 PM |

COURT ACTION:  EP: Further Jury Trial - 8th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Defense Motion for Dismissal; Discussion held. - DENIED

Stand by counsel addresses 2/12/2020 ruling regarding lodging objections.  Discussion held.  Defendant, Anthony T. Williams, will resume with objections and not stand-by counsel.

12 Jurors and 2 Alternates present.

Government Witnesses:
14) Macrina Pillos, (D, C)
15) Damon Stanford (D, C, RD)
16) Mary Jane Laforteza (D, C, RD)
17) Nelson Madamba (D, C, RD)
18) Mariethez Madamba (D, C, RD)
19) Laurice Otsuka (D, C.)

Defendant Witnesses:

Government's Exhibits Admitted:
805, 504, 904, 903

Defendant's Exhibits Admitted:
2035 (page 8 only), 2138 (Pages 21 and 20 only)

Jury excused for the day.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 9, SET for February 18, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei Elkington, Courtroom Manager