# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   02/14/2020

COURT ACTION:  EO:  COURT ORDER REGARDING PROPOSED SPECIAL JURY VERDICT FORM

    Attorneys for Plaintiff the United States of America are DIRECTED to file a proposed Special Jury Verdict form, and to provide copies to pro se Defendant Anthony T. Williams ("Defendant") and Lars Isaccson, Esq., his stand-by counsel, by **Friday, February 20, 2020**.  Objections or comments to the proposed Special Jury Verdict form shall be filed by no later than **Tuesday, February 25, 2020**.

    IT IS SO ORDERED.

Submitted by:  Theresa Lam, Courtroom Manager