LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S SUMMARY OF CONTENTS OF VIDEO/AUDIO EXHIBITS; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S SUMMARY OF CONTENTS
OF VIDEO/AUDIO EXHIBITS

**Comes now,** the Defendant Anthony T. Williams, by and through

his standby counsel, Lars Robert Isaacson, Esq., and hereby

provides   DEFENDANT'S   SUMMARY   OF   CONTENTS   OF

VIDEO/AUDIO EXHIBITS; Declaration of Counsel, Exhibit "A"

and Certificate of Service.

Dated:  February 17, 2020

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams