

# Illinois Department of Financial and Professional Regulation
## Office of Legal Affairs

**JB PRITZKER**
Governor

**RECEIVED**
CLERK, U.S. DISTRICT COURT
FEB 18 2020
DISTRICT OF HAWAII

**DEBORAH HAGAN**
Secretary

Hunter Wiggins
General Counsel

February 13, 2020

The Honorable Leslie Kobayashi
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RE: **United States v. Anthony T. Williams, Cr. No. 17-00101 LEK, United States District Court, District of Hawaii**

Honorable Kobayashi:

The Department of Financial and Professional Regulation, Division of Banking ("Department"), is providing the enclosed documents in response to the subpoena for the above referenced matter (copy attached).

The Department found no records pertaining to Anthony Troy Williams (DOB 8/9/17). Additionally, the Department found no Certificate of Exemptions issued for Mortgage Enterprise Investments.

If you have any questions, please contact me at (312) 793-3680.

Sincerely,

Lorelei Botner Abrams
Legal Counsel

Enclosures