# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/18/2020 | TIME: | 08:30 AM - 2:00 PM |

COURT ACTION:  EP: Further Jury Trial - 9th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Preliminary Motions outside of the presence of the Jury.

Defendant Motion For Judgment of Acquittal.  Oral Arguments heard.

For reasons stated on the record the Court **DENIES** Defendant Motion.

12 Jurors and 2 Alternates present.

Government Rests.

Defendant Witnesses:
1) Brittney Esprecion-Lucas (D, C, RD)
2) Arnold Subia (D, C, RD)
3) Anabel Cabebe (D, C, RD)
4) Robbin Krakauer (D, C, RD)

Defendant's Exhibits Admitted:
2161 (pages 41-47)

Jury excused for the day

Court address jury instructions and status of case.  Discussion held.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 10, SET for February 19, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei Elkington, Courtroom Manager