# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/19/2020 | TIME: | 09:20 AM - 2:10 PM |

COURT ACTION: EP: Further Jury Trial - 10th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Preliminary matters heard outside of the presence of the Jury.

12 Jurors and 2 Alternates present.

Defendant Witnesses:
5) Milagros Castro, (D, C, RD)
6) Catherine Awakuni Colon (D)
7) Brenda Turville (D, C)
8) Elevila Giles (D, C, RD)
9) James Evers (D, C, RD)

Defendant's Exhibits Admitted:

2172, 2176, 2181 - to be decided based on foundation and relevance
2168
2169
2164 (2164-12-100, 2164- 133-135, 2164-138-145, 2164 - 147 -156,  2164-159-190)
2071
2188

Jury excused for the day at 2:00 p.m.

Discussion held.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 11, SET for February 20, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**


Submitted by: Mary Feria, Courtroom Manager