

## AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS PURSUANT TO RULES OF EVIDENCE 803(6) AND 902(11)

I, Thomas H Riley, III, being duly sworn upon my oath, hereby state the following:

1. I am employed as the Director of Business Services by the Tennessee Secretary of State Tre Hargett.

2. I am personally familiar with the record keeping practices and procedures of the Business Services Division and I have authority to certify the attached records.

3. A request has been made pursuant to subpoena issued by the United States District Court for the District of **Hawaii** for certain records pertaining to:
   a) **Anthony Troy Williams**

4. This subpoena was received by our office on **February 4**, 2020.

5. This office has no records requested by this subpoena.

I hereby declare, under penalty of perjury, that the foregoing is true and correct.

_____
Thomas H Riley, III
Director of Business Services
Tennessee Secretary of State

STATE OF TENNESSEE
COUNTY OF DAVIDSON

Sworn to and subscribed before me this 19th day of February, 2019.

_____
Notary Public

My Commission Expires:

January 3, 2023