LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>        Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S SUPPLEMENTAL POINTS AND AUTHORITIES RE JURY INSTRUCTIONS; DECLARATION OF COUNSEL; EXHIBITS "A-H;" CERTIFICATE OF SERVICE |

DEFENDANT'S SUPPLEMENTAL POINTS AND
AUTHORITIES RE JURY INSTRUCTIONS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides   DEFENDANT'S SUPPLEMENTAL POINTS AND AUTHORITIES RE JURY INSTRUCTIONS Declaration of Counsel, Exhibits "A" – "H;" and Certificate of Service.

Dated:  February 19, 2020.

                                                /s/ Lars Isaacson
                                 LARS ROBERT ISAACSON
                                 Standby Attorney for
                                 Defendant Anthony T. Williams