KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail: gregg.yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 17-00101 LEK |
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] VERDICT FORM** |
| ANTHONY T. WILLIAMS, | ) | |
| Defendant. | ) | |

**VERDICT FORM**

AS TO COUNT 1 (Wire Fraud):

As to the offense of wire fraud as charged in Count 1 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 2 (Wire Fraud):

As to the offense of wire fraud as charged in Count 2 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 3 (Wire Fraud):

As to the offense of wire fraud as charged in Count 3 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 4 (Wire Fraud):

As to the offense of wire fraud as charged in Count 4 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 5 (Wire Fraud):

As to the offense of wire fraud as charged in Count 5 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 6 (Wire Fraud):

As to the offense of wire fraud as charged in Count 6 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 7 (Wire Fraud):

As to the offense of wire fraud as charged in Count 7 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 8 (Wire Fraud):

As to the offense of wire fraud as charged in Count 8 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 9 (Wire Fraud):

As to the offense of wire fraud as charged in Count 9 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 10 (Wire Fraud):

As to the offense of wire fraud as charged in Count 10 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 11 (Wire Fraud):

As to the offense of wire fraud as charged in Count 11 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 12 (Wire Fraud):

As to the offense of wire fraud as charged in Count 12 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 13 (Wire Fraud):

As to the offense of wire fraud as charged in Count 13 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty      ____ Guilty

AS TO COUNT 14 (Wire Fraud):

As to the offense of wire fraud as charged in Count 14 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty      ____ Guilty

AS TO COUNT 15 (Wire Fraud):

As to the offense of wire fraud as charged in Count 15 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty      ____ Guilty

AS TO COUNT 16 (Mail Fraud):

As to the offense of mail fraud as charged in Count 16 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty      ____ Guilty

AS TO COUNT 17 (Mail Fraud):

As to the offense of mail fraud as charged in Count 17 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 18 (Mail Fraud):

As to the offense of mail fraud as charged in Count 18 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 19 (Mail Fraud):

As to the offense of mail fraud as charged in Count 19 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 20 (Mail Fraud):

As to the offense of mail fraud as charged in Count 20 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 21 (Mail Fraud):

As to the offense of mail fraud as charged in Count 21 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 22 (Mail Fraud):

As to the offense of mail fraud as charged in Count 22 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 23 (Mail Fraud):

As to the offense of mail fraud as charged in Count 23 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 24 (Mail Fraud):

As to the offense of mail fraud as charged in Count 24 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 25 (Mail Fraud):

As to the offense of mail fraud as charged in Count 25 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty


AS TO COUNT 26 (Mail Fraud):

As to the offense of mail fraud as charged in Count 26 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty


AS TO COUNT 27 (Mail Fraud):

As to the offense of mail fraud as charged in Count 27 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty


AS TO COUNT 28 (Mail Fraud):

As to the offense of mail fraud as charged in Count 28 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 29 (Mail Fraud):

As to the offense of mail fraud as charged in Count 29 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 30 (Mail Fraud):

As to the offense of mail fraud as charged in Count 30 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 31 (Mail Fraud):

As to the offense of mail fraud as charged in Count 31 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

AS TO COUNT 32 (Mail Fraud):

As to the offense of mail fraud as charged in Count 32 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_\_\_\_ Guilty

Please have the jury foreperson sign and date this Verdict Form and indicate to the bailiff that the jury has reached a verdict.

DATED: February 20, 2020, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

            */s/ Gregg Paris Yates*
By  _____
     KENNETH M. SORENSON
     GREGG PARIS YATES
     Assistant U.S. Attorneys

10

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

Lars Isaacson, Esq.                    hawaii.defender@earthlink.net

Attorney for Defendant
ANTHONY T. WILLIAMS

<u>Served by First Class Mail on February 20, 2020</u>:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED: February 20, 2020, at Honolulu, Hawaii.

/s/ Dawn Aihara
U.S. Attorney's Office
District of Hawaii