# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/20/2020 | TIME: | 8:45 AM - 2:15 PM |

COURT ACTION:  EP: Further Jury Trial - 11th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Defendant Witnesses:
10) Sherri Kane (D, C, RD)
11) Leonard Horowitz, (D, C, RD)
12) Rosy Esprecion Thomas (D, C, RD)

Government's Exhibits Admitted:

835
832
852
853
851

Defendant's Exhibits Admitted:

2189

Jury excused for the day at 2:00 p.m.

Discussion outside the presence of the Jury.

Status Conference regarding jury instructions set for February 21, 2020 at 2:30 p.m. before Judge Kobayashi. Defendant (01) Anthony T. Williams' oral request to participate telephonically at the February 21, 2020 status conference regarding jury instructions is GRANTED. The Government shall make arrangements with the United States Marshals Service and the Federal Detention Center to ensure that Defendant (01) Anthony T. Williams is able to participate telephonically at the status conference.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 12, SET for February 24, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Mary Feria, Courtroom Manager