# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se (participated telephonically)<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/21/2020 | TIME: | 2:38 PM - 4:03 PM |

COURT ACTION:  EP: Status Conference as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.  Defendant (01) Anthony T. Williams participated telephonically.  Defendant (01) Anthony T. Williams waives his physical appearance in court.

Status Conference held regarding jury instructions and verdict form.

Government to prepare redacted version of the Superseding Indictment to be provided to the jury during deliberations.

Discussion also held regarding: issues related to whether or not Defendant decides to testify; and the Government's rebuttal case.

Submitted by: Mary Feria, Courtroom Manager