# AMENDED MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/24/2020 | TIME: | 8:50 AM - 02:00 PM |

COURT ACTION:   EP: Further Jury Trial - 12th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Preliminary matters heard outside of the presence of the Jury.

Colloquy with Pro se Defendant, (01) Anthony T. Williams regarding testifying.

Discussion held.

12 Jurors and 2 Alternates present.

Defendant Witnesses:
13) Defendant, (01) Anthony T. Williams (D..)

Defendant's Exhibits Admitted:
2127, 2113, 2172, 2130, 2131,
~~2161 (pages 12-21)~~, *2164 (pages 12-21 previously admitted)*
2114 (pages 9-10),
2057 (pages 21-29),
2128, 2129,
2077 (pages 29-30),
2081 ~~(pages 3-4)~~, ** *(pages 1-4)*
2086 (pages 1-6),
2083 (pages 3-4),
2099 (pages 24-25),
2093 (pages 25-62),
2080,
2079 (page 1)

2198,
**2184*

Government's Exhibits Admitted:
808

Jury excused for the day at 2:00 p.m.

Discussion  held.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 13, SET for February 25, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei F. Elkington, Courtroom Manager