# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/25/2020 | TIME: | 8:30 AM - 02:00 PM |

COURT ACTION:   EP: Further Jury Trial - 13th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Defendant Witnesses:
13) Defendant, (01) Anthony T. Williams (...D, C,  )

Defendant's Exhibits Admitted:
2143, 2203, 2119, 2134, 2136, 2176, 2181, 2132, 2182, 2092, 2141, 2105 (page 1 only), 2094, 2170,

Government's Exhibits Admitted:
901, 812, 818, 865, 866, 863

Jury instructed regarding defendants prior convictions.

Jury excused for the day at 2:00 p.m.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 14, SET for February 26, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei F. Elkington, Courtroom Manager