# AMENDED MINUTES

|  |  |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 2/26/2020 | TIME: | 8:30 AM - 02:15 PM |

COURT ACTION:  EP: Further Jury Trial - 14th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

12 Jurors and 2 Alternates present.

Defendant Witnesses:
13) Defendant, (01) Anthony T. Williams (...C, RD)

Defendant's Exhibits Admitted:
2232, 2233, 2234, 2087 (pages: 9-11, 12, 13-21, 25-33), 2028, ** *2038*

Government's Exhibits Admitted:
873, 872, 868, 801, 821, 822, ***854 - 859*

Defense Rests.

Defense objections noted for the record.

Government presents rebuttal witnesses.

Government's Rebuttal Witnesses:
1) James Spota (D, C)
2) Laurice Otsuka (D, C)

Government Rests.

Jury excused for the day at 2:10 p.m.

Discussion held regarding Jury instructions, verdict form, redacted Indictment and

procedures for closing arguments.

Any objections by the parties to the proposed Jury Instructions, Verdict form or redacted Indictment are to be submitted by 12Noon on Thursday 2/27/2020.

Defendant's Oral Motion for Judgment of Acquittal to be refiled for consideration. Noted.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Trial-Day 15, SET for Monday March 2, 2020 at 9:00 a.m. before Honorable Leslie E. Kobayashi.**


Submitted by: Agalelei F. Elkington, Courtroom Manager