# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |
| JUDGE: Leslie E. Kobayashi | DATE: 2/27/2020 |

COURT ACTION:  EO: COURT ORDER GRANTING DEFENDANT'S REQUEST FOR ADDITIONAL TIME TO REVIEW THE JURY INSTRUCTIONS AND SPECIAL VERDICT FORM

On February 26, 2020, the parties were instructed to inform this Court by 12:00 p.m. on February 27, 2020 whether they proposed any changes to either the jury instructions or the special verdict form.  On February 27, 2020, pro se Defendant Anthony T. Williams, through his stand-by counsel, requested a one-day extension of that deadline.  Plaintiff the United States of America ("the Government") has not requested a similar extension, nor has it informed this Court of its position on Defendant's request.

Defendant's request is HEREBY GRANTED.  Defendant's deadline to inform the Court of his proposed changes is EXTENDED to **Friday, February 28, 2020, at 2:00 p.m.**  The Government's deadline remains unchanged.

The parties are REMINDED that these changes must be limited to typographical, stylistic, and other non-substantive changes.  The parties have already been given the opportunity to propose substantive changes and/or additions to the jury instructions and special verdict form.  Those matters have been previously discussed and ruled upon on the record.  See Minutes, filed 2/21/20 (dkt. no. 924).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager