LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S RESPONSE TO 2/27/20 MINUTE ORDER OF COURT RE JURY INSTRUCTIONS AND VERDICT FORM; DECLARATION OF COUNSEL; EXHIBITS "A" – "D;" CERTIFICATE OF SERVICE |

DEFENDANT'S RESPONSE TO 2/27/20 MINUTE ORDER OF COURT RE JURY INSTRUCTIONS AND VERDICT FORM

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides    DEFENDANT'S RESPONSE TO 2/27/20 MINUTE ORDER OF COURT RE JURY INSTRUCTIONS AND VERDICT

FORM" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated: February 28, 2020

                                                    /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams