**From:** Yates, Gregg (USAHI) <Gregg.Yates@usdoj.gov>
**Sent:** Thursday, February 27, 2020 12:02 PM
**To:** Starr Quon                                          ; hawaii.defender@earthlink.net; Sorenson, Ken (USAHI) <Ken.Sorenson@usdoj.gov>
**Subject:** RE: Jury Instructions

Ms. Quon:

Here are the government's comments regarding the revised/updated jury instructions:

1. Proposed Instruction No. 16.  There actually two prior convictions of the defendant at issue.  The Court has ruled that the proposed instruction no. 16 is appropriate for just one of the defendant's prior convictions (regarding the unauthorized practice of law), but not the other (for Grand Theft and Filing of False Documents, evidence of which can be considered substantively).  Accordingly, we propose the following edit to Instruction 16:

    Evidence of [**the**] defendant's previous conviction [**in the State of Florida for the Unauthorized Practice of Law**] is to be considered by you only as it may affect the credibility of [**the**] defendant as a witness, and must never be considered as evidence of guilty of the crime for which that defendant is on trial.

2. Proposed Instruction No. 31.  The underlining in this proposed instruction was merely included to indicate to the Court where the government had modified the Ninth Circuit Model Criminal Jury Instruction in its proposed instructions.  As the Court has accepted the government's proposed instruction, the underline need not be included in the final jury instructions to the jury.  Accordingly, we request the entire instruction be provided without underlining.

Regarding the proposed verdict form, the government has no further comments upon the draft that

it provided to the Court.  As ordered by the Court on February 21, however, we did prepare a redacted version of the Superseding Indictment to be attached to the verdict form when it is provided to the jury.  The redacted Superseding Indictment is attached to this e-mail.  The defendant and his standby counsel were provided this copy and have not objected.

Thank you.

Gregg Paris Yates
Assistant U.S. Attorney
United States Attorney's Office
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
(808) 440-9220
Gregg.Yates@usdoj.gov



---

**From:** Starr Quon
**Sent:** Monday, February 24, 2020 11:25 AM
**To:** hawaii.defender@earthlink.net; Yates, Gregg (USAHI) <GYates@usa.doj.gov>; Sorenson, Ken (USAHI) <KSorenson@usa.doj.gov>
**Subject:** Jury Instructions

Counsel,

Attached please find the revised and updated draft of Jury Instructions.

Starr Quon
Judicial Assistant to the Honorable Leslie E. Kobayashi
United States District Judge
United States District Court
808 541-1331