# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/2/2020 |

COURT ACTION:  EO: ORDER DENYING RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

On February 26, 2020, Plaintiff the United States of America ("the Government") rested its rebuttal case, and pro se Defendant Anthony T. Williams ("Defendant") made an oral motion renewing his prior Motion for Judgment of Acquittal ("Renewed Motion" and "Original Motion").  Amended Minutes, filed 2/26/20 (dkt. no. 934); see also Motion for Judgment of Acquittal, filed 2/18/20 (dkt. no. 903).  The Renewed Motion was taken under advisement because Defendant stated he intended to file a written version of the Renewed Motion.  Defendant, however, did not file a written version of the Renewed Motion.

Fed. R. Crim. P. 29(a) states, in pertinent part: "After the government closes its evidence or after the close of all the evidence, the court on the defendant's motion must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction."  The "'sufficiency-of-the-evidence standard'" that was applied to the Original Motion also applies to the Renewed Motion.  See Minute Order, filed 2/18/20 (dkt. no. 904) (quoting United States v. Stoddard, 150 F.3d 1140, 1144 (9th Cir. 1998)).  Defendant's Renewed Motion is HEREBY DENIED because there is sufficient evidence in the trial record that, when viewed in the light most favorable to the Government, would allow a rational trier of fact to find the essential elements of the charges against Defendant, beyond a reasonable doubt.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager