# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101-1 LEK |
| CASE NAME: | USA vs. (01) Anthony T. Williams |
| ATTYS FOR PLA: | Gregg Paris Yates<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (Stand-by) |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 3/2/2020 | TIME: | 09:00AM - 04:00 PM |

COURT ACTION: EP: Further Jury Trial - 15th day as to Defendant (01) Anthony T. Williams held.

Defendant (01) Anthony T. Williams present in custody.

Defendant objects to specific sections of the Government's power point presentation; Defendant Objection Noted for the record.

12 Jurors and 2 Alternates present.

Court instructs the Jurors.

No additional objections to the form, manner or order in which the instructions were read.

Closing arguments heard by the parties.

2 Alternate jurors excused.

Bailiffs sworn.

1:26 PM - Jurors retire to deliberate.

Court approves the payment of lunch for the jurors during deliberations.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

**Further Jury Deliberation Day 2, SET for Tuesday March 3, 2020 at 8:30 a.m. before Honorable Leslie E. Kobayashi.**

Submitted by: Agalelei F. Elkington, Courtroom Manager