|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | MAR 2 2020 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| UNITED STATES OF AMERICA, | No. 19-10435 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:17-cr-00101-LEK-1<br>District of Hawaii,<br>Honolulu |
| v. | |
| ANTHONY T. WILLIAMS, | ORDER |
| Defendant-Appellant. | |

On December 24, 2019, and January 30, 2020, this court ordered appellant, within 21 days, to move for voluntary dismissal of the appeal or show cause why the appeal should not be dismissed for lack of an appealable order.

Appellant was warned that failure to comply with the court's orders would result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. To date, appellant has not complied with the court's orders. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1; 9th Cir. Gen. Order 2.3.

This order served on the district court will, 21 days after the date of the order, act as the mandate of this court.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Katherine Henderson
Deputy Clerk
Ninth Circuit Rule 27-7