# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
MAR 03 2020
at 10 o'clock and 05 min. A M
SUE BEITIA, CLERK

United States of America )
Plaintiff(s) )
)
vs. )  Civil No. 17-00101 LEK
)
Anthony T. Williams )  Criminal No. _____
Defendant(s) )

NOTE FROM THE JURY # 6

Your Honor,

Could we please have the transcript of the trial.

Thank you.

Dated at Honolulu, Hawaii on March 3, 2020

Time: 1001

6
Foreperson's Juror Number

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson

Signature of Foreperson