UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>ANTHONY T. WILLIAMS,<br><br>             Defendants. | CR NO. 17-00101 LEK |

COURT'S RESPONSE NO. 1

In response to jury communication no. 6, the court responds as follows:

The entire trial transcript cannot be provided to you, or read back to you because any trial could thus be almost endless.  I want you to bear in mind that the testimony at trial is the evidence, not the transcripts.  Your collective recollection is controlling and not what appears in the transcripts.

Time:    11:32      a.m.

Dated: Honolulu, Hawaii, March 3, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge