# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |
| ATTYS FOR PLA: | Kenneth M. Sorenson<br>Gregg Paris Yates |
| ATTYS FOR DEFT: | Anthony T. Williams, Pro se<br>Lars R. Isaacson (stand-by counsel) |

---

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | 3/3/2020 | TIME: | 11:15 AM - 11:30 AM<br>03:00 PM - 03:25 PM |

---

COURT ACTION: EP: Jury Deliberation Day 2 held.

12 Jurors reconvene at 8:30am to continue deliberation.

11:15 AM - 11:30 AM:
Court convenes regarding question #1 from the Jury:

Discussion held.

Proposed response language discussed. Defendant objections noted.

Court reads final response to be provided to the Jury.

Further jury deliberation continues.

Court notified at 2:35 PM that the Jury has reached a verdict.

3:00 PM - 3:25 PM

Defendant, (1) Anthony T. Williams present in custody

Jurors present and informs the Court they have reached a verdict, and that it is unanimous.

Defendant (01) Anthony T. Williams, found guilty as to Counts 1-32 of the Superseding Indictment.

Jury polled.

Jury discharged.

Sentencing date for Defendant (01) Anthony T. Williams, set for 6/24/2020 at 3:15 PM before Honorable Leslie E. Kobayashi.

Defendant (01) Anthony T. Williams renews Motion for Judgment of Acquital - Denied.

Government moves to detain defendant pending sentencing.
Court ORDERS defendant be DETAINED pending sentencing.

Defendant (01) Anthony T. Williams remanded to the Custody of the U.S. Marshal Service.

Submitted by: Agalelei Elkington, Courtroom Manager