ORIGINAL

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2020

at __ o'clock and 25 min. P M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY T. WILLIAMS,<br><br>Defendants. | CR NO. 17-00101 LEK |

**VERDICT FORM**

You may read the entire verdict form before answering the questions. You must answer all of the questions, unless otherwise indicated. Answer the questions in numerical order. Follow all directions. After you have answered all required questions, the foreperson shall sign and date the Verdict Form, inform the Court that a verdict has been reached, and contact the bailiff.

We, the jury, answer the questions submitted to all of us as follows:

AS TO COUNT 1 (Wire Fraud):

    As to the offense of wire fraud as charged in Count 1 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

    \_\_\_\_ Not Guilty    ✓ Guilty


AS TO COUNT 2 (Wire Fraud):

    As to the offense of wire fraud as charged in Count 2 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

    \_\_\_\_ Not Guilty    ✓ Guilty


AS TO COUNT 3 (Wire Fraud):

    As to the offense of wire fraud as charged in Count 3 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

    \_\_\_\_ Not Guilty    ✓ Guilty

AS TO COUNT 4 (Wire Fraud):

As to the offense of wire fraud as charged in Count 4 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty


AS TO COUNT 5 (Wire Fraud):

As to the offense of wire fraud as charged in Count 5 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty


AS TO COUNT 6 (Wire Fraud):

As to the offense of wire fraud as charged in Count 6 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty

3

AS TO COUNT 7 (Wire Fraud):

As to the offense of wire fraud as charged in Count 7 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty


AS TO COUNT 8 (Wire Fraud):

As to the offense of wire fraud as charged in Count 8 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty


AS TO COUNT 9 (Wire Fraud):

As to the offense of wire fraud as charged in Count 9 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

4

AS TO COUNT 10 (Wire Fraud):

As to the offense of wire fraud as charged in Count 10 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty   ✓ Guilty

AS TO COUNT 11 (Wire Fraud):

As to the offense of wire fraud as charged in Count 11 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty   ✓ Guilty

AS TO COUNT 12 (Wire Fraud):

As to the offense of wire fraud as charged in Count 12 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty   ✓ Guilty

AS TO COUNT 13 (Wire Fraud):

As to the offense of wire fraud as charged in Count 13 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty


AS TO COUNT 14 (Wire Fraud):

As to the offense of wire fraud as charged in Count 14 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty


AS TO COUNT 15 (Wire Fraud):

As to the offense of wire fraud as charged in Count 15 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

_____ Not Guilty    __✓__ Guilty

AS TO COUNT 16 (Mail Fraud):

As to the offense of mail fraud as charged in Count 16 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

AS TO COUNT 17 (Mail Fraud):

As to the offense of mail fraud as charged in Count 17 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

AS TO COUNT 18 (Mail Fraud):

As to the offense of mail fraud as charged in Count 18 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

AS TO COUNT 19 (Mail Fraud):

As to the offense of mail fraud as charged in Count 19 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty


AS TO COUNT 20 (Mail Fraud):

As to the offense of mail fraud as charged in Count 20 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty


AS TO COUNT 21 (Mail Fraud):

As to the offense of mail fraud as charged in Count 21 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty

8

AS TO COUNT 22 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 22 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty   ✓ Guilty


AS TO COUNT 23 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 23 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty   ✓ Guilty


AS TO COUNT 24 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 24 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty   ✓ Guilty

AS TO COUNT 25 (Mail Fraud):

As to the offense of mail fraud as charged in Count 25 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty

AS TO COUNT 26 (Mail Fraud):

As to the offense of mail fraud as charged in Count 26 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty

AS TO COUNT 27 (Mail Fraud):

As to the offense of mail fraud as charged in Count 27 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

\_\_\_\_ Not Guilty     \_✓\_ Guilty

AS TO COUNT 28 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 28 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty    \_✓\_ Guilty


AS TO COUNT 29 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 29 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty    \_✓\_ Guilty


AS TO COUNT 30 (Mail Fraud):

   As to the offense of mail fraud as charged in Count 30 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

   \_\_\_\_ Not Guilty    \_✓\_ Guilty

AS TO COUNT 31 (Mail Fraud):

As to the offense of mail fraud as charged in Count 31 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

AS TO COUNT 32 (Mail Fraud):

As to the offense of mail fraud as charged in Count 32 of the Superseding Indictment, We, the jury, find the defendant, ANTHONY T. WILLIAMS:

____ Not Guilty   ✓ Guilty

After completing all of your answers to the Verdict Form, the foreperson shall sign and date this form, inform the Court in writing that the jury has reached a verdict, and call the bailiff.

Dated at Honolulu, Hawai'i, _March 3, 2020_.

Signed: /S/ Foreperson