ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 10 2020
DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:17-CR-00101-LEK-1 |
| Plaintiff(s), | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| Anthony T. Williams, | ) | |
| Defendant(s). | ) | |

I, ~~Ken Sorenson/Gregory Yates~~ *Rose K. Greco* of the U.S. Attorneys Office, the designated Court custodian of the trial exhibits, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii, _March 10, 2020_.

_____
Signature

Attorney for: Government