


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | 1:17-CR-00101-LEK-1 |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | RECEIPT FOR EXHIBITS |
| Anthony T. Williams, | ) | |
| Defendant(s). | ) | |

I, Lars Isaacson, Stand by Counsel for Defendant, Anthony T. Williams, the designated Court custodian of the trial exhibits, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:    Honolulu, Hawaii, __3/11/20_____.

_____
Signature

Stand by Counsel for:
Defendant Anthony T. Williams