LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR JUDGMENT OF ACQUITTAL;" DECLARATION OF COUNSEL; EXHIBITS "A" and "B;" CERTIFICATE OF SERVICE |

DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR JUDGMENT OF ACQUITTAL"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR JUDGMENT OF ACQUITTAL;" Declaration of Counsel, Exhibits "A" and "B" and Certificate of Service.

Dated:  March 15, 2020

      /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams