# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |

JUDGE:   Leslie E. Kobayashi                                           DATE: 3/16/2020

COURT ACTION:  EO: Defendant, Anthony T. Williams [955] MOTION for Acquittal; will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Memorandum in Opposition is due on or before 3/30/2020
Reply Memorandum is due on or before 4/13/2020.

Defendant, Anthony T. Williams [955] MOTION for Acquittal will be taken under submission thereafter.   Court to issue Order.

          IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager