Dear Clerk,              March 24, 2020

Due to a fight between an inmate and a guard, we have been locked down since yesterday and I was unable to print out exhibit 3 to attach to this motion because I have been denied access due to our unit being locked down. The LT said we could possibly be locked down for a week or longer pending the investigation of this fight. I have no means to be able to make copies to send to the US Attorneys office. Please forward a copy on my behalf. I will provide the exhibit 3 as a supplemental exhibit when I'm allowed to have access to the computer to print it out and mail it. Thanks.

Anthony Williams

Private Attorney General
FDC Honolulu #05963-122
P.O. Box 30080
Honolulu, HI 96820

Received By Mail
Date 3/27/2020

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAR 27 2020
at 1 o'clock and 30 min. P M
SUE BEITIA, CLERK