LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>Defendant. | CR. NO. 17-00101-LEK (01)<br><br>SUPPLEMENT TO DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR JUDGMENT OF ACQUITTAL;" DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

SUPPLEMENT TO DEFENDANT'S "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR JUDGMENT OF ACQUITTAL"

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides SUPPLEMENT TO DEFENDANT "PRIVATE ATTORNEY GENERAL Anthony Williams MOTION FOR

JUDGMENT OF ACQUITTAL;" Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated: March 30, 2020

        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams