LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | CR. NO. 17-00101-LEK (01)<br><br>MOTION (1) FOR LEAVE TO ADD ADDITIONAL BASIS FOR MOTION FOR JUDGMENT OF ACQUITTAL; (2) MOTION THAT DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL BE DEEMED TO INCLUDE A MOTION FOR NEW TRIAL AND/OR (3) THAT DEFENDANT BE GRANTED LEAVE TO FILE A MOTION FOR NEW TRIAL; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |
|---|---|

MOTION (1) FOR LEAVE TO ADD ADDITIONAL BASIS FOR MOTION FOR JUDGMENT OF ACQUITTAL; (2) MOTION THAT DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL BE DEEMED TO INCLUDE A MOTION FOR NEW TRIAL AND/OR (3) THAT DEFENDANT BE GRANTED LEAVE TO FILE A MOTION FOR NEW TRIAL

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides his Motion for Leave to Add Basis to his Motion for Judgment of Acquittal; that his Motion for Judgment of Acquittal be deemed to also include a Motion for New Trial, and/or that he be given leave to file a Motion for New Trial.

Defendant also requests this his Motion for Judgment of Acquittal be granted. In the alternative, he requests his Motion for New Trial be granted. This motion is based on upon Federal Rules of Criminal Procedure 29 and 33, the attached Declaration of Counsel, Exhibit "A" and Certificate of Service.

Dated:  April 3, 2020

          /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams