KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES #8225
Assistant U.S. Attorneys
United States Attorney's Office
District of Hawaii
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-Mail:       Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. No. 17-00101 LEK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF ERRATA; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| ANTHONY T. WILLIAMS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

//

//

## NOTICE OF ERRATA

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the District of Hawaii, hereby files this Notice of Errata regarding Docket #957 Entry, the United States's Response to Defendant's Expedited Emergency Motion for Immediate Release Due to the Coronavirus Pandemic (Response).  The purpose of this action is to replace the attached Exhibit E for the Exhibit E filed with the Response.

Good cause supports this request.  The government attached six (6) exhibits, A-F, to its Response.  Among the exhibits the government included was a document entitled, "Declaration of AnnElizabeth Card" (Card Declaration) as Exhibit E.  The Card Declaration was prepared by the Associate Warden of the Federal Detention Center, Honolulu to respond to motions for release from detention or incarceration in connection with the COVID-19 pandemic.  The Card Declaration references two other exhibits, which it internally referenced as "Exhibit A" and "Exhibit B."

Card Decl. Exh. A was omitted from the brief altogether.  Card Decl. Exh. B was attached under a new exhibit letter, Exhibit F.

To correct the omission of the former document, and address the potential confusion of the latter, the government is re-submitting the Card Declaration, Exhibit E, and appending to it the two documents that it references.  The

government respectfully requests that the Court accept this corrected filing.  No substantive information has changed.

    DATED:  Honolulu, Hawaii, April 3, 2020.

                  KENJI M. PRICE
                  United States Attorney
                  District of Hawaii

                  /s/ *Gregg Paris Yates*
                  GREGG PARIS YATES
                  Assistant U.S. Attorney

                  Attorneys for Plaintiff
                      UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

Lars Isaacson, Esq.
hawaii.defender@earthlink.net

Standby Attorney for Defendant
ANTHONY T. WILLIAMS

Defendant served by First Class Mail:

Anthony T. Williams
Register No. 05963-122
Inmate Mail
FDC Honolulu
PO Box 30080
Honolulu, HI 96820

DATED:  April 3, 2020, at Honolulu, Hawaii.

/s/ Melena Malunao
U.S. Attorney's Office
District of Hawaii