# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 4/6/2020 |

COURT ACTION:  EO: COURT ORDER REGARDING DEFENDANT'S "MOTION (1) FOR LEAVE TO ADD ADDITIONAL BASIS FOR MOTION FOR JUDGMENT OF ACQUITTAL; (2) MOTION THAT DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL BE DEEMED TO INCLUDE A MOTION FOR NEW TRIAL AND/OR (3) THAT DEFENDANT BE GRANTED LEAVE TO FILE A MOTION FOR NEW TRIAL"

On March 15, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed his Motion for Judgment of Acquittal ("Motion").  [Dkt. no. 955.]  The following deadlines were issued: Plaintiff the United States of America's ("Government") response - March 30, 2020; and Defendant's reply - April 13, 2020.  [EO, filed 3/16/20 (dkt. no. 956).]  On March 30, 2020, Defendant filed a document that was construed as a supplement to the Motion ("3/30/20 Supplement"), and the Government filed its response to the Motion.  [Dkt. nos. 960, 964.]

On April 3, 2020, Defendant filed a document titled "Motion (1) for Leave to Add Additional Basis for Motion for Judgment of Acquittal; (2) Motion that Defendant's Motion for Judgment of Acquittal Be Deemed to Include a Motion for New Trial and/or (3) that Defendant Be Granted Leave to File a Motion for New Trial."  [Dkt. no. 968.]  Defendant's filing is HEREBY CONSTRUED as another supplement to the Motion ("4/3/20 Supplement").

In light of the filing of the 3/30/20 Supplement and the 4/3/20 Supplement, Defendant's April 13, 2020 reply deadline is VACATED, and the Government is GRANTED leave to file a supplemental response addressing the 3/30/20 Supplement and the 4/3/20 Supplement.  Defendant is DIRECTED to file a single reply addressing both the Government's March 30 response and its supplemental response.

The Government's supplemental response is due by **April 20, 2020**, and Defendant's reply is due by **May 4, 2020**.  The Motion will be taken under advisement thereafter.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager