TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: HON-D-B

---

**ORIGINAL**

FROM: 05963122
TO:
SUBJECT: MOTION DEMANDING ACCESS TO THE COURTS
DATE: 04/14/2020 03:10:28 PM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 17 2020

at 11 o'clock and 30 min. A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA           CASE NO. 17-00101 LEK

vs.

ANTHONY WILLIAMS

MOTION DEMANDING ACCESS TO THE COURTS

   Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Motion Demanding Access to the Courts. In support of this motion the undersigned states the following:

   The undersigned has been subjected by the FDC Honolulu with no access to the courts by implementing a 23 hours a day lockdown policy allegedly due to the coronavirus pandemic. The undersigned has been denied time to do research to properly file an appeal of his unlawful conviction. The undersigned has filed numerous grievance with this FDC administration to no avail. (Exhibit 1) This administration continues to disregard the previous court order issued by Judge Kurren mandating that the undersigned be given a minimum of 2 hours per day access to the computers 7 days a week. Since the FDC is so-called practicing "social distancing", allowing the undersigned access to the computers while other inmates are in their cells would not jeopardize social distancing but would be in compliance, neither would it disrupt the orderly running and operation of the facility as the undersigned would be isolated in the unit. The current daily routine deprives the undersigned of access to the courts because the undersigned is deprived of the necessary access and time to the computers in order to have proper access to the courts to effectuate his appeal.
   The undersigned is petitioning the court to immediately re-issue Judge Kurren's previous order with the following modifications:

1. That the undersigned be allowed to go to the law library daily for a minimum of 4 hours in order to make copies and to have access to computers while inmates in the unit are out of their cells during that time.

2. That the undersigned be given access to the computers and e-discovery computer in the unit after the last group of inmates lockdown for the day in order for the undersigned to continue to properly do research and draft his appeal.

3. That the undersigned's hard drive that his standby counsel has be given to the understand after the standby counsel deletes the items deemed contraband in order for the undersigned to search the hard drive for material to be used for his appeal and possible new trial.

4. That the undersigned be alloted 2 attorney phone calls per week to consult with standby counsel regarding his appeal and motion for new trial.

5. That the undersigned's normal time that is providedto contact family and friends by phone and email not be affected or diminished from the time alloted to do research and draft motions. Currently inmates are allowed 90 minutes to shower, make phone calls, send emails and get water and ice. There are only 4 computer with the capability to email family that has to be shared with in 90 minutes between 25 inmates (you can do the math). The undersigned still needs this time in conjunction with the 4 hours going to the law library daily and the 3 hours in the evening from 5:30 pm - 8:30 pm.

CONCLUSION

   The undersigned's requests are reasonable, practical and feasible and would not disrupt the "social distancing" that has been implemented, neither would it require major changes in the daily operation of the unit and the facility. These requests would ensure the undersigned has the proper access to the law library and computers to have adequate access to the courts to effectuate his appeal.
   Executed this 14th day of April 2020.

Righteously submitted,
Anthony Williams

Received By Mail
Date 4/17/2020
filed copy
mailed 4/17/20

TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: HON-D-B

----

Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, sec. 35)
Lawyah (not Lawyer)