KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Ken.Sorenson@usdoj.gov
            Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 17-00101 LEK |
| | ) |
| Plaintiff, | ) UNITED STATES'S MOTION TO |
| | ) CONTINUE DEADLINE TO RESPOND |
| vs. | ) TO DEFENDANT'S 3/30/20 AND 4/3/20 |
| | ) SUPPLEMENTAL MOTIONS FOR |
| ANTHONY T. WILLIAMS   (1), | ) ACQUITTAL; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) |
| | ) |

UNITED STATES'S MOTION TO CONTINUE
DEADLINE TO RESPOND TO DEFENDANT'S 3/30/20
AND 4/3/20 SUPPLEMENTAL MOTIONS FOR ACQUITTAL

Pursuant to Rule 12(c)(2) of the Federal Rules of Criminal Procedure, the

government respectfully submits this motion to continue the deadline to respond to

Defendant Anthony T. Williams's 3/30/20 and 4/3/20 Supplemental Motions for Acquittal.  These briefs represent the defendant's fourth and fifth motions seeking acquittal or, in the alternative, a new trial.

Pursuant to the Court's Order, the deadline for the government to respond to the defendant's latest motions for acquittal is April 20, 2020.  ECF No. 971.  The defendant has been permitted until May 5, 2020 to file a reply brief.

The government requests a fifteen-day continuance of the deadline to respond to the Motions, from April 20, 2020 to May 5, 2020.  This is the government's first request for an extension of these motions.  The defendant is representing himself *pro se*; counsel for the government has not met-and-conferred with the defendant regarding this request.

Good cause supports the government's request.  The undersigned attorney for the government has been designated as the Department of Justice's COVID-19 Fraud Coordinator and COVID-19 Hoarding/Price Gouging Coordinator for the District of Hawaii.  As such, during the pendency of the COVID-19 pandemic crisis to date, this attorney has been tasked with launching a district wide COVID-19 working group of federal and state law enforcement and consumer offices to respond to COVID-19 related violations.  This has entailed coordinating agency resources for each COVID-19 complaint that has been received, and providing legal support to each agency conducting a COVID-19 related investigation.  As of

today, there are multiple investigations underway relating to the COVID-19 pandemic crisis. This attorney has also been occupied with assisting with the planning of community outreach to prevent citizens from becoming victims of COVID-19 related criminal conduct.

Moreover, since the government filed its response to the defendant's Rule 29 motion for judgment of acquittal on March 30, 2020, the defendant has filed *four* other motions in connection with this prosecution, not including the Supplemental Motions for Acquittal. *See* ECF Nos. 961, 973; *Anthony Williams v. U.S. Distr. Court*, 9th Cir. 20-70994, docket entries 1, 2. The undersigned attorney has reviewed each of the defendant's filings, and has either responded to or will respond to several of the defendant's pending briefs.

Fifteen days should be adequate for the government to respond to the Supplemental Motions. At least one of the grounds for relief in the motions references a recent Ninth Circuit case, *United States v. Miller*, 2020 U.S. App. LEXIS 8807 (filed March 20, 2020), which invalidates language from the 9th Circuit Model Jury Instruction § 8.124, pertaining to wire fraud. Additional time will be required in part to ensure a consistent government response to this argument.

3

## CONCLUSION

In sum, the government respectfully requests a continuance of fifteen days of the deadline to respond to the motion to and including May 5, 2020.

DATED: April 17, 2020, at Honolulu, Hawaii.

                KENJI M. PRICE
                United States Attorney
                District of Hawaii


                By */s/ Gregg Paris Yates*
                    GREGG PARIS YATES
                    Assistant U.S. Attorney

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

Served Electronically through CM/ECF:

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant to be served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: April 17, 2020, at Honolulu, Hawaii.

                                          /s/ Melena Malunao
                                          U.S. Attorney's Office
                                          District of Hawaii