# MINUTE ORDER

CASE NUMBER: CRIMINAL NO. 17-00101 LEK

CASE NAME: USA vs. Anthony T. Williams

JUDGE: Leslie E. Kobayashi     DATE: 4/17/2020

COURT ACTION: EO: Granting Governments' MOTION [974] to Continue Deadline to Respond to Defendant's 3/30/2020 and 4/3/2020 Supplemental MOTIONS for Acquittal.

On April 17, 2020 the Government filed it's MOTION [974] to Continue Deadline to Respond to Defendant's 3/30/2020 and 4/3/2020 Supplemental MOTIONS for Acquittal.

The Court GRANTS the Motion and response is now due: 5/5/2020.

Submitted by: Agalelei Elkington, Courtroom Manager