# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101 LEK

CASE NAME:   USA vs. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi    DATE:    4/20/2020

COURT ACTION:   EO: Defendant's optional reply extended.

On April 17, 2020 the Court GRANTED the Government's MOTION [974] to Continue Deadline to Respond to Defendant's 3/30/2020 and 4/3/2020 Supplemental MOTIONS for Acquittal. The response deadline was extended to: 5/5/2020.

The Court hereby further EXTENDS the Defendant's optional reply deadline to: 5/19/2020.

Submitted by: Agalelei Elkington, Courtroom Manager