Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 22 2020

at 10 o'clock and 30 min. a M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA          CASE NO. 17-00101 LEK

vs.

ANTHONY WILLIAMS

MOTION TO SUPPLEMENT MOTION TO DEMAND ACCESS TO THE COURT

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua, submits this Motion To Supplement Motion To Demand Access To The Court. In Support of this motion the undersigned states the following facts.

STATEMENT OF THE FACTS

The undersigned has made numerous request to have access to the law library. The undersigned made his last request on 4-14-20 and received a response on 4-15-20 which stated, "There is no law library/programs during our modified operations until further notice." (Exhibit 1) The undersigned responded that this is unacceptable and that the undersigned would petition the court for relief. (Exhibit 2)

Because of the FDC's modified operations, the undersigned has been completely denied access to any opportunity to do legal research, make copies and go through discovery discs because of the denial of access to the law library and being locked down for 23 hours a day.

Received By Mail
Date 4/21/2020

filed copy
mailed 4/21/20

The undersigned's original petition outlines a reasonable remedy that is feasible and would remain in compliance with the social distancing and would not disrupt the operation of the facility.

The undersigned is requesting an expedited order granting the relief outlined in the initial motion due to the undersigned's ability to work on his appeal is being hindered and his constitutional right to access the court is being grossly violated. Access to the law library is a fundamental right afforded inmates to provide an avenue to properly research to prepare for trial and to provide post conviction relief to collaterally attack their convictions.

The current lockdown status has deprived the undersigned the right to adequately fight his unlawful conviction. What makes this current lockdown procedure unreasonable and unwarranted is that when an inmate is placed in the SHU they have access to the e-discovery and computers to do research and draft motions. However, without having any disciplinary action, the undersigned is deprived of access to the law library and computers to draft and research his appeal. The U.S. Supreme Court ruled in Bounds v. Smith that access to legal material, equipment to draft motions, make copies and do legal research is an essential right and cannot be withheld from inmates.

Early this morning a memo was issued by Capt. Miller stating that the operations will be further modified and that instead of having 90 minutes per day out of the cell to make calls, email, shower, get hot water and ice, we will now only be allowed to come out every other day in groups of 10 instead of groups of 25. (Exhibit 3)

It has been 3 weeks and counting that the undersigned has been denied access and needs immediate relief to gain access to the law library and computers in the Unit.

The current modification of FDC's operation has been extremely invidious and needs to be corrected expeditiously. The FDC cannot make a valid claim that giving the undersigned access to the law library would violate social distancing, neither would it disrupt the operation of the facility as inmates are still currently being moved daily throughout the facility to go to work in the kitchen, maintenance and those that work in the law library. Therefore, allowing the undersigned access to the law library and access to the computers daily would not disrupt the orderly running of the facility.

Very few inmates during normal operations utilize the law library because most have taken pleas and have no need for the access. On average approximately 5 to 7 inmates from our unit was utilizing the law library and allowing inmates continued access during this modified operation would not disrupt the normal operation of the FDC.

The undersigned currently has two court orders, ordering the FDC to provide access to the e-discovery and to provide access for the undersigned to view the three hard drives in his possession and neither one of these orders are being followed as instructed.

There are no known cases of COVID-19 so far in this facility and the threat of COVID-19 would come from staff and not the inmates. Everyone is required to wear masks and the units are wiped down daily to keep the areas clean.

The undersigned also request that the computer which was dedicated for law library only be placed back in the unit (which it shouldn't have never been taken out) and the e-discovery computer be placed back in the room as originally ordered.

For the above foregoing reasons and the others outlined in the original motion, the undersigned requests

an immediate court order granting the relief outlined in the original and supplemental motions.

Executed this 19th day of April 2020.

Righteously submitted,

Anthony Williams
Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, First Judiciary Act of 1789, sec. 35)
Lawyah (not Lawyer)