UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: ANTHONY TROY WILLIAMS.

ANTHONY TROY WILLIAMS,

    Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII,

    Respondent,

UNITED STATES OF AMERICA,

    Real Party in Interest.

No.  20-70994

D.C. No.
1:17-cr-00101-LEK-1
District of Hawaii,
Honolulu

ORDER

Before: MURGUIA, OWENS, and BENNETT, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of the court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's motion to proceed in forma pauperis (Docket Entry No. 2) is denied as moot.

No further filings will be accepted in this closed case.

**DENIED.**