KENJI M. PRICE            #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES         #8225
Assistant United States Attorneys
United States Attorney's Office
300 Ala Moana Boulevard, Ste. 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
E-Mail:    Ken.Sorenson@usdoj.gov
           Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  17-00101 (LEK) |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO |
| | ) | CONTINUE SENTENCING DATE; |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| ANTHONY T. WILLIAMS, | ) | Old Date:   July 9, 2020 |
| | ) | New Date:  September 3, 2020 |
| Defendant. | ) | Time:        2:30 p.m. |
| _____ | ) | Judge:  Hon. Leslie K. Kobayashi |

GOVERNMENT'S MOTION TO CONTINUE SENTENCING DATE

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and

Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District

Court for the District of Hawaii, the United States of America respectfully moves to request a continuance of the sentencing date in the above-captioned matter. The defendant is currently scheduled to be sentenced on July 9, 2020. The government requests a continuance of 56 days, and for a new sentencing date of September 3, 2020.

Rule 32(a) requires that the Court "impose sentence without unnecessary delay," however, Rule 32(b) permits the Court to change any time limits relating to sentencing under the rule for good cause. Good cause supports this Motion to continue the sentencing date because additional time is required to complete the presentence investigation. In particular, the Probation Office requires additional time to accurately compute the fraud loss at issue. The conduct underlying the charges of conviction is a complex mortgage fraud scheme that involved at least 112 victims in the State of Hawaii. The Federal Bureau of Investigation (FBI) has been working with the Probation Office to calculate the appropriate actual or intended fraud loss for these 112 victims. In addition, the FBI has worked with the Probation Office to find the last known address for each victim so that the Probation Office could send each victim a questionnaire to determine a potential restitution amount.

Additional time is also required to review the transcripts of trial. A number aggravating sentencing factors are applicable to the defendant's sentencing

calculation. The government has offered to assist the Probation Office with identifying support in the trial record for certain of these. The trial transcripts were ordered and just became available on May 30, 2020. Additional time will be required to review and search the transcript for excerpts of record to support the conclusions of the presentence investigation.

In light of the foregoing, the government respectfully request that the Court grant this request for a 56 day continuance of the sentencing date from July 9, 2020 to September 3, 2020.

DATED: June 2, 2020, Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

        By */s/ Gregg Paris Yates*
         KENNETH M. SORENSON
         GREGG PARIS YATES
         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following by the method indicated on the date of filing:

<u>Served Electronically through CM/ECF:</u>

    Lars Isaacson, Esq.
    hawaii.defender@earthlink.net

    Standby Attorney for Defendant
    ANTHONY T. WILLIAMS

Defendant served by First Class Mail:

    Anthony T. Williams
    Register No. 05963-122
    Inmate Mail
    FDC Honolulu
    PO Box 30080
    Honolulu, HI 96820

    DATED: June 2, 2020, at Honolulu, Hawaii.

    */s/ Melena Malunao*
    U.S. Attorney's Office
    District of Hawaii