# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101 LEK

CASE NAME:   USA vs. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi   DATE:   06/02/2020

COURT ACTION:   EO: Government's MOTION (Dkt. [1014]) to consider sentencing date will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Defendant, Anthony T. Williams Response Memorandum is due: 6/16/2020.
Government Reply Memorandum is due: 6/23/2020

Government's MOTION (Dkt. [1014]) to consider sentencing date will be taken under submission thereafter.  Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager