LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | CR. NO. 17-00101-LEK (01)<br><br>SECOND MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF RE DEFENDANT'S MOTIONS TO DISMISS AND FOR ACQUITTAL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |

SECOND MOTION FOR EXTENSION OF TIME TO FILE
REPLY BRIEF RE DEFENDANT'S MOTIONS TO DISMISS AND
FOR ACQUITTAL

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby moves this Court for a three-day extension to June 5, 2020 to file his Reply to the Government's "*Response to Defendant's*

*Supplemental Rule 29 filing and Rule 33 Motion*" filed on May 5, 2020. *See* Docket #985. The Reply is currently due on June 2, 2020.

    This motion is based on upon the attached Declaration of Counsel and the powers of this Court to control the litigation before it.

June 2, 2020

                          /s/ Lars Isaacson
                 LARS ROBERT ISAACSON
                 Standby Attorney for
                 Defendant Anthony T. Williams