Anthony Williams
Private Attorney General
P.O. Box 38080
Honolulu, HI 96820

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 04 2020
at 11 o'clock and 00 min. AM
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA     CASE NO. 17-00101 LEK

vs.

ANTHONY WILLIAMS

MOTION DEMANDING DEPARTMENT OF JUSTICE
TO CORRECT THEIR LIES SENT TO CLIENTS

Private Attorney General Anthony Williams a servant of the Most High Yahweh Elohim Yahshua submits this motion to obtain relief. The undersigned states the following facts:

1. The government mailed a letter dated May 11, 2020 to various clients of the undersigned erroneously classifying them as victims when there are no victims of the undersigned which is evidenced by not ONE client ever filing a complaint against the undersigned with the FBI, US Attorney's office or DCCA.

2. The government knowingly, intentionally and blatantly stated damnable lies to make clients feel as if they are victims when they are not.

Received By Mail
Date 6/4/2020

filed copy
mailed 6/5/2020

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 04 2020
at __ o'clock and __ min. __M
CLERK, U.S. DISTRICT COURT
ORIGINAL

3. The government blatantly lied when it stated in this letter that "The main charge is categorized as Mortgage Fraud".

4. The undersigned has NEVER been charged with mortgage fraud. Neither was the main charge or any charges Mortgage Fraud.

5. The FBI Miami investigated the undersigned for Mortgage Fraud and DECLINED PROSECUTION because there was no evidence of mortgage fraud, mail or wire fraud either.

6. In this letter the government did not mention that the undersigned will be appealing his racist and unlawful conviction and that this case is not over and that the undersigned still maintains his innocence and will have this matter taken up at the 9th Circuit Court of Appeals and until the disposition of the appeal, there can be no one classified as a victim because there ARE NONE!

7. The only persons who have victims are Henry Malinay and Anabel Cabebe as evidenced by the complaints filed against them to the DCCA and the proceedings against them in Bankruptcy court which outlines their victims and how much money they scammed them out of.

8. There are no such complaints or proceedings against the undersigned wherein clients made allegations against the undersigned for fraud or for defrauding them.

9. In the case disposition previously provided to the undersigned by the government, under the caption of Complaints and Victim the government listed <u>NONE</u>.

10. At trial, the government coerced clients who were told to lie on the witness stand by persecutors Kenneth M. Sorenson and Gregg Paris Yates, were asked by the undersigned did they ever file a complaint against the undersigned for any reason and did they ever request a refund and <u>EVERY ONE</u> of them replied <u>NO</u>!

RELIEF SOUGHT

The Undersigned is demanding that the government be ORDERED to resend the letter sent to clients correcting the blatant lies that were outlined above and to send the undersigned a copy of this amended letter with the names and addresses of all the clients the first erroneous letter was sent to and the amended one also.

Executed this 1st day of June 2020.

Righteously Submitted,

*Anthony Williams*
Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Common Law Counsel (28 USC 1654, 1st Judiciary Act of 1789, Sec. 35)
Lawyah (not Lawyer - Liar)