# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101 LEK

CASE NAME:       USA vs. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi         DATE:         06/05/2020

COURT ACTION:   EO: Defendant's MOTION (Dkt. [1017]) Demanding Department of Justice to Correct Their Lies Sent to Clients will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Government Response Memorandum is due: 6/19/2020.
Defendant Optional Reply Memorandum is due: 7/6/2020

Defendant's MOTION (Dkt. [1017]) Demanding Department of Justice to Correct Their Lies Sent to Clients will be taken under submission thereafter.  Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager