LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea Street, 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff, v. ANTHONY T. WILLIAMS, Defendant. | CR. NO. 17-00101-LEK (01) SUPPLEMENTAL DECLARATION OF COUNSEL RE DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE; DECLARATION OF COUNSEL; EXHIBITS "B" TO "H;" CERTIFICATE OF SERVICE |
|---|---|

SUPPLEMENTAL DECLARATION OF COUNSEL RE
DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby provides his Supplemental Declaration of Counsel and Exhibits "B" to "H" in regard to Defendant's Reply to the Government's

Response re Defendant's Rule 29 Filing and Rule 33 Motion. *See* Docket #1019.

Dated:  June 8, 2020

          /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams