1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF HAWAII

3
     UNITED STATES OF AMERICA,      ) CR 17-00101 LEK
4                                   )
                    Plaintiff,      ) Honolulu, Hawaii
5                                   ) February 6, 2020
         vs.                        )
6                                   ) PARTIAL TRANSCRIPT:
     (1) ANTHONY T. WILLIAMS,       ) TESTIMONY OF JULITA ASUNCION
7                                   )
                    Defendant.      )
8    _____ )

9
                 PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
10              BEFORE THE HONORABLE LESLIE E. KOBAYASHI
                     UNITED STATES DISTRICT JUDGE
11
     APPEARANCES:
12
     For the Government:        KENNETH M. SORENSON, AUSA
13                              GREGG PARIS YATES, AUSA
                                Office of the United States Attorney
14                              300 Ala Moana Boulevard, Suite 6100
                                Honolulu, Hawaii 96850
15
     Also Present:             MEGAN CRAWLEY, FBI Special Agent
16
     For the Defendant (1)     ANTHONY T. WILLIAMS, *Pro Se*
17   Anthony T. Williams:      05963-122
                               Federal Detention Center Honolulu
18                             Inmate Mail/Parcels
                               P.O. Box 30080
19                             Honolulu, Hawaii 96820

20   Standby Counsel:          LARS ROBERT ISAACSON, ESQ.
                               547 Halekauwila Street, Suite 102
21                             Honolulu, Hawaii 96813

22   Official Court Reporter:  Debra Read, RDR
                               United States District Court
23                             300 Ala Moana Boulevard
                               Honolulu, Hawaii 96850
24
     Proceedings recorded by electronic sound recording; transcript
25   produced with computer-aided transcription (CAT).


                     UNITED STATES DISTRICT COURT

1                              I N D E X

2                  CHRONOLOGICAL INDEX OF WITNESSES

3

4    GOVERNMENT'S WITNESS                                PAGE

5

6    **JULITA ASUNCION**
      Direct Examination By Mr. Yates                       4
7    Cross-Examination By The Defendant                    20
      Redirect Examination By Mr. Yates                    37
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                     UNITED STATES DISTRICT COURT

```
 1   THURSDAY, FEBRUARY 6, 2020                        12:06 P.M.
 2              (Partial transcript begins:)
 3              THE COURT:  Yes.  Your next witness.
 4              MR. YATES:  Thank you, Your Honor.  The government
 5   will be calling Julita Asuncion.
 6        JULITA ASUNCION, GOVERNMENT'S WITNESS, WAS SWORN
 7              THE COURTROOM MANAGER:  Thank you.  Please be
 8   seated.
 9        If you can state your name and spell your last name for
10   the record.
11              THE WITNESS:  Yes, ma'am.
12              MR. YATES:  Your Honor, may -- oh, sorry.
13              THE COURT:  Okay.  Wait.  And your name is?
14              THE WITNESS:  My name is Julita Asuncion.
15   J-u-l-i-t-a, Asuncion, A-s-u-n-c-i-o-n.
16              THE COURT:  All right.  Thank you.
17        Mr. Yates?
18              MR. YATES:  Your Honor, may I approach and give her
19   the witness binders?
20              THE COURT:  And does Mr. Williams have the numbers?
21              MR. YATES:  He is aware, yes.
22              THE COURT:  All right.  So if you need to, he'll
23   tell you the number of what the document is and you can look at
24   it if you want, okay?
25              THE WITNESS:  Yes, Your Honor.
```

```
 1              THE COURT:  Okay.  Mr. Yates.
 2              MR. YATES:  Thank you, Your Honor.
 3                     DIRECT EXAMINATION
 4  BY MR. YATES:
 5      Q     Ms. Asuncion, can you please explain to the court
 6  what you do for a living?
 7      A     Oh, I am a travel agent.
 8      Q     Okay.
 9      A     And I have three children.
10      Q     Right.
11      A     And married.
12      Q     And where are you from originally?
13      A     Excuse me, sir?
14      Q     Where are you from originally?
15      A     From the Philippines.
16      Q     And what is your native language?  What's your
17  native language?
18              THE COURT:  Wait.  When you first started speaking,
19  what language did you speak?
20              THE WITNESS:  Can you repeat, sir?
21              THE COURT:  Sure.  When you first started speaking,
22  was it in English?
23              THE WITNESS:  Yes.
24              THE COURT:  English.
25              THE WITNESS:  Ilocano, Tagalog.
```

1          THE COURT:  Okay.  So your first language is

2    Ilocano?

3          THE WITNESS:  And Tagalog.

4          THE COURT:  And Tagalog.  Could you pull the

5    microphone a little closer to you -- thank you -- 'cause we're

6    having a hard time.

7      Aga, can you mover it closer?

8      Q    (BY MR. YATES:)  Okay.  And Ms. Asuncion, do you own

9    your own home?

10     A    Yes, sir.

11     Q    Okay.  And when did you buy your own home?

12     A    What year?

13     Q    Yeah.

14     A    I think 1993, if I'm not mistaken.

15     Q    And you were a client of Anthony Williams and

16    Mortgage Enterprise Investments, correct?

17     A    Yes, sir.

18     Q    Okay.  Before you became involved with Mortgage

19    Enterprise Investments or MEI, did you have a mortgage?

20     A    Yes, sir.

21     Q    And when you signed up for MEI, who was your

22    mortgage servicer?

23     A    Ocwen Company.

24     Q    Okay.  And how much did you pay per month in

25    mortgage payments before you started with MEI?

```
1       A       1700, sir.

2       Q       $1700?

3       A       Yes, sir.

4       Q       Per month, correct?

5       A       Yes, sir.

6       Q       Okay.  Now, how did you become familiar with

7   Mortgage Enterprise Investments?

8       A       Uhm, I was called by Anabel Cabebe.

9       Q       Okay.  Anabel Cabebe?

10      A       Yes, sir.

11      Q       And how do you know Anabel Cabebe?

12      A       She's a friend of ours.

13      Q       And what, if anything, did Anabel Cabebe tell you

14  about Mortgage Enterprise Investments or Anthony Williams?

15      A       She told me that our mortgage will be reduced in

16  half for monthly payment.

17      Q       And what did you think about that?

18      A       It's very interesting and I'm happy about it.

19      Q       Did you also meet with Anthony Williams?

20      A       Yes, sir.

21      Q       Okay.  How many times?

22      A       I think two times.

23      Q       And where did you meet Anthony Williams?

24      A       At Anabel place.

25      Q       Okay.  How did Anthony Williams introduce himself to
```

1   you?

2      A    He told us about the mortgage investment.

3      Q    Okay.  But how did he refer to himself?  Did he have

4   a title?

5      A    Uhm, he said he is private attorney general.

6      Q    Okay.  And what did you understand a private

7   attorney general was?

8      A    Well, he's a lawyer.

9      Q    Okay.  When you met Anthony Williams either of those

10  times, was he wearing anything that stood out to you?

11     A    Yes.  He have the badge.

12     Q    He had a what now?

13     A    He had the badge.

14     Q    A badge?

15     A    Badge.

16          MR. YATES:  Your Honor, may I approach the

17  witness -- or the courtroom manager with Exhibit 500?

18          THE COURT:  You may.

19          THE WITNESS:  Yeah, this is.

20     Q    (BY MR. YATES:)  Ms. Asuncion, can you take a look

21  at what's been handed to you which has been labeled 500?  Is

22  that the badge that you saw?

23     A    Just like this.

24     Q    Okay.  And was Anthony Williams wearing that badge

25  when you met him?

UNITED STATES DISTRICT COURT

```
 1        A      I think so.

 2        Q      Okay.  And did Anthony Williams say anything about

 3   that badge?

 4        A      He's a federal agent.

 5        Q      He said he was a federal agent?

 6        A      Yeah.

 7        Q      I'm sorry?

 8        A      Federal agent.

 9        Q      Okay.  And what do you remember Anthony Williams

10   saying about his mortgage program?

11        A      He told us that the payment will be lower down.

12        Q      Okay.

13        A      And it's very interesting for us, and even the

14   principal going to be half of it, so that's why we sign with

15   him.

16        Q      So you'd be paying half the amount per month and

17   half the principal; is that right?

18        A      Yes, sir.

19        Q      Did he explain what was going to happen to your old

20   mortgage that was being serviced by Ocwen?

21        A      He mentioned to us that he will contact our existing

22   mortgage company and hopefully he did, but he never do it.

23        Q      Okay.  And what did he say he was going to do when

24   he contacted the old mortgage company?

25        A      He gonna transfer our mortgage to his company.
```

1      Q      Okay.  And what was your opinion of MEI at that time

2  when you talked to him?

3      A      He's very good.  But at the end, they will foreclose

4  our house already because he never do anything at all.

5      Q      Okay.  We're going to get to that.  So did you fill

6  out an MEI application?

7      A      Yes.

8      Q      And do you recall how much you were supposed to pay

9  or how much you did pay per month to MEI?

10      A      For the mortgage, sir?

11      Q      Sure, for MEI's service, whatever it is.

12      A      I don't remember how much I paid, but we paid

13  some -- some amount.

14      Q      Okay.  But it wasn't 1700, correct?

15      A      No.  No, sir.

16      Q      Okay.  Was it about half of that?

17      A      I think we give not that much, but I pay my mortgage

18  to him with my check.

19      Q      To MEI?

20      A      Yes.

21      Q      Correct.  Okay.  Now, once you filled out the MEI

22  application and you started to pay MEI, what did Anthony

23  Williams tell you to do with your payments to Ocwen?

24      A      Okay.  We have to stop our payment already to Ocwen

25  Company.

UNITED STATES DISTRICT COURT

1    Q    Okay.

2    A    So the payment that we did give it to him, that what

3 we paid to him already.

4    Q    Okay.  So do I understand what you just said to me

5 in that you stopped paying Ocwen?

6    A    Yes.

7    Q    And you started to pay MEI?

8    A    Yes.

9    Q    Okay.  So when you started with MEI, what was the

10 status of your payments to Ocwen?

11    A    Well, they sent us a note that --

12    Q    No, no.  Before you joined MEI, were you on time --

13    A    I paying monthly.

14    Q    You were paying monthly?

15    A    Yes, sir.

16    Q    Okay.  And then you started with MEI, correct?

17    A    Yes, sir.

18    Q    Okay.  I'm going to have you take a look at one of

19 those exhibits.  It's Exhibit 200.

20    A    Yes, sir.

21    MR. YATES:  Okay.  And Your Honor, Exhibit 200 has

22 been admitted into evidence.  May I publish?

23    THE COURT:  You may.

24    Q    (BY MR. YATES:)  So, Ms. Asuncion, do you recognize

25 Exhibit 200?

```
 1        A       Yes, sir.

 2        Q       Okay.  And what did Anthony Williams tell you about

 3   what Exhibit 200 was?

 4        A       Excuse me, sir?

 5        Q       What did he tell you the significance of that

 6   document?

 7        A       He told me to register this in the conveyance.

 8        Q       You would register this with the conveyance?

 9        A       Yes.

10        Q       And you mean by the Bureau of Conveyances?

11        A       Conveyances, I'm sorry.

12        Q       I see.  Who filled out Exhibit 200?

13        A       I fill it out, sir, but they pull it in typewritten,

14   so they gave us the original after they already registered to

15   the Bureau of Conveyance.

16        Q       I see.  And you said -- when you said you filled it

17   out, but they typed it, what do you mean?

18        A       Yes.

19        Q       What do you mean when you say you filled it out but

20   they typed it?

21        A       I just fill out the application.

22        Q       In handwriting?

23        A       And give it to them.

24        Q       When you say, "I filled out," do you mean?  You

25   filled it out in handwriting?
```

UNITED STATES DISTRICT COURT

1    A    Yes.

2    Q    Okay.  And then you gave it to them?

3    A    Yes.

4    Q    Who is them?

5    A    I gave it to Anabel, their office, Anabel.

6    Q    Anabel.  Anabel Cabebe, correct?

7    A    Yes.

8    Q    Was it Anabel Cabebe who typed up this form?

9    A    She told me to go to the Bureau of Conveyance to

10   register our property.

11   Q    Okay.  Using this Exhibit 200 form, correct?

12   A    Yes, sir.

13   Q    Okay.  Did Anabel or Anthony Williams explain to you

14   what would happen once you registered your property with

15   Exhibit 200 at the Bureau of Conveyances?

16   A    Well, our mortgage will be transferred already to

17   their office business.

18   Q    Okay.  So you understood that Exhibit 200 would

19   transfer your mortgage?

20   A    Yes.

21   Q    Okay.  If you learned that this Exhibit 200 form did

22   not result in your mortgage transferring over to their office,

23   to MEI, would you still have joined the MEI program?

24   A    Yes.

25   Q    What's that?

UNITED STATES DISTRICT COURT

     1      A      Can you repeat, sir?

     2      Q      Sure.  If you learned that this form didn't transfer

     3   your property or your mortgage to MEI, would you still have

     4   signed the -- signed up for MEI's program?

     5      A      If it is -- if this confirmed one, but they never do

     6   anything, so...

     7      Q      Okay.  So you said that they didn't do anything --

     8      A      Yes.

     9      Q      -- after they formed -- after you registered this

    10   document?

    11      A      Yes.

    12      Q      Okay.  Did you also sign an MEI mortgage?

    13      A      Yes.

    14      Q      Okay.  I'm going to ask you to turn to Exhibit 201.

    15             Your Honor, Exhibit 201 has been admitted.  May we

    16   publish?

    17             THE COURT:  You may.

    18             THE WITNESS:  Yes, sir.  I see it.

    19      Q      (BY MR. YATES:)  Do you recognize Exhibit 201?

    20      A      Yes.  201, sir, yeah.

    21      Q      So if you turn to the last page of Exhibit 201 --

    22   actually there is a number of pages that have your signature.

    23   Can you verify that those are your signatures on Exhibit 201?

    24   Are those your signatures, your --

    25      A      Oh, yes, sir, me and my husband.

                        UNITED STATES DISTRICT COURT

1      Q      Okay.  So this appears to be -- if I go back to the

2  first page -- a Mortgage Enterprise Investments mortgage for

3  you and your husband; is that correct?

4      A      Yes, sir.

5      Q      Now, on this document I blew up a part of the

6  screen -- or blew up a part of the text.  It lists you on the

7  very first page as -- in the middle of the screen, if you look

8  at your screen next to you, I've blown up a part of the

9  mortgage.  The second or third sentence it says, "The secured

10 party creditors and the beneficiaries are Miguel, Julita

11 Asuncion solely as nominee for secured party creditors as

12 herein defined, and secured party creditor, successor, and

13 assigned have an exclusive and superior lien on this mortgage,"

14 and has an address and telephone number of and it gives an

15 address.

16            Do you see that?

17     A      Yes, sir.

18     Q      Okay.  Did you understand the significance of this

19 language?

20            THE COURT:  Do you understand what that means?

21 What -- the part that is on the screen, do you understand the

22 words?

23            THE WITNESS:  They gonna transfer our mortgage to

24 their company.

25     Q      (BY MR. YATES:)  You're listed as a secured party

1   creditor.  Do you see that?

2        A     Yes, sir.

3        Q     Okay.  Did you loan money to anybody?

4        A     No, sir.

5        Q     Okay.  So this mortgage also says at the bottom,

6   "This mortgage replaces and makes null and void the original

7   mortgage instrument" -- and it gives some numbers -- "recorded

8   in the State of Hawaii, Bureau of Conveyances and any other

9   instrument preceding this document."

10              You see that?

11       A     Yes, sir.

12       Q     Did you understand that this mortgage would make

13  your mortgage being serviced by Ocwen void?

14       A     No.

15       Q     Okay.  But do you understand that you -- your old

16  mortgage that was being serviced by Ocwen, did you understand

17  that that was not in effect any more?

18       A     You mean to say it was not affected, my mortgage?

19       Q     Yeah, your old mortgage.

20       A     Yes, because they already taking my mortgage to

21  them, so at that time I am not paying already my mortgage to

22  Ocwen.

23       Q     So you understood that MEI had your mortgage and

24  Ocwen did not have a mortgage; is that right?

25       A     Yes.

UNITED STATES DISTRICT COURT

 1     Q     Okay.  Or that Ocwen was not servicing your mortgage
 2  any more?
 3     A     Yes, sir.
 4     Q     Is that right?
 5     A     Yes, sir.
 6     Q     Now, if you learned that this MEI mortgage was not
 7  valid and that you still had a valid mortgage with Ocwen that
 8  was being serviced by Ocwen, would you have paid money to MEI
 9  and Anthony Williams?
10     A     No.
11     Q     Okay.  You said you believed that Anthony Williams
12  was a lawyer; is that right?
13     A     Yes.
14     Q     Okay.
15     A     In the beginning.
16     Q     If you learned that Anthony Williams was not a
17  lawyer, would you still have paid Anthony Williams and MEI?
18     A     No.
19     Q     Now, before you started with MEI, you said that the
20  status of your mortgage payments to Ocwen was -- was that
21  current?
22     A     Yes.
23     Q     And after you joined MEI, you stopped paying Ocwen,
24  correct?
25     A     Yes, sir.

UNITED STATES DISTRICT COURT

1    Q    Okay.  And why did you stop paying Ocwen?

2    A    Because our mortgage payment is cheaper than our old

3    one.

4    Q    Okay.  Did Anthony Williams or MEI tell you anything

5    about stopping to pay Ocwen?

6    A    Can you repeat, sir?

7    Q    Did Anthony Williams tell you to stop paying Ocwen?

8    A    Yes.

9    Q    Okay.  So can you please tell the jury what happened

10   when you stopped paying Ocwen your monthly mortgage payments?

11   A    Send me a letter that they gonna foreclose my house.

12   Q    Okay.  And what did you do in response?

13   A    Uhm, I went to the office and they said they gonna

14   to continue follow up our mortgage payment.

15   Q    You went to which office?

16   A    Yeah.

17   Q    To whose office?

18   A    Anabel office.

19   Q    Anabel Cabebe?

20   A    Yes.

21   Q    Okay.  And so what did Anabel Cabebe tell you?

22   A    She said that Anthony Williams will follow up --

23        THE DEFENDANT:  Objection.  That's hearsay.

24        THE COURT:  All right.  It is hearsay.

25        MR. YATES:  Correct.  I was actually just having it

1    for her notice, but I can move on to another question.

2              THE COURT:  Okay.  Thank you.  Sustained.

3         Q    (BY MR. YATES:)  And how long did you pay MEI its

4    service fees?

5         A    Maybe only two times.

6         Q    Okay.  What is the total amount that you paid MEI?

7         A    700 each month.

8         Q    Okay.  Was there an initiation fee as well?

9         A    Uhm, I don't remember, sir.

10        Q    And why did you only pay MEI for one or two months?

11        A    Because it's cheaper.

12        Q    No.  Why did you only pay him twice?  You said --

13        A    Oh, because at that time they said that we have

14   already news that they're not doing anything already.

15        Q    So you realized that they were not doing anything?

16        A    Yes.

17        Q    Okay.  So at any time after you stopped paying

18   Ocwen, did Ocwen foreclose on your house?

19        A    They send me only a letter, sir, but I went to one

20   lawyer in Honolulu.

21        Q    Okay.  And what did you do with the lawyer?

22        A    Uhm, she follow up our mortgage company and they

23   never do anything.

24        Q    Okay.  At some point, though, what was the end

25   result of the foreclosure proceedings?

```
 1        A     I went to another modification because they never

 2   sell our house, so they give me an advice to go to a

 3   modification, so finally it was okay.

 4        Q     So you modified your existing mortgage that was

 5   being serviced by Ocwen; is that correct?

 6        A     Yes, sir.

 7        Q     Okay.  And how much again were you paying Ocwen

 8   before you met MEI?

 9        A     $1700, sir.

10        Q     After the modification, how much are you currently

11   paying on your mortgage per month?

12        A     Right now it's 2700, sir.

13        Q     Okay.  Did Anthony Williams or MEI ever return any

14   of your money?

15        A     No.

16        Q     Okay.  And did Anthony Williams do any of the things

17   that he promised he would do?

18        A     No.

19              MR. YATES:  Nothing further on direct, Your Honor.

20              THE COURT:  All right.  Thank you.

21        So, Mr. Williams, I'm going to have us take our next

22   recess 'cause we've been going for over an hour and then we'll

23   start then with your cross-examination.

24        All right.  Ladies and gentlemen, if you would leave your

25   notebooks and iPads behind.  And of course, don't do any
```

1  research or investigate any of the witnesses or matters that

2  were testified about in the trial.

3      Please rise for the jury.  We're on our 15-minute recess.

4  Thank you.

5          (A recess was taken.)

6          (Open court out of the presence of the jury.)

7          THE COURT:  All right.  Let the record reflect the

8  presence of counsel and Mr. Williams.  That the jury's not

9  present.  If there's no other matters we need to take up, then

10  I'm going to have Ms. Elkington get the jury and then you'll be

11  on cross-examination, Mr. Williams.

12      All right.  We're in recess.

13          (A recess was taken.)

14          (Open court in the presence of the jury.)

15          THE COURT:  Let the record reflect the ladies and

16  gentlemen of the jury, the witness is on the stand.  Counsel's

17  present.

18      Mr. Williams, your witness.

19          THE DEFENDANT:  Can I get Government Exhibit 200?

20                      CROSS-EXAMINATION

21  BY THE DEFENDANT:

22      Q      Ms. Asuncion, do you remember the date that this

23  document was filed?  You read the paper right here?

24      A      Maybe around 2013.

25      Q      Say it again?

 1      A      2013.

 2      Q      What's the actual month and day?

 3      A      September 10th.

 4      Q      Right.  September 10th, '13?

 5      A      '13.

 6      Q      Okay.  And who's listed on the UCC as a secure party

 7  on No. 3?

 8      A      Me and my husband.

 9      Q      So you and your husband are listed as a secured

10  party.  Does it state anywhere on that document that MEI is the

11  secure party creditor?

12             THE COURT:  Did you want this published?

13             THE WITNESS:  Yeah --

14             THE DEFENDANT:  Yes, I need to publish.

15             THE COURT:  All right.  You may publish.

16             THE WITNESS:  Can you repeat, sir?

17      Q      (BY THE DEFENDANT:)  Did you see MEI listed on there

18  anywhere?

19      A      Only the conveyance.

20      Q      Under secure party?

21      A      No.

22      Q      And so this is the time that you had signed up for

23  the MEI program?

24      A      Yes.

25      Q      And do you remember that three days after you signed

UNITED STATES DISTRICT COURT

1    this document and signed up, that I was illegally incarcerated

2    for rape and child molestation by the FBI?

3        A     I don't know.

4        Q     You don't remember me going to jail?

5        A     I don't remember.

6        Q     So you don't remember me being gone for 9 months?

7        A     No.  I don't know.

8        Q     Now, you testified earlier that I never contacted

9    Ocwen; is that correct?

10       A     Yes.

11             THE DEFENDANT:  Can we get Defense Exhibit 2055,

12   please, so she can recognize it?

13             THE COURTROOM MANAGER:  2055?

14             THE DEFENDANT:  Yes, ma'am.

15       Q     (BY THE DEFENDANT:)  And do you see where it says

16   Borrower Name you?

17       A     I never receive this kind of documents.

18       Q     But is your name listed on this document?

19       A     No.

20       Q     It's from Ocwen.

21             THE COURT:  Do you see your name?  You see your name

22   on this document?

23             THE WITNESS:  Yes, Your Honor?

24             THE COURT:  Do you see your name on the document?

25             THE WITNESS:  Yes.

UNITED STATES DISTRICT COURT

```
 1                THE COURT:  Okay.  Ask your next question.

 2        Q     (BY THE DEFENDANT:)  Okay.  And is that your

 3   address?

 4        A     Yes.

 5                THE DEFENDANT:  I'd like to enter this in as

 6   exhibit --

 7                MR. YATES:  Objection, Your Honor.  It does not

 8   appear that the witness has testified that she's seen or

 9   produced this document or otherwise has the appropriate

10   foundation for this document.

11                THE COURT:  So --

12                THE DEFENDANT:  Let me ask a few questions.

13                THE COURT:  Yes, if you can establish that because

14   it's not addressed to her.

15        Q     (BY THE DEFENDANT:)  Okay.  Who was your servicer

16   for your mortgage?  What was the name of the company?

17        A     Before your company?

18        Q     Yes.

19        A     Ocwen.

20        Q     So Ocwen Services was the name of your company.  So

21   when you signed up for the MEI program, did I tell you that I

22   would contact Ocwen?

23        A     You told us, but until that such time I never

24   receive anything because I call Ocwen; they said that you never

25   contact them.  I give your name, but nothing at all.
```

```
 1              THE DEFENDANT:  Okay.  Now I would like to enter
 2   this into evidence?
 3              THE COURT:  All right.  Refused.  She can't verify
 4   this.  So you can bring somebody in from Ocwen or another
 5   person who received this or sent it, all right?  But she
 6   doesn't know anything about this document.  All right?
 7       So ask another question, please.
 8       Q    (BY THE DEFENDANT:)  Do you not recognize this
 9   document from Ocwen that was sent to my Common Law Office of
10   America on your behalf that was in your file that you had a
11   copy of?
12       A    No.
13       Q    You don't recognize this --
14       A    No.
15       Q    -- either?
16              Now, after I was incarcerated, Ms. Asuncion, did you
17   believe that the MEI process wouldn't work?
18       A    No.
19       Q    You also testified that you hired an attorney at law
20   that didn't do anything either; is that correct?
21       A    No.
22       Q    Is that correct?
23       A    No.
24       Q    You hired an attorney at law?  Did you hire an
25   attorney at law?
```

1        A      I only have for Attorney Shigemura for my mortgage

2    when she follow up.

3        Q      Right.  What I'm saying, you testified that you had

4    hired an attorney at law before, correct?  You had -- you

5    testified that you had hired --

6               THE COURT:  So she said she hired Shigemura.  So

7    what's your question?

8        Q      (BY THE DEFENDANT:)  Okay.  So when you hired

9    Shigemura, what did he do for you?

10       A      He contacted my mortgage company and they said that

11   they will follow up.

12       Q      And then what happened?

13       A      And then after that, they talked to my mortgage

14   company and he's asking if that -- my property sold or not, but

15   they said it's not.

16       Q      And did he save it from foreclosure?

17       A      No.  But the thing is because he never finished all

18   the documents.

19       Q      So?

20       A      So what I did was I went to a modification

21   processing for that.

22       Q      Okay.  So --

23       A      I don't want that they will foreclose my house.

24       Q      Okay.  So the attorney you hired didn't do all the

25   documents that he was supposed to?

UNITED STATES DISTRICT COURT

 1      A      Yeah.

 2      Q      Okay.  And you testified that you only made two

 3 payments; is that correct?

 4      A      To you, yes.

 5      Q      Okay.  And you also testified that you never

 6 received a refund; is that correct?

 7      A      No.  Yeah.

 8      Q      Okay.  Did you ever fill out the MEI affidavit form

 9 for a refund?

10      A      No.

11      Q      Did you ever send an email to me requesting a

12 refund?

13      A      No.

14      Q      Did you ever mail me a letter asking me for a

15 refund?

16      A      No, because I don't know your address.

17      Q      Did you email or mail MEI and ask for a refund?

18      A      No.

19      Q      When I introduced myself to you, did I introduce

20 myself as private attorney general Anthony Williams or federal

21 officer Anthony Williams?

22      A      Yes.

23      Q      Which one did I --

24      A      Both.

25      Q      I said I was a federal officer?

1    A    Uh-huh.

2    Q    When did I tell you that?

3    A    The first time I met you.

4    Q    And I told you I was a federal officer?

5    A    Yeah.

6    Q    But not private attorney general?

7    A    You are a private attorney general you said.

8    Q    Are you mistaking federal officer for sovereign

9  peace officer?

10   A    Well, because you give us both, federal officer and

11 private general.

12   Q    Okay.  Would you like to look at the badge -- the

13 badge up there?

14   A    Yeah, that's the one you showed us.

15   Q    That's the badge I showed you?

16   A    Yes.

17   Q    Can you read what it says on that badge?  What's the

18 name on it?

19   A    Sovereign Peace Officer USA.

20   Q    Right.  So does it say federal officer anywhere on

21 that badge?

22   A    No.  Just like you told us federal agent at that

23 time, so that's why I know you gave it to us.

24   Q    So I told you that I was a federal agent?

25   A    Yes.

UNITED STATES DISTRICT COURT

1    Q    Did you see any of the videos of me representing

2  clients in court?  Did you see any of my YouTube videos?

3    A    No.

4    Q    After I won my case and I was released, did you seek

5  my assistance after I was released in 2014 and 2015?

6    A    No, I don't remember.

7    Q    So you don't -- so after 2013, you didn't seek my

8  assistance no longer after 2013?

9    A    Yes.

10        THE DEFENDANT:  Can I get Government Exhibit 201,

11  please?  I'd like to publish it.

12        THE COURT:  Is that received in evidence?

13        THE DEFENDANT:  Yes, it was received.  It's the

14  government's exhibit.

15        THE COURT:  Right.  They have lots of exhibits, but

16  not all of them received.  Is that received?

17        THE COURTROOM MANAGER:  It is.

18        THE COURT:  All right.  You may publish.

19    Q    (BY THE DEFENDANT:)  Okay.  Ms. Asuncion, can you

20  read the date that this mortgage was executed?

21    A    Yeah, the Exhibit 201?

22    Q    Where it says, "This mortgage security instrument is

23  made on" -- can you read what date that is?

24    A    I don't think this is the time you recorded my

25  mortgage.

29

 1      Q      Can you see the date?

 2      A      Yes.

 3             THE COURT:  It's in evidence.  She can read the

 4  date --

 5      Q      (BY THE DEFENDANT:)  Okay.  The date on the document

 6  is 17th day of June 2015.

 7      A      Uh-huh.

 8      Q      Okay?  Now, you just testified that after 2013 you

 9  did not seek my assistance at all, and this is two years later?

10      A      Yes.

11      Q      Okay.  So you did seek my assistance after 2013?

12      A      Yes.

13      Q      So when I filed this mortgage on your behalf, do you

14  remember when you came to the office?

15      A      2013?

16      Q      No, ma'am.  What day did you come to the office to

17  fill this out?

18             THE COURT:  Well, you have --

19             THE WITNESS:  First time you came here in Hawaii.

20      Q      (BY THE DEFENDANT:)  So in 2015 after I won my case

21  and I came back to Hawaii, do you remember coming to the office

22  and me drafting documents for you 'cause at that time you was

23  already in foreclosure?  Do you remember that?

24      A      I don't remember.

25      Q      You don't remember --

UNITED STATES DISTRICT COURT

```
 1      A      No.

 2      Q      -- signing this document?

 3      A      Oh, for the mortgage company?

 4      Q      MEI mortgage.  You don't remember signing this in

 5   2015?

 6      A      The last page of the paper?  Or the mortgage?

 7      Q      Yeah, yeah, your signature on there?

 8      A      But there's no signature -- there's no date.  I only

 9   signed the paper.

10      Q      Well, the date is on the front of the document.

11      A      But the contract is here.  This is only the UCC.

12             THE COURT:  Okay.  So ask her a question.  The

13   document's in evidence, speaks for itself.  So what's your

14   question?  Does she remember this document?  Is that your

15   question?

16             THE DEFENDANT:  Yes.

17             THE COURT:  Okay.  Do you remember ever seeing this

18   document?

19             THE WITNESS:  Yes.  I signed this one, but there's

20   no date when I sign it.

21             THE COURT:  All right.  So what's your next

22   question?

23      Q      (BY THE DEFENDANT:)  Did can you see the date right

24   there where I circled?

25             THE COURT:  Is that your handwriting on the date
```

UNITED STATES DISTRICT COURT

1    where it says --

2              THE WITNESS:  Yes.

3              THE COURT:  -- 17th of June?  Is that your

4    handwriting?

5              THE WITNESS:  Yeah.

6              THE COURT:  That's your -- don't guess now.  Do you

7    recognize the handwriting?

8              THE WITNESS:  Yes.  Yes, Your Honor.

9              THE COURT:  Okay.  Whose handwriting is that for the

10   date June?

11             THE WITNESS:  Yes, Your Honor.

12             THE COURT:  Whose handwriting is that, if you know?

13   Do you know?

14             THE WITNESS:  Yeah, that's the time, but --

15             THE COURT:  No.  Okay.  So you recognize your

16   handwriting, yes?

17             THE WITNESS:  Yes, Your Honor.

18             THE COURT:  Okay.  Your signature?

19             THE WITNESS:  Yes, Your Honor.

20             THE COURT:  Okay.  And then the signature to the

21   left of your signature is your husband?

22             THE WITNESS:  Yes, Your Honor.

23             THE COURT:  Okay.  But above it there's a date.  Do

24   you see that inside the red circle?

25             THE WITNESS:  Yes, Your Honor.

UNITED STATES DISTRICT COURT

```
 1                 THE COURT:  Do you know who wrote that?

 2                 THE WITNESS:  I don't know, Your Honor.

 3                 THE COURT:  Okay.  All right.  Ask her another

 4      question.

 5          Q    (BY THE DEFENDANT:)  Okay.  And do you know who

 6      Anabel Cabebe is?

 7          A    Right now?

 8          Q    Yeah.  Do you know who Anabel Cabebe is?

 9          A    Yes.

10          Q    Okay.  And she's the one that notarized this

11      document --

12          A    Yes.

13          Q    -- correct?  So you did have the document notarized

14      and it was filed in 2015.

15                 THE COURT:  Does she know that?

16          Q    (BY THE DEFENDANT:)  Right.  Do you know that?

17                 THE COURT:  Did you see Anabel sign this document,

18      Anabel Cabebe?  Did you see her sign it?

19                 THE WITNESS:  'Cause the time I give the

20      application, I don't know what time, what day she notarized

21      'cause I just fill out the application.

22                 THE COURT:  Okay.

23                 THE WITNESS:  The UCC.

24                 THE COURT:  So he's just asking you did you see

25      Anabel sign it and put the seal on the paper?  Did you see it?
```

UNITED STATES DISTRICT COURT

```
 1                 THE WITNESS:  I don't think so.

 2                 THE COURT:  Okay.

 3        Q     (BY THE DEFENDANT:)  Okay.  So you saying Anabel

 4   notarized this document outside of your presence?

 5        A     I think so.

 6        Q     Okay.  So you and your husband weren't at

 7   the -- there at the same time to sign this document?

 8        A     Yes, because the only thing I did was to fill out

 9   the application.

10        Q     No.  I'm saying so is that your signature or you

11   saying Anabel forged your signature?

12                 THE COURT:  No.  She's saying that's her signature.

13                 THE DEFENDANT:  Okay.  So --

14                 THE COURT:  Yeah.

15        Q     (BY THE DEFENDANT:)  So that's your signature and

16   that's your husband's signature?

17        A     Yes.

18        Q     So are you saying that you and your husband signed

19   this document and then later at another time that Anabel

20   notarized it?

21        A     I think so, yes.

22        Q     Okay.  Do you remember shortly after filing this

23   mortgage document, did you go to the Bureau of Conveyances or

24   did Anabel file it?

25        A     Anabel did.
```

34

1    Q    Anabel filed it?

2    A    Yes.

3    Q    Okay.  And were you able to complete the full MEI

4  process which takes approximately three to four years?  Was you

5  able to complete the process?

6         THE COURT:  Wait.  Does she know what the process

7  is?

8         THE DEFENDANT:  Well, it's a lot of different

9  documents that, you know --

10        THE COURT:  I understand.  But you're asking her if

11 she was able to, but you haven't established that she knows

12 what you're talking about.

13        THE DEFENDANT:  Okay.

14        THE COURT:  Yeah.

15   Q    (BY THE DEFENDANT:)  In the -- did you get to fill

16 out -- did you fill out a QWR -- do you remember filling out a

17 QWR form, a qualified written request form?

18   A    I don't remember, sir.

19   Q    Do you remember filling out a secretary of state

20 form?

21   A    I don't remember.

22   Q    Do you remember filling out a notice of validation

23 and demand to validate the debt form?

24   A    No, I don't think so.

25   Q    Okay.  So then you never got to go through the

 1   process then; is that correct?

 2        A    Yes.

 3        Q    Okay.  Now, when you used to come to the office to

 4   see me, about approximately what time would it usually be when

 5   you would come by the office to see me?

 6        A    Late afternoon.

 7        Q    Late afternoon?  Did you ever come to visit me in

 8   the evenings?

 9        A    Yes, one time.

10        Q    About what time was that?

11        A    About 6:00 to 7:00.

12        Q    6:00 to 7:00?  And when you first signed up the MEI

13   application, did -- who was the one who signed you up?  Did I

14   sign you up?  Did Anabel sign you up?  Did Henry Malinay sign

15   you up?  Who was the one that signed you up?

16        A    For the mortgage?

17        Q    Yeah.  When you signed -- when you filled out the

18   application, who was the one that signed -- what was the person

19   that signed you up and you signed the documents with?

20        A    With Anabel.

21        Q    It was Anabel?  Okay.  So when you signed the

22   documents, did she sign the documents with you?  Like, when she

23   showed you a document, did she explain the document and then

24   ask you, "Do you understand?"  Did she do that with you?

25        A    Yes.

```
 1         Q      And so after she explained that to you, then you
 2    would sign it?
 3         A      Yes.
 4         Q      Okay.  So she did that with each page of the
 5    application?
 6         A      No.  Just let me sign.
 7         Q      So did she do that with some pages or a few pages or
 8    none of the pages?  'Cause I just asked you did she go through
 9    it and you said yes and you signed.
10                THE COURT:  I'm sorry.  You need to ask her one
11    question.  So what's the question you want to ask her?
12         Q      (BY THE DEFENDANT:)  So did Anabel explain before
13    you signed?  Did she read the document to you and ask you,
14    "Ms. Asuncion, do you understand?"
15         A      I don't remember I did that because the only thing I
16    sign is the mortgage documents.  That's all I did.
17         Q      So you didn't sign no other -- so you didn't
18    sign -- you don't remember signing the MEI application?
19         A      No.
20         Q      Because you wouldn't have been able to do this if
21    you didn't sign --
22                THE COURT:  Well, you can't testify, so you need to
23    ask her what she knows.  What she remembers.
24         Q      (BY THE DEFENDANT:)  Okay.  So the mortgage document
25    is the only document that you remember signing?
```

UNITED STATES DISTRICT COURT

1     A     Yes.

2     Q     You don't remember signing a note?

3     A     No.

4     Q     You don't remember signing any document that we had

5  to send to Ocwen in order to have -- to represent you for -- in

6  place of Ocwen to represent you?

7     A     No.

8     Q     So you don't remember signing any of that?

9     A     I don't remember.

10          THE DEFENDANT:  Okay.  I have no more questions.

11          THE COURT:  All right.  Mr. Yates, do you have any

12  other questions?

13          MR. YATES:  Very briefly, Your Honor.

14                    REDIRECT EXAMINATION

15  BY MR. YATES:

16     Q     Ms. Asuncion, I believe you were asked just now

17  about the MEI mortgage document.  Do you remember that?

18     A     Yes.

19     Q     Okay.  And you were asked some questions about the

20  dates on the MEI mortgage document.  Do you recall that?

21     A     Yes.

22     Q     Okay.  You remember that you filled out some forms

23  when you signed up for MEI, correct?

24     A     I think so.

25     Q     Okay.  And do you remember whether these forms had

1    dates on them?

2         A    Can I remember -- the only thing is the mortgage

3    documents.

4         Q    You remember the mortgage document?

5         A    Yeah.

6         Q    And you remember signing that?

7         A    Yeah.

8         Q    Okay.  And I believe you just testified that you

9    don't recall the date being there?

10        A    Yes.

11        Q    Is that correct?

12        A    Yes, I think so.

13             MR. YATES:  Nothing further for this witness, Your

14   Honor.

15             THE COURT:  All right.  Any other questions,

16   Mr. Williams?

17             THE DEFENDANT:  No.

18             THE COURT:  All right.  So thank you very much.

19   You're excused as a witness.  Don't talk about your testimony

20   until the trial has finished.  All right?

21             THE WITNESS:  Yes, Judge.

22             THE COURT:  Have a good day.

23             THE WITNESS:  Thank you so much.

24             (This concludes the partial testimony requested.)

25

UNITED STATES DISTRICT COURT

1                    COURT REPORTER'S CERTIFICATE

2

3          I, DEBRA READ, Official Court Reporter, United

4    States District Court, District of Hawaii, do hereby certify

5    that pursuant to 28 U.S.C. §753 the foregoing is a complete,

6    true, and correct transcript of the stenographically reported

7    proceedings held in the above-entitled matter and that the

8    transcript page format is in conformance with the regulations

9    of the Judicial Conference of the United States.

10                    DATED at Honolulu, Hawaii, February 22, 2020.

11

12

13                         */s/ Debra Read*

14                    DEBRA READ, CSR CRR RMR RDR

15

16

17

18

19

20

21

22

23

24

25

                         UNITED STATES DISTRICT COURT