Anthony Williams
Private Attorney General
P.O. Box 30080
Honolulu, HI 96820
Sui Juris

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 16 2020

at 12 o'clock and 00 min. P M
CLERK, U.S. DISTRICT COURT

filed copy
mailed 6/17/20

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES OF AMERICA

v.

ANTHONY WILLIAMS

CASE NO. 17-00101 LEK

MOTION TO SHOW THE GOVERNMENT
IN COMPLICITY WITH THE COURT
HAS DIVESTED PRIVATE ATTORNEY GENERAL
Anthony Williams OF THE ABILITY TO
PROPERLY RESEARCH, DRAFT AND RESPOND
TO MOTIONS

Received By Mail
Date 6/16/20

Private Attorney General Anthony Williams, a servant of the Most High Yahweh Elohim Yahshua and submits this motion in response to the courts recent orders. The undersigned states the following facts.

1. Kenneth J. Mansfield unlawfully denied the undersigned's Motion Demanding Access to Courts and the supplemental motion.

2. The order failed to acknowledge that the undersigned has exhausted his administrative remedies and proved that the FDC Admin Remedy Process is a farce and a sham.

3. The undersigned previously submitted documented evidence that he filed the BP-8, BP-9, BP-10 and BP-11 forms all the way up to headquarters and was denied relief by each agency erroneously sending rejection letters stating that the undersigned must file for relief at the institution he was housed in, in which the undersigned had already done and sent

copies to both the regional and headquarters and that the undersigned had ~~requested~~ that he did follow the proper procedures and both of the said idiots resent the same asinine rejection letter ~~stating the same thing.~~

4. That process took over 9 months which according to your own law was unlawful and violates your policy.

5. The sentencing hearing is scheduled for July 9, 2020 and it is not feasible to go through this sham Admin process before that time to obtain relief and the government and this court knows this.

6. The undersigned has filed numerous grievances which have gone unanswered and this facility does not provide copies of the copouts and they have denied access to the computers to submit electronically to have a digital trial of the exhaustion. This is intentional.

7. The undersigned has no access to a computer to do proper ~~research~~ to research the cases the government submits in their motion in order to put forth opposing case law to support the undersigned's position, and so the undersigned has had to respond to motion which have no case law or legal authorities to support his position. This is a gross violation of due process and equal protection under the law.

8. The government has use of computers, research engines, word process, copies and the ability to save, edit and print its motion while the undersigned has been deprived of the available technology and reduced to handwriting responses with a flimsy pencil which bend when you write as if we are living in 1520 instead of 2020. They at least were able to write with ink in 1520 which the undersigned has been deprived of;

9. Just because the undersigned is brilliant and far more competent than any attorney at law, does not give the government nor this court the right to force the undersigned to fight his case as if he is living in the 1500's.

10. Judge Richard Puglisi saw the ridiculousness in the governments argument that the undersigned didn't need a computer with wordprocessing, save capability and printing and ordered the FDC to provide those things to the undersigned.

11. The government appealed the order and Kobayashi, as it has been her disposition, totally disregarded the findings of Judge Puglisi and overturned his order which is the reason and cause I have been deprived up until this day.

12. The undersigned has been in the SHU since May 7, 20 for 24 hours a day with no recreation and no access to his legal work or law library.

13. The government and the court wants the undersigned to follow the rules (which he has done), yet they continue to break their own rules, break the law and violate the undersigneds rights.

14. Kenneth M. Sorenson and Gregg Paris Yates were embarrassed and exposed by the undersigned at trial and needed the unlawful bias and help from the court in order to obtain an unlawful conviction and continues to have the court be in complicity with them to hinder the undersigned's access to the proper legal equipment to challenge his unlawful and racist conviction

15. The government's complicity with this court has prevented the undersigned to be in contact with his family after the death of the undersigned's youngest son Kinayah Shazzen Williams, to cause undue stress, mental and emotional anguish in order to intervere with his ability to collaterally attack his unlawful conviction.

16. Despite all of your wicked and unlawful actions, Yahshua the Mahshyah has assured me that I will be triumphant and you all will have to suffer the righteous vengeance of Yahweh shortly.

CONCLUSION

Based upon the foregoing facts, the undersigned's original Motion should be granted, Mansfield's unlawful order overturned and the undersigned be given the access he is entitled to as a matter of right and a matter of law. But the undersigned has already come to the conclusion as he prophesied before, that wicked people do not know how to perform righteous acts. So the government and this court will continue to act wickedly as the undersigned has prophesied and will suffer the consequences before the throne of Yahweh! Executed this 7th day of June 2020.

Righteously submitted,

Anthony Williams
Private Attorney General
Counsel to the Poor (Psalms 14:6)
Commonlaw Counsel (28 USC 1654, First Judiciary Act of 1789, Sec, 35)
Lawyah (not lying lawyer)