LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea St., 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | DEFENDANT'S SUBMISSION OF SUPPORT LETTERS; DECLARATION OF COUNSEL; EXHIBIT "A;" CERTIFICATE OF SERVICE |

DEFENDANT'S SUBMISSION OF SUPPORT LETTERS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby submits Defendant's Submission of Support Letters; Declaration of Counsel; Exhibit "A" and Certificate of Service.

2

Dated:  October 5, 2020

        /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams