# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 17-00101(01) LEK

CASE NAME:   United States v. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi

DATE:   10/06/2020

COURT ACTION:  EO:  COURT ORDER REGARDING MOTION FOR PREPARATION OF TRANSCRIPTS

On September 30, 2020, pro se Defendant Anthony T. Williams ("Defendant") filed his Motion for Preparation of Transcripts ("Transcript Motion"). [Dkt. no. 1088.] Defendant appears to have filed the Transcript Motion pursuant to the magistrate judge's September 17, 2020 entering order ("9/17/20 EO") ruling on Defendant's August 26, 2020 Motion for a FRAP 9(a) Appeal ("Appeal Motion"). [Dkt. nos. 1076, 1084.]

However, the 9/17/20 EO also directed Defendant to complete and file the Transcript Designation & Ordering Form (Appeals) ("Transcript Form").  Defendant has yet to submit the Transcript Form.  This Court will take no action on Defendant's Transcript Motion until the Transcript Form is submitted.

Copies of the Transcript Form were sent to Defendant with the 9/17/20 EO.  The form is also available on the district court's website.  Defendant may submit the form, along with the appropriate paperwork to request Criminal Justice Act funds for the transcripts, through his stand-by counsel.

IT IS SO ORDERED.

Submitted by:  Tammy Kimura, Courtroom Manager