# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101-1 LEK

CASE NAME:     USA vs. Anthony T. Williams

JUDGE:     Leslie E. Kobayashi     DATE:     10/19/2020

COURT ACTION:  EO:  ORDER GRANTING DEFENDANT'S REQUEST TO CONVERT SENTENCING HEARING FROM IN-PERSON TO VIDEO TELECONFERENCE

On October 19, 2020, Defendant Anthony T. Williams ("Defendant"), by and through his stand-by counsel, advised the Court and counsel for Plaintiff United States of America ("the Government") that he requests to attend his sentencing hearing scheduled to be held in court on October 26, 2020 by video teleconference rather than physically attend it in the courthouse.  The Court notes that Defendant is currently held at FDC Honolulu and would be required to undergo a quarantine period of not less than 14 days should he leave FDC Honolulu and participate in his sentencing hearing in the courthouse.

The Court FINDS that, under Section 15002(b) of the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") that felony sentencing under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person without seriously jeopardizing public health and safety, and further FINDS that specific reasons exist that the sentencing in Defendant's case cannot be further delayed without serious harm to the interests of justice, and thus his sentencing must be conducted by video teleconference.  Defendant has been detained pending his sentencing for several months.  Further, on October 9, 2020, the Chief Judge of the District of Hawai'i issued Temporary General Order limiting in-court hearings and delaying jury trials until November 14, 2020 because of the COVID-19 pandemic.

The Court construes Defendant's request as his consent to proceed by video teleconference for his sentencing hearing.

The sentencing hearing will be conducted with counsel, witnesses and the judge present in the courtroom, and Defendant participating by video teleconference.  The Government has given prior notice that it intends to call at least four witnesses who are victim of Defendant to testify regarding their victim impact.

Based on the foregoing, Defendant's request to participate by video teleconference is hereby GRANTED.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager