# MINUTE ORDER

CASE NUMBER: CRIMINAL NO. 17-00101 LEK

CASE NAME: USA vs. Anthony T. Williams

JUDGE: Leslie E. Kobayashi    DATE: 10/20/2020

COURT ACTION:  EO:  COURT ORDER CONSTRUING FILING AS SUPPLEMENTAL SENTENCING STATEMENT

On October 19, 2020, Defendant Anthony T. Williams ("Defendant") filed his Motion/Sentencing Memorandum (dkt. no. 1100) and the Court construes this filing as a supplemental sentencing statement.  It notes that Defendant filed his Sentencing Memorandum on October 5, 2020 (dkt. no. 1091).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager