# MINUTE ORDER

CASE NUMBER:       CRIMINAL NO. 17-00101 LEK

CASE NAME:         USA vs. Anthony T. Williams

JUDGE:     Leslie E. Kobayashi     DATE:     10/20/2020

COURT ACTION:   EO:  COURT ORDER DENYING MOTION FOR PREPARATION OF TRANSCRIPTS, FILED 9/30/2020 [DKT NO. 1088]

On September 30, 2020, Defendant Anthony T. Williams filed his Motion for Preparation of Transcripts (dkt. no. 1088)("Motion"), and it is hereby DENIED for the reasons set forth in the Court's prior order filed on October 6, 2020 (dkt. no. 1092).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager