Case 1:17-cr-00101-LEK   Document 1103   Filed 10/20/20   Page 1 of 1   PageID #: 13074

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 20 2020
DISTRICT OF HAWAII

LETTER

Received By Mail
Date OCT 20 2020

Oct 14/20

Judge Kobayashi

HAVE MERCY!
Please Release ATW.

The only "victims" in his "crimes" are the banksters that were stopped from putting people out on the streets.

ATW loves the Lord + he would not hurt anyone.

He is only loving his brother as himself + treating people the way he wishes to be treated.

He loves the Lord + serves HIS 10 commandments the best he knows how.

I hope + pray he is an example to you + that you release him to help others as soon as possible.

He has been tortured in solitary → LONG ENOUGH.

Sincerely, Erin ohta