RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 20 2020
DISTRICT OF HAWAII

LETTER

Hello Judge Leslie Kobayashi,

My name is Rudy Davis and I run a small Christian prison ministry. Anthony Troy Williams and I have come to know each other over the last 1.5 years through phone calls, emails and US letters. I consider him a brother in the family of Jesus Christ. It is obvious to me (although you will likely find it hard to believe) that Anthony has a smear campaign targeted at him. I refer to them as a bunch of devilish hyenas. Their main websites are www.thefogbow.com and www.quatloos.com. Just type in "Anthony Troy Williams" on either website and you will see pages and pages of defamatory and derogatory slander targeted at Anthony. What drives their enthusiasm and enmity against Anthony? As a judge, you may be inclined to believe these websites and think that all this information is an accurate representation of Anthony's character from people who care about justice. You would be sorely mistaken. The FBI has for years engaged in targeted attacks on individuals in order to silence them, slander them in the media, and intimidate their friends. Why was Anthony denied a trial for 3 years? Why did the FBI cold call all his clients and ask leading questions to initiate any fraudulent claims? Why has Anthony's website all been taken down? Why was I denied as a character witness at his trial? Why was US Deputy Marshal Stan Salas allowed to call Anthony's friend and put her "on notice" of the consequences of continuing to support Anthony? Stan clearly used his position to intimidate Anthony's friend and we have it recorded.

I ask that you do the right thing regarding Anthony Troy Williams as history will show the horrific behavior of the FBI, US Marshals and the criminal justice system that has been used as a political weapon against Anthony because of his belief system. You may not agree with Anthony but that should not allow you the right to use the law as a political weapon against Anthony in order to silence him. Our Father who art in Heaven sees all that happens on this Earth and there will be nothing done that will be hidden. All things will be accounted for before the Lord.

Luke 12:2-3 For there is nothing covered, that shall not be revealed; neither hid, that shall not be known. Therefore whatsoever ye have spoken in darkness shall be heard in the light; and that which ye have spoken in the ear in closets shall be proclaimed upon the housetops.

All glory to Jesus,

Rudy Davis / 972-839-9848

www.YearOfJubile.com/anthony

*[signature]*

Received By Mail
Date OCT 20 2020