Willie L. Williams
100 Majestic View Court
Harker Heights, Texas 76548
Cell Phone 254-251-7513
Email-WillieWilliams2018@yahoo.com

LETTER

October 23, 2020

RE: Anthony Troy Williams

To: The Honorable
Judge Leslie E. Kobayashi
U.S. District Court
District of Hawaii

Dear Judge Kobayashi:

My name is Willie Williams I am 75 years old and I am married to my wife Barbara 73 years old. I am a licensed ordained Elder and a member of Bountiful New Life Church of God in Christ and my wife is also a licensed Evangelist Missionary. We are the parents of Anthony Troy Williams and we Love him very much.

I am writing this letter to say that we are aware that our son, Anthony Williams is about to be sentenced and we are praying that we can say something to you about our son so that God will touch your heart to reconsider his punishment.

We have six children 2 deceased 15 grandchildren I deceased which is Anthony's baby son that was accidentally shot in the face on his 18th birthday this year in May. Anthony was a father of four. But now has one daughter, two sons and one grandson.

Growing up Anthony was not a problem child. He was a good child. Obedient, helpful, kind hearted, loving, friendly and very respectful. Very talented, intelligent with a spirit of excellence in the way he presented himself. Whenever he was asked to help, he was there with a helping hand no matter what the task was. He is a person of good moral character. Although it may be hard for you to believe that.

My son had a strong desire to reach out and help when and where he could but did not realize the task was overwhelming. Anything can happen especially if you are not led by the spirit of God and trying to do things on your own.

As a parent I know that my son would take the shirt off his back, the shoes off his feet to help someone in need. The mistake he made was hurtful to many families and I know that he regrets

the outcome. I know that if he had a chance, he would never go down that path again, but would rather do what he was called by God to do and that is Teach God's word of Salvation. I realize that from a child God chose him to be a mouthpiece for him. God equipped him by giving him everything he needed to be a good servant.

The calling on his life required God's full attention. And because he felt that God was leading him in another direction his focus was broken with other distractions that caused him to be in this situation. When he got distracted from the call of God that was upon his life things got out of control.

We want all the families to please forgive our son for the mistake he made that caused them hurt and pain.

I pray that through this letter you saw our son in a different light. We're praying for God's Grace and Mercy because it's only by the Grace of God that He will Bless you to give our son leniency .Please give him another chance in this life to do God's will .

Thank you so much for taking the time out of your busy schedule to accept and read this letter. You can contact me with information provided above.

Sincerely,

*Elder Willie L William*

Elder Willie L. Williams