LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea St., 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANTHONY T. WILLIAMS,<br><br>　　Defendant. | DEFENDANT'S SECOND SUBMISSION OF SUPPORT LETTERS; DECLARATION OF COUNSEL; EXHIBITS "A" – "I": CERTIFICATE OF SERVICE |

DEFENDANT'S SECOND SUBMISSION OF SUPPORT LETTERS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby submits Defendant's Second Submission of Support Letters; Declaration of Counsel; Exhibits "A" – "I" and Certificate of Service.

Dated: October 23, 2020

                                     /s/ Lars Isaacson
                              LARS ROBERT ISAACSON
                              Standby Attorney for
                              Defendant Anthony T. Williams