# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF HAWAII

 3
      UNITED STATES OF AMERICA,      ) CR 17-00101 LEK
 4                                   )
              Plaintiff,             ) Honolulu, Hawaii
 5                                   ) February 6, 2020
        vs.                          )
 6                                   ) PARTIAL TRANSCRIPT:
      (1) ANTHONY T. WILLIAMS,       ) TESTIMONY OF LOREEN TROXELL
 7                                   )
              Defendant.             )
 8    _____)

 9
                PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
10              BEFORE THE HONORABLE LESLIE E. KOBAYASHI
                      UNITED STATES DISTRICT JUDGE
11
      APPEARANCES:
12
      For the Government:      KENNETH M. SORENSON, AUSA
13                             GREGG PARIS YATES, AUSA
                               Office of the United States Attorney
14                             300 Ala Moana Boulevard, Suite 6100
                               Honolulu, Hawaii 96850
15
      Also Present:            MEGAN CRAWLEY, FBI Special Agent
16
      For the Defendant (1)    ANTHONY T. WILLIAMS, Pro Se
17    Anthony T. Williams:     05963-122
                               Federal Detention Center Honolulu
18                             Inmate Mail/Parcels
                               P.O. Box 30080
19                             Honolulu, Hawaii 96820

20    Standby Counsel:         LARS ROBERT ISAACSON, ESQ.
                               547 Halekauwila Street, Suite 102
21                             Honolulu, Hawaii 96813

22    Official Court Reporter: Debra Read, RDR
                               United States District Court
23                             300 Ala Moana Boulevard
                               Honolulu, Hawaii 96850
24
      Proceedings recorded by electronic sound recording; transcript
25    produced with computer-aided transcription (CAT).
```

12

1    Q    Okay.  So did Anthony Williams tell you anything
2    about what to do with your monthly payments to Ocwen?
3    A    Stop -- we are not gonna pay them any more.  We
4    gonna start paying MEI.
5    Q    Okay.  And how much were you supposed to start
6    paying MEI?
7    A    Uhm, suppose to be half of this 2263.09, but
8    we -- and then he calculated into half of that.  But we
9    negotiate to Anabel Cabebe if we can pay 900, and he said yes.
10   Q    Okay.  So after you signed up for MEI, you started
11   to pay just $900 per month to MEI, correct?
12   A    Yes, sir.
13   Q    Okay.  And how much were you paying to Ocwen after
14   that?
15   A    We was paying 2,200.
16   Q    After MEI how much were you paying?  So after you
17   signed up and you started to pay MEI, how much were you paying
18   Ocwen every month?
19   A    That, 2,200 -- oh, after the --
20   Q    After MEI.
21   A    Okay.  It was --
22   Q    No, no.  Hold on.
23   A    20- --
24   Q    Let me back you up.  So you signed up for MEI,
25   right?

UNITED STATES DISTRICT COURT

```
 1      A     Yes.

 2      Q     And Anthony Williams told you to stop paying Ocwen?

 3      A     Yes.

 4      Q     So did you stop paying Ocwen?

 5      A     Yes.

 6      Q     So you didn't pay Ocwen any more money?

 7      A     No more.

 8      Q     Okay.  So I'm going to ask you -- I'll take this
 9 down.  I'm going to ask you to turn to the next exhibit, okay?
10 And the next exhibit is Exhibit 206  which has been admitted.

11            So, Your Honor, may I publish Exhibit 206?

12            THE COURT:  You may.

13            THE WITNESS:  206.  Yes.

14      Q     (BY MR. YATES:)  Okay.  So do you have Exhibit 206
15 in front of you, Ms. Troxell?

16      A     Yes, sir.

17      Q     Okay.  So now, what do you recognize Exhibit 206 to
18 be?

19      A     This is about UCC.

20      Q     Okay.  And did Anthony Williams tell you what the
21 UCC was going to do?

22      A     Yes.

23      Q     Okay.  What did he say?

24      A     He told me that UCC is something that will -- I can
25 get protected whoever that have interest and foreclosing on my
```

```
 1                COURT REPORTER'S CERTIFICATE

 2

 3           I, DEBRA READ, Official Court Reporter, United

 4   States District Court, District of Hawaii, do hereby certify

 5   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 6   true, and correct transcript of the stenographically reported

 7   proceedings held in the above-entitled matter and that the

 8   transcript page format is in conformance with the regulations

 9   of the Judicial Conference of the United States.

10
             DATED at Honolulu, Hawaii, February 22, 2020.
11

12

13                    /s/ Debra Read

14                    DEBRA READ, CSR CRR RMR RDR

15

16

17

18

19

20

21

22

23

24

25
```