# EXHIBIT B

DB

MORTGAGE ENTERPRISE INVESTMENTS

**MEI Application**
**Customer Information**

check resubmitted @Henry   DNL ✓   Original

**FULL Name**
(Borrower) LOREEN DIRECTO TROXEL    (Co-B)

**Address**
98-881 ILIEE ST

| City | State | Zip |
|---|---|---|
| AIEA | HAWAII | 96701 |

| Home Phone Number | Cell Phone Number | Email |
|---|---|---|
| 808- | | |

**Social Security Number (all applicant)**
(Borrower) ███-5273    (co-borrower)

**Driver's license Number** | State | Date of Birth (All applicant)
(B) ███  (C-B)  |  HI  (B) ██/1962  z  (C-B)

**City, State, County of Birth**
LA UNION, PHILIPPINES

**Referred by**
HENRY MALINAY

**szMortgage Information**

**Current Mortgage Company**   Loan # ███7015
OCWEN LOAN SERVICING, LLC

| Loan Balance | Monthly Payment | Loan Term | Years Left |
|---|---|---|---|
| 644,793.51 | $ 2263.09 | 30 YEARS | |

Annual Property Tax

**Comments/Additional Info**
$322,396.50 - NEW MEI Balance - NEW
NEW MEI monthly mortgage → $1,000.00 - NEW   corrected ✓

check - $1,500.00

**Agent/Agency Information**

| Name | Location ID |
|---|---|
| Common Law Office of America | HI033 |

| Authorized Representative signature | Date |
|---|---|
| Anthony Williams | 7-9-13 |
| Customer Signature | Date |
| Loreen D. Troxel | 7-9-2013 |

1228-033 (07/02) MEI Application    Mortgage Enterprise Investments

VCC
F.ling # 130028544269
Doc # 500689330002

Henry VV

**EXHIBIT 806**

090613VSS945