# EXHIBIT C

I hereby certify that this is a true copy from the records of the Bureau of Conveyances,



Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

**STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED**

August 21, 2013 10:45 AM

Doc No(s) A-49810904

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
LOREEN DIRECTO TROXEL (808) 222-7528

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

LOREEN DIRECTO TROXEL
98-881 ILIEE ST.
AIEA, HAWAII 96701



1   1/6   SKC
B-32324729

/s/ NICKI ANN THOMPSON
REGISTRAR

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| TROXEL | LOREEN | DIRECTO | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 98-881 ILIEE ST. | AIEA | HI | 96701 | USA |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| XXX-XX-5273 | | N/A | N/A | ☐NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| TROXEL | LOREEN | DIRECTO | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 98-881 ILIEE ST. | AIEA | HI | 96701 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's assets, real estate, land, home and personal property, and all of debtor's rights in said assets, real estate, including description of the land referred to in this guarantee is situated in the STATE OF HAWAII, COUNTY OF KAUAI, CITY OF KAPAA, and described as described as EXHIBIT "A", land, home and personal property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, described fully in Security Agreement No. LDT-120462-SA dated the Twentieth of the Eight Month in the Year of Our Lord Two Thousand Thirteen. Inquiring parties may consult directly with debtors for ascertaining, in detail, the financial relationship and contractual obligations associated with this commercial transaction identified in security agreement referenced above. Adjustment of this filing is in accord with UCC 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC 1-201(39), 3-401 and 1-308. Any mortgage under the exhibit "A" are discharged.

**5.** ALTERNATIVE DESIGNATION (if applicable) ☐LESSEE/LESSOR ☐CONSIGNEE/CONSIGNOR ☐BAILEE/BAILOR ☐SELLER/BUYER ☐AG. LIEN ☐NON-UCC FILING

**6.** This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   (if applicable)   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐All Debtors ☐Debtor 1 ☐Debtor 2

**8.** OPTIONAL FILER REFERENCE DATA
THIS MORTGAGE WILL BE DISCHARGED IN ACCORDANCE WITH UCC 1-201 (39), 3-401 AND 1-308

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED



EXHIBIT
206

## EXHIBIT A

All of that certain parcel of land situate at Kalauao, City and County of Honolulu, State of Hawaii, being Lot 132, area 8,353 square feet, more or less, of the "ENCHANTED HILL ESTATES UNIT II (AMENDED)", as shown on the map thereof filed in the Official Records as File Plan No. 708.

Being all of the premises conveyed by Deed recorded June 3, 1988 as Book 21998 Page 741 of Official Records.

Grantor: Louise N. Larson, Trustee under that certain unrecorded Richard A. Larson and Louise N. Larson Joint Revocable Living Trust Agreement dated December 10, 1977, as amended

Grantee: Gary Alan Shinichi Tanaka and Grace Noriko Tanaka, husband and wife, as Tenants by the Entirety

**SUBJECT, HOWEVER, to the following:**

1. Title to all mineral and metallic mines reserved to the State of Hawaii.

2. The terms and provisions contained in the Encroachment and Maintenance Agreement recorded January 7, 1993 as Regular System Document No. 93-001609 of Official Records.

TOGETHER WITH all built-in furniture, attached existing fixtures, built-in appliances, water heater, electrical and/or gas and plumbing fixtures, attached carpeting, range, disposal, air conditioner, washer, ceiling fan, refrigerator, dryer and smoke/heat detectors.