# EXHIBIT D

1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE DISTRICT OF HAWAII

 3
           UNITED STATES OF AMERICA,      ) CR 17-00101 LEK
 4                                        )
                      Plaintiff,          ) Honolulu, Hawaii
 5                                        ) February 13, 2020
             vs.                          )
 6                                        ) PARTIAL TRANSCRIPT:
           (1) ANTHONY T. WILLIAMS,       ) TESTIMONY OF NELSON MADAMBA
 7                                        )
                      Defendant.          )
 8         _____)

 9
                      PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
10                BEFORE THE HONORABLE LESLIE E. KOBAYASHI
                        UNITED STATES DISTRICT JUDGE
11
           APPEARANCES:
12
           For the Government:        KENNETH M. SORENSON, AUSA
13                                    GREGG PARIS YATES, AUSA
                                      Office of the United States Attorney
14                                    300 Ala Moana Boulevard, Suite 6100
                                      Honolulu, Hawaii 96850
15
           Also Present:              MEGAN CRAWLEY, FBI Special Agent
16
           For the Defendant (1)      ANTHONY T. WILLIAMS, Pro Se
17         Anthony T. Williams:       05963-122
                                      Federal Detention Center Honolulu
18                                    Inmate Mail/Parcels
                                      P.O. Box 30080
19                                    Honolulu, Hawaii 96820

20         Standby Counsel:           LARS ROBERT ISAACSON, ESQ.
                                      1100 Alakea Street, 20th Floor
21                                    Honolulu, Hawaii 96813

22         Official Court Reporter:   Debra Read, RDR
                                      United States District Court
23                                    300 Ala Moana Boulevard
                                      Honolulu, Hawaii 96850
24
           Proceedings recorded by machine shorthand; transcript
25         produced with computer-aided transcription (CAT).
```

1   anything, that he could do for your mortgage?

2       A     Said he try to help us lower the mortgage.

3       Q     Did he tell you how he would do that?

4       A     He never explain to us.

5       Q     And what did you believe would happen to your
6   existing mortgage?

7       A     He said he's going to take care all that.

8       Q     Okay.  And did you believe that he was going to take
9   care of it?

10      A     At that time, yes.

11      Q     And did the fact that you've indicated that you
12  thought he was a lawyer with a badge and handcuffs, did that
13  cause you to believe that more or less?

14      A     More.

15      Q     All right.  And so let me direct your attention to
16  May of 2013.  Did you decide to employ Mr. Williams for his
17  services?

18      A     At that time he never really explain to us what's on
19  the paper.

20      Q     Did you -- did you apply with Mr. Williams?

21      A     No.

22      Q     Do you remember filling out an application form?

23      A     I remember.

24      Q     Okay.  I'm going to direct your attention to
25  Exhibit 504.

```
 1      Q     Did you pay that to him by check or by cash?
 2      A     Check.
 3      Q     Okay.  And was that check made out to whom?
 4      A     MEI.
 5      Q     Okay.  Did Mr. Williams offer you any other legal
 6  services that you recall?
 7      A     I don't remember, Attorney.
 8      Q     All right.  And so how many months did you end up
 9  paying Mr. Williams?
10      A     About five times we pay.
11      Q     And where did you make those payments?
12      A     Pay to the order of MEI, Mortgage Enterprise.
13      Q     How did you get them to Mr. Williams?
14      A     We give it to Anabel Cabebe.
15      Q     And did there come a time when you stopped paying
16  Mr. Williams?
17      A     What is that?
18      Q     Did there come a time when you stopped paying
19  Mr. Williams?
20      A     Can you repeat that, Attorney?
21      Q     Sure.  I think you've indicated that you paid him
22  about five times; is that right?
23      A     Yes.
24      Q     Did you pay him every month?
25      A     Yes, Attorney.
```

 1     Q     And so at the end of paying him those five payments,
 2  did you stop making payments?
 3     A     Yes, Attorney.
 4     Q     Okay.  And why did you stop making payments?
 5     A     Because we receiving letters from the bank that we
 6  get a foreclosure on the house.
 7     Q     And who was your bank at that time?
 8     A     QuickenLoans.
 9     Q     Okay.  And had you stopped paying QuickenLoans?
10     A     At that time, yes, 'cause he telling us stop, do not
11  paying any mortgage on QuickenLoans.
12     Q     Mr. Williams directed you to not pay your mortgage
13  any more?
14     A     Yes.
15     Q     All right.  I'm going to direct your attention to
16  Exhibit 153.  I'm going to ask you if you have seen this
17  document before, Mr. Madamba.  This is a document that states
18  Mortgage.  Do you see it on the screen?
19     A     Yes, Attorney.
20           MR. SORENSON:  Your Honor, may I publish this?
21           THE COURT:  Is 153 in evidence?
22           THE COURTROOM MANAGER:  It is.
23           THE COURT:  All right.  You may.
24     Q     (BY MR. SORENSON:)  Have you seen this document
25  before?

```
 1                  COURT REPORTER'S CERTIFICATE

 2

 3            I, DEBRA READ, Official Court Reporter, United

 4   States District Court, District of Hawaii, do hereby certify

 5   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 6   true, and correct transcript of the stenographically reported

 7   proceedings held in the above-entitled matter and that the

 8   transcript page format is in conformance with the regulations

 9   of the Judicial Conference of the United States.

10            DATED at Honolulu, Hawaii, June 20, 2020.
11

12

13                       /s/ Debra Read

14                       DEBRA READ, CSR CRR RMR RDR
```