# EXHIBIT E

MORTGAGE ENTERPRISE INVESTMENTS

pd. 300
5/26/13

MEI
Application

### Customer Information

| Name | Spouse |
|---|---|
| NELSON VILA MADAMBA | MARIETHEZ R. MADAMBA |

| Address |
|---|
| 94-296 LOAA ST |

| City | State | Zip |
|---|---|---|
| WAIPAHU | HAWAII | 96797 |

| Home Phone Number | Cell Phone Number | Email |
|---|---|---|
| N/A | | MARIETHEZ_MADAMBA@YAHOO.COM |

| Social Security Number | Spouse SSN |
|---|---|
| ████1390 | ████-0955 |

| License No. | State | Date of Birth | Spouse D.O.B. |
|---|---|---|---|
| H00110807 | HI | ████ 1972 | ████, 1964 |

| City, State, County of Birth | Spouse |
|---|---|
| PHILIPPINES, ILOCOS NORTE | PHILIPPINES, CAMILING, TARLAC |

| Referred by |
|---|
| HENRY MALINAY |

### Mortgage Information

| Current Mortgage Company |
|---|
| QUICKEN LOANS |

| Loan Balance | Monthly Payment | Loan Term | Years Left |
|---|---|---|---|
| 497,200.00 | 2,810.59 | 30 YRS | |

| Annual Property Tax |
|---|
| 1,272 |

| Comments/Additional Info |
|---|
| |

### Agent/Agency Information

| Name | Location ID |
|---|---|
| Common Law Office of America | HI033 |

| Authorized Representative signature | Date |
|---|---|
| [signature] Williams | |

| Customer Signature | Date |
|---|---|
| | |

1228-033 (07/02) MEI Application

EXHIBIT 504

1

WILLIAMS_ET_AL_070297

STATUTORY SHORT FORM POWER OF ATTORNEY
TENNESSEE CODE ANNOTATED SECTION 34-6-101 to 34-6-111
AND HAWAII REVISED STATUTE 551D

**IMPORTANT NOTICE:** The powers granted by this document are broad and sweeping. They are defined in Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

If you have any questions about these powers, obtain competent advice. This power of attorney may be revoked by you if you wish to do so. This Power of Attorney is automatically terminated if it is to your spouse and proceedings are commenced for dissolution, legal separation or annulment of your marriage. This power of attorney authorizes, but does not require, the attorney-in-fact to act for you.

PRINCIPAL

NELSON V. MADAMBA
94-296 LOAA ST.
WAIPAHU, HI 96797

**ATTORNEYS-IN-FACT**

Common Law Office of America
PO Box 111968
Nashville, TN 37222

*Anthony Troy Williams*
*Edna Franco*
*Robbin Krakauer*
*Joseph Hezekyah*
*Whitney Hadassah*

NOTARY CERTIFICATION

Doc. Date: 5.26.2013
Notary Name: Anabel G. Cabebe
Doc. Description: power of Attorney
Notary Signature: [signature]
Date: 5.26.2013
# Pages: 1
First Circuit

Each attorney-in-fact may independently exercise the powers granted.

I, NELSON V. MADAMBA, appoint the above named Attorney(s)-in-fact to act as my Attorney(s)-in-Fact:

**FIRST:** To act for me in any way that I myself could act with respect to the following matters, as each of them is defined in Tennessee Code Annotated §§ 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

**SECOND:** This Power of Attorney shall continue to be effective if I become incapacitated or incompetent.

**THIRD:** My Attorney-in-Fact need not render an accounting unless I request it or the accounting is otherwise required by Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

In Witness Whereof I have hereunto signed my name this 26th day of May, 2013.

Signature of principal

(Acknowledgement of Principal)

STATE OF HAWAII    )
                   )§
COUNTY OF HAWAII   )

The foregoing instrument was acknowledged before me this 26 day of May, 2013,

Signature of Notary Public

My Commission Expires Sept. 5, 2015



This instrument was drafted by Common Law Office of America P.O. Box 111968, Nashville, TN 37222

2

STATUTORY SHORT FORM POWER OF ATTORNEY
TENNESSEE CODE ANNOTATED SECTION 34-6-101 to 34-6-111
AND HAWAII REVISED STATUTE 551D

**IMPORTANT NOTICE:** The powers granted by this document are broad and sweeping. They are defined in Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

If you have any questions about these powers, obtain competent advice. This power of attorney may be revoked by you if you wish to do so. This Power of Attorney is automatically terminated if it is to your spouse and proceedings are commenced for dissolution, legal separation or annulment of your marriage. This power of attorney authorizes, but does not require, the attorney-in-fact to act for you.

**PRINCIPAL**

MARIETHEL ROSARIO MADAMBA
94-296 LUAA STREET
WAIPAHU, HAWAII 96797

**ATTORNEYS-IN-FACT**

Common Law Office of America
PO Box 111968
Nashville, TN 37222

*Anthony Troy Williams*
*Edna Franco*
*Robbin Krakauer*
*Yoseph Hezekyah*
*Whitney Hadassah*

Each attorney-in-fact may independently exercise the powers granted.

I, MARIETHEL ROSARIO MADAMBA, appoint the above named Attorney(s)-in-fact to act as my Attorney(s)-in-Fact:

**FIRST:** To act for me in any way that I myself could act with respect to the following matters, as each of them is defined in Tennessee Code Annotated §§ 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

**SECOND:** This Power of Attorney shall continue to be effective if I become incapacitated or incompetent.

**THIRD:** My Attorney-in-Fact need not render an accounting unless I request it or the accounting is otherwise required by Tennessee Code Annotated section 34-6-101 to 34-6-111 and Hawaii Revised Statute 551D.

In Witness Whereof I have hereunto signed my name this 26th day of May, 2013.

Signature of principal

(Acknowledgement of Principal)

**STATE OF HAWAII** )
)§
**COUNTY OF HAWAII** )

The foregoing instrument was acknowledged before me this _____ day of _____, 2013,

_____
Signature of Notary Public

My Commission Expires _____

This instrument was drafted by Common Law Office of America P.O. Box 111968, Nashville, TN 37222

3

WILLIAMS_ET_AL_070299

**MEI**         **Homeowner Service Guarantee Agreement**

**General Instructions**: Please read and sign that you understand the following guarantee.

I understand that what **Mortgage Enterprise Investments** ("**MEI**") guarantees is the ability to file on my behalf, the ("Homeowner") and secure a Mortgage Service Payment ("MSP") fee that is half of what my current mortgage payment is. I understand that this is not a mortgage loan modification nor a refinancing of the loan. I understand that my Mortgage Service Payment ("MSP") does not include mortgage insurance through the FHA nor the U.S. Department of Housing and Urban Development. I understand it is my responsibility as ("Homeowner") to procure my own homeowner's insurance. I understand that on average it takes one-half (1/2) of the time of my original mortgage payoff time obligation to pay off my Mortgage Service Payment ("MSP"). I understand that there is an initial $500 - $1000 file set-up fee in order to begin the process. I understand that if **Mortgage Enterprise Investments** ("**MEI**") does not reduce my monthly payment by one-half (1/2) of what I am currently paying on my mortgage and does not reduce my current mortgage loan pay-off term by one-half (1/2) of my current pay-off obligation, MEI will fully refund my $500 - $1000 initial file set-up fee if paid in full at the time of the initiation of my file. I understand that MEI's 100% Money Back Guarantee to me as a ("Homeowner") is to ensure that I incur no risk if **Mortgage Enterprise Investments** ("**MEI**") is unsuccessful in reducing my monthly payment and payoff time. I am entering into this agreement upon my own volition and fully understand the terms and conditions of this agreement.

Homeowner: _____   Date: 5/26/13

Co-Homeowner: _____   Date: 5/26/13

Mortgage Enterprise Investments ("MEI")
Authorized Representative: _____   Date: 5-26-13

Subscribed and Sworn before me this 26 day of May 2013.

Notary Public: Anabel G Cabebe

My Commission Expires Sept. 5, 2015

1228-2108 (7/02) Home Owner Guarantee Service Agreement

## MEI Insurance and Tax Disclaimer

I understand that Mortgage Enterprise Investments ("MEI") does not offer nor is obligated to acquire, obtain or provide home owners insurance for my property. It is my sole duty to procure adequate insurance to insure my property from any loss or damages. I also understand that I am responsible for paying my own property taxes if applicable.

_____       5/26/13
Home Owner                                                           Date

_____       5-26-13
Authorized Representative                      Date

_1228-034 (07/02) MEI Insurance Disclaimer_

## HOMEOWNERS GUARANTEED SERVICES

As a benefit of being a mortgage service customer you will have access to the following Common Law services as long as you are current with your payments and not in delinquent status. These services will be available to you as a lifetime guarantee even after your mortgage service is paid in full. Some services will have restrictions and others will not. The list below will outline the services with restrictions and services without restrictions.

Services Without Restrictions:

Wills
Trust
Power of Attorney
Tag De-registration
Document Drafting
Document Review
Document Filing
Phone calls on your behalf
Common Law Marriage Affidavits
Common Law Divorce Affidavits
Common Law Birth Affidavits
Sovereign Peace Officer Certification
Expatriation
Credit Repair in relation to the Mortgage

Services With Restrictions: (Discounted to 50% of normal cost)

Property Taxes
Credit Repair
IRS Taxes
Sovereignty Certification

This guarantee is legally binding upon the Common Law Office of America and it's subsidiaries as a service to the MEI's customers. This guarantee is only for MEI customers who are current and in good standing on their accounts. Any MEI customer not current and in good standing are not eligible for these services at a discounted rate.

_____        _____
Customer Signature                                         Customer Signature

_____
Authorized Representative

HGS Form 330 (04/13)

6

*FORECLOSURE DISCLOSURE*

*TERMS AND CONDITIONS*

*This contract agreement is predicated upon pre-foreclosure status and pre-judicial court order or judgment being rendered. If you are represented by the Common Law Office of America attorneys in fact and for reasons on our part that the customer somehow loses their home after we have had ample time and proper notification and authorization to litigate on the customers behalf, all of the services of the Common Law Office of America will be free of charge. If you have chosen to seek other legal counsel and a judgment has been rendered against you by a judge through a court order and you decide to procure our services to protect your property interest, you will not receive the same guarantee as customers who have come to us in pre-foreclosure or pre-judicial court order. However, if you feel that you have not been adequately represented by your former attorney at law, we are willing to go after them on your behalf for punitive monetary damages. Common Law Office of America makes no guarantees except that we will represent you to the best of our ability to protect your property interests and execute our fiduciary duties to the same. Mortgage Enterprise Investments does not have a foreclosure policy to foreclose on any customers home. We assist customers in keeping their homes at an affordable rate. If your financial situation under goes a drastic transformation whether there is a illness, death in the family, loss of job or pay cut, we have a hardship program that you may qualify for. That program is predicated upon your ability to show proof that your financial situation has changed from when you initially signed up for the mortgage service payment reduction. You must provide documented proof that your financial status has changed. Once you provide the proper documentation then your mortgage service payment will be adjusted accordingly. We have a rock solid proven method that have yielded a 100% success rate and we stand firmly behind our guarantee. By signing this foreclosure disclosure you agree that you understand the terms and conditions of the contract with Mortgage Enterprise Investments.*

_____
*Customer Signature*

_____
*Customer Signature*

_____
*Authorized Representative*

_____

*FD Form 331 (04/13)*

7

WILLIAMS_ET_AL_070303