# EXHIBIT F

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                      FOR THE DISTRICT OF HAWAII

 3
     UNITED STATES OF AMERICA,    ) CR 17-00101 LEK
 4                                )
              Plaintiff,          ) Honolulu, Hawaii
 5                                ) February 6, 2020
       vs.                        )
 6                                ) PARTIAL TRANSCRIPT:
     (1) ANTHONY T. WILLIAMS,     ) TESTIMONY OF JULITA ASUNCION
 7                                )
              Defendant.          )
 8   _____)

 9
                 PARTIAL TRANSCRIPT OF TRIAL PROCEEDINGS
10              BEFORE THE HONORABLE LESLIE E. KOBAYASHI
                     UNITED STATES DISTRICT JUDGE
11
     APPEARANCES:
12
     For the Government:         KENNETH M. SORENSON, AUSA
13                               GREGG PARIS YATES, AUSA
                                 Office of the United States Attorney
14                               300 Ala Moana Boulevard, Suite 6100
                                 Honolulu, Hawaii 96850
15
     Also Present:               MEGAN CRAWLEY, FBI Special Agent
16
     For the Defendant (1)       ANTHONY T. WILLIAMS, Pro Se
17   Anthony T. Williams:        05963-122
                                 Federal Detention Center Honolulu
18                               Inmate Mail/Parcels
                                 P.O. Box 30080
19                               Honolulu, Hawaii 96820

20   Standby Counsel:            LARS ROBERT ISAACSON, ESQ.
                                 547 Halekauwila Street, Suite 102
21                               Honolulu, Hawaii 96813

22   Official Court Reporter:    Debra Read, RDR
                                 United States District Court
23                               300 Ala Moana Boulevard
                                 Honolulu, Hawaii 96850
24
     Proceedings recorded by electronic sound recording; transcript
25   produced with computer-aided transcription (CAT).
```

1	Q	Okay.  Or that Ocwen was not servicing your mortgage
2	any more?
3	A	Yes, sir.
4	Q	Is that right?
5	A	Yes, sir.
6	Q	Now, if you learned that this MEI mortgage was not
7	valid and that you still had a valid mortgage with Ocwen that
8	was being serviced by Ocwen, would you have paid money to MEI
9	and Anthony Williams?
10	A	No.
11	Q	Okay.  You said you believed that Anthony Williams
12	was a lawyer; is that right?
13	A	Yes.
14	Q	Okay.
15	A	In the beginning.
16	Q	If you learned that Anthony Williams was not a
17	lawyer, would you still have paid Anthony Williams and MEI?
18	A	No.
19	Q	Now, before you started with MEI, you said that the
20	status of your mortgage payments to Ocwen was -- was that
21	current?
22	A	Yes.
23	Q	And after you joined MEI, you stopped paying Ocwen,
24	correct?
25	A	Yes, sir.

| | | |
|---|---|---|
| 1 | Q | Okay.  And why did you stop paying Ocwen? |
| 2 | A | Because our mortgage payment is cheaper than our old |
| 3 | one. | |
| 4 | Q | Okay.  Did Anthony Williams or MEI tell you anything |
| 5 | about stopping to pay Ocwen? | |
| 6 | A | Can you repeat, sir? |
| 7 | Q | Did Anthony Williams tell you to stop paying Ocwen? |
| 8 | A | Yes. |
| 9 | Q | Okay.  So can you please tell the jury what happened |
| 10 | when you stopped paying Ocwen your monthly mortgage payments? | |
| 11 | A | Send me a letter that they gonna foreclose my house. |
| 12 | Q | Okay.  And what did you do in response? |
| 13 | A | Uhm, I went to the office and they said they gonna |
| 14 | to continue follow up our mortgage payment. | |
| 15 | Q | You went to which office? |
| 16 | A | Yeah. |
| 17 | Q | To whose office? |
| 18 | A | Anabel office. |
| 19 | Q | Anabel Cabebe? |
| 20 | A | Yes. |
| 21 | Q | Okay.  And so what did Anabel Cabebe tell you? |
| 22 | A | She said that Anthony Williams will follow up -- |
| 23 | | THE DEFENDANT:  Objection.  That's hearsay. |
| 24 | | THE COURT:  All right.  It is hearsay. |
| 25 | | MR. YATES:  Correct.  I was actually just having it |

UNITED STATES DISTRICT COURT

1  research or investigate any of the witnesses or matters that

2  were testified about in the trial.

3        Please rise for the jury.  We're on our 15-minute recess.

4  Thank you.

5             (A recess was taken.)

6             (Open court out of the presence of the jury.)

7             THE COURT:  All right.  Let the record reflect the

8  presence of counsel and Mr. Williams.  That the jury's not

9  present.  If there's no other matters we need to take up, then

10 I'm going to have Ms. Elkington get the jury and then you'll be

11 on cross-examination, Mr. Williams.

12       All right.  We're in recess.

13            (A recess was taken.)

14            (Open court in the presence of the jury.)

15            THE COURT:  Let the record reflect the ladies and

16 gentlemen of the jury, the witness is on the stand.  Counsel's

17 present.

18       Mr. Williams, your witness.

19            THE DEFENDANT:  Can I get Government Exhibit 200?

20                    CROSS-EXAMINATION

21 BY THE DEFENDANT:

22    Q    Ms. Asuncion, do you remember the date that this

23 document was filed?  You read the paper right here?

24    A    Maybe around 2013.

25    Q    Say it again?

```
1      A      2013.

2      Q      What's the actual month and day?

3      A      September 10th.

4      Q      Right.  September 10th, '13?

5      A      '13.

6      Q      Okay.  And who's listed on the UCC as a secure party

7  on No. 3?

8      A      Me and my husband.

9      Q      So you and your husband are listed as a secured

10 party.  Does it state anywhere on that document that MEI is the

11 secure party creditor?

12             THE COURT:  Did you want this published?

13             THE WITNESS:  Yeah --

14             THE DEFENDANT:  Yes, I need to publish.

15             THE COURT:  All right.  You may publish.

16             THE WITNESS:  Can you repeat, sir?

17     Q      (BY THE DEFENDANT:)  Did you see MEI listed on there

18 anywhere?

19     A      Only the conveyance.

20     Q      Under secure party?

21     A      No.

22     Q      And so this is the time that you had signed up for

23 the MEI program?

24     A      Yes.

25     Q      And do you remember that three days after you signed
```

UNITED STATES DISTRICT COURT

```
 1                    COURT REPORTER'S CERTIFICATE

 2

 3              I, DEBRA READ, Official Court Reporter, United

 4   States District Court, District of Hawaii, do hereby certify

 5   that pursuant to 28 U.S.C. §753 the foregoing is a complete,

 6   true, and correct transcript of the stenographically reported

 7   proceedings held in the above-entitled matter and that the

 8   transcript page format is in conformance with the regulations

 9   of the Judicial Conference of the United States.

10
                DATED at Honolulu, Hawaii, February 22, 2020.
11

12

13                         /s/ Debra Read

14                         DEBRA READ, CSR CRR RMR RDR

15

16

17

18

19

20

21

22

23

24

25
```