# EXHIBIT G

*I hereby certify that this is a true copy from the records of the Bureau of Conveyances,*

Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
JULITA F. ASUNCION (808)429 0009

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

JULITA F. ASUNCION
94-378 HAA'A ST
WAIPAHU, HI 96797

STATE OF HAWAII
BUREAU OF CONVEYANCES
RECORDED
September 10, 2013 3:29 PM
Doc No(s) A-50010736

/s/ NICKI ANN THOMPSON
REGISTRAR

B-32336322

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: ASUNCION | FIRST NAME: JULITA | MIDDLE NAME: F | SUFFIX:
1c. MAILING ADDRESS: 94-378 HAA'A ST | CITY: WAIPAHU | STATE: HI | POSTAL CODE: 96797 | COUNTRY: USA
1d. TAX ID #: SSN OR EIN: XXX-XX-5875 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: N/A | 1f. JURISDICTION OF ORGANIZATION: N/A | 1g. ORGANIZATIONAL ID #, if any: NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME: ASUNCION | FIRST NAME: MIGUEL | MIDDLE NAME: J | SUFFIX:
2c. MAILING ADDRESS: 94-378 HAA'A ST | CITY: WAIPAHU | STATE: HI | POSTAL CODE: 96797 | COUNTRY: USA
2d. TAX ID #: SSN OR EIN: XXX-XX-2390 | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION: N/A | 2f. JURISDICTION OF ORGANIZATION: N/A | 2g. ORGANIZATIONAL ID #, if any: NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: ASUNCION | FIRST NAME: JULITA | MIDDLE NAME: F | SUFFIX:
3c. MAILING ADDRESS: 94-378 HAA'A ST | CITY: WAIPAHU | STATE: HI | POSTAL CODE: 96797 | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

ALL of debtor's assets, real estate, land, home and personal property, and all of debtor's rights in said assets, real estate, including description of the land referred to in this guarantee is situated in the STATE OF HAWAII, COUNTY OF OAHU, CITY OF WAIPAHU hereafter arising, and wherever located, described fully in Security Agreement No. JFA-07161956-SA MJA-12121952-SA dated the Fourth of the Nineth Month in the Year of Our Lord Two Thousand Thirteen. Inquiring parties may consult directly with debtors for ascertaining, in detail, the financial, in detail, the financial relationship and contractual obligations asscociated with this commercial transaction idenfied in security agreement referenced above. Adjustment of this filling is in accord with UCC 1-103, 1-104, and House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's signature in accord with UCC 1-201(39), 3-401 and 1-308. Any mortgage under the exhibit " A " are discharged.

5. ALTERNATIVE DESIGNATION [if applicable]: LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING
6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2
8. OPTIONAL FILER REFERENCE DATA
THIS MORTGAGE WILL BE DISCHARGED IN ACCORDANCE WITH UCC 1-201(39) AND 1-308.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED



EXHIBIT 200

## EXHIBIT A
## Legal Description of Property

ALL OF THAT CERTAIN PARCEL OF LAND SITUATED AT HOAEAE, WALKELE, DISTRICT OF EWA, CITY AND COUNTY OF HONOLULU, STATE OF HAWAII, BEING LOT 26, OF THE " HARBOR VIEW SUBDIVISION, UNIT 4-B", AS SHOWN ON FILE PLAN NO.1014, FILED IN THE BUREAU OF CONVEYANCES OF THE STATE OF HAWAII, AND CONTAINING AN AREA OF 11,140 SQUARE FEET, MORE OR LESS.

DDS-LGD                                                                                                 06/96