LARS ROBERT ISAACSON
Hawaii Bar #5314
1100 Alakea St., 20th Floor
Honolulu, Hawai'i 96813
Phone: 808-497-3811
Fax: 866-616-2132
Standby Attorney for Defendant ANTHONY T. WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY T. WILLIAMS,<br><br>    Defendant. | DEFENDANT'S THIRD SUBMISSION OF SUPPORT LETTERS AND SUBMISSION OF ADDITIONAL SENTENCING DOCUMENTS; DECLARATION OF COUNSEL; EXHIBITS "A" – "D": CERTIFICATE OF SERVICE |

DEFENDANT'S THIRD SUBMISSION OF SUPPORT LETTERS AND SUBMISSION OF ADDITIONAL SENTENCING DOCUMENTS

**Comes now,** the Defendant Anthony T. Williams, by and through his standby counsel, Lars Robert Isaacson, Esq., and hereby submits Defendant's Third Submission of Support Letters and Submission of Additional Sentencing Documents; Declaration of Counsel; Exhibits "A" – "D" and Certificate of Service.

Dated:  October 26, 2020

          /s/ Lars Isaacson
LARS ROBERT ISAACSON
Standby Attorney for
Defendant Anthony T. Williams