## DECLARATION OF COUNSEL

**Comes now** standby defense counsel Lars Robert Isaacson and hereby provides the following Declaration of Counsel concerning this case.

I, LARS ISAACSON, hereby declare as follows:

1. The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge, information, and belief.

2. I have been appointed as standby attorney in this case.

3. Attached as Exhibit "A" to this document is a letter of support for Defendant Anthony T. Williams from his sister, LaTarsha Bradley;

4. Attached as Exhibit "B" to this document is a letter of support for Defendant Anthony T. Williams from Sharon Hickerson;

5. Attached as Exhibit "C' to this document is a letter mailed from Mr. Williams to declarant concerning points he wishes to be raised in his motion for variance. It should be noted that while the letter is dated 10/13/20, and the envelope

indicates that Mr. Williams attempted to mail it on 10/14/20, it was actually stamped by the post office on 10/22/20 and received by my office on 10/23/20.

6. Attached as Exhibit "D" to this document is a letter sent by Defendant Williams to declarant concerning restitution that he wished to be presented to this court in regard to his sentencing.

I declare under penalty of perjury that the foregoing statements are true and correct, to the best of my knowledge, information, and belief.

Dated October 26, 2020

                                        Respectfully submitted,

                                            /s/ Lars Isaacson
                                      LARS ROBERT ISAACSON
                                      Standby Attorney for
                                      Defendant Anthony T. Williams