# EXHIBIT "A"

October 24, 2020

Dear Judge Kobayashi,

I hope this letter finds you in the best of health and spirits.  I know you are very busy and probably have a lot on your plate, but thank you for taking the time to view my letter.  I'm writing this letter on behalf of my brother, Anthony Williams; of whom I am aware of the charges placed before him. In light of the circumstances surrounding this letter, I have no issues with asking you to have mercy on my brother whose life is currently in your charge.

I am Anthony's middle sister and know more than anyone of his character and personal traits. Anthony has an initiative, creativity, and loyal spirit; and the list goes on.  He is also generous, devoted, sincere, persistent, and spiritual in nature.  His first instinct is to help those in need and do everything he can to see anyone through their roughest times.  What has taken place in Anthony's life in this present time was that of misfortune and misunderstandings that turned out to be perceived and misinterpreted in the wrong light.  And now we are here before you asking for your mercies to give my loving brother another chance at life.  A chance I am sure he would never take for granted and turn into an opportunity of just and rightful pursuit to become an active and positive member of this society.  This opportunity can not be made possible without your assistance.  We would love to be reunited with our brother, son, father, and friend to many.  A brother, son, father and friend who has been nothing but short of a blessing in deed and labor to us all. I pray and hope that you will take into consideration to my words on behalf of my baby brother.  Thank you sincerely for your time.


Respectfully,

LaTarsha Bradley

100 MAJESTIC VIEW CT. HH, TX 76548  (912)492-6980  SWEETERT@YAHOO.COM