# EXHIBIT "D"

Mr. Isaacson,

This is an email from Mr. Ventura stating that he did not tell the probation officer that they wanted restitution from me but from Henry Malinay and Edna Franco who were the ones that scammed him and the rest of the people. I want to know why this blatant lie was put in the PSR report and this needs to be brought to the attention of the court. Thanks

TRULINCS 05963122 - WILLIAMS, ANTHONY TROY - Unit: HON-D-B

----------------------------------------------------------------------------------------------------

FROM: Ventura, Melvyn
TO: 05963122
SUBJECT: RE: LETTER TO MELVYN
DATE: 10/16/2020 11:24:18 AM

Mr. Williams,

We were not interviewed by any probation officer as you were told. What they sent it to me is a letter from the probation officer
to fill up a restitution order claim form against Henry Malinai. It was intended for Henry Malinai because it is him that is
defrauding the Filipino homeowners here in Honolulu and Maui, him and Edna Franco. I agree with the testimony of Ms Castillo.
I still looked up to you as my friend and I am very sorry if their doing this to you.

Melvyn Ventura

ANTHONY TROY WILLIAMS on 10/15/2020 8:51:09 PM wrote
10-13-20

Dear Brother Melvyn,

   I was very disturb when I received my Pre-Sentencing Report and it stated that you were interviewed by the Probation Office
and that you and your wife stated that you wanted $15,000 in restitution from me. I am very perplexed about this because I
helped fight your foreclosure and that is what you paid me to do. You paid a total of $9,600 in payments for the foreclosure
assistance and I never missed a deadline and always responded to every motion that the banks sent you. So when I received
this report I was really saddened because I thought that you believed in the bible and believed in doing what's right and this is
not right that you are requesting $15,000 from me when I did my job and fought your foreclosure and you are still in your home
because of me fighting the corrupt bank on your behalf. The government now is saying that they want to give me 30 years in
prison and all I did was help people fight their illegal foreclosures. If you had wanted a refund for the work that I did, I would
have refunded you your money even though I did the work. I refunded several people their money after they signed the refund
affidavit which stated once I refund you your money then I am not obligated to fight your foreclosure and that I am not liable if
you are foreclosed on thereafter. I feel truly blind sided by this because I truly thought that despite the corrupt prosecutors
making you change your mind about the signature on the note, I still believe that you wanted to do what is right so that I can get
justice from this 5 year long illegal incarceration. I have a grandson who is 5 who has never seen me and now this corrupt
government wants to send me to prison for the rest of my life and I did nothing wrong to no one. I still have an A+ Better
Business Bureau rating because there is no client that can say that I took their money and didn't do the work or that I scammed
them or defrauded them. Rosy and her mom is still in their home because I continue to fight for them and this is all I have ever
wanted to do is help people and expose the corruption of the banks and the government.
   I don't have to tell you what the bible says because you are well versed in the scriptures. I still can't believe that you would
make that kind of request. If you didn't make that request then you should write to the Probation Office and let them know that
what they put in that report is wrong. If you did request it then you will have to answer to the Holy Spirit. I still will help you
despite anything you do because my reward is in heaven. I did a Motion To Vacate for you but never got to send it to you. If you
want to have it just in case you need it let me know and I will mail it to you. May Yahweh keep you and your family in perfect
peace.

Yours in Yahshua,

Brother Anthony