## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the foregoing was served electronically through CM/ECF on the following at their last known addresses on October 26, 2020:

Gregg Paris Yates:                          gregg.yates@usdoj.gov,

Kenneth Sorenson:                           Ken.Sorenson@usdoj.gov

A copy of the foregoing will also be mailed/provided to defendant Anthony T. Williams at FDC Honolulu.

DATED: Honolulu, Hawai'i, October 26, 2020


_____/s/ Lars Robert Isaacson_____
LARS ROBERT ISAACSON
Standby Attorney for Defendant Anthony Williams