# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 17-00101 LEK |
| CASE NAME: | USA vs. Anthony T. Williams |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Cynthia Fazio |
| DATE: | 02/25/2021 | TIME: | |

COURT ACTION:  EO: Defendant Anthony T. Williams' MOTION [1168] to o Show Unreasonableness of Government's Retention of Badge, Handcuffs and Private Attorney General Identification Card, will be considered by Judge Leslie E. Kobayashi as a Non Hearing Motion.

Response Memorandum is due: **3/4/2021.**
Optional Reply Memorandum is due: **3/28/2021**.

Defendant Anthony T. Williams' MOTION [1168] to o Show Unreasonableness of Government's Retention of Badge, Handcuffs and Private Attorney General Identification Card; will be taken under submission thereafter.  Court to issue Order.

Submitted by: Agalelei Elkington, Courtroom Manager