# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 17-00101-1 LEK

CASE NAME:       USA vs. Anthony T. Williams

JUDGE:   Leslie E. Kobayashi       DATE:       03/05/2021

COURT ACTION:  EO: COURT ORDER GRANTING THE GOVERNMENT'S MOTION TO CONTINUE DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO SHOW UNREASONABLENESS OF GOVERNMENT'S RETENTION OF BADGE, HANDCUFFS AND PRIVATE ATTORNEY GENERAL IDENTIFICATION CARD

On February 23, 2021, Defendant Anthony T. Williams ("Williams") filed a Motion to Show Unreasonableness of Government's Retention of Badge, Handcuffs and Private Attorney General Identification Card ("Motion"). [Dkt. no. 1168.] Williams filed the Motion pro se, although he is represented by Deanna Dotson, Esq., for purposes of his appeal. Plaintiff the United States of America's ("the Government") memorandum responding to the Motion was due on March 4, 2021. See Minute Order, filed 2/25/21 (dkt. no. 1169).

On March 4, 2021, the Government filed a motion requesting a continuance of its response deadline ("Motion to Continue"). [Dkt. no. 1170.] For the reasons stated therein, the Government's Motion to Continue is GRANTED. The Government's response memorandum to Williams's Motion is now due by **March 19, 2021**, and the deadline for Williams's optional reply memorandum in support of the Motion is now **April 12, 2021**.

The Clerk's Office is DIRECTED to send a copy of this entering order directly to Williams.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager